Michael L. Schrag (SBN 185832)
Joshua J. Bloomfield (SBN 212172)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
mls@classlawgroup.com
jjb@classlawgroup.com

Richard M. Paul III
Ashlea G. Schwarz
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Facsimile:  (816) 984-8101
Rick@PaulLLP.com
Ashlea@PaulLLP.com

*Counsel for Plaintiff and Proposed Class*

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alicia Hernandez, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Wells Fargo Bank, N.A.,<br><br>Defendant. | Case No. 3:18-cv-07354-WHA<br><br>**DECLARATION OF MICHAEL L. SCHRAG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO TRANSFER**<br><br>Date: February 7, 2019<br>Time: 8:00 am<br>Courtroom: 12<br>Judge: Hon. William H. Alsup |

I, Michael Schrag, hereby declare:

1. I am a partner with the law firm Gibbs Law Group LLP, one of the law firms representing Plaintiff and the proposed class in this action, and submit this declaration in conjunction with Plaintiff's Opposition to Wells Fargo's Motion to Transfer Venue.

2. Unless otherwise noted, all exhibits attached to this declaration are to the best of my knowledge true and correct copies of the documents they purport to be.

3. Attached as **Exhibit 1** is a 2011 Consent Order entered into between Wells Fargo and the Office of the Comptroller of the Currency (OCC) and obtained from the OCC's website at https://www.occ.gov/news-issuances/news-releases/2011/nr-occ-2011-47k.pdf.

4. Attached as **Exhibit 2** is a Consent Order Implementation Report submitted by Wells Fargo on December 31, 2011, and obtained from the Federal Reserve Board's website at https://www.federalreserve.gov/newsevents/press/enforcement/wellsfargo-plan-sect2c-board-oversight.pdf.

5. Attached as **Exhibit 3** is a Consent Order Implementation Report submitted by Wells Fargo on December 23, 2011, and obtained from the Federal Reserve Board's website at https://www.federalreserve.gov/newsevents/press/enforcement/wellsfargo-plan-sect2d-board-oversight.pdf.

6. As described in further detail below, **Exhibits 4-12** are excerpts from Wells Fargo & Company's annual reports for the years 2009 to 2017. These excerpts indicate that Caryl J. Athanasiu served as Wells Fargo's Chief Operational Risk Officer (CORO), beginning sometime prior to February 2011 (the date of the 2010 annual report), until sometime prior to February 2015 (the date of the 2014 annual report), and that Joseph J. Rice took over from Ms. Athanasiu as CORO sometime prior to February 2015. These excerpts also indicate the composition of Wells Fargo's Audit & Examination Committee, and except for the 2016-17 reports, include the location where each member worked. According to these reports, four of the ten members who served on the Audit & Examination Committee at any point between February 2010 and February 2017, worked in California—more than any other state. None of the Auditing & Examination Committee members are listed as working in Iowa.

a.  Attached as **Exhibit 4** is page 31 from Wells Fargo & Company's 2009 Annual Report (Form 10-K), obtained from https://www.wellsfargohistory.com/download/annualreports/2009annualreport_wf.pdf.

b.  Attached as **Exhibit 5** is page 31 from Wells Fargo & Company's 2010 Annual Report (Form 10-K), obtained from https://www.wellsfargohistory.com/download/annualreports/2010annualreport_wf.pdf.

c.  Attached as **Exhibit 6** is page 23 from Wells Fargo & Company's 2011 Annual Report (Form 10-K), obtained from https://www.wellsfargohistory.com/download/annualreports/2011annualreport.pdf.

d.  Attached as **Exhibit 7** is page 27 from Wells Fargo & Company's 2012 Annual Report (Form 10-K), obtained from https://www08.wellsfargomedia.com/assets/pdf/about/investor-relations/annual-reports/2012-annual-report.pdf.

e.  Attached as **Exhibit 8** is page 27 from Wells Fargo & Company's 2013 Annual Report (Form 10-K), obtained from https://www08.wellsfargomedia.com/assets/pdf/about/investor-relations/annual-reports/2013-annual-report.pdf.

f.  Attached as **Exhibit 9** is page 27 from Wells Fargo & Company's 2014 Annual Report (Form 10-K), obtained from https://www08.wellsfargomedia.com/assets/pdf/about/investor-relations/annual-reports/2014-annual-report.pdf.

g.  Attached as **Exhibit 10** is page 27 from Wells Fargo & Company's 2015 Annual Report (Form 10-K), obtained from  https://www08.wellsfargomedia.com/assets/pdf/about/investor-relations/annual-reports/2015-annual-report.pdf.

h.  Attached as **Exhibit 11** is pages 32-33 from Wells Fargo & Company's 2016 Annual (Form 10-K), obtained from https://www08.wellsfargomedia.com/assets/pdf/about/investor-relations/annual-reports/2016-annual-report.pdf.

i.  Attached as **Exhibit 12** is pages 34-35 from Wells Fargo & Company's 2017 Annual (Form 10-K), obtained from https://www08.wellsfargomedia.com/assets/pdf/about/investor-relations/annual-reports/2017-annual-report.pdf

7.  Attached as **Exhibit 13** is a June 13, 2018, article from the Bay Area Reporter, obtained

from https://www.ebar.com/news/news//261289, which indicates that Caryl Athanasiu—Wells Fargo's former CORO—is now working for another San Francisco Bank (Varo Money Inc.) and lives in San Mateo.

8.      At least three of the California-based members of Wells Fargo's Audit & Executive Committee appear to still be working in California, as shown by **Exhibits 14-16**.

9.      Attached as **Exhibit 14** is the LinkedIn Profile for Lloyd Dean, available at https://www.linkedin.com/in/lloyd-dean-96b6a8b2/, which indicates that Mr. Dean continues to work in the San Francisco Bay Area as President and CEO at Dignity Health.

10.      Attached as **Exhibit 15** is the LinkedIn Profile for Sue Swenson, https://www.linkedin.com/in/sue-swenson-76aa252/, which indicates that Ms. Swenson continues to work in the Greater San Diego Area as CEO of Inseego Corp. (formerly Novatel Wireless).

11.      Attached as **Exhibit 16** is the attorney profile for Enrique Hernandez Jr. from the California State Bar's website, http://members.calbar.ca.gov/fal/Licensee/Detail/93890, which indicates Mr. Hernandez continues to work for Inter-Con Security Systems in the Los Angeles area.

12.      Attached as **Exhibit 17** is an email I received from Kobi Brinson, one of the attorneys representing Wells Fargo, which provides a state-level breakdown for borrowers Wells Fargo has included in its "loan modification software error group."  It indicates that 3.2% of affected borrowers reside in California and 2.1% reside in Iowa.  The states with the highest concentration of affected borrowers are Florida (12.9%), Pennsylvania (9.9%), Ohio (7.4%), New Jersey (6.9%), and New York (6.8%).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on January 14, 2019.

*/s/ Michael L. Schrag*

SCHRAG DEC. ISO TRANSFER OPP
Case No. C 18-07354 WHA