# EXHIBIT 17

| From: | Brinson, Kobi Kennedy |
|---|---|
| To: | Michael Schrag; Rick Paul |
| Cc: | Groves, Amanda |
| Subject: | Hernandez - State Level breakdown |
| Date: | Monday, January 14, 2019 11:32:57 AM |

Mike and Rick,

You asked about the state-level breakdown for borrowers included in the loan modification software error group. We have provided below the states by percentage of borrowers, solely in relation to the motion to transfer. Please note that we are not engaging in early formal discovery, nor are we making any representations about this data other than this is the information that is currently available:

The following is a breakdown of the states by percentage as of January 14, 2019:

| State | Percentage of total impacted borrowers |
|---|---|
| FL | 12.9% |
| PA | 9.9% |
| OH | 7.4% |
| NJ | 6.9% |
| NY | 6.8% |
| IL | 4.7% |
| MD | 4.1% |
| TX | 3.8% |
| LA | 3.6% |
| CA | 3.2% |
| GA | 2.6% |
| SC | 2.4% |
| KY | 2.2% |
| NC | 2.2% |
| IA | 2.1% |
| CT | 2.0% |
| IN | 1.8% |
| WA | 1.6% |
| MA | 1.5% |
| VA | 1.4% |
| WI | 1.3% |
| MI | 1.1% |
| OK | 1.1% |
| AR | 1.0% |
| NM | 1.0% |

The remaining states each account for less than 1% of impacted borrowers: AL, AK, AZ, CO, DE , HI, ID, KS, ME, MN, MO, MS, MT, ND, NE, NH, NV, OR, RI, SD, TN, UT, VT, WV, WY, DC.

**Kobi Kennedy Brinson**

**Partner**

Winston & Strawn LLP
300 South Tryon Street 16th Floor
Charlotte, NC 28202

D: +1 704-350-7747

F: +1 704-350-7800

[Bio](#) | [VCard](#) | [Email](#) | [winston.com](#)



The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.