IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant.<br>_____ / | No. C 18-07354 WHA<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT** |

On January 31, defendant Wells Fargo Bank, N.A. filed a motion to dismiss the complaint (Dkt. No. 37). Plaintiff did not file an opposition, but on February 28 filed an amended complaint (Dkt. No. 44). The pending motion to dismiss is accordingly **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: March 4, 2019.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE