Amanda L. Groves (SBN: 187216)
agroves@winston.com
Morgan E. Stewart (SBN: 321611)
mstewart@winston.com
**WINSTON & STRAWN LLP**
101 California Street, 35th Floor
San Francisco, CA 94111-5802
Telephone:   (415) 591-1000
Facsimile:    (415) 591-1400

Kobi K. Brinson (Admitted *pro hac vice*)
kbrinson@winston.com
Stacie C. Knight (Admitted *pro hac vice*)
sknight@winston.com
**WINSTON & STRAWN LLP**
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone:   (704) 350-7700
Facsimile:    (704) 350-7800

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALICIA HERNANDEZ, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants. | No. 3:18-cv-07354 WHA<br><br>**PLAINTIFFS AND DEFENDANT WELLS FARGO & COMPANY'S JOINT RESPONSE TO THE COURT'S JUNE 3, 2019 ORDER**<br><br>Date: June 20, 2019<br>Time: 8:00 a.m.<br>Courtroom: 12<br>Judge: Hon. William H. Alsup |

1        Plaintiffs and Defendant Wells Fargo & Company (the "Holding Company") submit this joint response to the Court's June 3, 2019 Motion to Dismiss Order (Dkt. No. 87) (the "June 3 Order"), which requires the parties to submit a "supplemental brief, not to exceed five pages, regarding the impact, if any, of this order on [the Holding Company's] pending motion to dismiss."

        Plaintiffs do not bring their breach of contract claim (First Cause of Action) against the Holding Company, and the June 3 Order dismissed Plaintiffs' claims for negligence (Third Cause of Action), wrongful foreclosure (Fourth Cause of Action), and violations of the Maryland Consumer Protection Act and Maryland Consumer Debt Collection Act (Seventh Cause of Action) for failure to state a claim upon which relief could be granted pursuant to Rule 12(b)(6). Thus, the claims that remain at issue for the Holding Company's motion are: intentional infliction of emotional distress (Second Cause of Action), violation of the California Homeowner Bill of Rights (Fifth Cause of Action), violation of California's Unfair Competition Law (Sixth Cause of Action), and violations of the Illinois Consumer Fraud Act, the New Jersey Consumer Fraud Act, Section 349(a) of New York's General Business Law, and the Pennsylvania Unfair Trade Practices and Consumer Protection Law (Seventh Cause of Action). The parties' positions on these remaining claims have already been briefed, and the June 3 Order does not affect those positions.

        The parties therefore agree that the decisions for the Court on the pending motion to dismiss are whether Plaintiffs have adequately alleged, pursuant to Rule 12(b)(6), that the Holding Company is (1) directly liable in connection with Plaintiffs' Second, Fifth, Sixth, and Seventh Causes of Action through its participation in the allegedly wrongful denial of loan modifications, and/or (2) indirectly liable under agency and/or alter ego principles on the Second, Fifth, Sixth, and Seventh Causes of Action.

| | |
|---|---|
| Dated: June 10, 2019 | WINSTON & STRAWN LLP |

By: */s/ Amanda L. Groves*
Amanda L. Groves
Morgan E. Stewart
Kobi K. Brinson (Admitted *pro hac vice*)
Stacie C. Knight (Admitted *pro hac vice*)

Attorneys for Defendant
WELLS FARGO BANK, N.A.

GIBBS LAW GROUP LLP

By: */s/ Michael L. Schrag*
Michael L. Schrag
Joshua J. Bloomfield

Attorneys for PLAINTIFFS