IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HERNANDEZ, EMMA WHITE, KEITH LINDNER, TROY FRYE, COSZETTA TEAGUE, IESHA BROWN, RUSSELL and BRENDA SIMONEAUX, JOHN and YVONNE DEMARTINO, ROSE WILSON, TIFFANIE HOOD, GEORGE and CYNDI FLOYD, DEBORA GRANJA, and DIANA TREVINO, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO & COMPANY, and WELLS FARGO BANK, N.A.,<br><br>    Defendants.<br>_____/ | No. C 18-07354 WHA<br><br>**NOTICE RE DISCOVERY DISPUTE** |

The Court is in receipt of plaintiffs' discovery letter brief (Dkt. No. 105). The meet-and-confer set for July 1, 2019 commencing at 10:30A.M. will now be set to commence on **JULY 1, 2019 AT 10:00A.M. AND CONTINUING TO 1:30 P.M. (WITH 30 MINUTES FOR LUNCH AT NOON)**. At **1:30 P.M.,** the Court shall hear any remaining discovery issue(s) from plaintiffs' and defendants' respective briefs in Courtroom No. 12. Defendants' response to plaintiffs' discovery letter brief is due by **JUNE 30, 2019 AT NOON.**

**IT IS SO ORDERED.**

Dated: June 27, 2019.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE