# **EXHIBIT 40**

| | |
|---|---|
| **From:** | Obi, Shawn R. <SObi@winston.com> |
| **Sent:** | Thursday, August 22, 2019 2:39 PM |
| **To:** | Linda Lam; Michael Schrag; Joshua Bloomfield; Rick Paul; Ashlea Schwarz; Laura Fellows |
| **Cc:** | Groves, Amanda; Brinson, Kobi Kennedy; Knight, Stacie C. |
| **Subject:** | Hernandez et al. v. Wells Fargo |
| **Attachments:** | 8.22.19_WFB NA SUPPLEMENTARY Responses to First Set of Rogs.pdf |

Counsel,

Please see the attached, which was also served today via U.S. Mail.

- **WELLS FARGO BANK, N.A.'S SUPPLEMENTARY RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Further to Michael's request, below is an updated state-by-state breakdown, which is based on the excel document produced during Ms. Bell's deposition.

| | | |
|---|---|---|
| AL | 7 | 0.7% |
| AR | 9 | 1.0% |
| AZ | 7 | 0.7% |
| CA | 31 | 3.3% |
| CO | 7 | 0.7% |
| CT | 18 | 1.9% |
| DC | 1 | 0.1% |
| DE | 6 | 0.6% |
| FL | 115 | 12.2% |
| GA | 28 | 3.0% |
| HI | 1 | 0.1% |
| IA | 18 | 1.9% |
| ID | 7 | 0.7% |
| IL | 45 | 4.8% |
| IN | 16 | 1.7% |
| KS | 5 | 0.5% |
| KY | 21 | 2.2% |
| LA | 34 | 3.6% |
| MA | 13 | 1.4% |
| MD | 40 | 4.2% |
| ME | 6 | 0.6% |
| MI | 11 | 1.2% |
| MN | 8 | 0.8% |
| MO | 5 | 0.5% |
| MS | 2 | 0.2% |
| MT | 1 | 0.1% |
| NC | 21 | 2.2% |

| | | |
|---|---|---|
| ND | 1 | 0.1% |
| NE | 4 | 0.4% |
| NH | 5 | 0.5% |
| NJ | 70 | 7.4% |
| NM | 9 | 1.0% |
| NV | 9 | 1.0% |
| NY | 69 | 7.3% |
| OH | 69 | 7.3% |
| OK | 11 | 1.2% |
| OR | 7 | 0.7% |
| PA | 93 | 9.8% |
| RI | 5 | 0.5% |
| SC | 23 | 2.4% |
| SD | 3 | 0.3% |
| TN | 7 | 0.7% |
| TX | 37 | 3.9% |
| UT | 3 | 0.3% |
| VA | 12 | 1.3% |
| VT | 1 | 0.1% |
| WA | 14 | 1.5% |
| WI | 11 | 1.2% |

**Shawn R. Obi**

**Associate Attorney**

Winston & Strawn LLP

T: +1 213-615-1700

D: +1 213-615-1763

F: +1 213-615-1750

winston.com

*Admitted to practice in California*



The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.