


601 Walnut, Suite 300
Kansas City, Missouri 64106
Tel (816) 984-8100
Fax (816) 984-8101

www.PaulLLP.com

Rick Paul and Ashlea Schwarz founded Paul LLP after years of litigating high stakes cases involving complex litigation. We have fought against some of the biggest companies in the country, including Syngenta, Monsanto, JPMorgan Chase, Phillips 66, Commerce Bank, General Motors, and Wal-Mart. And we have won big. We founded the firm on two overriding principles: (1) a strong passion for litigating cases on behalf of our clients; and (2) a desire to make meaningful, industry-wide changes that create reshaped markets and improved lives.

We have recovered more than two billion dollars for our clients through trial, arbitration, and settlement. We have handled some of the largest cases in the country against the largest, most well-funded and well-represented companies. And, we don't just litigate—we prepare these cases for trial and take these cases to trial.

***The Work We Do***

Agriculture: The agricultural industry is rapidly consolidating and is launching new biotechnology products every year. Located in the Midwest, we have a deep knowledge of how law and agriculture intersect, including the areas of negligence, chemical-drift, trespass, antitrust, food safety, trade, marketing, and resource management. The agricultural and biotechnology industries are highly regulated with a complex web of state and federal regulations, many of which give rise to preemption issues. Our lawyers have handled a wide variety of cases in this area of the law and are well-versed in the statutory and regulatory issues that arise in litigation related to agricultural in individual, mass, and class actions.




Antitrust: Antitrust laws were enacted to ensure that businesses play by the rules to ensure that a free market prevails. Our lawyers have both prosecuted and defended antitrust actions in the agriculture, technology, and health care industries. We handle both antitrust class actions as well as individual cases. We make sure that companies who engage in unfair business practices are kept in check, allowing other businesses the opportunity to compete in a fair marketplace.

Class Actions: We know how difficult it is for a single person to bring a case against a large corporation or entity. The enormity of this task prevents many people from pursuing legitimate claims, which allows companies to continue with unsafe, unlawful, or unfair practices. These are often pervasive, industry-wide violations. Our attorneys have the assets and skill sets necessary to bring about meaningful change whether it be through mass or class actions.

Commercial Litigation: Partnerships within or between businesses often lead to disputes. When partnerships are exploited, or contracts are not followed through on, we help pick up the pieces.

Commodities: Being a Midwest law firm, we know commodities litigation. From grains, farm animals, oil and gas, precious metals, we have handled a broad spectrum of commodities-related litigation. We are familiar with the commodities exchanges, the statutory and regulatory environment, and the jargon of these industries.

Employment: Federal and state laws exist to ensure employees are paid and treated fairly. Unfortunately, many companies skirt those laws to widen their profit margins and take advantage of employee labor. We have experience taking on some of the largest international corporations regarding independent contractor/employee misclassification, unreimbursed business expenses, unpaid wages, executive termination, and WARN Act violations.

Intellectual Property: Great ideas deserve protection. That's why laws exist to guard intellectual property, including copyright, trademarks, and patents. When works and ideas created by an individual or company are exploited by others, we help ensure that credit is duly awarded. Our contingency fee structuring allows individuals to bring cases they otherwise may not be able to afford.

Products Liability: We have a breadth of experience in ensuring manufacturers take responsibility for products that cause harm or injury to consumers. Injury and financial harm can result from products with faulty design or improper manufacturing, as well as a




company's failure to warn consumers of possible injury or unwanted side effects from use of that product.

***The Results We Have Achieved***

*In re Syngenta MIR162 Corn Litigation* (District of Kansas, MDL 2591) and *In re Syngenta Litigation* (Minnesota Fourth Judicial District) (appointed to Plaintiffs Executive Committee in both federal and state MDLs; trial counsel for individual bellwether and Minnesota class leading to $1.51 billion settlement)

*In re General Motors Dex-Cool Cases* (Alameda County Superior Court, California; Jackson County Circuit Court, Missouri; Southern District of Illinois, MDL 1562) (appointed Co-Lead Counsel in federal MDL and as Co-Lead Class Counsel in two state courts; obtained one of the largest automotive defect settlements of all time)

*In re Eclipse Aviation Depositor Litigation* (Bernalillo County, New Mexico) (negotiated settlement of approximately $49,000,000 on behalf of purchasers of jet aircraft)

*In re: Air Crash of N51RX* (Santa Fe County, New Mexico) (negotiated complex 8-figure settlement in a 5-death air ambulance crash with multiple defendants and insurance companies)

*Malloy v. Pratt & Whitney* (U.S. District Court, Northern District of Oklahoma) ($2.1 million settlement of product liability claim for defective aircraft engines)

*In re Great Plains Air Lines* (U.S. Bankruptcy Court, Northern District of Oklahoma) (negotiated confidential settlement with officers and directors of defunct regional airline carrier)

