# UNITED STATES DISTRICT COURT
## SOUTHERN NORTHERN DISTRICT OF CALIFORNIA

### CASE NO.:  18-cv-07354

Alicia Hernandez, individually and on behalf
of all others similarly situated,

     Plaintiff,

vs.

Wells Fargo Bank, N.A.

     Defendant,

_____/


## DECLARATION OF JOHN A. KILPATRICK, PH.D., MAI, FRICS


  I, John A. Kilpatrick, declare as follows:

1.     I am the Managing Director of Greenfield Advisors, Inc., a consulting firm specializing in real estate valuation and financial and economic analysis, headquartered in Seattle, Washington.  For more than 40 years, our firm has been a leading authority on difficult real estate related problems.  We are unusual, if not unique, in the high level of educational and professional qualifications of our staff and consultants (including, from time to time, numerous Ph.D.'s in real estate and related fields); the rigor of our quantitative techniques, and our scholarly pursuits in the field, as evidenced by numerous books, chapters, and refereed journal articles produced over the years by members and associates of Greenfield.

2.     I am an MAI-designated member of the Appraisal Institute and the author, editor, or contributing author to ten books, such as *Private Real Estate Markets and Investments* (Oxford University Press, 2014) and *Real Estate Valuation and Strategy* (McGraw-Hill, forthcoming 2020).  I have served as a consultant to the Federal Housing Finance Authority, in its role as conservator to Fannie-Mae and Freddie Mac, in its recent litigation concerning the mortgage market crisis, as well as numerous corporations and trusts, Federal and state agencies, and private individuals.  I am a former member of the Editorial Board of the *Appraisal Journal,*

the official refereed journal of the Appraisal Institute, and continue to serve on its review board, and serve as a reviewer for numerous other scholarly and professional journals. I am also a past co-editor of the *Journal of Sustainable Real Estate.* In 2004, I became one of a handful of appraisers in the United States to be designated as a nationally certified appraisal standards instructor by the Appraisal Standards Board in Washington, D.C. Also, in 2004, my peers in the industry honored me by nominating me for a seat on the Appraisal Qualifications Board and by naming me a "Member" (later "Fellow") of the Faculty of Valuation of the British Royal Institution of Chartered Surveyors. I am a Fellow of the American Real Estate Society, a Principal Member of the Real Estate Counseling Group of America, and I have been professionally engaged in real estate finance, appraisal, development and teaching for over 35 years. In March of 2017, Washington's Governor Jay Inslee appointed me to represent the citizens of Western Washington as a Director of the Washington State Economic Development Finance Authority. I have been accepted as an expert witness in various Federal and state courts throughout the United States on matters relating to real estate valuation, financial and economic analysis, and statistical analysis. A more complete and current set of my professional qualifications, along with a list of my trial and deposition testimony for the past four years is attached to this declaration as Exhibit A.

3.      I am the author of over 100 journal articles, monographs, and working papers. For example, my paper "Appraisal Error Terms and Confidence Intervals", presented at the American Real Estate Society's 2010 annual meeting, was named the Best Paper on Real Estate Appraisal, an award sponsored by the Appraisal Institute[1]. I have been featured in articles in the *New York Times*, CNBC, the *Wall Street Journal*, the British journal *Modus*, and other national and global publications. Most recently, I was awarded the Bernard L. Barnard Outstanding Technical Essay Award by the International Association of Assessing Officers for an article published in the *Journal of Real Estate Literature*[2] that relates to mass appraisal techniques, such as the ones I would propose to utilize in this case. Also, recently, a paper I co-authored on complex real estate models, published in the *Journal of Property Investment and Finance,* was

---

[1] John A. Kilpatrick, *What is the Error Rate of a Commercial Appraisal?* In 2010 ANNUAL MEETINGS OF THE AMERICAN REAL ESTATE SOCIETY (2010)
[2] Clifford A. Lipscomb, Abigail S. Mooney, & John A. Kilpatrick, *Do Survey Results Systematically Differ from Hedonic Regression Results?  Evidence from a Residential Meta-Analysis*, 21 JOURNAL OF REAL ESTATE LITERATURE 233-253.

named a "Highly Commended Award Winner" by the Emerald Publishing Literati Network Awards for Excellence.[3]

4.      I have testified or consulted on numerous real estate problem situations, including situations with respect to diminution in value, foreclosure issues, mass appraisal methods, and automated valuation models (AVMs) in Federal and state court cases.  Examples include, but are not limited to, the following:

- 2017, Eastern District of Washington, in *Jordan v. Nationstar*, I was offered as an expert witness in a case involving foreclosed residences and my model withstood *motions in limine*.  The case subsequently settled.

- 2017, District of Massachusetts, in *Massachusetts Mutual v. Credit Suisse*, my mass appraisal model and AVM withstood a *motion in limine*, and the matter subsequently settled.

- 2017, District of Connecticut, I was offered as an expert witness in *FHFA v. RBS*, a case involving failed mortgage backed securities and foreclosed real estate.  My mass appraisal model and AVM withstood a *motion in limine*, and the matter subsequently settled.

- 2017, Circuit Court of Cook County, Il, I was offered as an expert on real estate valuation in *Federal Home Loan Bank of Chicago v. Banc of America Funding Corporation, et al.*  After a vigorous review of my AVM and analytical methods, the case subsequently settled.

- 2017, U.S. Court of Federal Claims, I consulted and was deposed as an expert on appraisal methodology and appraisal review in *Hardy, et al., v. The United States of America*.  The case went to trial and my clients prevailed.

- 2016, District of Massachusetts, I was offered as an expert witness in *Massachusetts Mutual v. DLJ Mortgage Capital.*  My mass appraisal model and AVM withstood a *motion in limine*.  The matter went to trial, and my clients prevailed.

---

[3] Andy Krause et al., *Contaminated Properties, Trespass, and Underground Rents,* 30 JOURNAL OF PROPERTY INVESTMENT AND FINANCE 304-320 (2012)

- 2015, Southern District of New York, I testified in *FHFA v. Nomura* utilizing my AVM and other mass appraisal techniques.  My models withstood *motions in limine* and my clients prevailed in the matter.
- 2015, Western District of Missouri, I testified in *Barfield, et al., v. Sho-Me Power, et al.*  My mass appraisal and financial analyses models withstood *motions in limine*, and my clients prevailed in the matter.

A more complete list of my trial testimony for the last four years is included in Exhibit A.

5.      For purposes of this declaration, I have been asked to opine on behalf of the plaintiffs in the referenced case (*Hernandez v. Wells Fargo*) on the question of whether or not, from a real estate and financial and economic analysis perspective, the matters at hand in this case can be analyzed systematically and on a class-wide basis.

6.      The materials I have relied upon to formulate my opinions are referenced herein.

7.      In this matter, my firm is being compensated at the rate of $800 per hour for my time.  Others at Greenfield Advisors who work under my direct supervision have hourly rates between $90 and $500 per hour.  These are our standard and customary rates for work of this nature.

**OPINIONS AND BASES AND REASONS FOR THEM**

### A.   Overview

8.      This report represents my professional opinion as an appraiser and financial and economic analyst as to the question of whether or not the matters hand can be analyzed systematically and in a manner consistent with a certified class.

### B.   Background

9.      As one of the ways to mitigate and ameliorate the effects of the recent recession, Congress provided $50 Billion in stimulus funding for the Home Affordable Modification Program, or "HAMP".  This was specifically designed to preserve home ownership by providing stability to citizens who were suffering from the recession and its aftermath.  I am informed that

Wells Fargo, the defendant in this matter, received and accepted up to $6.4 Billion in HAMP funding.  It is alleged that Wells Fargo failed to fulfill on the obligations which followed from the acceptance of this Federal support.

10.     I am informed that Wells Fargo wrongfully denied loan modifications to over 900 borrowers who would have qualified for such a modification under HAMP.  Of these borrowers, Wells Fargo apparently now admits to foreclosing on hundreds of these borrowers, who should have been offered a loan modification.

11.     These loan modifications would have substantially reduced borrower's monthly payments.  According to the U.S. Treasury, the HAMP program, when it was in effect, reduced the median homeowner's payment by $530 per month.  HAMP also "…encouraged private lenders to modify mortgages at no expense to taxpayers[4].

12.     Plaintiff Alicia Hernandez purchased a condominium in North Bergen, New Jersey.  She lost her job during the recession and was, from all indications, the type of homeowner for whom HAMP was designed to help.  Instead of providing HAMP assistance, Wells Fargo initiated foreclosure proceedings.  Ms. Hernandez fought the foreclosure *pro se* for several years, but to no avail.

13.     As part of a voluntary remediation program, Wells Fargo sent Ms. Hernandez a check for $15,000.  The letter accompanying the check informed her of Wells Fargo's "faulty calculation" and that, if not for their error, she would have been approved for a HAMP modification.

## C.  Apparent economic issues to be addressed as a class

14.     As an economist, I can see immediately that Ms. Hernandez and similarly situated and affected plaintiffs have been affected in two distinct ways:

- Her home was foreclosed on at exactly the trough of the recession, and since that time homes have increased in value significantly as a "rebound" from that recession.  Ms. Hernandez has lost all of the increase in value of her home she would have otherwise enjoyed.  These are not speculative or anticipatory profits.

---

[4] https://www.treasury.gov/initiatives/financial-stability/TARP-Programs/housing/mha/Pages/hamp.aspx, viewed August 23, 2019

Rather, equity is the actual value of the home which was temporarily depressed as a result of the recession; and

- Ms. Hernandez and other similarly situated plaintiffs have measurable additional out-of-pocket costs, such as increased occupancy costs, increased borrowing costs (resulting from loss of credit), moving expenses, personal legal expenses, and other miscellaneous costs.

15.     As I will demonstrate, these costs can and should be measured in a systematic fashion across the universe of affected plaintiffs.  There are well developed and well accepted methods available for systematically measuring these losses, and we have used such measures in other Federal and state court cases in recent years.

### D.  Loss of home value

16.     It is widely recognized that home values in the 2008-2010 time period were in a depressed trough coincident with the recession.  For example, using the Federal Housing Finance Authority's data[5], a home in North Bergen, NJ, purchased for $200,000 at the beginning of 2006, would have fallen in value to $175,503 by the end of 2010.  This was the period in question when homes, such as Ms. Hernandez' and others, were eligible for loan modification to aid them in saving their lost equity, but instead their homes were foreclosed.  Had Ms. Hernandez been allowed to keep her home until the first quarter of 2019, again using FHFA's data, her home today would have been worth $216,769.  The difference between the value at foreclosure (in this example, $175,503) and the value today ($216,769), or $41,266, is the actual loss in equity suffered by a typical homeowner.

