IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HERNANDEZ, EMMA WHITE, KEITH LINDNER, TROY FRYE, COSZETTA TEAGUE, IESHA BROWN, RUSSELL and BRENDA SIMONEAUX, JOHN and YVONNE DEMARTINO, ROSE WILSON, TIFFANIE HOOD, GEORGE and CYNDI FLOYD, DEBORA GRANJA, and DIANA TREVINO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | No. C 18-07354 WHA<br><br>**ORDER RE MOTION FOR CLASS CERTIFICATION AND MOTION TO EXCLUDE FOLLOWING HEARING** |

In this putative class foreclosure action, plaintiffs move for class certification. Given plaintiffs' deficient briefing of their class certification motion and the reasons stated on the record, the motion is **DENIED** without prejudice to allow for fresh briefing. The corresponding motion to exclude Dr. Kilpatrick's opinion is also **DENIED** without prejudice. Plaintiffs shall file their new motion for class certification **BY NOVEMBER 21 AT NOON** on a **49-DAY TRACK**. Plaintiffs should be cognizant of the previous deficiencies in their briefing and proposed trial plan in drafting this motion.

Before the motion is even filed, however, plaintiffs must pay $10,000 to counsel for defendant to reimburse them for the costs associated with having to re-brief this new motion. Any remaining costs associated with re-briefing, if any, shall be paid at a later date.

**IT IS SO ORDERED.**

Dated: November 6, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE