# EXHIBIT 15

Message
_____

| | |
|---|---|
| **From:** | Reimers, Kara E [/O=WELLS FARGO & CO./OU=WFB1/CN=RECIPIENTS/CN=REIMERSKE] |
| **Sent:** | 4/19/2018 4:44:14 PM |
| **To:** | Thompson, Jill L [/O=Wells Fargo & Co./OU=WFB1/cn=Recipients/cn=ThompsoJL] |
| **CC:** | Depino, Jason A. [/O=Wells Fargo & Co./OU=WFB1/cn=Recipients/cn=jadepin] |
| **Subject:** | FW: HPA Meeting Notes 2_16_2018 |

Jill – FYI below. Jay – this is the email I was talking about on the call.

_____

**From:** Vashistha, Jeetendra
**Sent:** Friday, March 02, 2018 2:41 PM
**To:** Reimers, Kara E; Nichols, Nicole L.; McKone, Pam; Pemble, Heather
**Cc:** Gupta, Jyoti
**Subject:** RE: HPA Meeting Notes 2_16_2018

Kara,

I will get back to you soon on this.


Thanks and Regards,
Jeet

**[Jeetendra Vashistha, PMP]**
Wells Fargo Enterprise Information Technology (EIT) | Default Servicing Technology
1000 Blue Gentian Road, Suite 100
Eagan, MN 55121-1663 | MAC N9287-019
Tel 651-605-6545 | Fax 651-605-8561

Jeetendra.Vashistha@wellsfargo.com


_____

**From:** Reimers, Kara E
**Sent:** Friday, March 02, 2018 9:44 AM
**To:** Vashistha, Jeetendra; Nichols, Nicole L.; McKone, Pam; Pemble, Heather
**Cc:** Gupta, Jyoti
**Subject:** RE: HPA Meeting Notes 2_16_2018

Jeet,

I have a follow up question on the State Fee Matrix code in the HPA. We know this code was present in the trial decision run. Was it also present in the final mod run? It is our impression that at final modification this code was not present and Settlement manually requested and calculated the amount of attorney fees due.

Can you review for me and let me know what you find? Please let me know if you need additional clarity in what I am looking for.
Thank you!
Kara


_____

**From:** Vashistha, Jeetendra
**Sent:** Thursday, February 22, 2018 1:37 PM
**To:** Reimers, Kara E; Nichols, Nicole L.; McKone, Pam; Pemble, Heather
**Cc:** Gupta, Jyoti
**Subject:** RE: HPA Meeting Notes 2_16_2018



EXHIBIT NO. 397
ANDREA M. IGNACIO
RPR, CRR, CCRR, CSR # 9830

CONFIDENTIAL

WF_HERNANDEZ_00010405

Hi Kara,

Please find below the findings based on the code
• how specific fees were and are pulled into the HPA tool, including Other Fees, RECO Fees and Pending Attorney Fees – I would like to understand what is included in the other fees vs RECO fees primarily
o Are Foreclosure Attorney Fees only in the RECO fees or could they be in the Other fees also?

Jeet : HPA doesn't pull or store  Foreclosure Attorney Fee.  I am not sure how this fee is treated in
MSP  fee  values.  Business should be able to answer that if this is already included in Reco fee or other fees.
As I mentioned in the call we used to have the State Attorney fees pulling from the database (was stored as XML) which was made to  zero for each state.
For final: we  have a user input for pending attorney fee which is included in reco fee.

HPA pulls
            Other fees: from DLQ1 screen as shown below in Msp screenshot.



RECO Fees:  from P195

WF_HERNANDEZ_00010406

```
P195  LN 0535708325          F O R E C L O S U R E   A C C O
NAME  TG KINGSLAN    INV-LN H24-019-3496605        DUE 04-01-
BR DM MAN 5 P-TYPE 1 INT .0825000 FIRST PB          48,325.

PROPERTY      656799 N  WHITE DALE ROW        FORECLOSURE ST
ADDRESS       BALTIMORE                 MD 21206

           BALANCES
ESCROW            .00   RES ESCROW              .00
ADVANCE       1132.98   REPL RES                .00

     TAX           HAZARD         MIP/PMI        FORECLOSURE
   ADVANCE        ADVANCE         ADVANCE          ADVANCE
   2530.40           .00             .00              .00

  MTGR RECOVERABLE    NON RECOVERABLE    3RD RECOVERABL
  CORP ADVANCE        CORP ADVANCE       CORP ADVANCE
    680.00             3702.19            45.00

FIRST CORP. ADVANCE 12-08-97
LAST CORP. ADVANCE  08-16-17

PLEASE ENTER NEXT TRANSACTION        PXXX0535708325
```

-        Historically, what has been the behavior back to the beginning of HPA (2010)? Could there be attorney foreclosure fees in any of these other Fee fields and if so, what were the time frames for that?

