# EXHIBIT 16

| From: | Thompson, Jill L |
|---|---|
| To: | Depino, Jason A. |
| CC: | Reimers, Kara E; Liggett, Jeff G |
| Sent: | 6/18/2018 2:52:00 PM |
| Subject: | RE: CIT 6214 Project Call - Attorney Fees and HPA Tool |
| Attachments: | Examples showing Date of State Matrix set to ZERO Oct 2 2015.docx |

I have put together 4 examples to show the date of the state matrix amount being set to zero on 10/2/2015. Let me know if anyone has questions or comments.



Examples showing Date of State Matrix set to ZERO Oct 2 2015.docx

**Jill Thompson**

Default Decisioning
Wells Fargo Home Mortgage | 1 Home Campus | West Des Moines, IA
515-398-2037
jillthompson@wellsfargo.com

"This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation."

**From:** Depino, Jason A.
**Sent:** Thursday, June 14, 2018 1:11 PM
**To:** Liggett, Jeff G; Nichols, Nicole L.; Thompson, Jill L; Archer, Kari L.; Bothwell, Katherine M.; Kohls, Bob A; Cortese, Ralph V.; Drzewiecki, Kathleen M.; Johnson, Lynne M; Cannady, Annette; Hohenstern, Kimberly; Solis, Gerry; Williams, Julie T.; Edwardson, Jessica M.; Parker, Linda G; Simpson, Roger; Rivera, Ramon; Hutzell, Travis; Alvarez, Adam; Good, Todd A.; Ossian, Brandy; Rodriguez, Ruby; Johnson, Tonya (Legal); Wieber, Linda; Vaske, Lori; Giroux, Chelsea D; Jacoby, Mike; Agocs, Mike L
**Cc:** Reimers, Kara E
**Subject:** RE: CIT 6214 Project Call - Attorney Fees and HPA Tool

Team,
Thank you for joining today. Please find action items and due dates below.

| Action Items | 1. Adam to send Jay updated "no harm" waterfall by Friday 6/15 morning.<br>1. Adam to send Jay updated "post Oct 2015" waterfall by Friday 6/15 morning..<br>1. Kari Archer and Kara to send Jay updated manual review Excel document by Friday 6/15 morning.<br>1. Kara on PTO 6/15 but will be on the update call with Carmen to present impacted loan research.<br>1. Complete C2C forms.<br>   1. PBL BRD; Kara will approve once we are confident we've identified our final population.<br>   1. Payment Request Form for Finance and Accounting; we don't have a solid remediation amount at this time but we're getting closer.<br>1. Gather final corrective action validation documentation; Kara provided EIT validation. Jill to validate a sample population of loans to confirm fees are accurate. |
|---|---|

Jason DePino

Business Support Consultant, AVP
Default Customer Impact Resolution

Wells Fargo Home Lending | 3440 Flair Drive, Floor 01 | El Monte, CA 91731



MAC E5652-010 | Cell 203-641-9628

Jason.A.DePino@wellsfargo.com

"This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation."

-----Original Appointment-----
**From:** Depino, Jason A.
**Sent:** Monday, April 09, 2018 1:09 PM
**To:** Depino, Jason A.; Liggett, Jeff G; Nichols, Nicole L.; Thompson, Jill L; Archer, Kari L.; Bothwell, Katherine M.; Kohls, Bob A; Cortese, Ralph V.; Drzewiecki, Kathleen M.; Johnson, Lynne M; Cannady, Annette; Hohenstern, Kimberly; Solis, Gerry; Williams, Julie T.; Edwardson, Jessica M.; Parker, Linda G; Simpson, Roger; Rivera, Ramon; Hutzell, Travis; Alvarez, Adam; Good, Todd A.; Ossian, Brandy; Rodriguez, Ruby; Johnson, Tonya (Legal); Wieber, Linda; Vaske, Lori; Giroux, Chelsea D; Jacoby, Mike; Agocs, Mike L
**Cc:** Reimers, Kara E
**Subject:** CIT 6214 Project Call - Attorney Fees and HPA Tool
**When:** Thursday, June 14, 2018 9:30 AM-10:00 AM (UTC-08:00) Pacific Time (US & Canada).
**Where:** 888-549-3557 | 3610131

Team,
We'll use this time to discuss progress and next steps as they relate to our milestones for CIT 6214.

