# EXHIBIT 20

Message

| | |
|---|---|
| **From:** | Brian.A.Spensley@wellsfargo.com [Brian.A.Spensley@wellsfargo.com] |
| **Sent:** | 9/27/2013 4:30:03 PM |
| **To:** | Stephani.Davis@wellsfargo.com |
| **Subject:** | RE: Corporate Advance Research - Attorney Fee - *Update* |

Ok. Have a great weekend


Brian Spensley
Default Decisioning

-----Original Message-----
**From:** Davis, Stephani R.
**Sent:** Friday, September 27, 2013 03:21 PM Central Standard Time
**To:** Spensley, Brian A
**Subject:** RE: Corporate Advance Research - Attorney Fee - *Update*

Well so far I thought my work is "done" in that we've done about 4 weeks' worth of research and testing to determine/isolate the problem.  If we're needed for long term support, I have not been asked for that yet.

Let me ask Dan/Steph and see what the needs are first.

Thanks for offer.

---

**From:** Spensley, Brian A
**Sent:** Friday, September 27, 2013 3:39 PM
**To:** Davis, Stephani R.
**Subject:** FW: Corporate Advance Research - Attorney Fee - *Update*

Steph do you need any resources to help ?


Brian Spensley
Default Decisioning

-----Original Message-----
**From:** Pfeil, Daniel N.
**Sent:** Friday, September 27, 2013 01:51 PM Central Standard Time
**To:** Pfeil, Daniel N.; Wakeham, Stephanie A.; Peterson, Jennifer; Boothroyd, Todd M.; Imm, Mark L; Potter, Brent E; Davis, Stephani R.; Spensley, Brian A; Cooper, Diane B.; Nardi, Mario; Dold, Mindy M.; Lawrence-Dunn, Gerri L.; Larson, Leigh Anne; Crawford, John S (CPM); Schwartzseid, Russell; Jordan, Beth; Reimers, Kara E
**Cc:** Kraayenbrink, Korey G.; Maddan, Eric L.
**Subject:** RE: Corporate Advance Research - Attorney Fee - *Update*


Thanks to all those who could attend.  We will meet again in a few weeks.

Meeting Minutes:

CONFIDENTIAL                                                                                                                                   WF_HERNANDEZ_00144382

**Redacted-ACP**

Dan Pfeil

Implementation Consultant

Default Decisioning Business Delivery Support - Pre and Post Implementation

Wells Fargo Home Mortgage | 8480 Stagecoach Circle | Frederick, MD  21701

MAC X3800-01F

Tel  240-586-5818 | Fax  240-586-8653

daniel.n.pfeil@wellsfargo.com

-----Original Appointment-----
**From:** Pfeil, Daniel N.
**Sent:** Monday, September 23, 2013 4:48 PM
**To:** Pfeil, Daniel N.; Wakeham, Stephanie A.; Peterson, Jennifer; Boothroyd, Todd M.; Imm, Mark L; Potter, Brent E; Davis, Stephani R.; Spensley, Brian A; Cooper, Diane B.; Nardi, Mario; Dold, Mindy M.; Lawrence-Dunn, Gerri L.; Larson, Leigh Anne; Crawford, John S (CPM); Schwartzseid, Russell; Jordan, Beth; Reimers, Kara E
**Cc:** Kraayenbrink, Korey G.; Maddan, Eric L.
**Subject:** Corporate Advance Research - Attorney Fee - *Update*
**When:** Wednesday, September 25, 2013 11:00 AM-12:00 PM (GMT-05:00) Eastern Time (US & Canada).
**Where:** 1-888-549-3557 #9717677

*Rescheduling due to many conflicts.*

**Redacted-ACP**

CONFIDENTIAL                                                                                                              WF_HERNANDEZ_00144383

# Join online meeting

https://meet.wellsfargo.com/daniel.n.pfeil/T6ZVK1HJ

First online meeting?

....................................................................................................................

CONFIDENTIAL

WF_HERNANDEZ_00144384