# EXHIBIT 21

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Change Title | Change ID | IC Assigned | Status | Prioritization Score | Item Type | Path |
| 40 | Corporate Advance + State Attorney Fee Matrix Research | 5,170 | Bob Martus | TG1/Pending Capacity Review | 110 | Item | sites/shpui/HPUSLRIG/Lists/PreAssessment Assignments |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Change ID | Change Title | Date Idea Submitted | Summary | IC Assigned | Will change follow all steps of the Idea Generation Process? | HP Functional Area Impacted |
| 63 | 5,170 | Corporate Advance + State Attorney Fee Matrix Research | 8/30/2013 | Review and update how State Attorney Fees are accounted for in the HPA decisioning Tool | Bob Martus | Yes | HPU/SLR;#HPS;#Specialty |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Change ID | Change Title | Date Idea Submitted | Summary | IC Assigned | Will change follow all steps of the Idea Generation Process? | HP Functional Area Impacted |
| 8 | 5170 | Corporate Advance + State Attorney Fee Matrix Research | 8/30/2013 | Review and update how State Attorney Fees are accounted for in the HPA decisioning Tool | Bob Martus | Yes | HPU/SLR;#HPS;#Specialty |

|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Change ID | Change Title | Summary | IC Assigned | HP Functional Area Impacted | Technology Impact? | Status | Date Assigned |
| 63 | 5,170 | Corporate Advance + State Attorney Fee Matrix Research | Review and update how State Attorney Fees are accounted for in the HPA decisioning Tool | Bob Martus | HPU/SLR;#HPS;#Specialty | TRUE | TG1/Pending Capacity Review | 8/30/2013 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Change ID | Change Title | Date Idea Submitted | Summary | IC Assigned | Will change follow all steps of the Idea Generation Process? | HP Functional Area Impacted | Technology Impact? |
| 63 | 5,170 | Corporate Advance + State Attorney Fee Matrix Research | 8/30/2013 | Review and update how State Attorney Fees are accounted for in the HPA decisioning Tool | Bob Martus | Yes | HPU/SLR;#HPS;#Specialty | TRUE |

|    | A | B | C | D | E | F | G | H | I |
|----|---|---|---|---|---|---|---|---|---|
| 1  | Change Title | Change ID | IC Assigned | Status | Prioritization Score | Item Type | Path | Comments | Decision |
| 21 | Corporate Advance + State Attorney Fee Matrix Research | 5,170 | Bob Martus | TG1/Pending Capacity Review | 110 | Item | sites/shpui/HPUSLRIG/Lists/PreAssessment Assignments | | |