# EXHIBIT 22

Change Control Center                                                                                                    Page 1 of 2

Welcome Thomas Wayne | Contact Us [Search]
Advanced Search

**WELLS FARGO | HOME MORTGAGE**  Servicing
Change Control Center

| Home | Change Portfolio | Reports | Search |

**Change Definition**
**Risks and Impacts**
**Facilitator/ORC Approvals**
**CFIT**
**Governance**
**Milestones**

*Corporate Advance + State Attorney Fee Matrix Research

Change ID: 16548
Risk/Impact Level: 3
Fast Track: No
Slim: No
Ideation ID:

Entity: WF Home Mortgage
Business Unit: Servicing Default Services
Department: Home Preservation
Sub-Department: HPU

Owner: Thomas Wayne
Sponsor: Marc Hamblen
Stage: Awaiting Preliminary Risk Validation
Activities and Deliverables Document

| Field | Value |
|---|---|
| Created By Name | Thomas Wayne |
| Created By Email | Thomas.Wayne@wellsfargo.com |
| Entity | WF Home Mortgage |
| Business Unit | Servicing Default Services |
| Department | Home Preservation |
| Sub-Department | HPU |
| Change Name | *Corporate Advance + State Attorney Fee Matrix Research |
| Change Description | Review and update how State Attorney Fees are accounted for in the HPA decisioning Tool |
| Change Trigger | Issue/Change Impact Team |
| Change Trigger Explanation | Mediation complaint of potential overcharge. |
| Goals | Expertly manage Business Risks and continuously improve business performance |
| Objectives | Reduce business (operational) risks across Default through enhanced process and control capabilities |
| Change Owner | Thomas Wayne |
| Change Co-Owner | Click here to select a Change Co-Owner |
| Operational Risk Consultant | Christie Coffin / Chelsea Quinn |
| Change Sponsor | Marc Hamblen |
| Executive Sponsor | Perry Hilzendeger |
| Change Activities And Deliverables Document Address | http://hcfg-portal.homestead.wellsfargo.com/sites/hpfcm/Activities%20and%20Documents/CCR%2016548%20Corp%20Advance%20and%20State%20Attorney%20Fee%20Matrix%20Research.docx |
| Documentation Repository Address | |
| SURF # | Click here to insert an SURF # |
| Was this Change implemented before it was entered into CCC? | ○ Yes ● No |
| Fast Track | ○ Yes ● No |
| Required Implementation Date | |
| Projected Implementation Date | 12/31/2013 |
| Actual Implementation Date | |
| What business benefits will this Change create? | Provide accurate analysis for a loan modification |
| Will this Change correct or reverse a previously entered Change? | ○ Yes ● No |

EXHIBIT
Young
371
7-19-19 PR

Cancel Change
Place Change On Hold
Save & Continue
Save & Exit
Exit Without Saving
Return to Previous Page
Print This Page

My News | Teamworks

© 2011 Wells Fargo. All rights reserved.



Together we'll go far