# EXHIBIT 25

Message

**From:** Smith, Juliann K. [/O=WELLS FARGO & CO./OU=WFB1/CN=RECIPIENTS/CN=JSMITH5]
**Sent:** 1/13/2014 10:17:14 AM
**To:** Brown, Tiffany N. (FORT MILL) [/O=WELLS FARGO & CO./OU=WFB1/cn=Recipients/cn=N505908]
**Subject:** FW: 140108 Customer Impact Steering Committee - Daily Call 1551, 1552
**Attachments:** 140108 CIT Meeting Minutes 1551 1552.doc

Invite 1552

---

From: Customer Impact - Mtg Servicing
Sent: Wednesday, January 08, 2014 6:02 PM
To: Customer Impact - Mtg Servicing; Law, Rhonda J.; Jaurigue, Donna R.; Sullivan, Ryan M.; Piccirilli, Steve; Varner, Miranda L.; Webb, Brandon P.; Guttry, Tammy A.; Marko, Tony; Brewer, Tim R; Beard, Mary Ann; Currey, Bill; Hosek, Cathy S.; West, Rita; Puccio, Jasper W.; Pinkerton, William J.; Platte, Tricia; McCauley, Beth; Lees, Kathy; Fosse, Lori A.; Goldsberry, Stacey M.; Banwart, Jerald; Shaffer, Wendy; Heil, Matthew T.; Hurst, Margaret; Lippold, Mary E.; Bahlmann, Danielle R.; Miller, Joseph R.; Stefanov, Hannah R.; Stein, Kedesh J.; Whittaker, Todd; Giroux, Chelsea D; Quillen, Toni B.; Siemonsma, Rahn M; Garland, Darcy; Petersen, Timothy J.; Bell, Yvette; Georgescu, Natasha I; Zuniga, Sharon D.; Baumert, Charles F.; Farrow, Heather A.; See, Mark A; Blanchard, Denise A.; Coakley, Craig; Franske, Dave M.; Northagen, Mike L; Pollak, Brian L.; Bayag, Dane F.; Porter, Alton W.; Montgomery, Tony J; Mumma, Souane; Prebeck, Randy J.; Armstrong, Ann M.; Solis, Sylvia; Skapinakis, Jacquelyn M.; Ettinger, Eileen G.; Henny, John X.; Murray, Kelvin M.; Phillips, Christa O.; Burke, Theresa; Eller-Jordan, Nicole; Biersach, Jela; Bondarenko, Sandy K; Reeder, Mary C; Melendez, Eliza; Cox, Kirk; Malke, Charity A.; Cooke, Jamie S. (Ft. Mill-Mtg); Massey, Christine E.; Garcia, Sharon S; Renner, Kelli S.; King, Sarah; Russell, J R; Grosse, James S.; zz.Schwartze, Barry; Wilson, Laura R.; zz.Winter, Dawn; Heath, Brandon; Cirilo, Maria; Indiciani, Brett; Loalbo, Jason; Canales, Leticia V; Batchelor, Sue R; Ross, Bethanne R; Anderson, Leeann; Broich, Melanie J.; Canada, Serra M; Carrell, Corey; Washburn, Patty A; Herrera, Diana D; Stain, Tacora; Baker, Lakesha D.; Johnson, Susie; Mercado, Tammy L.; Phung, Nhan; Simmers, Karina L.; Froehle, Michelle L; Peck, Kelly M; Knode, Sandra; Bishop, Hiedi A.; Coenen, Tami; Cooper, Diane B.; Daniele, David A.; Gaines, Tammy; Handelman, Brett M.; Harkness, Naomi; Hess, Harley R.; Hoff, Paul J.; Tiska, Christy; Domek, Mark D; Hong, Phong; Caster, Lorri; Chance, Shelly A.; Garrett, Jasen; Gillispie, Timothy J.; Howell, Matthew C.; Nadeau, Brian M.; Schirm, Kristin; Celsi, Lori J; Chambers, Jodi L; Cramer, Tiffany; Fowler, Chad E; Jackson, Veronica L; Nesvig, Eric; Schamp, Jan; Simpson, Roger; Soderholm, Tim A; Sanchez, Celeste G; Mcdonald, Tonya K.; Slinde, Kathleen; Prohaska, Tracy; Marren, Mary; Ritzman, William (Bill); Sebold, Richard J.; Vernon, Ryan; White, Casey C.; Nicolella, Louis; Klein, Garrett; Lemna, Sarah C.; Shelley, Sam C.; Barikor, Kate L.; Crockett, Beverly; Hellman, Patrick J.; Hoffman, Jeff; Johnson, Jason R. (PC); Skurdal, Sara; Anderson, Amanda L; Chatterton, Cheryl A; Farias, Carl; Hemphill, Susan