# EXHIBIT 26

## Message

| | |
|---|---|
| **From:** | Perry, David A. [/O=WELLS FARGO & CO./OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A328071] |
| **Sent:** | 5/30/2014 10:55:43 AM |
| **To:** | Customer Impact - Mtg Servicing [/O=WELLS FARGO & CO./OU=WFB1/cn=Recipients/cn=CustomerImpact] |
| **CC:** | Wayne, Thomas [/O=WELLS FARGO & CO./OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Twayne] |
| **Subject:** | No borrower impact or disparate treatment concluded-3 1552 |
| **Attachments:** | Canceled: CIT 1552 HPA tool issue overestimating CORP advances on trial plan |

I've attached the correspondence we received which closed the 1552 remediation on 2/5/14.

Thank you,

David Perry

Quality Assurance Analyst
Default Servicing - Default Decisioning

Wells Fargo Home Mortgage  |  1100 Corporate Center Drive  |  Raleigh, NC 27607-5066
MAC# D0203-031
Tel 919-852-9156 | Fax 919-852-7525
*Property of Wells Fargo, this e-mail contains information that is not public knowledge and should only be used for internal corporate purposes. Disclosure of this information to anyone outside of Wells Fargo & Company is a violation of Wells Fargo's Code of Ethics and may be in violation of federal and state law.* **For internal use only.**

---

**From:** Wayne, Thomas
**Sent:** Thursday, May 29, 2014 2:13 PM
**To:** Perry, David A.
**Subject:** Fw: 1552 (HAMP-31 - cancelled as of March 2014) *SECOND request*


Tom Wayne
Lending Officer, VP
Bank and Private Default Decisioning Office: 919-852-9226
Cell: 919-602-9675

---

**From:** Brown, Tiffany N. (FORT MILL)
**Sent:** Thursday, May 29, 2014 02:02 PM
**To:** Customer Impact - Mtg Servicing; See, Mark A
**Cc:** Wayne, Thomas
**Subject:** RE: 1552 (HAMP-31 - cancelled as of March 2014) *SECOND request*

Good Afternoon

Sorry this was never a remediation. It was reported to CIT by Tom Wayne he may be able to answer your questions or concerns.

Thanks

Tiffany Brown

---

**From:** Customer Impact - Mtg Servicing
**Sent:** Thursday, May 29, 2014 1:08 PM
**To:** Brown, Tiffany N. (FORT MILL); See, Mark A
**Subject:** RE: 1552 (HAMP-31 - cancelled as of March 2014) *SECOND request*
**Importance:** High

I do not see where we have received a response.  When you have a moment, can you please respond to our email below?

Thanks in advance for your time!

Candi

_____
**From:** Customer Impact - Mtg Servicing
**Sent:** Wednesday, May 14, 2014 10:14 PM
**To:** Brown, Tiffany N. (FORT MILL); See, Mark A
**Cc:** Customer Impact - Mtg Servicing
**Subject:** 1552 (HAMP-31 - cancelled as of March 2014)

Tiffany,

Do you have any information on the new 1/8/14 process to obtain exact FC fees and costs?


Tiffany and Mark,

Also, is there any back-up documents needed when a remediation is cancelled?

 If so, can a copy be sent to CIT so we can get issue closed.

Thank you

Customer Impact Team

CONFIDENTIAL

WF_HERNANDEZ_00002725