# EXHIBIT 28

Message

| | |
|---|---|
| **From**: | Wayne, Thomas [/O=WELLS FARGO & CO./OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TWAYNE] |
| **Sent**: | 7/11/2014 4:02:44 PM |
| **To**: | James, Anne L. [anne.l.james@wellsfargo.com]; Kvidt, Jennifer [jennifer.kvidt@wellsfargo.com] |
| **CC**: | Kakkanad, Erlin [erlin.kakkanad@wellsfargo.com]; Lagnese, Glenn P. [glenn.p.lagnese@wellsfargo.com]; Nold, Mike J [mikenold@wellsfargo.com] |
| **Subject**: | RE: B&P HPU SME Needed for Modification Fee Process RPI Event |

We propose the Corporate Advances Attorney Foreclosure Fees currently in MSP be used at trial and if at settlement we cannot achieve affordability when capitalized the fees with be added to the forbearance amount.

In this manner there is no harm to the customer.
The forbearance would only occur if the waterfall has already reached maximum relief.
This most likely would have resulted in a denial at trial without a credit policy exception.


**Tom Wayne**, VP

Lending Officer
**Wells Fargo Home Mortgage Default Servicing - Default Decisioning**
MAC# D0203-031
1100 Corporate Center Drive
Raleigh, NC 27607
Office: (919) 852-9226

Mobile: (919) 602-9675

thomas.wayne@wellsfargo.com
This message may contain confidential and/or privileged information. If you are not an addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

---

**From:** James, Anne L.
**Sent:** Friday, July 11, 2014 3:56 PM
**To:** Wayne, Thomas; Kvidt, Jennifer
**Cc:** Kakkanad, Erlin; Lagnese, Glenn P.; Nold, Mike J
**Subject:** RE: B&P HPU SME Needed for Modification Fee Process RPI Event


Tom – Can you share what the solution is for that CIT/CCR?


Thanks,

Anne James

Loan Administration Manager
Settlement - Investor Services

Wells Fargo Home Mortgage | One Home Campus | Des Moines, IA  50328-0001
Mac# X2302-03N
Tel 515-324-3417 | Fax 877-666-0192

Anne.James@wellsfargo.com

---

**From:** Wayne, Thomas
**Sent:** Friday, July 11, 2014 2:28 PM

**To:** Kvidt, Jennifer
**Cc:** Kakkanad, Erlin; James, Anne L.; Lagnese, Glenn P.; Nold, Mike J
**Subject:** RE: B&P HPU SME Needed for Modification Fee Process RPI Event


Jennifer I apologize for this constant shifting but we now find it improbable we can attend this event.

We are most concerned about the HPA Corporate Advances Attorney Foreclosure Fee Matrix (CIT 1552/CR16548) and have an interest in promoting what we believe to be a simple yet effective solution.

Is there going to be a call in /live meeting?


**Tom Wayne**, VP

Lending Officer
**Wells Fargo Home Mortgage Default Servicing - Default Decisioning**
MAC# D0203-031
1100 Corporate Center Drive
Raleigh, NC 27607
Office: (919) 852-9226

Mobile: (919) 602-9675

thomas.wayne@wellsfargo.com

This message may contain confidential and/or privileged information. If you are not an addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

---

**From:** Kvidt, Jennifer
**Sent:** Thursday, July 10, 2014 3:25 PM
**To:** Wayne, Thomas
**Cc:** Kakkanad, Erlin; James, Anne L.
**Subject:** RE: B&P HPU SME Needed for Modification Fee Process RPI Event


Room details will be sent by Erlin Kakkanad, process engineer, closer to the date, as they are determined.


Jen Kvidt

Implementation Consultant
IOPA Change Leadership

---

**From:** Wayne, Thomas
**Sent:** Thursday, July 10, 2014 2:23 PM
**To:** Kvidt, Jennifer
**Subject:** RE: B&P HPU SME Needed for Modification Fee Process RPI Event


Regretfully I will not be able to attend but Glenn Lagnese will ably represent Private ☺
I will attempt to get Glenn there as early as possible on 7/28 leaving in the afternoon of 8/1.

