# **EXHIBIT 32**

| | |
|---|---|
| **Message** | |
| From: | DefaultServicingChangeManagementHP@wellsfargo.com [DefaultServicingChangeManagementHP@wellsfargo.com] |
| Sent: | 1/29/2015 1:47:03 PM |
| To: | Beena.Menon@wellsfargo.com; Greg.B.Mcwilliams@wellsfargo.com; Doreen.Jennrich@wellsfargo.com; Russell.Schwartzseid@wellsfargo.com; marchamblen@wellsfargo.com; kerri.crabtree@wellsfargo.com; john.bender@wellsfargo.com; james.r.donohue@wellsfargo.com; MikeNold@wellsfargo.com; Peter.Kelsey@wellsfargo.com; RICK.MCVEIGH@wellsfargo.com; Gerri.L.Lawrence-Dunn@wellsfargo.com; kylarademacher@wellsfargo.com; catherine.ojeda@wellsfargo.com; Sandra.A.Kathe@wellsfargo.com; Lisa.M.Riley@wellsfargo.com; jayparker@wellsfargo.com; leighannelarson@wellsfargo.com; Joy.Yoder@wellsfargo.com; Ann.M.Cimino-Braier@wellsfargo.com; Jaime.L.Soczek@wellsfargo.com; Stephanie.A.Day@wellsfargo.com; Matthew.F.Smith@wellsfargo.com; sherri.frounfelter@wellsfargo.com; Pamela.J.Walz@wellsfargo.com; Lisa.L.Lee@wellsfargo.com; bryan.ratcliff@wellsfargo.com; Jackie.Gaudreault@wellsfargo.com; David.Shay@wellsfargo.com |
| CC: | Diane.M.Young@wellsfargo.com; ANNE.L.JAMES@wellsfargo.com; normanj@wellsfargo.com; randy.denton@wellsfargo.com; keegand@wellsfargo.com; david.ojeda@wellsfargo.com |
| Subject: | 1/30 Agenda: Default Decisioning Business Case Review |

The 1/30 Default Decisioning Business Case Review agenda is located here. A summary is provided below.

**Please note the meeting time may need to be shortened or rescheduled based on Beena's availability. If this is the case, you will receive an updated meeting invitation before the original time of the scheduled call tomorrow. Thank you for your patience and understanding.

| Presenter | Clarity ID | CCR# | Business Case | Name/Description | Sponsor | Requesting Unit |
|---|---|---|---|---|---|---|
| Mike Nold and Jay Parker | ID0001630 | | ID0001630 | **Non-GSE WFHM HTI Target Revision** Align Decision Tools with updated WFHM Target Affordability requirements to match Credit Policy. | Marc Hamblen | HPU |
| Diane Young | ID0002045 | 16548 | ID0002045 | **Corporate Advance and State Attorney Fee Matrix Research** Review and update how State Attorney Fees are accounted for in the HPA decisioning tool. | Marc Hamblen | HPU |
| Ann Cimino-Braier | ID0003968 | | ID0003968 | **Short Sale Counter Offer Process Phase II** This effort is to align the Short Sale Counter Offer Letter generation and process across the liquidation portfolios. This effort will create efficiency and consistency in the ordering process and mitigate risk of generating letters with errors and erroneous data. | John Bender | Liquidations |

Thank you!

*Jackie Hess*

EXHIBIT
Young
369
7-19-19  AR

Implementation Consultant
Change Management - Default Change and Process Delivery

Wells Fargo Home Mortgage | 2650 Wells Fargo Way | Minneapolis, MN 55408 | MAC: X9903-063
Phone: 612-312-3918 | Secondary: 651-340-2152

"This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation."

-----Original Appointment-----
**From:** Hess, Jackie A. **On Behalf Of** HP Change Control
**Sent:** Monday, January 05, 2015 11:40 AM
**To:** HP Change Control; Menon, Beena; Mcwilliams, Gregory B.; Jennrich, Doreen; Schwartzseid, Russell; Hamblen, Marc V; Crabtree, Kerri; Bender, John S.; Donohue, James R.; Nold, Mike J; Kelsey, Peter; Mcveigh, Rick; Lawrence-Dunn, Gerri L.; Rademacher, Kyla C; Ojeda, Catherine; Kathe, Sandra A.; Riley, Lisa M.; Parker, Jay R; Larson, Leigh Anne; Yoder, Joy; Cimino-Braier, Ann M.; Soczek, Jaime L.; Day, Stephanie A.; Smith, Matthew F.; Hess, Jackie A.; Frounfelter, Sherri L; Walz, Pamela; Lee, Lisa L.; Ratcliff, Bryan L; Gaudreault, Jackie; Shay, David J.
**Cc:** Young, Diane M.; James, Anne L.; Norman, Judy K.; Denton, Randy L; Keegan, Dan J.; Ojeda, David R
**Subject:** Default Decisioning - Business Case Review
**When:** Friday, January 30, 2015 12:00 PM-1:00 PM (UTC-06:00) Central Time (US & Canada).
**Where:** 888-549-3557 - Code: 470-1335

*Updating meeting time to accommodate Beena's schedule.*

Purpose: Review Default Decisioning project funding requests to gain Beena's approval to move forward with the request. An agenda will be provided in advance of each meeting.

**Presenters** should be prepared to provide an overview of the change description, the project costs and benefits.
**Sponsors** should plan to attend to provide additional details and support the funding request.

## Join online meeting
https://meet.wellsfargo.com/stephanie.a.day/QNPP3S1J

First online meeting?