# EXHIBIT 34

```
 1              UNITED STATES DISTRICT COURT FOR THE
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3    _____
 4
      Alicia Hernandez, et al.,
 5
              Plaintiffs,
 6
      vs.                          File No. 18-cv-07354
 7
      Wells Fargo Bank, N.A.,
 8
              Defendant.
 9
      _____
10
11
12
13                    VIDEOTAPED DEPOSITION OF
14                       DIANE M. YOUNG
15
16
                       Taken on July 19, 2019
17
                       Commencing at 9:32 a.m.
18
19
20
21
22
23
24
25    REPORTED BY:    PAULA K. RICHTER, RMR, CRR, CRC


                                               Page 1
```

```
 1    BY MR. BLOOMFIELD:                            11:33:52

 2    Q.  And what would that entail, creating that 11:33:52

 3    pop-up for the HPA tool?                       11:33:57

 4              MS. SMEDLEY:  Object to form.        11:33:59

 5              THE WITNESS:  It would have entailed 11:34:02

 6    a technology update.                           11:34:04

 7    BY MR. BLOOMFIELD:                             11:34:09

 8    Q.  And how does the process for a technology  11:34:09

 9    update work?                                   11:34:11

10              MS. SMEDLEY:  Object to form.        11:34:13

11              THE WITNESS:  So I'm not sure I      11:34:16

12    understood the question.  I'm sorry.           11:34:25

13    BY MR. BLOOMFIELD:                             11:34:27

14    Q.  In general, if you want to implement a     11:34:27

15    technology update, what does that require?     11:34:30

16    A.  It requires --                             11:34:32

17              MS. SMEDLEY:  Object to form.        11:34:34

18              THE WITNESS:  It requires approval   11:34:35

19    for funding, so the funding would have to be   11:34:36

20    approved for that update.  And then you just would 11:34:44

21    have to -- once the funding is approved, then you 11:34:51

22    can move forward with the request for the      11:34:56

23    technology update with our release management  11:34:57

24    team.                                          11:35:05

25    BY MR. BLOOMFIELD:                             11:35:05
```

Page 67

| | | |
|---|---|---|
| 1 | Q.   Okay.   So until the funding is in place, it's | 11:35:05 |
| 2 | not possible to move forward with the technology | 11:35:08 |
| 3 | update; is that correct? | 11:35:10 |
| 4 | A.   That's correct. | 11:35:11 |
| 5 | Q.   And the funding that you refer to, where does | 11:35:12 |
| 6 | that money go? | 11:35:25 |
| 7 | MS. SMEDLEY:   Object to form. | 11:35:27 |
| 8 | THE WITNESS:   Where does it go? | 11:35:30 |
| 9 | It -- | 11:35:32 |
| 10 | BY MR. BLOOMFIELD: | 11:35:32 |
| 11 | Q.   Why is funding required? | 11:35:32 |
| 12 | A.   Because there's a -- | 11:35:34 |
| 13 | MS. SMEDLEY:   Object to form. | 11:35:35 |
| 14 | THE WITNESS:   There's a cost | 11:35:37 |
| 15 | involved for making the updates to the system, and | 11:35:39 |
| 16 | that cost covers a number of different components. | 11:35:43 |
| 17 | The testers, the people who write the test | 11:35:50 |
| 18 | scripts.   I mean, a number of different costs are | 11:35:56 |
| 19 | involved. | 11:36:00 |
| 20 | BY MR. BLOOMFIELD: | 11:36:00 |
| 21 | Q.   So is that a matter of allocating internal | 11:36:01 |
| 22 | Wells Fargo resources? | 11:36:04 |
| 23 | MS. SMEDLEY:   Object to form. | 11:36:08 |
| 24 | THE WITNESS:   Yes. | 11:36:09 |
| 25 | BY MR. BLOOMFIELD: | 11:36:12 |

