# EXHIBIT 35

Message

**From:** Nold, Mike J [/O=Wells Fargo & Co./OU=WFB1/cn=Recipients/cn=NoldMJ]
**on behalf of** Nold, Mike J [/o=wells fargo & co./ou=wfb1/cn=recipients/cn=noldmj]
**Sent:** 4/23/2015 1:23:35 PM
**To:** Wayne, Thomas [thomas.wayne@wellsfargo.com]
**Subject:** RE: CCR #16548 - Corporate Advance & State Attorney Fee Matrix Research Project - Status Update

For 1552, I read that it says no harm or disparate treatment was found. Is there a work around in place today or this issue will just not cause harm?

**From:** Wayne, Thomas
**Sent:** Monday, April 20, 2015 12:08 PM
**To:** Nold, Mike J
**Subject:** FW: CCR #16548 - Corporate Advance & State Attorney Fee Matrix Research Project - Status Update

==The Corporate Advance & State Attorney Fee Matrix CCR to update the decision tool has been closed due to lack of funding.==

Not sure how this will impact closing CIT 1552 but let's cross our fingers.

**From:** Young, Diane M.
**Sent:** Monday, April 20, 2015 12:17 PM
**To:** Boothroyd, Todd M.; Brennan, Michael; Burk, Rachelle; Coffin, Christie M.; Crace, Kerrie C.; Eldridge, Venetia M.; Emery, Bryan E.; Fisher, Shanna; Furman, Joshua S.; Gross, Marcia R.; Halcomb, Clayton D.; Hamilton, Jeffery; Hartwig, Shawn; James, Anne L.; Kaner, Adam C.; Kvidt, Jennifer; Long, Michael B.; Pabon, Annette I.; Pfeil, Daniel N.; Schulz, Robin Ann; Schutt, Jeffrey A; Shanks, Casey L.; Wayne, Thomas; Brooks, Eugene E.; Nichols, Teresa C.; Zamarron, Lluvia
**Cc:** Hardy, Joseph; Garvey, Benjamin; Imm, Mark L; Jensen, Ross A; Hamblen, Marc V; Young, Diane M.; Abbott, Danielle J.; Young, Diane M.
**Subject:** RE: CCR #16548 - Corporate Advance & State Attorney Fee Matrix Research Project - Status Update

Hello All,
Per consensus with the project sponsor, Marc Hamblen, last week I requested that CCR #16548 be closed. There is another project (team) underway that is currently investigating what it would take to roll this initiative into their effort. If for some reason that does not happen, a new CCR will be opened and it will go through the Ops Discovery process again to secure funding up front.

Please let me know if you have any questions or if you need any additional information from me.

Thanks,

*Diane Young*

Project Manager
Wells Fargo Default Servicing – Business Delivery Support - PMO

Wells Fargo Home Mortgage | 300 South Highway 169, Fourth Floor | St. Louis Park, MN
MAC N9405-080
PH: 612-294-9157

Diane.M.Young@wellsfargo.com



CONFIDENTIAL

WF_HERNANDEZ_00107843

*This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.*

-----Original Appointment-----
**From:** Young, Diane M.
**Sent:** Friday, April 03, 2015 11:05 AM
**To:** Boothroyd, Todd M.; Brennan, Michael; Burk, Rachelle; Coffin, Christie M.; Crace, Kerrie C.; Eldridge, Venetia M.; Emery, Bryan E.; Fisher, Shanna; Furman, Joshua S.; Gross, Marcia R.; Halcomb, Clayton D.; Hamilton, Jeffery; Hartwig, Shawn; James, Anne L.; Kaner, Adam C.; Kvidt, Jennifer; Long, Michael B.; Pabon, Annette I.; Pfeil, Daniel N.; Schulz, Robin Ann; Schutt, Jeffrey A; Shanks, Casey L.; Wayne, Thomas; Brooks, Eugene E.; Nichols, Teresa C.; Zamarron, Lluvia
**Cc:** Hardy, Joseph; Garvey, Benjamin; Imm, Mark L; Jensen, Ross A
**Subject:** Canceled: CCR #16548 - Corporate Advance & State Attorney Fee Matrix Research Project Status Call
**When:** Occurs every Monday effective 11/3/2014 until 5/1/2015 from 3:00 PM to 4:00 PM (UTC-06:00) Central Time (US & Canada).
**Where:** 1-888-549-3557, AC 3123958#
**Importance:** High

Folks,

==I am cancelling the call series until we receive funding for this effort.==

Please let me know if you have any questions.

Thanks,

Diane

CONFIDENTIAL                                                                                                                                                      WF_HERNANDEZ_00107844