# EXHIBIT 50

**In the Matter Of:**

ALICIA HERNANDEZ vs WELLS FARGO

3:18-cv-07354-WHA

# ALICIA HERNANDEZ

*June 10, 2019*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1   mortgage payments, right?
 2        A    Yes.
 3        Q    You didn't do that, correct?
 4        A    Correct.
 5        Q    And as a result, they foreclosed on the
 6   mortgage, right?
 7        A    They did foreclose.
 8        Q    Ms. Hernandez, I want to talk about some
 9   foundational things.  We're wrapping up.
10             What do you think this lawsuit is about?
11             MS. LAM:  I object to form.
12             THE WITNESS:  I believe this lawsuit is
13   about myself and others that were wrongfully denied
14   a loan modification from Wells Fargo.
15   BY MS. BRINSON:
16        Q    What type of loan modification is it that
17   you think you were denied wrongfully?
18             MS. LAM:  I object to form.
19             THE WITNESS:  The opportunity to just
20   have -- have the opportunity to have some sort of
21   reprieve so that I could save my property if I was
22   eligible.
23   BY MS. BRINSON:
24        Q    Do you know which loan modification is at
25   issue in this lawsuit?
```



```
 1          Q    So now that you are here, what are you
 2   seeking from Wells Fargo?
 3               MS. LAM:  I object to form.
 4               THE WITNESS:  I'm looking for justice for
 5   myself and for everyone else that received those
 6   letters and were denied loan modifications when they
 7   could have received them.
 8   BY MS. BRINSON:
 9          Q    Ms. Hernandez, you understand that you
10   weren't denied a loan modification, correct?
11               MS. LAM:  I object to form.
12               THE WITNESS:  I'm just going by what I was
13   told by Wells Fargo and -- on the phone and in the
14   letter.
15   BY MS. BRINSON:
16          Q    Do you understand the difference between a
17   trial payment plan and a permanent loan
18   modification?
19          A    Somewhat, but -- sorry.  Go ahead.
20          Q    What amount of money would the
21   modification -- what amount could you have afforded
22   to make the modification work?
23               MS. LAM:  I object to form.
24               THE WITNESS:  I can't answer that
25   specifically at this point in time.
```



```
 1        A    I believe if the -- if the lawsuit is
 2   successful, then they will be compensated.
 3        Q    Under what terms?
 4        A    Can you -- what do you mean by "what
 5   terms"?
 6        Q    Is there a certain percentage?
 7        A    To my knowledge, it's 33 percent.
 8        Q    Do you have a separate arrangement with
 9   the Paul law firm?
10        A    I don't believe so.
11        Q    Are you familiar with the Paul law firm?
12        A    Yes.  I have seen their name on the
13   documents.
14        Q    What is your arrangement with them?
15        A    From my understanding, they are cocounsel.
16        Q    And what is your role in this case?
17             MS. LAM:  I object to form.
18             THE WITNESS:  I believe my role is as
19   class representative.
20   BY MS. BRINSON:
21        Q    And what does that mean to you?
22        A    That means I'm supposed to communicate
23   efficiently with the lawyers, provide any and all
24   documentation that I have, and to represent myself
25   and the others in this, this matter.
```



1    Q   Do you know any of the other plaintiffs
2  personally?
3    A   No, I don't.
4    Q   Do you know anybody -- do you have a
5  relationship with anybody at either the Gibbs or
6  Paul law firms?
7    A   No.
8    Q   Do you have any agreements with any other
9  attorneys other than the Gibbs and Paul firms?
10   A   No.
11   Q   Is your relationship with the foreclosure
12 counsel for Unit 19 still ongoing?
13   A   No.
14   Q   All right.  So in terms of documents --
15 and this is the very last thing I'm going to ask you
16 about -- did you look through -- well, just walk me
17 through your document -- where did you look for
18 documents?  How did you find the documents that are
19 in your possession?
20   A   Well, I kept a hard copy of everything
21 that I had through the Wells Fargo proceedings, so I
22 had a hard copy of everything, and that's what I
23 sent to my attorneys.  I also searched emails to see
24 if there had been anything electronically, and
25 anything that I could find I sent over.



```
 1                REPORTER'S CERTIFICATION
 2
 3            I, Mona M. Russo, Certified Shorthand
 4   Reporter in and for the State of California, do
 5   hereby certify:
 6
 7            That the foregoing witness was by me duly
 8   sworn; that the deposition was then taken before me
 9   at the time and place herein set forth; that the
10   testimony and proceedings were reported
11   stenographically by me and later transcribed into
12   typewriting under my direction; that the foregoing
13   is a true record of the testimony and proceedings
14   taken at that time.
15
16            IN WITNESS WHEREOF, I have subscribed my
17   name this 24th day of June, 2019.
18
19
20
21                        
                          _____
22                        MONA M. RUSSO, CSR NO. 8771
23
24
25
```