*In re Mountain Energy Corp.* (U.S. Bankruptcy Court, Western District of Missouri) (officer/director liability, negotiated 14-party settlement with more than $60 million recovery)

*In re Oak Hills Drilling & Operating Co.* (U.S. Bankruptcy Court, Eastern District of Oklahoma) (obtained judgment after trial for over $1.5 million on behalf of bankruptcy estate)

*De La Cruz v. Masco Retail Cabinet Group* (Arbitration – AAA) (obtained $2.6 million




arbitration award for group of account representatives who were misclassified in violation of the FLSA)

*Malloy v. Commerce Bank* (District Court of Tulsa County, Oklahoma) (negotiated settlement for claims alleging aiding and abetting breach of fiduciary duty, fraudulent transfers, and civil conspiracy on behalf of bankruptcy estate)

*Sanchez v. DISH Network LLC* (Arbitration – AAA) (received $2.9 million judgment on behalf of 3,000 call center employees seeking unpaid overtime wages under the FLSA)

*Cabreros, et al. v. Spansion, LLC et al*. (U.S. Bankruptcy Court, District of Delaware) (negotiated $8 million settlement of a California class action for violations of the Worker Adjustment and Retraining Notification Act)




## *The Lawyers and Reputation We Enjoy*



**Rick Paul**

Rick, managing partner of Paul LLP, specializes in complex antitrust, business, bankruptcy, product liability, and consumer litigation—typically involving multi-parties, class or mass actions, or bankruptcy estates. Rick graduated from the University of Missouri-Columbia School of Law, where he served as Associate Managing Editor of the Missouri Law Review. After law school, Rick was a judicial law clerk at the Missouri Supreme Court and the Missouri Court of Appeals, Western District. In 1996, he began private practice with the firm formerly known as Shughart Thomson & Kilroy, a large Kansas City law firm with offices in Missouri, Kansas, Colorado, and Arizona. In 2002, the Board of Directors of Shughart Thomson elected him a Shareholder and Director. In 2008, Rick moved his practice to Stueve Siegel Hanson LLP. In May 2013, Rick started Paul LLP.

Rick has recovered more than $2 billion for his clients through trial or settlement. Rick has been appointed by numerous courts across the country to serve as lead counsel in class actions and MDL proceedings and as special litigation counsel for bankruptcy trustees. Currently, Rick is serving as interim co-lead counsel in a consolidated antitrust class action in the United States District Court for the District of New Jersey against Jackson Hewitt. Additionally, Rick serves on the Plaintiffs' Executive Committee, as lead of the antitrust track, in *In re Dicamba Herbicides Litigation*, MDL 2820, pending in the United States District Court for the Eastern District of Missouri.

Rick enjoys being in the courtroom and has tried and won many types of cases in jury trials, bench trials, and arbitrations. He has repeatedly been brought in to a case shortly before trial for just that purpose. Recently, Rick served as trial counsel in the *In re Syngenta Litigation* pending in Minnesota state court. Rick was co-lead trial counsel for the first individual bellwether trial as well as the Minnesota class action trial. During the third week of the Minnesota class trial, the litigation was settled on behalf of all farmers (individual and classes) across the country. This is just the most recent in a string of cases where Rick has been lead trial counsel, including two class arbitrations, where he prevailed in both. He has also argued more than 40 appeals to various state and federal appellate courts and briefed over 100 appeals.




Rick is active in the Kansas City Metropolitan Bar Association. In 2004, he served as the Chair of the Appellate Courts Committee of the KCMBA. He has also served as Vice-Chair on the Business Torts Committee, where he authored the Chapter on Fiduciary Duties for the Business Torts Handbook. Rick is a frequent speaker and moderator at seminars and presentations on handling appeals, electronic discovery, and the use of technology in the courtroom. In 2006, Missouri Lawyers Weekly named Rick as one of eight "Up and Coming Lawyers." He has also been named a "Missouri/Kansas Super Lawyer," and is listed on American Registry's "Top Attorneys in Missouri/Kansas." He has an AV Preeminent Peer Review Rating with Martindale-Hubbell.

*Court Admissions*

Missouri, 1995
Kansas, 1997
U.S. Supreme Court
U.S. Court of Appeals, 3rd Circuit
U.S. Court of Appeals, 4th Circuit
U.S. Court of Appeals, 6th Circuit
U.S. Court of Appeals, 7th Circuit
U.S. Court of Appeals, 8th Circuit
U.S. Court of Appeals, 9th Circuit
U.S. Court of Appeals, 10th Circuit
U.S. Court of Appeals, 11th Circuit
U.S. District Court, District of Colorado
U.S. District Court, District of Kansas
U.S. District Court, Eastern District of Missouri
U.S. District Court, Western District of Missouri
U.S. District Court, Eastern District of Wisconsin