17.     We have successfully used our Greenfield Automated Valuation Model throughout the United States to retrospectively value individual homes in cases such as this one.  Our AVM has consistently been accepted by Courts as a statistically robust and useful tool for informing my appraisal opinions in these cases.  I would also note that I am presently a state-certified appraiser in every state in the U.S., and so qualified to offer such retrospective valuation determinations.

---

[5] https://www.fhfa.gov/DataTools/Tools/Pages/HPI-Calculator.aspx

18.     We would use our Greenfield AVM to measure the actual value of each plaintiff residence at the time the mortgage was foreclosed.  We can then also measure the actual value of each plaintiff residence as of the time of certification of the class.  The differences between each of these pairs of values would be the starting point for determination of a loss of homeownership equity for each of these plaintiffs.

**E.   Other out-of-pocket losses**

19.     Quite obviously, the median homeowner would have received a reduction in housing costs of $530 per month as a direct result of participation in HAMP.  That, unfortunately, was only the beginning of direct economic losses suffered by each of these homeowners.

**F.   The obvious preference for using mass evaluation methods**

20.     It is my opinion (based on my education, training, and experience, as well as evidence throughout this declaration) that considering the loss of value and economic damages to individual plaintiffs and their properties, with reference to the pattern of loss across the proposed class would result in an objective and credible estimate of damages to class members.  Using a mass appraisal system, an appraiser can assemble the data needed to identify properties, appropriate valuation data (i.e. – comparables), and render a statistically supported, accurate, consistent, and unbiased determination of value for each residence in question.  The administrative costs of valuing the properties and estimating damages would be greatly reduced in a mass appraisal exercise rather than on a property-by-property appraisal utilizing different appraisers and economic experts for each plaintiff in the case.

21.     A major factor justifying mass treatment in this case is the need to assemble, analyze, and interpret a large body of data for credible and unbiased assessment and valuation.  For example, with reference to the property value portion of this exercise, individual property appraisals use small data sets of comparable sales selected for comparison purposes.  By contrast, in a mass appraisal, it is common to use all property sales of like kind.  By using the

same set of sales transactions as comparable sales, any bias that may be introduced when choosing comparable sales for a single property can be eliminated.

22.     The process of comprehensively gathering, compiling, and geo-referencing data is complex but necessary when simultaneously valuing hundreds of properties either individually or *en masse*.  Furthermore, extensive data cleaning and checking processes are required to eliminate errors and omissions that naturally occur in even the best data sets.  This quality control process requires time and expertise.  Consolidation of claimants into a class allows for consistent methods of valuation and evaluation of economic damages.

23.     The mass evaluation process allows for the achievement of significant economies of scale.  That is, creating a single database for the entire class is far more efficient and less costly than obtaining the data in a case-by-case, atomistic manner.  For the real estate valuation component of this, mass treatment is widely recognized as providing a better and more efficient means of valuation when addressing hundreds of appraisals simultaneously[6].

### G.   USPAP requirements for mass appraisal

24.     USPAP defines mass appraisal as "the process of valuing a universe of properties as of a given date using standard methodology, employing common data, and allowing for statistical testing."[7] In addition, USPAP Standards Rule 5-1 comments: "Mass appraisal provides for a systematic approach and uniform application of appraisal methods and techniques to obtain estimates of value that allow for statistical review and analysis of results." An automated valuation approach also provides a means for ensuring consistency of treatment across a large group of properties.

25.     In carrying out a mass appraisal, the appraiser must "employ recognized techniques" for specifying and calibrating property valuation models.[8] USPAP Mass Appraisal Standard 5 recognizes that available information may vary in local circumstances and allows for

---

[6] In this document, I refer to mass appraisal, mass analysis, Automated Valuation Models (AVMs), multiple regression models, and statistical analysis.  For clarity, mass appraisal is a method approved by the *Uniform Standards of Professional Appraisal Practice* (USPAP) to systematically value a large number of properties simultaneously.  Multiple regression models are the most common techniques for accomplishing mass appraisal, and the AVM is one common type of multiple regression model.  All of these are statistical analysis tools.

[7] UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE, (2018-2019) at Definitions p. 5.

[8] USPAP, (2018-2019) at Standards Rule 5-4 a, b, and c.

variation in methods due to variations in available data. The comment accompanying Standards Rule 5-5 includes the phrase "where applicable and feasible" regarding systems for collecting and maintaining "ownership, geographic [i.e., location], sales, income and expense, cost, and property characteristics data." The comment to Standards Rule 5-5 also suggests that data collection programs incorporate "a quality control program, including checks and audits of the data to ensure current and consistent records." These requirements support the use of mass appraisal treatment to ensure consistency and quality control with respect to both data and valuation models across the members of the class.

26.     USPAP Standards Rule 5-7 mandates "testing procedures and techniques to ensure that standards of accuracy are maintained." The comment appended to Standards Rule 5-7 states that:

> … Appraisers engaged in mass appraisal have a professional responsibility to ensure that, on an overall basis, models produce value conclusions that meet attainable standards of accuracy. This responsibility requires appraisers to evaluate the performance of models, using techniques that may include but are not limited to, goodness-of-fit statistics, and model performance statistics such as appraisal-to-sale ratio studies, evaluation of hold-out samples, or analysis of residuals.

27.     In addition to formal tests of mass appraisal performance, I can further ensure quality of the mass evaluation effort by several methods, such as:

- The Greenfield AVM (GAVM), which as I have noted has consistently been accepted by various Courts, uses well-established, peer-reviewed statistical methods, such as log-linear model specification and robust regression.

- The AVM testing process allows for the generation of error statistics, furthering the diagnostic abilities that are appropriate for the Court to determine the appropriate damages on a class-wide basis.

28.     In addition to utilizing an analysis team trained in valuation, finance, statistics, and economic analysis, I believe that the process I use for estimating values will result in accuracy, reliability, and consistency across the proposed class.  This process will include the following steps:

- Using location coordinates for each property will allow the GAVM to incorporate location factors, pricing of neighboring or locationally similar properties, and

neighborhood submarket information into price estimates.  Research (e.g., Pace and Zou, 2002; Fotheringham et al. 2002; Lipscomb and Farmer, 2005; Lipscomb, 2006; Farmer and Lipscomb, 2010; Ross et al., 2011; Belasco et al. 2012)[9] has shown that spatial models can outperform models that do not incorporate location.

- Conducing limited data sampling and verification under careful supervision to ensure accuracy, consistency, and completeness.  USPAP requires that mass appraisal reports must "describe the sources of data and data collection and validation processes."

- Classifying the affected properties into appropriate submarkets by areas and property types and testing candidate price-affecting variables by criteria suggested in USPAP Standards Rule 5-7.

- Locating and analyzing sources of data on property characteristics and values for properties within the proposed class.  Data checking and verification will achieve the level of quality control required by USPAP and will exceed IAAO standards for accuracy.

29.     Individual property valuation methods typically rely on small samples of comparable sales [e.g., three in the case of the widely used Uniform Residential Appraisal

---

[9] R. Kelley Pace & Dongya Zou, *Closed-Form Maximum Likelihood Estimates of Nearest Neighbor Spatial Dependence*, 32 GEOGRAPHICAL ANALYSIS 154–172 (2002).

A. STEWART. FOTHERINGHAM, CHRIS BRUNDSON & MARTIN CHARLTON, GEOGRAPHICALLY WEIGHTED REGRESSION: THE ANALYSIS OF SPATIALLY VARYING RELATIONSHIPS (2002).

Clifford A. Lipscomb & Michael C. Farmer, *Household diversity and market segmentation within a single neighborhood*, 39 THE ANNALS OF REGIONAL SCIENCE 791–810 (2005).

Clifford A Lipscomb, *An Alternative Spatial Hedonic Estimation Approach*, 15 JOURNAL OF HOUSING RESEARCH 143–160 (2006).

Michael C Farmer & Clifford A Lipscomb, *Using Quantile Regression to Reveal Hedonic Submarket Competition*, 32 JOURNAL OF REAL ESTATE RESEARCH 435–460 (2010).

Justin M. Ross, Michael C. Farmer & Clifford A. Lipscomb, *Inconsistency in Welfare Inferences from Distance Variables in Hedonic Regressions*, 43 THE JOURNAL OF REAL ESTATE FINANCE AND ECONOMICS 385–400 (2011).

E Belasco, Michael C Farmer & Clifford A Lipscomb, *Using a Finite Mixture Model of Heterogeneous Households to Delineate Housing Submarkets*, 34 JOURNAL OF REAL ESTATE RESEARCH 577–594 (2012).

Report (URAR)].[10] Estimates from small samples are subject to random and significant statistical variation (Kilpatrick, 2010).[11]

## H.  Data sources

30.     For projects such as this one, I typically utilize property data from iLeads[12].  I have utilized their data in numerous AVM-related cases over the past several years.  It has proven acceptable, and as previously noted, my AVM has never been rejected by a Court in litigation such as this.

31.     I utilize two data sets from iLeads for my valuation analysis: recorder (or deed/sales) data and tax assessor data.  The data include information on the most recent sale prices and dates for properties across the county, property characteristics (e.g., square footage, bathrooms, age, lot size), and location on a county-by-county basis.  My staff and I have examined this data repeatedly, and find it is both comprehensive and representative.

## I.   Model design and AVM testing

32.     As noted, AVMs are computer programs that employ statistical models to ascertain objective and accurate estimates of the market value of real property.[13] The Appraisal Standards Board describes an AVM as "a computer software program that analyzes data using an automated process."[14] AVMs have been used in the industry since the early 1990s to value residential property and, when properly designed, validated, and applied, AVMs can provide a statistically accurate measure of property value when sufficient reference data are available.[15] The Appraisal Standards Board recognizes AVMs, when used competently by a trained and

---

[10] A standard form for reporting the appraisal of a dwelling; required by the major secondary mortgage purchasers. Also known as Form 1004.
[11] John A. Kilpatrick, *Appraisal Error Terms and Confidence Intervals*, PRESENTED AT THE 2010 ANNUAL MEETING OF THE AMERICAN REAL ESTATE SOCIETY. Note: This paper won the 2010 award for Best Paper in Real Estate Appraisal from the Appraisal Institute.
[12] https://ileads.com/
[13] USPAP, (2018-2019) at p. 101 (Advisory Opinion 18).
[14] Ibid.

[15] JAMES KIRCHMEYER & PETER STAAS, AVMs 201: A PRACTICAL GUIDE TO THE IMPLEMENTATION OF AUTOMATED VALUATION MODELS (2008) at 24–25.

knowledgeable appraiser, as an appropriate tool for performing appraisals.[16] AVMs can be designed or tailored to accommodate different property types (e.g., single-family residences, condominiums, townhouses, and commercial properties), at different locations (e.g., regions of the country, regions within a state, and even individual neighborhoods), and at different points in time (e.g., present or retrospective).