Jeet :I checked the history in our source code so couldn't find anything in this regards.

- detail on the state foreclosure attorney fees and cost matrix that was removed from the HPA in 10/2015? Including when it was implemented into the HPA, was it for all investors and the specific table that was used so I can utilize that same dollar amount per state to determine impact.
-        Also need this historically, meaning the amounts that were utilized out of the fee matrix during the time that it was used?

Jeet : Here is the matrix for state fee for each state before 2015. I could go back until 2011 and this is the value I saw in code. I also couldn't find any history of any value being changed for any state until 2015.

AK = $2847 ,AL = $1617,  AR = $3718, AZ = $2364,  CA = $2140,
CO = $3126,  CT = $4329, DC = $7186,  DE = $2847,  FL = $2758,
GA = $1605,  HI = $2847, IA = $2847,  ID = $2847, IL = $4145,
IN = $2564,  KS = $2847, KY = $6760,LA = $6286, MA = $5982,
MD = $4739, ME = $2847, MI = $1932 ,  MN = $3124,

CONFIDENTIAL

WF_HERNANDEZ_00010407

MO = $1930,  MS = $1438,  MT = $2847,  NC = $2438,  ND = $2847,
NE = $2847,  NH = $5674, NJ = $4674,  NM = $2762,
NV = $2790, NY = $6021,  OH = $5940,  OK = $3460,
OR = $2022,  PA = $6406,  PR = $2847,  RI = $6080 ,
SC = $4406,  SD = $2847,  TN = $2278,  TX = $1615,
UT = $2847,  VA = $3110,  VT = $2847, WA = $3038,
WI = $2626,  WV = $1821,  WY = $2847

Default fee was : $ 2847 (If none of these states found)

After 2015 we have updated the code and now value for each state is 0.

o         Where would SDA see the state fee's inserted into the HPA database?
Possibly stored as an attorney fee column within the fee table, but may have been stored into a greater population of data

Jeet:  We used to store this state attorney fees for all Non VA loans in AttorneyFees column in [CapitalizationInput] for each BatchId (ClientLoanId column).

Currently, we have Attorney  fee  + RECO (some time attorney fee only) Fees user input for some of the waterfalls and the value is stored in this column.

Hope this helps. If you have additional question, please feel free to send to me.

Thanks and Regards,
Jeet

**[Jeetendra Vashistha, PMP]**
Wells Fargo Enterprise Information Technology (EIT) | Default Servicing Technology
1000 Blue Gentian Road, Suite 100
Eagan, MN 55121-1663 I MAC N9287-019
Tel 651-605-6545 I  Fax 651-605-8561

Jeetendra.Vashistha@wellsfargo.com

---

**From:** Reimers, Kara E
**Sent:** Friday, February 16, 2018 10:54 AM
**To:** Gupta, Jyoti; Nichols, Nicole L.; Vashistha, Jeetendra; McKone, Pam; Pemble, Heather
**Subject:** HPA Meeting Notes 2_16_2018

# HPA Meeting Notes 2_16_2018

Friday, February 16, 2018
10:30 AM

Attendees: Pam, Nicole, Kara, Jeetendra

- how specific fees were and are pulled into the HPA tool, including Other Fees, RECO Fees and Pending Attorney Fees – I would like to understand what is included in the other fees vs RECO fees primarily
  - Are Foreclosure Attorney Fees only in the RECO fees or could they be in the Other fees also?

CONFIDENTIAL

- o      Historically, what has been the behavior back to the beginning of HPA (2010)? Could there be attorney foreclosure fees in any of these other Fee fields and if so, what were the time frames for that?
- •      detail on the state foreclosure attorney fees and cost matrix that was removed from the HPA in 10/2015? Including when it was implemented into the HPA, was it for all investors and the specific table that was used so I can utilize that same dollar amount per state to determine impact.
- o      Also need this historically, meaning the amounts that were utilized out of the fee matrix during the time that it was used?
- o      Where would SDA see the state fee's inserted into the HPA database?

Possibly stored as an attorney fee column within the fee table, but may have been stored into a greater population of data.

- •      Next steps: Jeetendra will follow up with the team by Wednesday with what he is able to find and follow up with Pam or Kara on any questions.

Created with Microsoft OneNote 2010
One place for all your notes and information

CONFIDENTIAL

WF_HERNANDEZ_00010409