**Issue Overview:** On 3/7/18, while reviewing CIT 5920 (Settlement Attorney Fees), we identified additional impacts, specifically loans that were potentially denied due to misapplication of attorney fees in the Home Preservation Application (HPA) decision tool. The HPA tool, used by the Wells Owned, Bank and Private, FNMA, FHLMC and VA portfolios, was placed into production 4/13/10 with logic to utilize a State Fee Matrix that provided maximum allowable foreclosure attorney fees and costs. The HPA tool was automated to pull in attorney fees that were paid at the time of the decision from Mortgage Servicing Platform (MSP) screen (DDCH) and added them to the maximum allowable from the State Fee Matrix. This practice potentially over stated the dollar amount for recoverable fees that were incurred at the time of the decision, which could have created a Housing To Income (HTI) impact making the payment unaffordable and potentially declining for either affordability and/or NPV.

## Join online meeting

https://meet.wellsfargo.com/jason.a.depino/2V0J9ML6

First online meeting?

**Example #1** Run date 10/3/2015 HPA recoverable fee matches DDCH = state fee matrix not added.

https://hpa.wellsfargo.net/Home/ViewCapsheet?clientLoanID=3772588&snapshotID=18419443&printFriendly=False&IsCorrectTemplate=True — HPA - Modification Cap Sh...

File Edit View Favorites Tools Help

Home Lending Servicing -... | Home Lending Servicing -... | Home Lending Portal (5) | Home Lending Portal (4) | Home Lending Portal (3) | Page | Safety | Tools

Logged-in As
AD-ENT\THOMPSOJL
Jill L Thompson
Logoff

Loan Search
Client:
Loan Number:
Search

Modification Search
Batch ID:
Search

Rate Update
User Role(s)

[redacted]2716

Mortgager Name: ANNA CADEAU
Gross Income: $2,490.00
Net Obligations: $0.00
Monthly Income: $2,490.32
Loan Due Date: 02/01/2008
Imminent Default: No
PMMS Rate: 3.850%
PMMS Date: 10/03/2015

Investor: CMLTI 2006-HE2
Investor Loan Number: [redacted]5306
Original Term: 360
Original Maturity Date: 01/01/2036
Interest Set Aside:
Appraised Value: $199,999.00
CURR Occupancy: Primary Residence

HAMP-Tier 2-Std Trial
Batch ID: 3772588
Decisioned: 10/03/2015 09:28:46
AD-ENT\U143781
Todnna Johnson

Committed: 10/05/2015 11:41:10
AD-ENT\twharri
Tara Harris-Nelson

HAMP-Tier 1-Std | HAMP-Tier 1-PRA | HAMP-Tier 2-Std (Active)

▸ Snapshots
▸ Waterfall Limits
▾ Cap / Waive

Calculated Through Date: 01/01/2016

| Value | Amount | Pending | Waived | Capitalized | Forborne | Outstanding | Spread |
|---|---|---|---|---|---|---|---|
| Delinquent Interest | $94,181.76 | | $0.00 | $94,181.76 | $0.00 | $0.00 | |
| Delinquent Escrow | $28,852.53 | | $0.00 | $28,852.53 | $0.00 | $0.00 | $0.00 |
| Recoverable Exp. | $7,747.70 | $0.00 | $0.00 | $7,747.70 | $0.00 | $0.00 | |
| Other Fees | $145.00 | | $145.00 | $0.00 | $0.00 | $0.00 | |
| NSF Fees | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | |
| Late Charges | $3,136.27 | | $3,136.27 | $0.00 | $0.00 | $0.00 | |
| Prior Forbearance | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | |
| Prior Deferred Interest | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Shortage | $794.12 | | $0.00 | $0.00 | $0.00 | $0.00 | $794.12 |
| Total | $134,857.38 | $0.00 | $3,281.27 | $130,781.99 | $0.00 | $0.00 | $794.12 |

▸ Trial Plan
▸ Rate Steps

Term Extension
Rate Adjustment
Insuff Mo Pmt Reduction
Post Mod DTI >42%
Negative NPV - Initial
Validation Overrides

None

Committed to LPS
Letter Sent to Borrower

View Commit Results
Appeal Rerun
Print Capsheet

Instructions
No Min 10% PI Pmt Red Curr-T2

Session Appearance Tools Screens

DLQ1 LMTN MAS1/USR3 MAS1/USR4 MAS1/COL2 FOR1 BNK1 MIP1 DLQ1/LOAN DLQ1/LMLG DLQ1/INVE XDCH ANA1 TAX1 HAZ1 TAXN DLQ3/FINP DLQ3/FINA LMT3 DLQ7 MAS1/APR1 LMT1