A.; Hitchcock, Bobbi L.; Jones, Melissa R; Larsen, Brady J.; Magabo, Katherine; Moczygemba, Jeremy; Morrison, Ashley; Nelson, Traci L; Price, Matthew L; Scott, Swantje B.; Walsted, Kimber L.; Ware, Sierra T.; Workman whipple, Cynthia; Leo, Jody; Slaughter, Lorna; Sturm, Jason; Buzzoni, John; Hamilton, Karyn D; McCauley, Molly; Russell, Heather R.; Erickson, Beth J.; Furnal, Candice; Janni, John; Ketchum, Jeffrey; Marita, Elizabeth A.; Mason, Karol A.; Mejia, Shelley M.; Parker, Laura; Roberts, Tammy; Shedd, Linda K.; Sotomayor, Robert L; Boyle, Lisa; Drayton, Kimberlee A.; Scaglione, Lori K; Scott, Brenda; Smith, Chad; Nelson, Cody L; Roethler, Jennifer L; Whitt-Potter, Leesa; Atkinson, Jim L.; Bell, Carmen; Bosman, Richelle E; Boulware, Christine E; Chica, Mike; Diaz de leon, David; Ferguson, Michelle; Field, Mark; Grunder, Connie; Larson, Lynn J.; Maus, Nicholas P.; Mills, Connie; Molloy, Patrick J; Ramirez, Natalie A; Wright-Grabatin, Tracey; Alvarado, Frank; Cannady, Annette; Garcia, Stephanie L; Gruye, Isadora M; Hernandez, Annie S; Hohenstern, Kimberly; Joy, Linda; Koppe, Jeanne; Kuntze, Robert M.; Blankenship, Terri; Cohn, Bonnie; Medlock, Leah; Smith, Ree; Starliper, Liz; Trumbull, Tracey; Hannan, Merrilee; Nikkel, Scott E.; Allen, Ana; Chavez, Albert A; Finney, Deborah A.; Goodwin, Hope S.; Hernandez, Mario A.; Horner, David K.; Mathews, Vonda L.; Mcfadden, Dana; Porter, Tammy M.; Pranke, Nicole J.; Singh, Sandeep M.; Thoma-Ball, Joanne M.; West, Stacy L; Zurn, Carol A; Hommes, Jeffrey J; Haber, Kevin P.; McDonald, Marcia L.; Argyros, Maagen; Craig, Bonnie J; Goodson, Christopher D.; Zuraff, Timothy P.; Marlett, Beverly A.; Rose, Alan P.; Konen, Holly; Hemler, Lynette K.; Holiday, Michelle D.; Ryan, Sharon K.; Swallow, Pam H; Regan, Brett W; Almendinger, Karen A.; Altaf, Sultana F.; Boyd, Tamara; Brown, Todd K - Compliance Services; Carroll, Cheryl; Dietz, Brian P. (RECOR); Eldridge, Venetia M.; Fisher, Nancy L.; Fleener, Safiye M.; Hayden, Lorraine; Heidemann, Judd L; Kelley, Tony C.; Knowles, Kay S.; Kroska, Joe M; Kunzman, Susan L.; Noblitt, Jeffrey S.; Quaintance, Sara D; Samaniego, Alex R; Sanders, Henry; Schroer, Selina; Smith-Romero, Erin E; Vernon, Candi; Wadsley, Nancy L.; Wieber, Linda; Goeden, Lanaya; Jamison, Eric R; Blonigan, Cynthia; Branch, Janet L.; Gardner, Kellie S.; Mccarty, Karen; Rees, Kristine K (Legal); Robinson, Sally; Powers, Mary K. (LEGAL); Shanks, Casey L.; Grissom, George; Wellendorf, Brian L; Lowery, Rochelle; Taltoan, Rhianna; Baucom, Joel R.; Coffin, Christie M.; Flores, Nicole; Horrigan, Thomas J.; Kent, Jordan M; Otten, Kevin M.; Prondecki, Coby; Quick, Kylene A.; Van Ness, Joel; Mueller, Barbara C.; Rodriguez, Anthony E. (ORM); Wilson, Derek; Butler, Stephanie J.; Nicoletti, Kelly; Smith, Juliann K.; Brich, Monica M; Crawford, Susan M; Harvey-Smuk, Kristin A.; Mast, Heather M.; McCord, Susanne; Riem, Karl; Stafford, Aaron; Cassity, Melissa A.; Coffey, Margaret; Farrell, Thomas P; Ford, Susan H; Golden, Tamara S.; Krohn, Connie; Larson, Brent S.; Nienow, Patricia A.; Pokorny, Emmett J; Walker, Kara L; Wallace, Valorie Y.; Yorkey-Peters, Lisa L.; Boggs, Bobbi J.; Guzman,