Do you have an agenda specifying meeting room and times.


**Tom Wayne**, VP

Lending Officer

**Wells Fargo Home Mortgage Default Servicing - Default Decisioning**
MAC# D0203-031
1100 Corporate Center Drive
Raleigh, NC 27607
Office: (919) 852-9226

Mobile: (919) 602-9675

thomas.wayne@wellsfargo.com
This message may contain confidential and/or privileged information. If you are not an addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

---

**From:** Kvidt, Jennifer
**Sent:** Thursday, July 10, 2014 3:20 PM
**To:** Wayne, Thomas
**Cc:** Kakkanad, Erlin; James, Anne L.
**Subject:** RE: B&P HPU SME Needed for Modification Fee Process RPI Event


You'll want to make your own travel arrangements.    Will you be attending as well Tom?


Jen Kvidt

Implementation Consultant
IOPA Change Leadership

---

**From:** Wayne, Thomas
**Sent:** Thursday, July 10, 2014 2:19 PM
**To:** Kvidt, Jennifer
**Subject:** FW: B&P HPU SME Needed for Modification Fee Process RPI Event


Are there rooms reserved or do we make all of our travel arrangements?


**Tom Wayne**, VP
Lending Officer
**Wells Fargo Home Mortgage Default Servicing - Default Decisioning**
MAC# D0203-031
1100 Corporate Center Drive
Raleigh, NC 27607
Office: (919) 852-9226

Mobile: (919) 602-9675

thomas.wayne@wellsfargo.com
This message may contain confidential and/or privileged information. If you are not an addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

---

**From:** Lagnese, Glenn P.
**Sent:** Thursday, July 10, 2014 1:35 PM
**To:** Kvidt, Jennifer
**Cc:** Kakkanad, Erlin; James, Anne L.; Wayne, Thomas
**Subject:** RE: B&P HPU SME Needed for Modification Fee Process RPI Event


Hi Jennifer,

Change in plans and I can attend now instead of Cynthia.

Glenn Lagnese
Lending Officer I, AVP
Default Servicing - Default Decisioning

Wells Fargo Home Mortgage | 1100 Corporate Center Dr | Raleigh, NC 27607
MAC D0203-031
Tel 919-852-9235    |    Fax    877-720-7883

Glenn.P.Lagnese@wellsfargo.com

This is an unsecured email service which is not intended for sending confidential or sensitive information. Please do not include your social security number, account number, or any other personal or financial information in the content of the email. This may be a promotional email. To discontinue receiving promotional emails from Wells Fargo Bank N.A., including Wells Fargo Home Mortgage, click here NoEmailRequest@wellsfargo.com. Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. All rights reserved. Equal Housing Lender. Wells Fargo Home Mortgage-2701 Wells Fargo Way-Minneapolis, MN 55467-8000

---

**From:** Kvidt, Jennifer
**Sent:** Wednesday, July 09, 2014 2:16 PM
**To:** Lagnese, Glenn P.
**Cc:** Kakkanad, Erlin; James, Anne L.; Moreno, Cynthia
**Subject:** RE: B&P HPU SME Needed for Modification Fee Process RPI Event


Hello,
The RPI will be held in Des Moines (Jordan Creek) from July 28-August 1.    We will begin in the morning on that Monday, so Sunday travel is advised.    Should wrap up around noon on that Friday.    More specific room details for the event will be sent prior, but hopefully this will be enough to get travel scheduled.

Jen Kvidt
Implementation Consultant
IOPA Change Leadership

---

**From:** Lagnese, Glenn P.
**Sent:** Tuesday, July 08, 2014 1:18 PM
**To:** Kvidt, Jennifer
**Cc:** Kakkanad, Erlin; James, Anne L.; Moreno, Cynthia
**Subject:** FW: B&P HPU SME Needed for Modification Fee Process RPI Event


Hi Jennifer,

Cynthia Moreno will represent HPU.    Please let her know as soon as possible when the dates are.