Page 68

```
 1    Q.  So in other words, funding could refer to the      11:36:13

 2    time that's being spent by Wells Fargo's               11:36:20

 3    technology people to actually do the programming       11:36:25

 4    or the -- whatever it takes to actually execute        11:36:30

 5    the technology update; is that correct?                11:36:33

 6              MS. SMEDLEY:  Object to form.                 11:36:35

 7              THE WITNESS:  That's correct.                 11:36:37

 8              (Exhibit 364 was marked for                   11:36:57

 9    identification.)                                        11:37:08

10    BY MR. BLOOMFIELD:                                      11:37:08

11    Q.  Ms. Young, you've been handed what's been          11:37:35

12    marked as Exhibit 364.  Please let me know when        11:37:38

13    you're ready to discuss it.                            11:37:45

14    A.  I'm ready.                                          11:37:46

15    Q.  This looks like an e-mail that you sent to         11:37:47

16    yourself and Tom Wayne on November 13th, 2014; is      11:37:55

17    that correct?                                          11:38:05

18    A.  Correct.                                            11:38:06

19    Q.  And what was the purpose of this e-mail?           11:38:06

20    A.  For me to have a better understanding of what      11:38:13

21    they were requesting.                                  11:38:23

22    Q.  Was Tom part of the unit that was requesting       11:38:23

23    this change?                                           11:38:34

24              MS. SMEDLEY:  Object to form.                 11:38:36

25              THE WITNESS:  Yes.                            11:38:37
```

Page 69

| | | |
|---|---|---|
| 1 | couldn't answer.  So, for example, how we arrived | 12:14:30 |
| 2 | at a dollar amount, if there was a component of | 12:14:34 |
| 3 | that that we didn't have an answer for, then we | 12:14:37 |
| 4 | would be rescheduled to re-present. | 12:14:41 |
| 5 | BY MR. BLOOMFIELD: | 12:14:44 |
| 6 | Q.  Okay.  So it was likely a follow-up to the | 12:14:44 |
| 7 | January 26th business review? | 12:14:47 |
| 8 | A.  Yes. | 12:14:50 |
| 9 | MS. SMEDLEY:  Object to form. | 12:14:51 |
| 10 | BY MR. BLOOMFIELD: | 12:14:59 |
| 11 | Q.  Now, I note in Exhibit 369 the requesting | 12:15:00 |
| 12 | unit is listed as HPU rather than liquidations. | 12:15:10 |
| 13 | Do you know why that change was made? | 12:15:14 |
| 14 | MS. SMEDLEY:  Object to form. | 12:15:23 |
| 15 | THE WITNESS:  I don't -- I remember | 12:15:25 |
| 16 | that there was conversation about which unit | 12:15:27 |
| 17 | should be responsible for the funding, but I -- | 12:15:32 |
| 18 | and I believe that that may be why it was rolled | 12:15:39 |
| 19 | up into the HPU. | 12:15:45 |
| 20 | BY MR. BLOOMFIELD: | 12:15:47 |
| 21 | Q.  And that conversation was whether it should | 12:15:47 |
| 22 | be liquidations or HPU, in your recollection? | 12:15:49 |
| 23 | A.  Yes. | 12:15:53 |
| 24 | Q.  And what was the result of your January 30th | 12:15:54 |
| 25 | presentation at the business case review with | 12:16:04 |