*Education*

University of Missouri-Columbia School of Law, Columbia, Missouri, 1995
J.D., Assistant Managing Editor, Missouri Law Review
University of Missouri, Columbia, Missouri, 1992
B.A., Economics and Political Science, Honors College
*Honors*: MU Varsity Tennis Team, Letter winner; Academic All Big-8






**Ashlea Schwarz**

Ashlea litigates complex business disputes including claims for antitrust, breach of contract, breach of fiduciary duty, and fraud, typically in class or multi-party actions. Ashlea has represented thousands of clients from the inception of a case through a verdict and litigated over 50 mass and class actions. Ashlea has taken 6 cases to trial, including two collective/class actions where she recovered over $5 million collectively for her clients. Her practice is nationwide and traditionally includes multi-party and multi-district litigation.

Ashlea remains involved in the legal community through her work as a board member for the Kansas City Bar Association's Federal Court Advocates Section, subcommittee chair for American Women Lawyers, and participation in the Lawyers Association of Kansas City. She is a contributing author for the American Bar Association's yearly FLSA Midwinter Report and co-author of *FLSA Arbitration Strategies* for the April 2013 edition of Trial Magazine, Employment Law. In 2014, she was named one of Missouri Lawyers' Weekly's "Up and Coming Lawyers," an award recognizing litigators under age 40 who demonstrate excellence in the legal profession and in their commitment to their communities. Ashlea continues to be selected yearly as a Kansas City Business Journal Rising Star and Super Lawyers' Missouri and Kansas Rising Star.

*Court Admissions*

Missouri, 2007
Kansas, 2008
U.S. Court of Appeals, 4th Circuit
U.S. Court of Appeals, 10th Circuit
U.S. District Court, District of Colorado
U.S. District Court, District of Kansas
U.S. District Court, Western District of Missouri

*Education*

University of Kansas School of Law, Lawrence, Kansas, 2007
J.D., Clerk for Judge Julie Robinson, U.S. District, District of Kansas, 2005-2006
*Honors:* P. Mize Award for Trial Advocacy, Robert F. Bennett Award for Public Service

Kansas State University, Manhattan, Kansas, 2004
B.A. in Journalism and Mass Communications and minors in English and German




*Honors:* Phi Beta Kappa, Phi Kappa Phi, Golden Key, Journalism and Mass Communication Ambassador, K-State Student Foundation Board Member, University Ambassador






**Sean Cooper**

Sean focuses his practice on complex commercial litigation, class actions, wrongful death and catastrophic injury, antitrust litigation, mass torts and wage and hour litigation. Sean earned his J.D. from the University of Kansas School of Law in 2013. During law school, Sean was an Associate Editor of the Kansas Law Review and won CALI Excellence for the Future Awards in KU's Immigration and Asylum Clinic and International Human Rights Law. Before law school, Sean earned a B.A. in English from Truman State University and graduated summa cum laude. Sean also received his M.A. in English from Truman State, where he was graduate student of the year in the English program. Sean was a four-year varsity tennis player at Truman State, posting one of the winningest records in school history. After receiving his M.A., Sean taught English as a second language in Bangkok, Thailand.

*Court Admissions*

Missouri, 2013
Kansas, 2014
U.S. Court of Appeals, 7th Circuit
U.S. Court of Appeals, 8th Circuit
U.S. District Court, District of Kansas
U.S. District Court, Western District of Missouri

*Education*

University of Kansas School of Law, Lawrence, Kansas, 2013 J.D.
Truman State University
M.A., English, 2008
B.A., English, 2006 – summa cum laude






**Laura Fellows**

Laura Fellows has focused her practice on complex business litigation, wage and hour litigation, and personal injury matters. Laura has represented class and collective action plaintiffs, as well as individual plaintiffs, in contract, employment, and wage and hour litigation throughout the country. Laura has also represented plaintiffs in individual arbitration actions, including recently first-chairing an individual misclassification arbitration to a plaintiff's victory.

During law school, Laura was on the national team for the American Bar Association's Negotiation Competition, reaching the semi-final round of the national competition. Laura also served as president of the Association for Women Law Students. Before law school, Laura attended Missouri State University as a Board of Governor's Scholar and member of the honors college. Also, while at Missouri State, Laura served as the homecoming philanthropy chair, helping establish the "Can-Structure" event to benefit Ozarks Food Harvest.

*Court Admissions*

| | |
|---|---|
| Missouri, 2013 | U.S. District Court, Western District of Missouri |
| Kansas, 2014 | U.S. District Court, District of Kansas |
| Arkansas, 2015 | U.S. District Court, Eastern District of Arkansas |
| | U.S. District Court, Western District of Arkansas |

*Education*

University of Missouri Kansas City School of Law, 2013 J.D.
Missouri State University, 2010
B.A. in Communications and minor in German, *Cum Laude* in the Honors College
*Honors:* Board of Governors Scholar