33.    Lenders and appraisers alike utilize AVMs to value subject properties.[17] AVMs are addressed in USPAP through the Competency Rule, which applies to all appraisals under USPAP generally,[18] as well as Advisory Opinion 18 and Standards 5 and 6.

34.    USPAP Standards 5 and 6 address mass appraisals, which include hedonic AVMs. Conceptually, hedonic price modeling in an AVM is a more statistically rigorous extension of the sales comparison method embodied in a mass appraisal, and it has a long history of use in the appraisal profession.[19] Standard 5 requires that "in developing a mass appraisal, an appraiser must be aware of, understand, and correctly employ those recognized methods and techniques necessary to produce and communicate credible mass appraisals."[20]

35.    USPAP Advisory Opinion 18 directly addresses the type of AVM I used in this engagement. USPAP recognizes that appraisers may appropriately utilize AVMs not only for appraisals, but also for appraisal reviews.[21] When using an AVM as an appraisal tool, appraisers must understand how the AVM works, be able to use the AVM properly, determine that use of the AVM is appropriate for the intended use of the assignment results, and believe that the AVM output is credible and sufficiently reliable for the appraisal assignment.[22]

36.    Consistent with other parts of USPAP, Advisory Opinion 18 requires that appraisers utilize AVMs in accordance with their professional judgment and expertise. Advisory Opinion 18 cautions that while an appraiser can use an AVM as a tool in the development of an appraisal, appraisal review, or appraisal consulting assignment, the appropriate use of an AVM

---

[16] USPAP, (2018-2019) at p. 101 (Advisory Opinion 18).
[17] International Association of Assessing Officers, Standard on Automated Valuation Models (AVMs) (2003).
[18] The Competency Rule requires appraisers to possess the knowledge and experience necessary to complete an assignment competently. USPAP, (2018-2019), at 11-13, Standards Rule 1-1.
[19] Norm G Miller & Sergey Markosyan, *The Academic Roots and Evolution of Real Estate Appraisal*, 71 THE APPRAISAL JOURNAL 172–184 (2003) at 181.
[20] USPAP, (2018-2019), at 34 (Advisory Opinion 18).
[21] *Id.* at 101.
[22] *Id.* at 102.

is, like any tool, dependent upon the skill of the user and the tool's suitability to the task at hand.[23] However, when properly deployed by an appraiser, an AVM can be used as a tool to assist to reliably and credibly estimate market value of real property.[24]

37.　　Error statistics speak to the ability of the mass appraisal model to fit relationships between price and property characteristics (independent variables) of known property sales. To determine the accuracy of the models, I typically use a technique known as cross-validation, also known as a hold-out analysis. Cross-validation required the removal of a random set of sales from the dataset to be set aside as a test (or hold-out) group. I then recalibrated each model with the remaining sales and used those coefficients to predict the sales values of the test groups. I compared these predictions to the known sales prices of the test groups to determine the level of predictive error in each model. Since any random draw may be biased, this cross-validation procedure was computed many times, and the average of the average errors is taken to be the predictive accuracy of the mass appraisal models.[25]

38.　　In prior cases, I have conducted 1,000 iterations of a cross-validation model for my AVM value of the plaintiff property. In each iteration, I used 10% of the sales as the test or hold-out and 90% as the calibration set. Using this method, I have been able to report the Median Sales Error by using K-fold and the Median Absolute Sales Error using K-fold. I have consistently found, in prior cases, that the level of model accuracy in terms of Median Absolute Sales Error falls within industry standards for excellent AVM performance.[26]

## CONCLUSIONS

39.　　In my experience, circumstances like those in *Hernandez v. Wells Fargo* are appropriately addressed using the approaches discussed in this declaration.  The analytical task will be more challenging and require considerably more time and effort, as well as greater

---

[23] *Id.* at 101.

[24] Thomas Jackson, *Evaluating Environmental Stigma with Multiple Regressions Analysis*, THE APPRAISAL JOURNAL 364 (2005).

[25] For more about cross-validation, see JAMES ET AL., AN INTRODUCTION TO STATISTICAL LEARNING Section 5.1 (2013).

[26] JAMES KIRCHMEYER & PETER STAAS, AVMS 201: A PRACTICAL GUIDE TO THE IMPLEMENTATION OF AUTOMATED VALUATION MODELS (2008)

burden on the Court, if not performed using mass analysis techniques including a mass appraisal (AVM) and consistent economic analysis methods.

40.    The following is a summary of my opinions:

- Based upon information available to me, the impacts to properties within the proposed class are likely to be systematic and modelable. While valuations (loss of equity) will vary from property to property, this will be the function of different dates of foreclosure and location-specific value trends, all of which will be accounted for in the model itself.

- My expertise and experience in valuation has shown that mass treatment of the issue using mass appraisal methods by applying an AVM is a reliable and valid method for determining the unimpaired values of class properties.

- USPAP, the governing paradigm of the appraisal profession, recognizes mass appraisal by means of automated valuation as an accepted method for valuing a large collection of properties. In that same regard, USPAP Standards Rule 6-7 requires an appraiser to evaluate the performance of their mass appraisal methods, to ensure that his or her model meets attainable standards of accuracy. The peer-reviewed appraisal literature overwhelmingly supports the use of multiple regression analysis (in this case taking the form of an AVM) as a method for valuing large collections of properties.

- I have made a detailed examination of the iLeads data, and have determined that the necessary data exists in good quality and quantity to show sufficient statistical performance across the United States. Data for this matter has already been obtained through the data aggregator, iLeads.  We have used iLeads data on numerous previous occasions, and it has been found consistently acceptable for accurate valuations.

- In sum, given the facts of the case, the proposed composition of the class plaintiffs, the availability of data, and the professional standards and wealth of academic studies that support the mass appraisal of the properties in this situation, it is my opinion, to a reasonable degree of scientific certainty based on the above factors as well as my expertise and experience, that the approaches discussed in this declaration can and should be used for valuation purposes in this case.

- I reserve the right to update and alter my opinions in this matter based on the availability of any new or unknown information.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on August 28, 2019

_____

Dr. John A. Kilpatrick, Ph.D., MAI, FRICS



2101 FOURTH AVENUE, SUITE 1335
SEATTLE, WASHINGTON 98121
PHONE 206-623-2935
FAX 206-623-2985

*Economic, Market
and Valuation Analysts*

## JOHN A. KILPATRICK, PhD, MAI, FRICS

## PROFESSIONAL QUALIFICATIONS

John Kilpatrick is the Chairman and Co-Managing Director of Greenfield Advisors, formerly Mundy Associates. He has over 35 years of experience in finance and financial analysis, real estate, business development, statistical analysis, consulting, and teaching, including the following:

- Greenfield Advisors (1998–present)

- Kilpatrick Research Group (1994–1998), Principal conducting economic, financial, and market analyses for governments and private firms in the Southeast

- University of South Carolina: Lecturer in Real Estate (1992–1998), Researcher in the Center for Applied Real Estate (1997–1998), Administrator of the South Carolina Supercomputer Network (1994–1996), Project Coordinator of the Washington, DC, based Academic Coalition for Intelligent Manufacturing Systems (1994–1995), Assistant to the Senior Vice President for Research (1990–1994)

- Kilpatrick and Associates Realty (1987–1990), Broker-in-Charge, and Vice President of Sand Creek Development Company

- The Shumaker Company (1978–1981 and 1984–1987), CFO of a large-scale residential subdivision development, homebuilding, and brokerage company

- Dean Witter Reynolds (now Morgan Stanley, 1981–1984), Account Executive and S.C. Municipal Bond Coordinator

He has published extensively, most recently *Real Estate Valuation and Strategy (*McGraw-Hill, forthcoming 2019). His invited presentations have included members of the U.S. Senate (on advanced manufacturing R&D), *Institutional Investor's* Integrated Wealth Management Forum, the American Real Estate Society, the annual Applied Geography Conference of the American Association of Geographers, the Southeastern Builders Conference, the American Real Estate and Urban Economics Association, the National Trust for Historic Preservation, and the National Association of Homebuilders annual Executive Officers Conference. Dr. Kilpatrick is a regular participant and speaker at the famed *Renaissance Weekend* in Charleston, S.C. He is a frequent contributor and reviewer for numerous scholarly and practitioner journals, having served on the editorial boards of *The Appraisal Journal* and the *Journal of Sustainable Real Estate*, and on the review board for the *Journal of Real Estate Research* among others. In 2003, his industry peers in Western Washington honored him by naming him Editor of the semi-annual *Central Puget Sound Real Estate Research Report*.

His consulting and academic research activities include work for the National Science Foundation; the U.S. Departments of Energy, Interior, Defense, and Commerce; Oak Ridge National Lab; Southeastern Universities Research Association; Oak Ridge Associated Universities; SC Budget and Control Board; SC Department of Archives and History; SC Downtown Development Association; SC Housing Finance and Development Authority; and many city and county governments and private corporations. He has been featured in *The Wall Street Journal*, the *Boston Globe*, *The New York Times*, and other national publications. Dr. Kilpatrick served on the Working Group of the Data Consortium, which set the agenda for real estate information in 21st century technology. In 2000, the State of South Carolina and the U.S. Department of the Interior published a monograph honoring his research. In 2002, following the terrorist attacks on the World Trade Center, Dr. Kilpatrick was a consulting expert on real estate for Bloomberg Network News. In 2003, he became a Fellow of the American Real Estate Society. In 2004, Dr. Kilpatrick was elected to be a Member of the Faculty on Valuation of the Royal Institution of Chartered Surveyors, and he was named a Fellow of that organization in 2011. Also in 2004, the Appraisal Qualifications Board in Washington, DC, designated Dr. Kilpatrick a Nationally Certified Instructor for the *Uniform Standards of Professional Appraisal Practice*. In 2006, Dr. Kilpatrick was named a *Visiting Scholar in Real Estate Finance* at the Zicklin School of Business, Baruch College, City University of New York. In 2017, Governor Jay Inslee appointed Dr. Kilpatrick to be a Director of the Washington State Economic Development Finance Authority, and was named to the Audit Committee in 2018.  He also serves on the National Board of Advisors for the Carson College of Business, Washington State University.  Dr. Kilpatrick is featured in the 2006 and later editions of *Who's Who in America.* He is an MAI-Designated Member of the Appraisal Institute, and is a state-certified appraiser in all 50 states.