Group3

Cpi.rd3x

```
[redacted]2716      CORPORATE ADVANCE HISTORY SCREEN  81Q/001 06/17/18   14:01:38
AL PIERRE         I:C I:R B:  R:      07/01/18 TYPE CONV. RES.              MAN  I
[redacted]
------------------------------------------------------------------ ^ END ^---------
 01R01 PAYEE                TRAN          RSN          USR                ESC PAYEE
    SORT                    SORT          SORT         SORT               SORT
 DATE RANGE:                THRU 10/03/15
 TRN USR  ID    DATE        TRAN AMT  ESC PAYEE  PAYEE RSN  DESCRIPTION        DISBDT

 630 DKH 0003 062508         840.00  ATY FL STE 01R01 ATTY ATTORNEY FEES

 745 ### 0002 040108          95.00-            01R01 MBAL CLR MOR REC BAL

 633 WQP 0001 013008          95.00  RE PRMRASS 01R01 BROK FCL BPO

** TOTAL SELECTED DDCH CORP ADV TRANS:                  7,747.70

 11                                                       0    13,30   A Cpi
```

Connected to the host [bkfs-secure3270.wellsfargo.com]



Same loan was run 8/6/2015. This decision was approval but shows that the state fee amount was included in recoverable fees prior to 10/2/2015. HPA= $10505.70, DDCH $7747.70 and Florida state matrix amount is $2758.

https://hpa.wellsfargo.net/Home/ViewCapsheet?clientLoanID=3665583&snapshotID=1767728&printFriendly=False&IsCorrectTemplate=True
HPA - Modification Cap Sh...

File Edit View Favorites Tools Help

Home Lending Servicing -... Home Lending Servicing -... Home Lending Portal (5) Home Lending Portal (4) Home Lending Portal (3)

Page Safety Tools

WELLS FARGO HOME MORTGAGE

Wells Fargo

## Home Preservation Application

For Loan Support
Contact: Default Technology Support or
Call: 1-800-477-1303
Help FAQ

Logged-in As
AD-ENT\THOMPSOJL
Jill L Thompson
Logoff

Loan Search
Client:
Loan Number:
Search

Modification Search
Batch ID:
Search

Rate Update
User Role(s)

[redacted]2716

Mortgager Name: ANNA CADEAU
Gross Income: $3,111.00
Net Obligations: $0.00
Monthly Income: $3,111.90
Loan Due Date: 02/01/2008
Imminent Default: No
PMMS Rate: 3.980%
PMMS Date: 08/06/2015

Investor: CMLTI 2006-HE2
Investor Loan Number: [redacted]5306
Original Term: 360
Original Maturity Date: 01/01/2036
Interest Set Aside:
Appraised Value: $199,999.00
CURR Occupancy: Primary Residence

HAMP-Tier 1-PRA Trial
Batch ID: 3665583
Decisioned: 08/06/2015 08:03:37
AD-ENT\a663836
Danny Carter

Committed:

HAMP-Tier 1-Std | HAMP-Tier 1-PRA (Active) | HAMP-Tier 2-Std

Snapshots
Waterfall Limits
Cap / Waive

Calculated Through Date : 11/01/2015

| Value | Amount | Pending | Waived | Capitalized | Forborne | Outstanding | Spread |
|---|---|---|---|---|---|---|---|
| Delinquent Interest | $92,522.56 | | $0.00 | $92,522.56 | $0.00 | $0.00 | |
| Delinquent Escrow | $28,852.53 | | $0.00 | $28,852.53 | $0.00 | $0.00 | $0.00 |
| Recoverable Exp. | $10,505.70 | $0.00 | $0.00 | $10,505.70 | $0.00 | $0.00 | |
| Other Fees | $145.00 | | $145.00 | $0.00 | $0.00 | $0.00 | |
| NSF Fees | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | |
| Late Charges | $3,136.27 | | $3,136.27 | $0.00 | $0.00 | $0.00 | |
| Prior Forbearance | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | |
| Prior Deferred Interest | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Shortage | $397.08 | | $0.00 | $0.00 | $0.00 | $0.00 | $397.08 |