Alejandra; Hutchins, Sarah; Keeney, Tonya L.; Naberhaus, Christina L; Ksiazak, Marianne; Dirgins, Elizabeth A.; Riddle, Diane M; Skilling, Sharon; Vaske, Lori; Vopatek, Mark; Branch, Catrina; Hayes, Kim; Brown, Tiffany N. (FORT MILL); Jackson, Marc C; WHITE, COURTNEY L; Christy, Mary C; Evans, Shea; Cloud, Melissa T.; Gallagher, Stacey; Wegner, Bonnie; Myers, Angel; Beitelspacher, Elaine M.; McGarry, Brian A; Widlund, Jessica J.; Hussmann, Robert L; Ables, James; Glenn, Jessica; Poindexter, Heather; Bostic, Elexia L.; Cadena, Mary L; Ward, Dawn; Wayne, Thomas
Cc: Rethwisch, Marc D.; Reed, David; Rittenhouse, Ronnie; Frickenstein, Matthew
Subject: 140108 Customer Impact Steering Committee - Daily Call 1551, 1552

Attached please find the meeting minutes from today's call:

Thank you!

Customer Impact Team

CONFIDENTIAL

WF_HERNANDEZ_00000472



**Date:** January 8, 2014
**Time:** 3:30 – 4:00pm Central
**Facilitator:** Candi Furnal
**Note Takers:** **Angie Schmaltz,** Linda Shedd, Candi Furnal

**Customer Impact Team Meeting**
**Call In Number: 1-888-549-3557**
**Access Number: 9329712#**

Internal Use

CONFIDENTIAL

WF_HERNANDEZ_00000473

**Bus. Dev. & Acq**
[ FORMCHECKBOX ] Jan Schamp (Compliance)
[ FORMCHECKBOX ] Bill Ritzman (SA)
[ FORMCHECKBOX ] Brandon Webb (Inv Serv)
[ FORMCHECKBOX ] Candice Wilczewski
[ FORMCHECKBOX ] Casey White (SA)
[ FORMCHECKBOX ] Christy Tiska
[ FORMCHECKBOX ] David Daniele (SA)
[ FORMCHECKBOX ] Donna Jaurigue
[ FORMCHECKBOX ] Eric Nesvig
[ FORMCHECKBOX ] Harley Hess (SA)
[ FORMCHECKBOX ] James S Grosse
[ FORMCHECKBOX ] Jamie S Cooke
[ FORMCHECKBOX ] Jasen Garrett
[ FORMCHECKBOX ] Jodi nbers
[ FORMCHECKBOX ] Justin er (Inv Serv)
[ FORMCHECKBOX ] Kelly Peck
[ FORMCHECKBOX ] Kristin Schirm (Inv Serv)
[ FORMCHECKBOX ] Lisa McCusker
[ FORMCHECKBOX ] Lori Celsi
[ FORMCHECKBOX ] Lorri Caster (InvServ)
[ FORMCHECKBOX ] Lou Nicolella (SA)
[ FORMCHECKBOX ] Mary Marren (SA)
[ FORMCHECKBOX ] Matthew Howell
[ FORMCHECKBOX ] Miranda Varner (InvServ)
[ FORMCHECKBOX ] Naomi Harkness
[ FORMCHECKBOX ] Paul Hoff
[ FORMCHECKBOX ] Richard Sebold (SA)
[ FORMCHECKBOX ] Roger Simpson
[ FORMCHECKBOX ] Ruth Kovalski
[ FORMCHECKBOX ] Ryan M Sullivan
[ FORMCHECKBOX ] Ryan Vernon (SA)
[ FORMCHECKBOX ] Sandra Knode
[ FORMCHECKBOX ] Shelly Chance
[ FORMCHECKBOX ] Sharon S Garcia
[ FORMCHECKBOX ] Tammy Gaines
[ FORMCHECKBOX ] Tammy Guttry
[ FORMCHECKBOX ] Tiffany Cramer
[ FORMCHECKBOX ] Tim Brewer (SA)
[ FORMCHECKBOX ] Tim Gillespie (Inv Serv)
[ FORMCHECKBOX ] Tony Marko
[ FORMCHECKBOX ] Tracy Prohaska
[ FORMCHECKBOX ] Veronica Jackson