Thank you.

Glenn Lagnese
Lending Officer I, AVP
Default Servicing - Default Decisioning

Wells Fargo Home Mortgage | 1100 Corporate Center Dr | Raleigh, NC 27607
MAC D0203-031
Tel 919-852-9235   |   Fax   877-720-7883

Glenn.P.Lagnese@wellsfargo.com

This is an unsecured email service which is not intended for sending confidential or sensitive information. Please do not include your social security number, account number, or any other personal or financial information in the content of the email. This may be a promotional email. To discontinue receiving promotional emails from Wells Fargo Bank N.A., including Wells Fargo Home Mortgage, click here NoEmailRequest@wellsfargo.com. Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. All rights reserved. Equal Housing Lender. Wells Fargo Home Mortgage-2701 Wells Fargo Way-Minneapolis, MN 55467-8000

---

**From:** Kvidt, Jennifer
**Sent:** Monday, July 07, 2014 1:34 PM
**To:** Lagnese, Glenn P.
**Cc:** Kakkanad, Erlin; James, Anne L.
**Subject:** B&P HPU SME Needed for Modification Fee Process RPI Event

Good Afternoon,
Settlement is currently reviewing the way that fees are handled and processed throughout the loan modification process, in an effort to assess gaps that may exist in our current process based on investor and regulatory requirements. Additionally, we are looking to ensure that we have a consistent process across investors, when applicable.   As our HPU partner, we know that your team handles fees upstream from our Settlement work, and would have expertise and knowledge to share on this topic, as well as having an impact in any discussion or resolution that may come from this work.

The discussion occurring on this topic as this point is not yet a formal CCR/Clarity project.   We are in the very early phases of gap analysis and have engaged some process engineers from the IOPA Work Cell, to help with process mapping and gap analysis.   Once gaps are determined and recommendation for resolution is obtained, then an Idea will be submitted and formal resources and project approval will be sought to move forward with a CCR.   At this time, I am seeking SME's from the B&P HPU group, whether Manager or team member.   I would like to include SME's in an RPI event that we are organizing for late July or early August, likely in DSM.   This would be a 5 day event, pulling together HPU, HPS and Settlement SME's as well as process engineers and other business partners to take a closer, deep look at how fees are currently handled within the HP loan modification process.

If you may not be familiar with RPI events, I have attached two slides which outline what an RPI event is, and what the role of a team member in that event is, for your reference.

   << File: RPI.pptx >>
Once SME's are selected, more information will be available on the timeline, and any additional calls involved, however, please know that the work outside of the actual RPI event would be minimal, for your selected SME.

**Action Needed: Please advise if you, or one of your team members would be available and willing to be a SME for this discussion and RPI event.   If there is another manager in the B&P HPU space that you would prefer I contact with this request, please do let me know.**

Thank you,

Jen Kvidt

Implementation Consultant
IOPA Change Leadership

Wells Fargo Home Preservation / 2051 Killebrew Drive / Bloomington, MN 55425
MAC # X4501-02D
Phone: 952-562-0451 / Fax: 866-446-6582

jennifer.kvidt@wellsfargo.com

CONFIDENTIALITY NOTICE: This electronic mail transmission and its attachments, are intended solely for the use of the individual or entity to which it is addressed and may contain confidential, privileged and/or exempt from disclosure information belonging to the sender which is protected under applicable law. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error and that any review, dissemination, disclosure, copying, or distribution of this transmittal is strictly prohibited. Further, the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message and all its attachments, if any.

It is our mission to provide excellent customer service.   Please contact my Manager directly if I have not met your servicing expectations at sharon.j.bourgeois@wellsfargo.com
"This electronic message transmission contains information from the Default Information Management & Analytics Department of Wells Fargo Home Mortgage that may be privileged and confidential. The information is intended for the use of the addressee's) only. If you are not an addressee, note that any review, disclosure, copying, distribution, dissemination, or use of the contents of this transmission is strictly prohibited. If you have received this transmission in error, please contact me immediately and delete or destroy any copies (paper or digital