Page 91

| | | |
|---|---|---|
| 1 | Ms. Menon? | 12:16:12 |
| 2 | MS. SMEDLEY:  Object to form. | 12:16:14 |
| 3 | THE WITNESS:  We did not have | 12:16:15 |
| 4 | funding. | 12:16:17 |
| 5 | BY MR. BLOOMFIELD: | 12:16:21 |
| 6 | Q.  Were you informed of that decision at the | 12:16:21 |
| 7 | business case review? | 12:16:24 |
| 8 | MS. SMEDLEY:  Object to form. | 12:16:26 |
| 9 | THE WITNESS:  No, I don't believe | 12:16:28 |
| 10 | so. | 12:16:32 |
| 11 | BY MR. BLOOMFIELD: | 12:16:32 |
| 12 | Q.  Do you remember when you were informed? | 12:16:33 |
| 13 | MS. SMEDLEY:  Object to form. | 12:16:35 |
| 14 | THE WITNESS:  It was after the fact, | 12:16:38 |
| 15 | but I don't remember how long after the fact. | 12:16:42 |
| 16 | Possibly a week to two weeks. | 12:16:47 |
| 17 | BY MR. BLOOMFIELD: | 12:16:53 |
| 18 | Q.  And who informed you? | 12:16:53 |
| 19 | MS. SMEDLEY:  Object to form. | 12:16:57 |
| 20 | THE WITNESS:  I think -- I think it | 12:17:00 |
| 21 | was Stephanie Day, who worked in our finance area | 12:17:02 |
| 22 | of the PMO. | 12:17:08 |
| 23 | BY MR. BLOOMFIELD: | 12:17:11 |
| 24 | Q.  And is she the person that generally relays | 12:17:11 |
| 25 | that information -- | 12:17:16 |

Page 92

```
 1                    MS. SMEDLEY:  Object to form.         02:00:01

 2                    THE WITNESS:  Yes.                     02:00:04

 3   BY MR. BLOOMFIELD:                                      02:00:04

 4   Q.  And the project was expected to impact in           02:00:08

 5   excess of a quarter million loans, according to         02:00:14

 6   this table at the top; is that correct?                 02:00:18

 7                    MS. SMEDLEY:  Object to form.          02:00:21

 8                    THE WITNESS:  Yes.                      02:00:22

 9   BY MR. BLOOMFIELD:                                      02:00:22

10   Q.  In your experience, is roughly $62,000 a lot        02:00:32

11   of money to seek for the funding of one of your        02:00:37

12   projects?                                               02:00:42

13                    MS. SMEDLEY:  Object to form.          02:00:43

14                    THE WITNESS:  Are you asking one of    02:00:47

15   my projects specifically or a project in general?      02:00:48

16   BY MR. BLOOMFIELD:                                      02:00:51

17   Q.  Well, first -- first you specifically and          02:00:51

18   then I'll ask about in general.                         02:00:54

19   A.  No, it isn't.                                       02:00:58

20   Q.  And what about for projects in general?            02:01:00

21   A.  No.                                                 02:01:06

22   Q.  Did it surprise you that a request for this         02:01:06

23   relatively small amount of funding was rejected in     02:01:24

24   this case?                                              02:01:29

25                    MS. SMEDLEY:  Object to form.          02:01:31
```

Page 118

```
1                    REPORTER'S CERTIFICATE
2
     STATE OF MINNESOTA      )
3                            ) ss.
     COUNTY OF RAMSEY        )
4
5          I hereby certify that I reported the
     VIDEOTAPED DEPOSITION OF DIANE M. YOUNG, on July 19,
6    2019, in Minneapolis, Minnesota, and that the
     witness was by me first duly sworn to tell the whole
7    truth;
8          That the testimony was transcribed by me and
     is a true record of the testimony of the witness;
9
           That the cost of the original has been
10   charged to the party who noticed the deposition, and
     that all parties who ordered copies have been
11   charged at the same rate for such copies;
12         That I am not a relative or employee or
     attorney or counsel of any of the parties, or a
13   relative or employee of such attorney or counsel;
14         That I am not financially interested in the
     action and have no contract with the parties,
15   attorneys, or persons with an interest in the action
     that affects or has a substantial tendency to affect
16   my impartiality;
17         That the right to read and sign the
     deposition by the witness was reserved.
18
19         WITNESS MY HAND AND SEAL this 6th day of
     August, 2019.
20
21
22
23
24         Paula K. Richter, RMR, CRR, CRC
           Notary Public, Ramsey County, Minnesota
25         My Commission Expires January 31, 2021


                                        Page 170
```