Dr. Kilpatrick also serves as a Director of AVM Analytics LLC (software licensing), Bartow Street Capital (FINRA-licensed private equity firm), Accre LLC (private hedge fund), Greenfield Advisors Haiti (advisory services), and The Greenfield Institute (not-for-profit charitable and educational arm of Greenfield Advisors).

John Kilpatrick has been qualified as an expert witness on finance, real estate, economics, construction matters, and statistical research in various state and federal courts throughout the United States.  He holds FINRA Series 63 and 82 licenses.

## EDUCATION

Bachelor of Science in Business Administration (Accounting), University of South Carolina

Master of Business Administration, University of South Carolina

Doctor of Philosophy, Finance, University of South Carolina
Dissertation: *Agency Costs and the Determinants of the Capital Structure of REITs*

## HONORS AND AWARDS

Director, Washington State Economic Development Finance Authority (2017-)
    Audit Committee (2018-)
University of South Carolina, *The Dr. John A. and Lynnda P. Kilpatrick Doctoral Fellowship* (2017-)
Review Panel, *The Appraisal Journal*, (2015–)
Visiting Scholar in Real Estate, Zicklin School of Business, Baruch College, New York (2006-2015)
International Association of Assessing Officers' Bernard L. Barnard Outstanding Technical Essay Award, 2014
Keynote address, Darla Moore School of Business Graduate Hooding Ceremony, Spring 2014
*Pinkham and Steel Society Honoree*, Seattle Rotary Club
*MAI-Designated Member*, Appraisal Institute
*Invited Participant*, Renaissance Weekend
*Fellow*, Royal Institution of Chartered Surveyors, Faculty of Valuation (2011-)
Editorial Board, *The Appraisal Journal* (2013–2014)
Editorial Board, *Journal of Sustainable Real Estate* (2010-2015)
Reviewer, *Journal of Real Estate Research*
Editorial Board (U.S.), *Modus* (2011–2013)
National Board of Advisors, Washington State University, Carson College of Business Administration
*Who's Who in American Business and Finance*
*Who's Who in America*
*Journal of Property Investment and Finance* Highly Commended Paper award (2013)
American Real Estate Society annual meetings, Best Paper on Valuation award sponsored by the Appraisal
    Institute (2010)
Editorial Board, *Brownfield News* (2005–2006)
*Principal Member*, Real Estate Counseling Group of America
*Paul Harris Fellow*, Rotary International
Nationally Certified Instructor, Uniform Standards of Professional Appraisal Practice, designated by the
    Appraisal Qualifications Board, Washington, DC
*Fellow*, American Real Estate Society
    Strategic Planning Committee Vice Chair (2013–)
    Education Committee (2008–09)
    Technology Committee Vice Chair (2010–11)
Professional Member, International Code Council
American Real Estate and Urban Economics Association 1994 Doctoral Seminar Honoree (1993)
Omicron Delta Epsilon Economics Honor Society (elected, 1993)
*National Graduate Scholar*, The Appraisal Institute (1992–1993)
*Arthur Warner Scholar,* The S.C. Association of Realtors (1991–1992)

## HONORS AND AWARDS, Continued

*National University Scholar*, Commercial Investment Real Estate Council of the National Association of Realtors (1990–1991)

*Who's Who in the South and Southwest* (1984–1991 editions)

*Who's Who Among Students in American Universities and Colleges* (1976 edition)

Omicron Delta Kappa Leadership Honor Society (elected, 1975)


## PUBLICATIONS AND WORKING PAPERS

*Real Estate Valuation and Strategy*, (New York:  McGraw Hill, forthcoming 2019)

"Valuation of Telecommunications Corridors", Chapter 8 in in *Corridor Valuation*, (Chicago, IL:  Appraisal Institute, Appraisal Institute of Canada, and the International Right of Way Society, 2019)

"Rails-to-Trails Corridors", with David Matthews, Chapter 4 in *Corridor Valuation*, (Appraisal Institute, Appraisal Institute of Canada, and the International Right of Way Society, forthcoming, 2019)

 "Toward an Equilibrium Model of Residential Real Estate Transactions", Working Paper presented at the 2018 annual meetings of the American Real Estate Society

"Stigma Revisited Again", with Clifford A. Lipscomb, working paper presented at the 2018 annual meetings of the American Real Estate Society

Krause, Andy, Lipscomb, Clifford A., and John A. Kilpatrick.  2013.  Automated-valuation-model training-data optimization systems and methods.  U.S. Patent 9,582,819, filed September 26, 2013, and issued February 28, 2017.

"Valuation of Brownfield Properties," with Clifford A. Lipscomb, Chapter 29 in *Brownfields Law and Practice: The Cleanup and Redevelopment of Contaminated Land* (LexisNexis Matthew Bender Publications, 2015).

"Using a Random Forest Process in an Automated Valuation Model," with Clifford A. Lipscomb, Jessica Kenyon, and Daniel Tetrick, presented at the 2015 annual meetings of the American Real Estate Society, April 2015.

"The Impact of the NAREIT Light Awards on REIT Performance," with Clifford A. Lipscomb, presented at the 2015 annual meetings of the American Real Estate Society, April 2015.

"Can We Forecast the Next Bubble?," with Clifford A. Lipscomb, presented at the 2015 annual meetings of the American Real Estate Society, April 2015.

"Animal Operations and Residential Appraisal," *Appraisal Journal,* Winter 2015.

"Appraisal and Valuation," Chapter 12 in *Private Real Estate Markets and Investments*, Peter Chinloy and Kent Baker, eds. (New York: Oxford U. Press, 2014).

"Do Survey Results Systematically Differ from Hedonic Regression Results? Evidence from a Residential Property Meta-Analysis," with Clifford Lipscomb and Abigail Mooney, *Journal of Real Estate Literature* 21-1, Fall 2013, 233–254. ***International Association of Assessing Officers' Bernard L. Barnard Outstanding Technical Essay Award, 2014.***

"The Impact of Institutional Controls on Property Values," with Clifford Lipscomb and Abigail Mooney, accepted for presentation at the 2013 American Real Estate Society annual meetings.

"The U.S. Valuation Reconciliation is Still Ongoing," *Modus (Americas Edition)*, May 2012, p. 8.

"USPAP vs. International Valuation Standards – Compare and Contrast," *Greenfield Advisors working paper* presented at the 2012 American Real Estate Society annual meetings.

**PUBLICATIONS AND WORKING PAPERS (continued)**

"Integration of Sector Analysis into a Hedonic Pricing Model," with Clifford A. Lipscomb and Andy Krause, *Greenfield Advisors working paper* presented at the 2012 American Real Estate Society annual meetings.

"Deconstructing the Housing Price Bubble," accepted for presentation at the 2012 American Real Estate Society annual meetings.

"Willingness to Pay Convergence Between Contingent Valuation and Hedonic Methods," with Clifford A. Lipscomb, Andy Krause, and Michael C. Farmer, *Greenfield Advisors working paper* presented at the 2012 American Real Estate Society annual meetings. Under review at *Real Estate Economics.*

"Contaminated Properties, Trespass, and Underground Rent," with Andy Krause, Ron Throupe, and Will Spiess, *Journal of Property Investment and Finance* 30-3, 2012, pp. 304–320. **Designated as a "Highly Commended Award Winner" at the Emerald Publishing Literati Network Awards for Excellence, 2013.**

"Expert Systems and Mass Appraisal," a Greenfield Advisors Working Paper, presented at the 2010 Valuation Colloquium; *Journal of Property Investment and Finance,* 2011.

"Contingent Valuation and Real Estate Damage Estimation," with Cliff Lipscomb, Max Kummerow, Will Spiess, and Sarah Kilpatrick, *Journal of Real Estate Literature* 19-2, 2011, pp. 235–282.

"Valuing Brownfields" with Bill Mundy, Chapter 10 in *Brownfields: A Comprehensive Guide to Redeveloping Contaminated Property, Third Edition.* Todd S. Davis and Scott A. Sherman, editors. (American Bar Association, 2010).

"What Is the Error Rate of a Commercial Appraisal?" a Greenfield Advisors Working Paper, winner of the **Appraisal Institute's Best Appraisal Paper** award at the 2010 meetings of the American Real Estate Society.

"The Gulf Oil Spill Updated," a Greenfield Advisors White Paper, with Cliff Lipscomb and Chris Miner, October 2010.

"The Gulf Oil Spill," a Greenfield Advisors White Paper, with Cliff Lipscomb, June 2010.

"Chinese Drywall," with Chris Miner, a Greenfield Advisors Working Paper, presented at the 2010 meetings of the American Real Estate Society.

"Can We Trust Market Values?" with Max Kummerow, a *Greenfield Advisors Working Paper,* presented at the 2009 meetings of the American Real Estate Society.

"Residential Real Estate Pricing Disequilibrium," presented at the 2008 annual meetings of the American Real Estate Society.

"Valuing Historic Preservation Easements in Regulated Historic Districts – An Empirical Study," presented at the 2008 annual meetings of the American Real Estate Society.

"Liquidation Value: The Valuation of Real Estate in Distress," presented at the 2008 annual meetings of the American Real Estate Society.

"From Brownfields to Greenfields – Case Studies in Environmentally Sensitive Development," *Greenfield Advisors Working Paper,* presented at the 2008 annual meetings of the Asian Real Estate Society, July 2008.

"Preservation Easements," with Vicki Adams, *Journal of Wealth Management*, Summer 2008.

*Central Puget Sound Real Estate Research Report* (Editor), published semi-annually by the Central Puget Sound Real Estate Research Committee, Inc., 2003–2007.

"Certifying the Real Estate Damages Class – An Appraisal Perspective," a Greenfield Advisors Working Paper.

"Real Estate in the High Net Worth Portfolio," presented to the Integrated Wealth Management Forum, sponsored by *Institutional Investor*, New York, September 2007.

"Foreign Direct Real Estate Investment in the U.S. – Opportunities and Cautions," presented at the annual meetings of the Asian Real Estate Society, Macao, China, July 2007.

**PUBLICATIONS AND WORKING PAPERS (continued)**

"Economic Feasibility – the Challenge for Eminent Domain Appraisers under *Lucas*," a Greenfield Advisors Working Paper

"Real Estate Investments of the Rich and Famous," *Journal of Wealth Management,* Spring 2007.

"When is a Taking 'Fair'?, a Repeat Sales Analysis," presented at the American Real Estate Society annual meetings, April 2007; presented at the Eminent Domain Institute annual meeting, April 2007.

"Valuing Multiple Contemporaneous Events: The Case of the Murphy Oil Spill," presented to the American Real Estate Society annual meetings, April 2007.