Approved
Rate Reduction
Term Extension
Principal Reduction
Validation Overrides

None

Loan was decisioned during a previous month and it must be returned to the HPU to re-decision prior to commit
Loan was decisioned during a previous month and it must be returned to the HPU to re-decision prior to AdjustLimits

Specify Terms
Print Capsheet
Instructions

None

Reflection Workspace - [Cpi.rd3x]

Session Appearance Tools Screens

DLQ1 LMTN MAS1/USR3 MAS1/USR4 MAS1/COL2 FOR1 BNK1 MIP1 DLQ1/LOAN DLQ1/LMLG DLQ1/INVE XDCH ANA1 TAX1 HAZ1 TAXN DLQ3/FINP DLQ3/FINA LMT3 DLQ7 MAS1/APR1 LMT1
Group3

Cpi.rd3x

```
[redacted]2716      CORPORATE ADVANCE HISTORY SCREEN  81Q/001 06/17/18   14:03:26
AL PIERRE         L:C F:R B:   R:      07/01/18 TYPE CONV. RES.          MAN J
[redacted]
----------------------------------------------------------------- * END *--------
 01R01 PAYEE       ____ TRAN     _____ RSN     ___ USR   ____________ ESC PAYEE
    _ SORT          _ SORT          _ SORT        _ SORT               _ SORT
 DATE RANGE:  __________ THRU 08/06/15
 TRN USR  ID   DATE       TRAN AMT  ESC PAYEE  PAYEE RSN  DESCRIPTION        DISBDT

 630 DKH 0003 062508       840.00  ATY FL STF 01R01 ATTY ATTORNEY FEES

 745 ### 0002 040108        95.00             01R01 MBAL CLR MOR REC BAL

 633 WQP 0001 013008        95.00  RE-PRMRASS 01R01 BROK FCL BPO

 ** TOTAL SELECTED DDCH CORP ADV TRANS:              7,747.70
```

Connected to the host [bkds-secure3270.wellsfargo.com]



**Example #2** Loan was run 9/30/2015. HPA recoverable fees are $10,872.33. Same loan and product run again 10/3/2015 and HPA recoverable fees are $4851.33 DDCH is not available due to loan is purged however the loan is in New York state fee matrix amount in New York is $6021 which is the difference in the 2 runs supporting the removal of state matrix fee 10/2/2015.

https://hpa.wellsfargo.net/Home/ViewCapsheet?clientLoanID=3760070&printFriendly=False&IsCorrectTemplate=True — HPA - Modification Cap Sh...

File Edit View Favorites Tools Help

Home Lending Servicing -... Home Lending Servicing -... Home Lending Portal (5) Home Lending Portal (4) Home Lending Portal (3)

WELLS FARGO HOME MORTGAGE

Wells Fargo
**Home Preservation Application**

For Loan Support: Contact: Default Technology Support or Call: 1-800-477-1300 Help FAQ

Logged-in As AD-ENT\THOMPSOJL Jill L Thompson Logoff
Loan Search Client: Loan Number: Search
Modification Search Batch ID: Search
Rate Update
User Role(s)

[redacted]6044

Mortgager Name: SEBASTIANO VASTA JR
Gross Income: $26,632.00
Net Obligations: $732.00
Monthly Income: $26,632.03
Loan Due Date: 12/01/2009
Imminent Default: No
PMMS Rate: 3.860%
PMMS Date: 09/30/2015

Investor: DBALT 2007-3
Investor Loan Number: [redacted]1371
Original Term: 360
Original Maturity Date: 08/01/2037
Interest Set Aside:
Appraised Value: $700,000.00
CURR Occupancy: Primary Residence

[redacted]
Batch ID: 3766070
Decisioned: 09/30/2015 05:38:32 AD-ENT\U276543 Athaleah Drummond
Committed:

HAMP-Tier 1-Std | HAMP-Tier 1-PRA | HAMP-Tier 2-Std

▸ Snapshots
▸ Waterfall Limits
▾ Cap / Waive

Calculated Through Date : 01/01/2016

| Value | Amount | Pending | Waived | Capitalized | Forborne | Outstanding | Spread |
|---|---|---|---|---|---|---|---|
| Delinquent Interest | $238,732.14 | | $0.00 | $238,732.14 | $0.00 | $0.00 | |
| Delinquent Escrow | $41,077.80 | | $0.00 | $41,077.80 | $0.00 | $0.00 | $0.00 |
| Recoverable Exp. | $10,872.33 | $0.00 | $0.00 | $10,872.33 | $0.00 | $0.00 | |
| Other Fees | $75.00 | | $75.00 | $0.00 | $0.00 | $0.00 | |
| NSF Fees | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | |
| Late Charges | $1,144.72 | | $1,144.72 | $0.00 | $0.00 | $0.00 | |
| Prior Forbearance | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | |
| Prior Deferred Interest | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Shortage | $1,713.50 | | $0.00 | $0.00 | $0.00 | $0.00 | $1,713.50 |

[redacted]
Pre-Mod DTI <25%
Validation Overrides
None
Loan was decisioned during a previous month and it must be returned to the HPU to re-decision prior to commit
Print Capsheet
Instructions
None

https://hpa.wellsfargo.net/Home/ViewCapsheet?clientLoanID=3772411&printFriendly=False&IsCorrectTemplate=True — HPA - Modification Cap Sh...

File Edit View Favorites Tools Help

Home Lending Servicing -... Home Lending Servicing -... Home Lending Portal (5) Home Lending Portal (4) Home Lending Portal (3)

WELLS FARGO HOME MORTGAGE

Wells Fargo
**Home Preservation Application**

For Loan Support: Contact: Default Technology Support or Call: 1-800-477-1300 Help FAQ

Logged-in As AD-ENT\THOMPSOJL Jill L Thompson Logoff
Loan Search Client: Loan Number: Search
Modification Search Batch ID: Search
Rate Update
User Role(s)

[redacted]6044

Mortgager Name: SEBASTIANO VASTA JR
Gross Income: $26,966.00
Net Obligations: $732.00
Monthly Income: $26,966.28
Loan Due Date: 12/01/2009
Imminent Default: No
PMMS Rate: 3.850%
PMMS Date: 10/03/2015

Investor: DBALT 2007-3
Investor Loan Number: [redacted]1371
Original Term: 360
Original Maturity Date: 08/01/2037
Interest Set Aside:
Appraised Value: $700,000.00
CURR Occupancy: Primary Residence

[redacted]
Batch ID: 3772411
Decisioned: 10/03/2015 04:35:34 AD-ENT\U276543 Athaleah Drummond
Committed: 10/05/2015 07:50:44 AD-ENT\EbertPD Patrick Ebert

HAMP-Tier 1-Std | HAMP-Tier 1-PRA | HAMP-Tier 2-Std

▸ Snapshots
▸ Waterfall Limits
▾ Cap / Waive

Calculated Through Date : 01/01/2016

| Value | Amount | Pending | Waived | Capitalized | Forborne | Outstanding | Spread |
|---|---|---|---|---|---|---|---|
| Delinquent Interest | $238,732.14 | | $0.00 | $238,732.14 | $0.00 | $0.00 | |
| Delinquent Escrow | $41,077.80 | | $0.00 | $41,077.80 | $0.00 | $0.00 | $0.00 |
| Recoverable Exp. | $4,851.33 | $0.00 | $0.00 | $4,851.33 | $0.00 | $0.00 | |
| Other Fees | $75.00 | | $75.00 | $0.00 | $0.00 | $0.00 | |
| NSF Fees | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | |
| Late Charges | $1,144.72 | | $1,144.72 | $0.00 | $0.00 | $0.00 | |
| Prior Forbearance | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | |
| Prior Deferred Interest | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Shortage | $1,713.50 | | $0.00 | $0.00 | $0.00 | $0.00 | $1,713.50 |

[redacted]
Pre-Mod DTI <25%
Validation Overrides
None
Committed to LPS
Letter Sent to Borrower
View Commit Results
Appeal Rerun
Print Capsheet
Instructions
None



**Example #3** Loan was run 10/2/2015 at 9:18AM. HPA recoverable fees were $1821. Same loan and product were run again 10/3/2015 at 7:58AM and recoverable fees were $0. DDCH is not available due to loan is purged however the loan is in West Virginia state fee matrix amount in New York is $1821 which is the difference in the 2 runs, supporting the removal of state matrix fee 10/2/2015.