**Business Integration**
[ FORMCHECKBOX ] Angie Schmaltz
[ FORMCHECKBOX ] Beth Erickson
[ FORMCHECKBOX ] Candi Furnal (CIT)
[ FORMCHECKBOX ] Jeff Ketchum (CIT)
[ FORMCHECKBOX ] John Janni
[ FORMCHECKBOX ] Karol Mason
[ FORMCHECKBOX ] Kathy Lees (CIT)
[ FORMCHECKBOX ] Laura …

**Default**
[ FORMCHECKBOX ] Aaron Stafford
[ FORMCHECKBOX ] Albert Chavez
[ FORMCHECKBOX ] Amanda Anderson
[ FORMCHECKBOX ] Amy Silver
[ FORMCHECKBOX ] Ana Allen
[ FORMCHECKBOX ] Ann M Armstrong
[ FORMCHECKBOX ] Ashley Morrison
[ FORMCHECKBOX ] Barb Mueller
[ FORMCHECKBOX ] Bobbi Hitchcock
[ FORMCHECKBOX ] Brian Wellendorf
[ FORMCHECKBOX ] Brady J …en
[ FORMCHECKBOX ] Brandon …h
[ FORMCHECKBOX ] Brett Handelman
[ FORMCHECKBOX ] Brett Indiciani
[ FORMCHECKBOX ] Brett Simpson
[ FORMCHECKBOX ] Carol Zurn
[ FORMCHECKBOX ] Carl Farias
[ FORMCHECKBOX ] Casey Shanks
[ FORMCHECKBOX ] Catrina Branch
[ FORMCHECKBOX ] Chad Fowler
[ FORMCHECKBOX ] Charles Baumert
[ FORMCHECKBOX ] Chelsea D Giroux
[ FORMCHECKBOX ] Cheryl Chatterton
[ FORMCHECKBOX ] Christie Coffin
[ FORMCHECKBOX ] Coby Prondecki
[ FORMCHECKBOX ] Courtney White
[ FORMCHECKBOX ] Cynthia Workman Whipple
[ FORMCHECKBOX ] Dana McFadden
[ FORMCHECKBOX ] Danielle Bahlmann
[ FORMCHECKBOX ] David Horner
[ FORMCHECKBOX ] Deborah Finney
[ FORMCHECKBOX ] Derek Wilson
[ FORMCHECKBOX ] Diane Cooper
[ FORMCHECKBOX ] Eliza Melendez
[ FORMCHECKBOX ] Eileen Ettinger
[ FORMCHECKBOX ] George Grissom
[ FORMCHECKBOX ] Hannah Stefanov
[ FORMCHECKBOX ] Heather Farrow
[ FORMCHECKBOX ] Heather Mast
[ FORMCHECKBOX ] Heather Poindexter
[ FORMCHECKBOX ] Hiedi Bishop
[ FORMCHECKBOX ] Hope …iwin /ORC Bank
[ FORMCHECKBOX ] Jason …bo
[ FORMCHECKBOX ] Jasper …io
[ FORMCHECKBOX ] Jeff Hommes
[ FORMCHECKBOX ] Jeremy Moczygemba
[ FORMCHECKBOX ] Joanne Thoma-Ball
[ FORMCHECKBOX ] Joel Baucom
[ FORMCHECKBOX ] Joel Van Ness
[ FORMCHECKBOX ] John