"The Impact of Transit Corridors on Residential Property Values," with Ron Throupe, John Carruthers, and Andy Krause, *Journal of Real Estate Research*, Spring 2007.

"The Aftermath of Katrina – Recommendations for Real Estate Research," with Sofia Dermisi, *Journal of Real Estate Literature*, 15-2, Spring 2007.

"Valuation of Impaired Land: Greenfield Advisors Experience with Contaminated Sites", with Vicki Adams, Max Kummerow, Bill Mundy, and Ron Throupe, *Proceedings of the 13th Pacific-Rim Real Estate Society Conference,* January 2007.

"Highlights from 'Valuation of Brownfield Properties,'" American Bar Association's *Section on Environmental Transactions and Brownfields Newsletter*, November 2006.

"Non-Parametric Methods and the Appraisal Process," a working paper in progress.

"Stigma Revisited Again," with Max Kummerow, a working paper in progress presented at the American Real Estate Society annual meetings, Key West, FL, April 2006.

"Application of Repeat Sales Analysis to Determine the Impact of a Contamination Event," *Journal of Housing Research,* Fall 2006.

"Redevelopment Brings Developers, Conservationists Together," with Nina Marshtein, *Charleston (SC) Business Journal*, March 2, 2006.

"Valuation of Impaired Property" with Ron Throupe, Bill Mundy, and Will Spiess, Chapter 6 in *When Bad Things Happen to Good Property*, Robert A. Simons, ed., (Washington, DC: National Environmental Law Center, 2005).

"5 mega-trends for Puget Sound Real Estate," *Daily Journal of Commerce* (Seattle, WA), October 6, 2005.

"Brownfields Let Texans Do Well While Doing Good," with David I. Mayes, *Dallas Business Journal*, October 28, 2005.

"Recycling Land Around D.C. Offers Field of Dreams," with John E. Tabella, *The Washington Construction News*, September 2005.

"Brownfields Offer Chance for Urban Redevelopment," with Steven Lamb, *Charlotte Business Journal*, July 29, 2005.

"Find Creative New Ways to Develop Land in Tampa Bay," with Mark Tumlin, *Tampa Bay Business Journal,* July 25, 2005.

"Contamination Needn't Be Barrier to Developing Site," with Helen Swenson, *Greater Cincinnati Area Business Courier*, July 15, 2005.

"Creative Redevelopment Can Turn Brownfields to Gold," with David Brewer, *Kansas City Business Journal*, June 10, 2005.

"Provide More Housing, While Cleaning Up Our Environment," with Brad Anderer, *Arizona Journal of Business and Real Estate*, May 2005.

"Multiple Regression Models and Diminishing Marginal Returns in Land Values," with John I. Carruthers, working paper in progress. Presented at the American Real Estate Society annual meetings, April 2005.

**PUBLICATIONS AND WORKING PAPERS (continued)**

"Geotechnical Problems and Property Values: Market Evidence from the Pacific Northwest," a working paper in progress.

"Appraising Real Estate in Complex Environmental Class Actions: An Expert's View," *Toxic Law Reporter*, January 13, 2005.

"Agency Costs and REIT Debt Announcements," with Ronald C. Rogers, a working paper in progress (presented at the American Real Estate Society meetings in 2004).

"Brownfields Offer Optimism as Options Dissipate," with Joseph Kesling, *Puget Sound Business Journal*, December 10, 2004, pg. 41.

"Real Estate Issues in Class Certification," *Class Action Litigation Report,* October 8, 2004.

"Terrorism Impacts on the Value of Major Downtown Office Buildings," Mundy Associates LLC working paper series.

"Agency Costs and REIT IPO's," with Ronald C. Rogers, a working paper in progress, presented at the American Real Estate and Urban Economics Association meetings in January 2004.

"Windfall Lien Guidance," *Newsletter of the Environmental Transactions and Brownfields Committee*, American Bar Association Section on Energy, Natural Resources, and the Environment, January 2004.

"Looking Backward and Forward: Economic Restructuring and United States Real Estate Markets," with John Carruthers, Bill Mundy, and Ron Throupe, *Real Estate Issues*, Fall 2003.

"Appraisal of Contaminated Real Estate in the United States," with Bill Mundy, prepared by invitation of and for publication in the *Journal of the Japan Real Estate Institute*, October 2003.

"Construction Defects and Stigma," *Mealey's Construction Defects*, July 2003.

"*Daubert* Raises Its Ugly Head Again," *In-House Counsel Committee Newsletter*, American Bar Association, February 2003.

"Concentrated Animal Feeding Operations and Proximate Property Values," *Appraisal Journal,* July 2001.

"The Future of Real Estate Information," *Real Estate Issues,* Spring 2001.

"Valuation Implications of EIFS," *Mealey's Construction Defects,* January 2001.

"Factors Influencing CBD Land Prices," with Bill Mundy, *Real Estate Issues*, Fall 2000.

"Lead Contamination Impact on Property Values Significant," *Real Estate Environmental Liability News*, March 2000.

*The Economic Impact of Historic Designation* (monograph reviewing research done over several years, published by the S.C. Department of Archives and History, January 2000).

"Summation of Evidentiary Rules for Real Estate Experts Mandated by Daubert v. Merrell Dow Pharmaceuticals, Inc." with Bill Mundy and Dave McLean, *Real Estate Issues*, Fall 1999.

"Valuing Brownfields," *Valuation Insights and Perspectives*, February 1999, with Bill Mundy and Dave McLean.

"Performance of Exterior Insulation Finish Systems," with Douglas C. Brown and Ronald C. Rogers, *Appraisal Journal,* January 1999.

*The Economic Impact of Local Preservation Ordinances on Small Towns in South Carolina* (1998), research monograph funded by the South Carolina Downtown Development Association and the U.S. Department of the Interior – National Park Service.

*House Price Impacts of School District Choice* (1998), with Frank J. Hefner, research monograph funded by the South Carolina Center for Applied Real Estate Education and Research.

*CAREER News* (semi-annual publication of the USC Center for Applied Real Estate Education and Research), editor, 1997–1998.

**PUBLICATIONS AND WORKING PAPERS (continued)**

"Appraisal of Contaminated Properties," *CAREER News*, August 1998.

"Real Estate Law Means Major Changes," *Business and Economic Review*, April–June 1998.

"Economic Value Added for Real Estate," *CAREER News*, February 1998.

*Complete Real Estate Finance Desk Reference (Armouk, NY: M.E. Sharpe Publishing, 1998)*

*Subdivision Development* (Chicago: Realtors Land Institute of the National Association of Realtors, 1998), John A. Kilpatrick, editor.

"Historic Designation and House Prices," *CAREER News*, August 1997.

The Five Critical C's of Credit," *Florida Home Builder Monthly*, May 1997.

"Managing the Shrinking Margins," *Florida Homebuilder*, April 1997.

*The Impact of Historic District Designation in Beaufort, South Carolina* (1997), research monograph funded by the Historic Beaufort Foundation, the S.C. Dept. of Archives and History, and the U.S. Department of the Interior – National Park Service.

*The Economic Impact of Local Preservation Ordinances in Greenville, South Carolina* (1997), research monograph funded by the Historic Greenville Foundation, the City of Greenville, South Carolina, the S.C. Department of Archives and History, and the U.S. Department of the Interior – National Park Service.

*Analysis of the Columbia Owens Downtown Airport Commercial Corridor* (1996), research monograph funded by the South Columbia Development Corp. and the City of Columbia.

"Impact of Historic District Designation on House Prices in Columbia, South Carolina," (1995), research monograph prepared for the S.C. Department of Archives & History.

*Understanding Home Construction*, (Washington, DC: Homebuilder Press, 1993). **Honorable Mention**, 1993 Washington, DC, EdPress Association Awards and **Top Honors**, 1994, Society for Technical Communication Awards.

"A Study into the Risk of Sales Variability and its Effect on the Success of Strip Shopping Centers," (1992). *Papers and Proceedings of Applied Geography Conferences* Volume 15, J. Frazier, B. Epstein, and F. Schoolmaster, editors.

"Development and Construction Financing: Where Do We Go From Here?" *Maryland Builder*, Baltimore, MD, February 1992.

*Sample Letters and Memos* (Washington, DC: Homebuilder Press, 1992).

*Financing Development and Construction in the Nineties* (Washington, DC: Homebuilder Press, 1991).

## INVITED TALKS

*In addition to the invited talks listed below, John Kilpatrick is a frequent guest speaker at civic clubs and events throughout the United States.*

"Post Disaster Property Valuation", presented to the 38th annual National Conference of State Tax Judges, sponsored by the Lincoln Institute of Land Policy, Chicago, Ill, October 12, 2018

"The Effective and Strategic Use of Appraisals in Transactional Matters", presented to the Ohio State Bar Association, October 9, 2018

"The Effective and Strategic Use of Appraisals in Litigation", presented to the Ohio State Bar Association, October 9, 2018.

"Toward an Equilibrium Model of Residential Real Estate Transactions", presented at the 2018 annual meetings of the American Real Estate Society, Ft. Myers, Fl, April, 2018

"**INVITED TALKS (continued)**

"Stigma Revisited Again", with Clifford A. Lipscomb, presented at the 2018 annual meetings of the American Real Estate Society, Ft. Myers, FL, April, 2018

"What Appraisers and Attorneys Need to Know about Automated Valuation Models", presented to the 11th Annual Fall Real Estate Conference, Washington State Convention Center, Seattle, October, 2017.

"Real Estate", Renaissance Weekend at the Aspen Institute, Aspen, Colorado, September, 2016

"The Economy of Cuba – a 2016 update", presented at the Real Estate Counseling Group of America, West Palm Beach, Florida, April, 2016

"Appraisal Litigation," presented at the University of Southern California in conjunction with the annual meeting of the Southern California Appraisal Institute chapter, November 2015.

"Practical Statistics for Practicing Appraisers," presented at the invitation of the Appraisal Institute at the 2015 annual meetings, Dallas, TX, July 2015.

"The Impact of the NAREIT Light Awards on REIT Performance," with Clifford A. Lipscomb, presented at the 2015 annual meetings of the American Real Estate Society, April 2015.

"Can We Forecast the Next Bubble?," with Clifford A. Lipscomb, presented at the 2015 annual meetings of the American Real Estate Society, April 2015.

"Mentoring," Keynote Address, Graduate Hooding Ceremony, Darla Moore School of Business, University of South Carolina, May 2014.

"Computational Modeling in Real Estate," Panel Chair, American Real Estate Society annual meetings, San Diego, CA, April 2014.

"Professional Real Estate Education," invited panelist on "The Importance of Teaching: Engaging Different Learning Styles," presented at the American Real Estate Society annual meetings, Kona, HI, April 2013.