Wells Fargo
Home Preservation Application

[redacted]228

Mortgager Name: KERRI D MYERS
Gross Income: $5,917.00
Net Obligations: $625.00
Monthly Income: $7,617.17
Loan Due Date: 01/01/2015
Imminent Default: No
PMMS Rate: 3.850%
PMMS Date: 10/02/2015

Investor: HASCO 2007-HE2
Investor Loan Number: [redacted]5816
Original Term: 317
Original Maturity Date: 11/01/2036
Interest Set Aside:
Appraised Value: $91,000.00
CURR Occupancy: Primary Residence

Batch ID: 3771119
Decisioned: 10/02/2015 09:18:12
AD-ENT\A196105
Rody Rodriguez
Committed:

HAMP-Tier 1-Std | HAMP-Tier 2-Std

Snapshots
Waterfall Limits
Cap / Waive

Calculated Through Date : 01/01/2016

| Value | Amount | Pending | Waived | Capitalized | Forborne | Outstanding | Spread |
|---|---|---|---|---|---|---|---|
| Delinquent Interest | $4,563.52 | | $0.00 | $4,563.52 | $0.00 | $0.00 | |
| Delinquent Escrow | $1,298.06 | | $0.00 | $1,298.06 | $0.00 | $0.00 | $0.00 |
| Recoverable Exp. | $1,821.00 | $0.00 | $0.00 | $1,821.00 | $0.00 | $0.00 | |
| Other Fees | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | |
| NSF Fees | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | |
| Late Charges | $245.43 | | $245.43 | $0.00 | $0.00 | $0.00 | |
| Prior Forbearance | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | |
| Prior Deferred Interest | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Shortage | $500.64 | | $0.00 | $0.00 | $0.00 | $0.00 | $500.64 |

Pre-Mod DTI <25%
Validation Overrides
None
Loan was decisioned during a previous month and it must be returned to the HPU to re-decision prior to commit
Print Capsheet
Instructions
None

Wells Fargo
Home Preservation Application

[redacted]228

Mortgager Name: KERRI D MYERS
Gross Income: $5,917.00
Net Obligations: $644.16
Monthly Income: $7,617.17
Loan Due Date: 01/01/2015
Imminent Default: No
PMMS Rate: 3.850%
PMMS Date: 10/03/2015

Investor: HASCO 2007-HE2
Investor Loan Number: [redacted]5816
Original Term: 317
Original Maturity Date: 11/01/2036
Interest Set Aside:
Appraised Value: $91,000.00
CURR Occupancy: Primary Residence

Batch ID: 3772529
Decisioned: 10/03/2015 07:58:33
AD-ENT\A196105
Rody Rodriguez
Committed:

HAMP-Tier 1-Std | HAMP-Tier 2-Std

Snapshots
Waterfall Limits
Cap / Waive

Calculated Through Date : 01/01/2016

| Value | Amount | Pending | Waived | Capitalized | Forborne | Outstanding | Spread |
|---|---|---|---|---|---|---|---|
| Delinquent Interest | $4,563.52 | | $0.00 | $4,563.52 | $0.00 | $0.00 | |
| Delinquent Escrow | $1,298.06 | | $0.00 | $1,298.06 | $0.00 | $0.00 | $0.00 |
| Recoverable Exp. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Other Fees | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | |
| NSF Fees | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | |
| Late Charges | $245.43 | | $245.43 | $0.00 | $0.00 | $0.00 | |
| Prior Forbearance | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | |
| Prior Deferred Interest | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Shortage | $500.64 | | $0.00 | $0.00 | $0.00 | $0.00 | $500.64 |

Pre-Mod DTI <25%
Validation Overrides
None
Loan was decisioned during a previous month and it must be returned to the HPU to re-decision prior to commit
Print Capsheet
Instructions
None



**<u>Example #4</u>** Loan was run 9/23/2015. HPA recoverable fees were $2947.40. DDCH fees were $1330.40. Difference in the two equals the amount of the state fee for Alabama which is $1617.