**Default (cont'd)**
[ FORMCHECKBOX ] Monica Brich
[ FORMCHECKBOX ] Nicole Flores
[ FORMCHECKBOX ] Phong Hong
[ FORMCHECKBOX ] Rhianna Taltoan
[ FORMCHECKBOX ] Rochelle Lowery
[ FORMCHECKBOX ] Sandeep Singh
[ FORMCHECKBOX ] Sarah King
[ FORMCHECKBOX ] Sharon Zuniga
[ FORMCHECKBOX ] Sierra Ware
[ FORMCHECKBOX ] Stacy West
[ FORMCHECKBOX ] Stacy Gallagher
[ FORMCHECKBOX ] Stephanie Butler
[ FORMCHECKBOX ] Steve Piccirilli
[ FORMCHECKBOX ] Sue Batchelor
[ FORMCHECKBOX ] Susan Crawford
[ FORMCHECKBOX ] Susan Hemphill (Loss Mitt)
[ FORMCHECKBOX ] Susanne McCord
[ FORMCHECKBOX ] Swantje Scott (512 Coll)
[ FORMCHECKBOX ] Tami Coenen
[ FORMCHECKBOX ] Tammy Porter
[ FORMCHECKBOX ] Tiffany Brown
[ FORMCHECKBOX ] Todd Whittaker (FC&BK)
[ FORMCHECKBOX ] Traci Nelson
[ FORMCHECKBOX ] Tim Soderholm
[ FORMCHECKBOX ] Tom Horrigan
[ FORMCHECKBOX ] Toni B Quillen
[ FORMCHECKBOX ] Tonya McDonald
[ FORMCHECKBOX ] Vonda Mathews

**RECOR-(Rotation)**
[ FORMCHECKBOX ] Alex Samaniego
[ FORMCHECKBOX ] Bonnie Cohn
[ FORMCHECKBOX ] Brett Regan
[ FORMCHECKBOX ] Brian Dietz
[ FORMCHECKBOX ] Candi Vernon
[ FORMCHECKBOX ] Celeste Sanchez (512 ORC)
[ FORMCHECKBOX ] Cheryl Carroll
[ FORMCHECKBOX ] Eric Jamison
[ FORMCHECKBOX ] Erin Smith-Romero
[ FORMCHECKBOX ] Henry Sanders (512 -pmts)
[ FORMCHECKBOX ] Jacquelyn Skapinakis
[ FORMCHECKBOX ] Jeffrey Noblitt
[ FORMCHECKBOX ] Joe Kroska
[ FORMCHECKBOX ] Judd Heidemann
[ FORMCHECKBOX ] Karen Almendinger
[ FORMCHECKBOX ] Kay Knowles
[ FORMCHECKBOX ] Lanaya Goeden
[ FORMCHECKBOX ] Linda Wieber
[ FORMCHECKBOX ] Lorraine Hayden
[ FORMCHECKBOX ] Marc C Jackson
[ FORMCHECKBOX ] Marc Rethwisch
[ FORMCHECKBOX ] Melissa Cloud
[ FORMCHECKBOX ] Nancy Fisher
[ FORMCHECKBOX ] Nancy Wadsley
[ FORMCHECKBOX ] Natasha I Georgescu
[ FORMCHECKBOX ] Safiye Fleener
[ FORMCHECKBOX ] Sandy …arenko
[ FORMCHECKBOX ] Sarah Lemna
[ FORMCHECKBOX ] Sara Quaintance
[ FORMCHECKBOX ] Selina Schroer
[ FORMCHECKBOX ] Sultana Altaf (512pyoff/sttmts)
[ FORMCHECKBOX ] Susan Kunzman
[ FORMCHECKBOX ] Sylvia Solis