"Appraisal Implications of Proximity to Feedlots," presented at the American Real Estate Society annual meetings, Kona, HI, April 2013.

"Advanced Statistical Methods in Real Estate Appraisal," presented at the Appraisal Institute annual meetings, San Diego, CA, August 2012.

"Real Estate Failure – BRAKING the Cycle," panel discussion presented at the American Real Estate Society annual meetings, St. Petersburg, FL, April 2012.

"Integration of Sector Analysis into a Hedonic Pricing Model," presented at the American Real Estate Society Annual Meetings, St. Petersburg, FL, April 2012.

"Deconstructing the Housing Price Bubble," presented at the American Real Estate Society Annual Meetings, St. Petersburg, FL, April 2012.

"USPAP versus the International Valuation Standards," presented at the American Real Estate Society Annual Meetings, St. Petersburg, FL, April 2012.

"Property Valuation Issues in Fracking Cases," Fracking Litigation Conference, Philadelphia, PA, September 2011.

Valuation of Construction Defects," presented at the Construction Defects and Insurance Coverage Conference, March 2011.

"Expert Systems and Mass Appraisal," Valuation Colloquium sponsored by Clemson University, November 2010.

"Valuation Impacts of the Gulf Oil Spill," the BP Oil Spill Litigation Conference, Miami Beach, FL, November 2010.

"The Gulf Oil Spill," presented to the Real Estate Counseling Group of America, Washington, DC, September 2010.

"Impact of the Gulf Oil Spill on Bank Collateral Portfolios," presented to the Collateral Risk Network, Washington, DC, July 2010.

**INVITED TALKS (continued)**

"Valuation Impacts of the BP Oil Spill," presented at the BP Oil Spill Litigation Conference, Atlanta, GA, June 2010.

"The Grove Farm Project," presented to the Real Estate Counseling Group of America, Las Vegas, NV, April 2010.

"Real Estate Education," panel presentation at the 2010 annual meetings of the American Real Estate Society, Naples, FL, April 2010.

"Valuation Impact of Chinese Drywall," presented at two Chinese Drywall Litigation Conferences in New Orleans, LA, June 2009 and November 2009.

"Appraisal Error Terms," presented to faculty and students at Valdosta State University, October 2009.

"Real Estate Investment," panel chair for the Seattle Hedge Fund Society, May 2009.

"Environmental Valuation in the United States," panel chair for the 2008 annual meetings of the Asian Real Estate Society.

"Liquidation Valuation," presented to the 2008 annual meetings of the American Real Estate Society.

"Residential Real Estate Market Disequilibrium," presented to the 2008 annual meetings of the American Real Estate Society.

"Market Demand Factors for Master's Degree Students in Real Estate," panel discussion presentation at the 2008 annual meetings of the American Real Estate Society.

"Market Factors Affecting Redevelopment of Residential and Mixed-Use Contaminated Property," presented to the Brownfield CLE meetings, Seattle, WA, March 2008.

"Complex Valuation," presented to graduate students in the Zicklin School of Business, Baruch College, New York, September 2007.

"Real Estate in the High Net Worth Portfolio," Integrated Wealth Management Conference, sponsored by *Institutional Investor* magazine, September 12, 2007.

"Dollars and Sense of Real Estate Investments," Chair of Continuing Education Program, Seattle, Washington, June 2007. Presentations: "What's Working and What's Not" and "The Future of Real Estate Financing."

"Land Valuation," session chair, Asian Real Estate Society Annual Meetings, Macao, China, July 2007.

"Foreign Real Estate Investment in the U.S.: Pitfalls and Opportunities," Asian Real Estate Society annual meetings, Macao, China, July 2007.

"When is a Taking Fair?" Eminent Domain Institute, Las Vegas, NV, April 2007.

"Real Estate Investments of the Rich and Famous," American Real Estate Society annual meetings, San Francisco, CA, April 2007.

"Consistency and Bias in Eminent Domain Appraisals," American Real Estate Society annual meetings, San Francisco, CA, April 2007.

"Real Estate Investments of the Rich and Famous," American Real Estate Society annual meetings, San Francisco, CA, April 2007.

"Scope of Work Updates to the 2006 Uniform Standards of Professional Appraisal Practice, presented to the Real Estate Counseling Group of America, Philadelphia, PA, October 2006.

"Valuation of Contaminated Property in the United States," seminar presented to the faculty and students of the University of Endhoven, the Netherlands, June 2006.

"Stigma Revisited Again," working paper in progress with Max Kummerow, presented at the American Real Estate Society annual meetings, Key West, FL, April 2006.

"Application of a Repeat Sales Methodology to Evaluate Property Value Damages from Contamination," presented at the American Real Estate Society annual meetings, Key West, FL, April 2006, subsequently published in the *Journal of Housing Research.*

**INVITED TALKS (continued)**

"The Impact of Transit Corridors on Residential Property Values," with Ron Throupe, John Carruthers, and Andy Krause, presented at the American Real Estate Society annual meetings, Key West, FL, April 2006, accepted for publication in the *Journal of Real Estate Research.*

"Real Estate Investing," Seattle Society of Chartered Financial Analysts, December 14, 2005.

"Valuation," Session Chair for the American Real Estate Society meetings, Santa Fe, NM, April 2005.

"History of Valuation" Panelist for the American Real Estate Society meetings, Santa Fe, NM, April 2005.

"Regression Analysis and Diminishing Marginal Returns – An Appraisal Case Study" with John Carruthers, accepted for presentation at the 2005 Annual Meeting of the American Real Estate Society, Santa Fe, NM, April 2005.

"The USPAP Scope of Work Proposal," presented to the Real Estate Counseling Group of America, Savannah, GA, March 2005.

"Valuation of Brownfields," presentation to officials of the City of Greensboro, NC, January 2005.

"Trophy Property," presentation at the annual meetings of the American Society of Auctioneers, Madison, WI, July 2004.

"Environmental Valuation Issues," Session Chair for the American Real Estate Society meetings, Captiva Island, FL, April 2004.

"Agency Costs and REIT Debt Announcements," presented at the American Real Estate Society meetings, Captiva Island, FL, April 2004.

"The Future of Real Estate," presented at the invitation of the Real Estate Counseling Group of America, Half Moon Bay, CA, March 2004.

"Property Tax Appraisal," presented at a seminar in Tacoma, WA, February 2004.

"Agency Costs and REIT IPOs," presented at the invitation of the American Real Estate and Urban Economics Association, San Diego, CA, January 2004.

"Updates on the EPA's New Windfall Lien Provisions," presented at the invitation of the U.S. EPA at the Brownfields Conference, Portland, OR, October 29, 2003.

"Updates on the EPA's New Windfall Lien Provisions," presented in a nationwide teleconference sponsored by the American Bar Association's Section on Energy, Environment, and Natural Resources, August 20, 2003.

"Can a Tribal Utility Pay for Itself," presented at the Tribal Utilities Conference, Seattle, WA, June 9 & 10, 2003.

"Financing Residential Development," Master Builders Association of Olympia, WA, April 2003.

"Agency Costs and REIT Mergers," American Real Estate Society annual meetings, Monterrey, CA, April 2003.

"Economics of Brownfield Redevelopment," presented at the Advanced Brownfields Redevelopment Workshop, Anchorage, AK, January 27, 2003.

"Appraisal of Contaminated Property," International Association of Assessing Officials, West Puget Sound Chapter, Olympia, WA, April 26, 2002.

"Market Value(s)," presented to the Seattle Chapter of the Appraisal Institute, Seattle, WA, November 2001.

"Loss Profits and Damages from an Economist's Point of View," presented at the Washington State CPA's Association Litigation Services Seminar, May 4, 2001.

"Appraisal of EIFS Residences," presented at a Symposium on emerging litigation areas sponsored by Mealy Publications, Marina del Mar, CA, November 2000.

"The Puget Sound Economy," guest speaker for KIRO-TV (Seattle CBS affiliate) at client breakfast, September 21, 2000.

**INVITED TALKS (continued)**

"Public Interest Value," presented at the conference Valuation 2000, jointly sponsored by the Appraisal Institute, the American Society of Appraisers, and the American Farm Managers and Rural Appraisers, Las Vegas, NV, July 6–7, 2000.

"An Economic Model of Downtown Seattle Land Prices," presented to the Pacific Northwest Regional Economic Conference, Western Washington U., April 2000.

"Deposing the Real Estate Expert Witness," presented to participants in the Trial Advocacy classes, U. of Washington School of Law, March 2000.

"Economic Impact of Real Estate Development," presented to the Seattle Economists Club, December 1999.

"Appraisal of Contaminated Property," presented to the International Association of Assessing Officials, Evergreen Chapter, Woodinville, WA, November 1999.

"Appraisal of EIFS Residences," presented at a Symposium on EIFS sponsored by U.S. Inspect, Washington, DC, June 1999.

"House Price Implications of School District Choice," presented at the American Real Estate and Urban Economics Association, New York City, January 1999.

"Economic Impact Studies for Homebuilding," presented to the National Assn. of Homebuilders annual Governmental Affairs, St. Louis, MO, November 7, 1998.

"Economic Assessment of Historic Properties," presented to the 52nd annual Preservation Conference, National Trust for Historic Preservation, Savannah, GA, October 23, 1998.

"Current Topics in Financial Management for Homebuilders and Developers," presented to the South Eastern Builders Conference, Orlando, FL, August 17, 1998.

"Valuation of Contaminated Property," presented to the Quarterly Meeting of the South Carolina Appraisal Institute, Columbia, SC, July 23, 1998.

Panel discussion on Land Use, Regulation, and House Prices, presented at the American Real Estate and Urban Economics Association Mid-Year Meeting, held at the National Association of Homebuilders, Washington, DC, May 26, 1998.

"Accounting and Financial Management for Homebuilders," presented to the Southeastern Builders Conference, Orlando, FL, July 1997.

"Impact of Historic District Designation in Beaufort, South Carolina," presented to the American Real Estate Society, Sarasota, FL, April 1997.

"The Value of History to Real Estate," presented to the Lovable Communities Conference sponsored by the South Carolina Downtown Development Association, Charleston, SC, October 1996.

"Valuation of Historic Residences," presented to Appraisal Institute members, Savannah, GA, May 1996.

"House Price Implications of Historic District Designation," presented to the American Real Estate Society, Lake Tahoe, CA, March 29, 1996.

"Economics of Historic Districts," presented to the Georgia Trust for Historic Preservation, Atlanta, GA, February 16, 1996.

"Accounting and Financial Management for Homebuilders," presented to the South Eastern Builders Conference, Orlando, FL, July 1995.