Wells Fargo
**Home Preservation Application**

[redacted]6745

Logged in As AD-ENT\THOMPSOJL Jill L Thompson Logoff

| | |
|---|---|
| Mortgager Name: | ANN L RICHARDSON |
| Gross Income: | $1,323.00 |
| Net Obligations: | $0.00 |
| Monthly Income: | $1,323.25 |
| Loan Due Date: | 03/01/2015 |
| Imminent Default: | No |
| PMMS Rate: | 3.910% |
| PMMS Date: | 09/23/2015 |
| Investor: | GSAMP 2004-WF |
| Investor Loan Number: | [redacted]6745 |
| Original Term: | 462 |
| Original Maturity Date: | 12/01/2052 |
| Interest Set Aside: | |
| Appraised Value: | $36,000.00 |
| CURR Occupancy: | Primary Residence |

[redacted]
Batch ID: 3751354
Decisioned: 09/23/2015 04:36:55 AD-ENT\U276543 Athaleah Drummond
Committed:

HAMP-Tier 1-Std | HAMP-Tier 1-PRA | HAMP-Tier 2-Std (Active) | HAMP-Tier 2-PRA

Snapshots
Waterfall Limits
Cap / Waive

Calculated Through Date: 01/01/2016

| Value | Amount | Pending | Waived | Capitalized | Forborne | Outstanding | Spread |
|---|---|---|---|---|---|---|---|
| Delinquent Interest | $2,479.62 | | $0.00 | $2,479.62 | $0.00 | $0.00 | |
| Delinquent Escrow | $1,026.62 | | $0.00 | $1,026.62 | $0.00 | $0.00 | $0.00 |
| Recoverable Exp. | $2,947.40 | $0.00 | $0.00 | $2,947.40 | $0.00 | $0.00 | |
| Other Fees | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | |
| NSF Fees | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | |
| Late Charges | $28.17 | | $28.17 | $0.00 | $0.00 | $0.00 | |
| Prior Forbearance | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | |
| Prior Deferred Interest | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Shortage | $394.45 | | $0.00 | $0.00 | $0.00 | $0.00 | $394.45 |
| Total | $6,876.26 | $0.00 | $28.17 | $6,453.64 | $0.00 | $0.00 | $394.45 |

[redacted]
Term Extension
Forbearance
Rate Adjustment
Post-Mod DTI <25%
CLARA Pend- Exception to Contract
Validation Overrides
None
Loan was decisioned during a previous month and it must be returned to the HPU to re-decision prior to commit.
Loan was decisioned during a previous month and it must be returned to the HPU to re-decision prior to AdjustLimits
Specify Terms
Print Capsheet
Instructions
None

```
[redacted]6745   CORPORATE ADVANCE HISTORY SCREEN  M23/001 06/17/18  14:38:11
AL RICHARDS         L:  F:S B:A R:      05/01/17 TYPE CONV. PMI       MAN B
[redacted]
                                                              * END *
01R01 PAYEE         TRAN         RSN         USR            ESC PAYEE
  SORT              SORT         SORT        SORT           SORT
DATE RANGE:         THRU 09/23/15
TRN USR  ID   DATE     TRAN AMT  ESC PAYEE  PAYEE RSN  DESCRIPTION        DISBDT

631 JMW 0005 071205       15.00  SE-FIRST   01R01 INSP INSPECTION
632 DKH 0004 062905      150.00  ATY-GA-MCC 01R01 BKYC BANKRUPTCY COSTS
633 DKH 0003 062305      800.00  ATY-GA-MCC 01R01 BKYF BANKRUPTCY FEES
632 DKH 0002 062305       35.00  ATY-GA-MCC 01R01 BKDR BK DOC RETRIEVAL
631 JMW 0001 060905       15.00  SE-FIRST   01R01 INSP INSPECTION

** TOTAL SELECTED DDCH CORP ADV TRANS:          1,330.40
```

Same loan was run 10/3/2015. DDCH fees remain $1330.40 with this date and now the HPA recoverable fees are also $1330.40. The state fee matrix amount was not added in, supporting the removal of state matrix fee 10/2/2015.



https://hpa.wellsfargo.net/Home/ViewCapsheet?clientLoanID=3772521&printFriendly=False&IsCorrectTemplate=True

HPA - Modification Cap Sh...