**Customer Operations**
[ FORMCHECKBOX ] Annie Hernandez (512)
[ FORMCHECKBOX ] Beth McCauley (Cash)
[ FORMCHECKBOX ] Bill Pinkerton
[ FORMCHECKBOX ] Brenda Scott (Compliance)
[ FORMCHECKBOX ] Brian McGarry
[ FORMCHECKBOX ] Brian Nadeau
[ FORMCHECKBOX ] Carmen Bell
[ FORMCHECKBOX ] Chad Smith (Compliance)
[ FORMCHECKBOX ] Christa Phillips (Cash)
[ FORMCHECKBOX ] Christine Boulware(512 C/Ops)
[ FORMCHECKBOX ] Christine E Massey
[ FORMCHECKBOX ] Cody Nelson (EO)
[ FORMCHECKBOX ] Connie Grunder (Year End)
[ FORMCHECKBOX ] Connie Mills (OLLW)
[ FORMCHECKBOX ] Corey Carrell
[ FORMCHECKBOX ] David Diaz de leon (512 C/Ops)
[ FORMCHECKBOX ] Elizabeth Dirgins
[ FORMCHECKBOX ] Frank Alvarado
[ FORMCHECKBOX ] Gordon Workman (OLLW)
[ FORMCHECKBOX ] Heather Russell (Cash)
[ FORMCHECKBOX ] Jason Sturm (Cash)
[ FORMCHECKBOX ] Jennifer Roethler (EO)
[ FORMCHECKBOX ] Jerald Banwart
[ FORMCHECKBOX ] Jim Atkinson Z Vendor)
[ FORMCHECKBOX ] Jody Leo (Cash)
[ FORMCHECKBOX ] Karyn Hamilton (Cash)
[ FORMCHECKBOX ] J R Russell
[ FORMCHECKBOX ] Leesa Whitt-Potter
[ FORMCHECKBOX ] Linda Joy (512)
[ FORMCHECKBOX ] Lisa Boyle (Compliance)
[ FORMCHECKBOX ] Lisa Marita (Compliance)
[ FORMCHECKBOX ] Liz Starliper
[ FORMCHECKBOX ] Lori Fosse …pliance)
[ FORMCHECKBOX ] Lori …lione (Compliance)
[ FORMCHECKBOX ] Lorna …ghter (Cash)
[ FORMCHECKBOX ] Lynn Larson …r End)
[ FORMCHECKBOX ] Mark Field
[ FORMCHECKBOX ] Matthew T (OOP)
[ FORMCHECKBOX ] Melanie …h
[ FORMCHECKBOX ] Merrilee …an (OOP)
[ FORMCHECKBOX ] Michelle …uson (Year End)
[ FORMCHECKBOX ] Mike Chica
[ FORMCHECKBOX ] Molly …auley (Cash)
[ FORMCHECKBOX ] Natalie …irez (Year End)
[ FORMCHECKBOX ] Nick Maus
[ FORMCHECKBOX ] Patrick …oy (512 Cust Op)
[ FORMCHECKBOX ] Randy …eck
[ FORMCHECKBOX ] Ree Smith
[ FORMCHECKBOX ] Richelle …nan (Year End)
[ FORMCHECKBOX ] Scott Nikkel …?)
[ FORMCHECKBOX ] Serra Canada
[ FORMCHECKBOX ] Stacey …sherry (Cmplnce)

[ FORMCHECKBOX ] Garrett Klein
[ FORMCHECKBOX ] Jason R. John
[ FORMCHECKBOX ] Jeff Hoffman
[ FORMCHECKBOX ] Jessica Widl
[ FORMCHECKBOX ] Kimberlee Dr
[ FORMCHECKBOX ] Mary Christy
[ FORMCHECKBOX ] Kara Walker
[ FORMCHECKBOX ] Kate Barikor
[ FORMCHECKBOX ] Kim Bertrand
[ FORMCHECKBOX ] Leah Medlock
[ FORMCHECKBOX ] Lisa Yorkey-l
[ FORMCHECKBOX ] Maggie Cof
[ FORMCHECKBOX ] Mike Northa
[ FORMCHECKBOX ] Melissa Cassi
[ FORMCHECKBOX ] Pat Hellman
[ FORMCHECKBOX ] Patricia Nie
[ FORMCHECKBOX ] Rita West
[ FORMCHECKBOX ] Sam Shelley
[ FORMCHECKBOX ] Sara Skurdal
[ FORMCHECKBOX ] Sarah Hutchi
[ FORMCHECKBOX ] Susan Ford
[ FORMCHECKBOX ] Souane Mum
[ FORMCHECKBOX ] Tamara Gol
[ FORMCHECKBOX ] Terri Blanken
[ FORMCHECKBOX ] Tom Farrell
[ FORMCHECKBOX ] Tony J Mon
[ FORMCHECKBOX ] Tony Rodri
[ FORMCHECKBOX ] Tonya Keene
[ FORMCHECKBOX ] Valorie Wal