Panel chair, "Appraisal of Historic Properties," presented at "Historic Preservation for Realtors," sponsored by the S.C. Department of Archives and History, Columbia, SC, January 13, 1995.

Presentation on Advanced Manufacturing Capabilities made to members of the U.S. Senate, Washington, DC, July 1993.

"A Study into the Risk of Sales Variability and its Effect on the Success of Strip Shopping Centers," presented at the Applied Geography Conference, Denton, TX, October 20, 1992.

## TEACHING

From 1992 through 1998, John Kilpatrick taught corporate finance and real estate in the Moore School of Business at the University of South Carolina. Courses developed and taught included Principles of Real Estate (FINA 366 – certified as a pre-licensing course by the S.C. Real Estate Commission); Real Estate Market Analysis (FINA 367 – certified as a pre-licensing course by the S.C. Real Estate Commission); Principles of Finance (FINA 363 – required of all undergraduate business majors); and Commercial and Central Banking (ECON 301).

John Kilpatrick's students won many of USC's top undergraduate Business scholarships, and his courses were consistently oversubscribed months in advance. Additionally, John Kilpatrick was a featured speaker for the Daniel Management Center of the University of South Carolina, teaching Executive Education courses on Real Estate (1995–96) and Corporate Budgeting (1997–98). He was the first person in South Carolina certified by the Real Estate Commission to teach continuing education courses via statewide closed circuit broadcast. As a Lecturer in Finance, Kilpatrick has taught Appraisal or Real Estate Continuing Education in South Carolina (1995–1998), Georgia (1996), Florida (1995–1998), and Washington (1999–present), and he has recently taught appraisal continuing education for the Seattle chapter of the Appraisal Institute, Bellevue College, and various chapters of the International Association of Assessing Officials.

Dr. Kilpatrick is a frequent lecturer on Real Estate Appraisal Standards and Methods, and in 2004 he was appointed by the Appraisal Standards Board (Washington, DC) as a Nationally Certified instructor of the *Uniform Standards of Professional Appraisal Practice*. He occasionally teaches the pre-licensing course for Bellevue College, Bellevue, Washington. Also in 2004, he was nominated for a seat on the Appraisal Qualifications Board. From 2006-2015, Dr. Kilpatrick was a Visiting Scholar in Real Estate Finance at the Zicklin School of Business, Baruch College, New York City, New York,  Dr. Kilpatrick also serves on the National Board of Advisors for the Washington State University, Carson College of Business.

## PROFESSIONAL ASSOCIATIONS

John Kilpatrick is an active member of various academic and professional organizations, including the Royal Institution of Chartered Surveyors (Fellow, Faculty of Valuation), the Appraisal Institute (MAI-Designated Member), the American Bar Association (Associate Member), the American Real Estate Society (Fellow), the American Real Estate and Urban Economics Association, the Financial Management Association, the American Finance Association, the American Statistical Association, the Econometric Society, the International Right of Way Association, the International Association of Assessing Officials, the International Code Council (Professional Member), and the National Association of Realtors.

# Trial and Deposition Testimony,  John A. Kilpatrick, Ph.D., MAI, FRICS
# Greenfield Advisors Inc

| Greenfield Case No. | CASE NAME | PROJECT | COURT NAME | PLAINTIFF ATTORNEY | DEFENSE ATTORNEY | RETAINED BY | TRIAL | DEP | CASE NO. |
|---|---|---|---|---|---|---|---|---|---|
| 19-0102 | Bess v. Ocwen | Class certification, tresspass | USDC, WD Washington | Jeffers, Danielson, Sonn, Wylward, PS, Wenachee, WA; Michael Daudt, Seattle, WA | K&L Gates, Seattle, WA | Daudt | | X | 3:15-CV-05020-BHS |
| 19-0103 | Britton v. ServiceLink Field Services, LLC | Class certification, tresspass | USDC, ED Washington | Jeffers, Danielson, Sonn, Wylward, PS, Wenachee, WA; Michael Daudt, Seattle, WA | Hann Loeser, Cleveland, OH; Frey and Buck, Seattle, WA | Daudt | | X | 2:18-cv-00041-TOR |
| 18-0701 | HILT Investments, et al, v. J. Dudley, LLC, et al. | Contract disputes | Superior Court for the State of Washington, County of Franklin | Ted Buck, Frey and Buck, Seattle, WA | Lukins and Annis, Spokane, WA | Frey and Buck | X | X | 16-2-50812-11 |
| 15-0604 | FHLB Boston v. Nomura Asset Acceptance Corp., et al. | securities action, AVM, mass appraisal, appraisal review | Commonwealth of Mass, Superior Court of Suffock County | Keller Rohrback, Seattle | Goodwin Proctor, New York & Boston | Keller Rohrback | | X | 11-1533-BLS1 |
| 15-0604 | FHLB Boston v. Ally Financial, et al. | securities action, AVM, mass appraisal, appraisal review | Commonwealth of Mass, Superior Court of Suffock County | Keller Rohrback, Seattle | Orrick, Herreington, and Sutcliffe, New York | Keller Rohrback | | X | 11-1533-BLS1 |



# Trial and Deposition Testimony,  John A. Kilpatrick, Ph.D., MAI, FRICS
## Greenfield Advisors Inc

| Greenfield Case No. | CASE NAME | PROJECT | COURT NAME | PLAINTIFF ATTORNEY | DEFENSE ATTORNEY | RETAINED BY | TRIAL | DEP | CASE NO. |
|---|---|---|---|---|---|---|---|---|---|
| 18-0304 | Tenniswood, et al., v. Ford Motor Company | Class action; contaminated property | State of Michigan, Circuit Court for the County of Wayne | The Collins Law Firm, Naperville, IL | Schiff Hardin, Washington, DC | Collins | | X | 2017-011941-NZ |
| 18-0501 | Barbara Morrow, et al, v. Allstate Indemnity Company | Insurance dispute | USDC, Middle District of Georga | Richardson, Patrick, Westbrook, and Brickman, Charleston, SC | Dentons US, Atlanta, GA | Richardson Patrick | | X | 5:15-cv-00137-HL |
| 18-0401 | Mizner Court Holdings LLC and San Marco Holdings LLC v. Country Club Maintenance Association, Inc., d/b/a Broken Sound Master Association | Contract disputes | Circuit Court for the Fifteenth Judicial Circuit in and for Palm Beach County, FL | Smolker Bartlett Loeb Hinds & Thompson, PA, Tampa, FL | Saul Ewing Arnstein & Lehr, Ft. Lauderdale, Fl; Moskowitz Mandell Salim & Simowitz, PA, Ft. Lauderdale, FL; Bloom & Freeling, Boca Raton, FL | Saul Ewing | | X | 15-CA-864-AB |
| 15-0301 | Alexander, et al, v. Flextronics International USA, Inc., et al. | Contaminated property | Superior Court of Wake County, NC | Girardi Keese, Los Angeles, CA | Womble Bond Dickinson, Charlotte, NC | Girardi Keese | | X | 13 CVS 15712 |
| 17-0201 | Federal Home Loan Bank of Chicago v. Banc of America Funding Corporation, et al. | Securities action, AVM, mass appraisal, appraisal review | Circuit Court of County, Il. | Keller Rohrback, Seattle; Miner, Barnhill, & Galland, Chicago | Davis Polk & Wardwell, New York | Keller Rohrback | | X | 10 CH 45033 |



# Trial and Deposition Testimony, John A. Kilpatrick, Ph.D., MAI, FRICS
# Greenfield Advisors Inc

| Greenfield Case No. | CASE NAME | PROJECT | COURT NAME | PLAINTIFF ATTORNEY | DEFENSE ATTORNEY | RETAINED BY | TRIAL | DEP | CASE NO. |
|---|---|---|---|---|---|---|---|---|---|
| 16-0802 | Kathy Little, et al., v. Louisville Gas and Electric Company | Class certificaiton, contaminated residences | Circuit Court, Jefferson County, KY | Hagens Berman, Seattle, WA | Frost Brown Todd, Louisville, KY | Hagens Berman | | X | 17- CI-3023 |
| 17-0604 | Laura Zamora Jordan v. Nationstar Mortgage LLC | Trespass | USDC, Eastern Dist of WA | Daudt Law Firm, Seattle, WA; Jeffers, Danielson, Sonn, & Aylward, PS, Wenatchee, WA; Terrell Marshall Law Group, Seattle, WA | Williams, Kastner, & Gibbs, PLLC, Seattle; Severson & Werson, PC, San Francisco; | Daudt | | X | 2:14-cv-00175 TOR |
| 17-0404 | William C. Hardy & Bertie Ann Hardy, et al, v. The United States of America | Catigorical taking | U.S. Court of Federal Claims | Stewart, Wald, McCulley, Kansas City, MO | US DOJ, Environmental & Natural Resources Div., Washington, DC | Stewart | | X | 14-0388L |
| 16-0302 | Deutsche Bank National Trust Company, solely in its capacity as Trustee for the Morgan Stanley Structured Trust I 20070-1, versus Morgan Stanley Mortgage Capital Holdings LLC, as Successor-by-Merger to Morgan Stanley Mortgage Capital, Inc. | securities action, AVM, mass appraisal, appraisal review | USDC, Southern Dist of NY | Molo Lamken LLP, NYC | Davis Polk & Wardwell LLP, NYC | Molo Lamken | | X | 14 Civ 3020 (LTS) |
| 16-0104 | Massachusetts Mutual Life Insurance Company v. Goldman Sachs Mortgage Company, et al., and Massachusetts Mutual Life Insurance Company v. Merrill Lynch Pierce Fenner & Smith, Inc., et al. | securities action, AVM, mass appraisal, appraisal review | USDC, Dist of Massachusetts | Bartlit Beck, Denver, CO | Sullivan & Cromwell, NYC, NYC | Bartlit Beck | | X | 3:11-cv-30126 MGM; 3:11-cv-3025 MGM |
| 15-0703 | U.S. Bank National Association, solely in its capacity as Trustee for Citigroup Mortgage Loan Trust 2007-AR7, v. Citigroup Global Market Realty Corp. and Citimortgage, Inc. | securities action, AVM, mass appraisal, appraisal review | USDC, Southern Dist of NY | McKool Smith, New York | Paul Weiss, Rifkind, Wharton & Garrison, New York | McKool Smith | | X | 13 Civ. 6989 (GBD) |
| 15-0802 | Johnson v. Time Warner Entertainment | class action; easement (corridor) valuation | USDC, Dist. Of South Carolina, Columbia Div. | Harpootlean Law Firm, Columbia, SC | Sowell Gray Robinson Stepp & Laffitte LLC, Columbia, SC | Harpootlean | | X | 3:15-cv-01727-CMC |