File Edit View Favorites Tools Help

Home Lending Servicing -... Home Lending Servicing -... Home Lending Portal (5) Home Lending Portal (4) Home Lending Portal (3)

Page ▾ Safety ▾ Tools ▾

WELLS FARGO HOME MORTGAGE

Wells Fargo
## Home Preservation Application

For Loan Support:
Contact: Default Technology Support or
Call: 1-800-477-1300
Help FAQ

Logged-In As
AD-ENT\THOMPSOJL
Jill L Thompson
Logoff

Loan Search
Client:
Loan Number:
Search

Modification Search
Batch ID:
Search

Rate Update
User Role(s)

[redacted]6745

**Mortgager Name:** ANN L RICHARDSON
**Gross Income:** $1,623.00
**Net Obligations:** $0.00
**Monthly Income:** $1,623.25
**Loan Due Date:** 03/01/2015
**Imminent Default:** No
**PMMS Rate:** 3.850%
**PMMS Date:** 10/03/2015

**Investor:** GSAMP 2004-WF
**Investor Loan Number:** [redacted]6745
**Original Term:** 462
**Original Maturity Date:** 12/01/2052
**Interest Set Aside:**
**Appraised Value:** $36,000.00
**CURR Occupancy:** Primary Residence

[redacted]
**Batch ID:** 3772521
**Decisioned:** 10/03/2015 07:45:59
AD-ENT\U276543
Athaleah Drummond

**Committed:** 10/05/2015 13:47:07
AD-ENT\rjfarre
Ryan Farrell

HAMP-Tier 1-Std | HAMP-Tier 1-PRA | HAMP-Tier 2-Std | HAMP-Tier 2-PRA

▸ **Snapshots**

▸ **Waterfall Limits**

▾ **Cap / Waive**

Calculated Through Date: 01/01/2016

| Value | Amount | Pending | Waived | Capitalized | Forborne | Outstanding | Spread |
|---|---|---|---|---|---|---|---|
| Delinquent Interest | $2,479.62 | | $0.00 | $2,479.62 | $0.00 | $0.00 | |
| Delinquent Escrow | $1,026.62 | | $0.00 | $1,026.62 | $0.00 | $0.00 | $0.00 |
| Recoverable Exp. | $1,330.40 | $0.00 | $0.00 | $1,330.40 | $0.00 | $0.00 | |
| Other Fees | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | |
| NSF Fees | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | |
| Late Charges | $28.17 | | $28.17 | $0.00 | $0.00 | $0.00 | |
| Prior Forbearance | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | |
| Prior Deferred Interest | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Shortage | $394.45 | | $0.00 | $0.00 | $0.00 | $0.00 | $394.45 |
| Total | $5,259.26 | $0.00 | $28.17 | $4,836.64 | $0.00 | $0.00 | $394.45 |

[redacted]
**Pre-Mod DTI <25%**
Validation Overrides
None

Committed to LPS
Letter Sent to Borrower

View Commit Results

Appeal Rerun

Print Capsheet

Instructions
None

Reflection Workspace - [Cpi.rd3x]

File Session Appearance Tools Screens

MAS1/USR3 FOR1 DLQ1/LOAN TAX1
DLQ1 LMTH MAS1/USR4 BNK1 DLQ1/LMLG XDCH ANA1 HAZ1 DLQ3/FINP DLQ3/FINA LMT3 DLQ7 MAS1/APR1 LMT1
MAS1/COL2 MIP1 DLQ1/INVE TAXN
Group3

Cpi.rd3x

```
[redacted]6745    CORPORATE ADVANCE HISTORY SCREEN  M23/001 06/17/18   14:39:51
AL RICHARDS       L:  F:S B:A R:     05/01/17 TYPE CONV. PMI          MAN B
[redacted]
                                                              * END *
01R01 PAYEE        ___ TRAN    ___ RSN     ___ USR   ___________ ESC PAYEE
   _ SORT            _ SORT      _ SORT      _ SORT            _ SORT
DATE RANGE:  _________ THRU 10/03/15
TRN USR  ID   DATE       TRAN AMT  ESC PAYEE   PAYEE RSN  DESCRIPTION        DISBDT

631 JMW 0005 071205        15.00  SE-FIRST    01R01 INSP INSPECTION

632 DKH 0004 062905       150.00  ATY GA MCC  01R01 BKYC BANKRUPTCY COSTS

633 DKH 0003 062305       800.00  ATY-GA-MCC  01R01 BKYF BANKRUPTCY FEES

632 DKH 0002 062305        35.00  ATY-GA-MCC  01R01 BKDR BK DOC RETRIEVAL

631 JMW 0001 060905        15.00  SE-FIRST    01R01 INSP INSPECTION

** TOTAL SELECTED DDCH CORP ADV TRANS:             1,330.40

                                                       0    15,39   A Cpi
```

Connected to the host [blds-secure3270.wellsfargo.com] CAP NUM SCRL 1:39 PM