**Home Equity**
[ FORMCHECKBOX ] Alan Rose (H
[ FORMCHECKBOX ] Bev Marlett (
[ FORMCHECKBOX ] Bethanne R R
[ FORMCHECKBOX ] Bonnie Craig
[ FORMCHECKBOX ] Christopher G
[ FORMCHECKBOX ] Darcy Garla
[ FORMCHECKBOX ] Holly Konen
[ FORMCHECKBOX ] Jela Biersac
[ FORMCHECKBOX ] John Buzzo
[ FORMCHECKBOX ] Kevin Haber
[ FORMCHECKBOX ] Kimber Wal
[ FORMCHECKBOX ] Maagen Arg
[ FORMCHECKBOX ] Marcia McDo
[ FORMCHECKBOX ] Michelle Ho
[ FORMCHECKBOX ] Nicole Eller
[ FORMCHECKBOX ] Pam Swallo
[ FORMCHECKBOX ] Rahn Siemon
[ FORMCHECKBOX ] Sharon Ryan
[ FORMCHECKBOX ] Theresa Bur
[ FORMCHECKBOX ] Tim Petersen

**Legal**
[ FORMCHECKBOX ] Cindy Bloni
[ FORMCHECKBOX ] Jan Branch
[ FORMCHECKBOX ] Karen McCa
[ FORMCHECKBOX ] Kellie Gardn
[ FORMCHECKBOX ] Kristine Ree
[ FORMCHECKBOX ] Mary K Pow
[ FORMCHECKBOX ] Sally Robins

**Alaska Customer Operations**
[ FORMCHECKBOX ] Karina Simm
[ FORMCHECKBOX ] Michelle Froe
[ FORMCHECKBOX ] Nhan Phung
[ FORMCHECKBOX ] Rhonda Law
[ FORMCHECKBOX ] Susie Johnson
[ FORMCHECKBOX ] Tammy Merc

**Other Attendees**
[ FORMCHECKBOX ] Lisa Boyle
[ FORMCHECKBOX ] Robert Hussm
[ FORMCHECKBOX ] Chelsea Quin
[ FORMCHECKBOX ] Tim Wallace
[ FORMCHECKBOX ] Dawn Ward
[ FORMCHECKBOX ] Patty Washbu
[ FORMCHECKBOX ] Thomas Way
[ FORMCHECKBOX ] Elexia Bostic
[ FORMCHECKBOX ] Kimberly Bre

CONFIDENTIAL

The Customer Impact Incident Tracking Number is: **1551**
Reported By: Dawn Ward Phone: 803-396-6800
Reported By Email: [ HYPERLINK "mailto:dawn.ward@wellsfargo.com" ]
Department: Loss Mitigation
Sr Manager: Bockenstedt, Randy
Contact Name: Dawn Ward Phone: 803-396-6975

Loan Count:
Clients: 106, 472, 591, 685, 708, 936

Description
Prequalification and CIP packages were mailed to customer providing invalid dates to return documents on files that are removed or suspended from foreclosure with a U20 actual date.

Corrective Action
TOG/BA team notified to correct issue. Report being generated to identify impacted loans

Proposed Solution
Send a new letter to the customer advising of the appropriate date that documents are due by.