Greenfield Advisors

*Economic, Market and Valuation Analysts*

# Trial and Deposition Testimony,  John A. Kilpatrick, Ph.D., MAI, FRICS
# Greenfield Advisors Inc

| Greenfield Case No. | CASE NAME | PROJECT | COURT NAME | PLAINTIFF ATTORNEY | DEFENSE ATTORNEY | RETAINED BY | TRIAL | DEP | CASE NO. |
|---|---|---|---|---|---|---|---|---|---|
| 15-1001 | Home Equity Mortgage Trust Series 2006-1, et al, v. DLJ Mortgage Capital, et al. | securities action, AVM, mass appraisal, appraisal review | Supreme Court, State of New York | Quinn Emanuel, New York, NY | Orrick, Herrington, & Sutcliffe, New York, NY | Quinn Emanuel | | X | 156016/2012; 653787/2012 |
| 16-0104 | Massachusetts Mutual Life Insurance Company v. DLJ Mortgage Capital, Inc., et al., and Massachusetts Mutual Life Insurance Company v. Credit Suisse First Boston Mortgage Securities, et al. | securities action, AVM, mass appraisal, appraisal review | USDC, Dist of Massachusetts | Bartlit Beck, Denver, CO | Cravath, Swaine, & Moore, NYC | Bartlit Beck | X | X | 3:11-cv-30047 MGM; 3:11-cv-30048 MGM |
| 12-1102 | Federal Housing Finance Agency, etc., v. The Royal Bank of Scotland Group PLC, et al. | securities action, AVM, mass appraisal, appraisal review | USDC, Dist of Conn. | Quinn Emanuel, New York, NY | Simpson Thatcher, NYC | Quinn Emanuel | | X | 11 Civ. 01383 (AWT) |
| 10-0602B | Richard Cotromano, et al., v. United Technologies Corp, d/b/a Pratt & Whitney | Environmental contamination & stigma; class certification | UDC, Southern District of FL, West Palm Beach Div. | Searcy Denney Scarola Barhart & Shipley, West Palm Beach, FL | Bartlit Beck, Chicago, IL | Searcy | X | X | 9:13-80928-C(V-MARRA |
| 15-0703 | U.S. Bank National Association, as trustee for Citigroup Mortgage Loan Trust 2007-AHL2, v. Citigroup Global Markets Realty Corp. | Securities action, mass appraisal, AVM, appraisal review | Supreme Court of the State of NY, County of New York, Commercial | McKool Smith, New York, NY | Paul Weiss, New York, NY | McKool Smith | | X | Index 653816/2013 |
| 10-0602 | Joseph Adinolfe, et al., v. United Technologies Corp, d/b/a Pratt & Whitney | Environmental contamination & stigma; class certification | UDC, Southern District of FL, West Palm Beach Div. | Craig Zobel, Palm Beach Gardens, FL | Bartlit Beck, Chicago, IL | Zobel | X | X | 10-80840-CIV-KLR |
| 15-0706 | Susan Raymond v. Edwin Hostetler, Eileen Hostetler, and Western Slope Layers, LLC | CAFO | District Court, Delta County, Colorado | Hannon Law Firm LLC, Denver, CO | Budd-Falen Law Offices LLC, Cheyenne, WY | Hannon | X | X | 2014CV030062 |
| 15-1201 | Sound/Nyssen-Maule v. Buffelen Pipe and Creosote Co. | Contaminated Property | Pierce Cnty (WA) Superior Court | John Spencer, Spencer & Assoc., Tacoma, WA | Coastline Law Group, Tacoma, WA | Spencer | | X | 14-2-15266-9 |
| 14-0602 | John Thompson, et al., v. State Farm Fire and Casualty Insurance Co. | Class action, water damages, insurance issues | USDC, Middle District of GA, Macon Division | Richardson, Patrick, Westbrook, & Brickman, LLC, Mt. Pleasant, SC | Sutherland Asbill & Brennan, LLP, Atlanta, GA | Richardson, Patrick, Westbrook, & Brickman | | X | 5:14-cv-000320MTT |

Greenfield Advisors

Economic, Market and Valuation Analysts

# Trial and Deposition Testimony,  John A. Kilpatrick, Ph.D., MAI, FRICS

## Greenfield Advisors Inc

| Greenfield Case No. | CASE NAME | PROJECT | COURT NAME | PLAINTIFF ATTORNEY | DEFENSE ATTORNEY | RETAINED BY | TRIAL | DEP | CASE NO. |
|---|---|---|---|---|---|---|---|---|---|
| 15-0203 | Lisa Lee-Bolton, et al., v. Koppers, Inc. | Class action, contaminated property | USDC, Northern District of FL, Gainesville Div | Paul Rothstein, Gainesville, FL; Parker Waichman LLP, Bonita Springs, FL; William Dubanevich, New York, NY, The Calwell Practice, Charleston WV | Hill, Ward, & Henderson, PA, Tampa, FL; Steptoe & Johnson, Chicago, IL | Calwell Practice | | X | 1:10-cv-253-MCR-GRJ |
| 15-0202 | Donna NeCaise, as Administratrix of the Estate of Betty Joyce Ladner, et al., v. Eagle Energy, et al. | Contaminated property | Circuit Court of Harrison County, MS | Burns, Cunningham, & Mackey, PC, Mobile, AL | David W. Crane, Gulfport, MS | Burns, Cunningham, & Mackey | | X | 10-03254(2) |
| 12-0902 | Barfield, et al, v. Sho-Me Power, et al. | easement dispute, class action | USDC, Western District of Missouri | Cook, Vetter, Cdoerhoff, & Landwehr (Jefferson City, MO); Ackerman Kauffman Fex (Washington, DC); Price Waicukauski & Riley (Indiapolis, IN) | Thompson Coburn (St. Louis, MO); Lathrop & Gage (Kansas City, MO) | Price Waicukauski & Riley | X | X | 2:11-cv-04321-NKL |
| 12-1102 | Federal Housing Finance Agency, etc., v. Nomura Holdings America, Inc., et al. | securities action, AVM, mass appraisal, appraisal review | USDC, S. Dist NY | Quinn Emanuel, New York, NY | Sullivan & Cromwell, NYC | Quinn Emanuel | X | X | 11 Civ. 6201 (DLC) |
| 13-1102 | Massachusetts Mutual Life Insurance Company v. Countrywide Financial Corporation, et al. | securities action, AVM, mass appraisal, appraisal review | USDC, District of Mass | Quinn Emanuel, Los Angeles, CA | Williams, Cutler, Pickering, Hale, and Dore LLP, New York, NY | Quinn Emanuel | | X | 3:11-cv-30215-MAP |
| 13-1102 | Massachusetts Mutual Life Insurance Company v. DB Structured Products, et al. | securities action, AVM, mass appraisal, appraisal review | USDC, District of Mass | Quinn Emanuel, Los Angeles, CA | Simpson, Thatcher, & Bartlett LLP, New York, NY | Quinn Emanuel | | X | 3:11-cv-30039-MAP |
| 14-0701 | John Hughes, et al. v. Steve Garvin, et al. | negative externalities issues | Superior Court of WA for King Cnty | Veris Law Group PLLC, Seattle | Helsell Fetterman LLP, Seattle; Betts Patterson & Mines, Seattle | Veris | | X | 13-2-23355-0 SEA |

Greenfield Advisors

*Economic, Market and Valuation Analysts*

# TRIAL AND DEPOSITION TESTIMONY,  JOHN A. KILPATRICK, PH.D., MAI, FRICS
## GREENFIELD ADVISORS INC

| Greenfield Case No. | CASE NAME | PROJECT | COURT NAME | PLAINTIFF ATTORNEY | DEFENSE ATTORNEY | RETAINED BY | TRIAL | DEP | CASE NO. |
|---|---|---|---|---|---|---|---|---|---|
| 13-1102 | Massachusetts Mutual Life Insurance Company v. Countrywide Financial Corporation, et al. | securities action, AVM, mass appraisal, appraisal review | USDC, Central Dist. CA | Quinn Emanuel, Los Angeles, CA | Shearman & Sterling LLP, New York, NY | Quinn Emanuel | | X | 11 ml-2265-MRP (MANx) |
| 12-1102 | FHFA v. Goldman Sachs & Co., et al | securities action, AVM, mass appraisal, appraisal review | USDC, S. Dist. NY | Quinn Emanuel, New York, NY | Sullivan & Cromwell, NYC | Quinn Emanuel | | X | 11 Civ. 6198 (DLC) |
| 12-1102 | FHFA v. HSBC North America Holdings, et al. | securities action, AVM, mass appraisal, appraisal review | USDC, S. Dist. NY | Quinn Emanuel, New York, NY | Boies, Schiller & Flexner, LLP, NYC | Quinn Emanuel | | X | 11 Civ. 6189 (DLC) |
| 12-1102 | FHFA v. Ally Financial Inc., et al., F/K/A GMAC, Inc. | securities action, AVM, mass appraisal, appraisal review | USDC, S. Dist. NY | Quinn Emanuel, NYC, Kasowitz Benson, NYC | Mayer Brown, NYC | Quinn Emanuel, NYC; Kasowitz Benson, NYC | | X | 11 Civ. 7010 (DLC) |
| 12-1102 | FHFA v. Merrill Lynch & Co., Inc. | securities action, AVM, mass appraisal, appraisal review | USDC, S. Dist. NY | Quinn Emanuel, NYC, Kasowitz Benson, NYC | Williams & Connolly, Washington, DC | Quinn Emanuel, NYC, Kasowitz Benson, NYC | | X | 11 Civ. 6202 (DLC) |
| 11-0204 | Tillman, et al., v. Chevron USA, et al. | underground storage | Concordia Parish, Louisiana | Talbot, Carmouche, and Marcello, Baton Rouge, LA | Keen Miller LLC, Baton Rouge, LA | Talbot, Carmouche, and Marcello | | X | 44096-B |
| 13-0701 | Ladd, et al., v. United States | categorical taking | U.S. Court of Federal Claims | Arent Fox, Los Angeles, CA | U.S. DOJ | Arent Fox | | X | 07-271L |
| 13-0201 | Thundering Herd Development LLC and THD Investors 7 LLC v. S&M E, Inc., and J.A. Street & Associates, Inc. | Construction defects and geotechnical issues | Circuit Court of Cabell County, WV | Damron Law Office PLLC, Huntington, WV, and Huddleston Bolen PLLC, Huntington WV | McQueen Davis PLLC, Huntington, WV | Damron | | X | 03-C-0490 |

Greenfield
Advisors

Economic, Market
and Valuation Analysts