## Meeting Minutes

### Questions /Answers / Comments

- CFPB changes notifying customer of dates at least 10 days prior to sale date, packages contained incorrect dates
- May be no impact, or less than 20 loans may have had the letters with incorrect dates sent
- Date was less than what should have been allowed – picked up old U20 dates
- No FC were completed due to this error
- Solution – if customers are impacted a new letter can be sent to notify the customer of the correct dates and also call the customer explaining the issue and that they will receive a new letter
- Initial letter sent did not provide the correct date and they will have additional time to return the documents
- This occurred on 1/6/14 with new CFPB changes
- Waiting to see if the letters have been sent to provide affected loans
- Pre-qualification letter of what documents to send and when
- No BK loans, only initial HAMP pre-qualification
- No FHA impact, no VA impact, no client 106 impact
- No an investor impact – file is still active, still providing the customer the time needed to return financial documentation for mod review to begin
- Fixing this problem today – will no longer look at the U20, only look at active dates
- Another letter will be sent indicating the correct date and will include additional time to provide the docs
- No impact to the 1/6/14 run – the ones impacted may still be able to be pulled prior to mailing
- Cause of the issue are the changes to the CFPB requirement to notify customers of the timeframe to provide documents
- Should know by 1/9/14 if the 20 loans have been impacted – Dawn will provide the list once identified
- It will take 24 – 48 hours to create the new letters
- Will have a couple of people making the phone calls to the customers letting them know when to return the documentation

### Issue Disposition
[ FORMCHECKBOX ]  **Proceed with full Customer Impact Meeting.**
[ FORMCHECKBOX ]  **Resolve issue with smaller team**:
[ FORMCHECKBOX ]  **Information only**

### Root Cause:
CFPB changes

Internal Use

CONFIDENTIAL

WF_HERNANDEZ_00000475

The Customer Impact Incident Tracking Number is: **1552**
Reported By: Tom Wayne Phone: 919-852-9226
Reported By Email: [ HYPERLINK "mailto:thomas.wayne@wellsfargo.com" ]
Department: Loss Mitigation
Sr Manager: Hilzendeger, Perry
Contact Name: Tom Wayne Phone: 919-852-9226

Loan Count:
Clients: 106, 708

Description
During Default Decisioning Trial Plan analysis by the HPA Decision tool the total recoverable fees may have been overstated by a table of estimated Corporate Advances and State Specific Attorney Fees used for loans in active foreclosure only.

Corrective Action
Analysis of 7000+ loans has resulted in a population of 50 loans that require further analysis for impact.

Proposed Solution
Conduct further analysis for potential remediation of identified population and implement a screening of any in active foreclosure loan that fails trial plan affordability for <2% HTI and passes all other eligibility test.

## Meeting Minutes

### Questions /Answers / Comments

- HPA tool is drawing on a table for an estimate of Corp adv and atty fees for active FC loans
- May be overstating the fees when completing a review
- Have not excluded anyone a trial due to this issue
- Analysis has been conducted of 7000+ loans – 50 need further anyalysis to determine if remediation is needed
- CCR is open #5170 to modify the HPA tool to ask for the specific fees and costs from the attys
- Until that time recommending any loans that fail by less than 2% to see if we have overstated the atty FC fees that would have affected the affordability
- Review went back to inception of HPA tool – December 2011
- Unclear if this in only B&P loans, may be GSE
- BK also uses this HPA tool - any suspended loans would have the fees accounted for in the Reco fees, so no impact
- Client 512 not involved, only 106 and 708
- Any loan that had an HPA fail in active FC that had a declination for HTI of less than 2% will be reviewed
- HAMP and Non-HAMP loans are affected – trial mods only – no final mods
- Additional scrub will be done and list of affected loans will be sent to group by the end of the week
- Can do remediation on loans that have not been foreclosed on – unsure of how to handle loans that have been foreclosed
- DEPO team will handle meetings - include the following group in additional meetings: Elexia Bostic, Kimberly Brent, Danielle Bahlmann, Mark See, Sierra Ware, Susan Crawford, Tracy Wright-Grabatin, Kim Hohenstern, Tracy Trumbull, Kat Megabo, Chelsea Quinn, Lorraine Hayden, Tom Horrigan, Denise Poole-Hill, Rhonda Law, Letcia Canales, Kelly Peck, Joel Van Ness, Joe Miller, Robert Hussmann

### Issue Disposition
[ FORMCHECKBOX ] **Proceed with full Customer Impact Meeting.**
[ FORMCHECKBOX ] **Resolve issue with smaller team**:
[ FORMCHECKBOX ] **Information only**

### Root Cause:
HPA Tool automatically pulls invalid information

Internal Use

CONFIDENTIAL

WF_HERNANDEZ_00000476