Michael L. Schrag (SBN 185832)
Joshua J. Bloomfield (SBN 212172)
Linda Lam (SBN 301461)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
mls@classlawgroup.com
jjb@classlawgroup.com
lpl@classlawgroup.com

Richard M. Paul III
Ashlea G. Schwarz
Laura C. Fellows
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Facsimile: (816) 984-8101
Rick@PaulLLP.com
Ashlea@PaulLLP.com
Laura@PaulLLP.com

*Counsel for Plaintiff and Proposed Class*

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HERNANDEZ, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 3:18-cv-07354 -WHA<br><br>**DECLARATION OF SANDRA CAMPOS IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>Date: January 9, 2020<br>Time: 8:00 a.m.<br>Courtroom: 12<br>Judge: Hon. William H. Alsup |

I, Sandra Campos, declare as follows:

1. I am a client of Gibbs Law Group LLP, co-counsel of record for Plaintiffs in the above-named action. I make this declaration in support of Plaintiffs' Motion For Leave to File Third Amended Complaint and Renewed Motion For Class Certification.

2. I have personal knowledge of the matters stated herein and could and would competently testify thereto if called upon to do so.

3. I spoke with my attorneys, Michael Schrag and Joshua Bloomfield, on November 4 and November 16 about serving as a class representative in this case.

4. I understand that I am needed as a class representative because I had a home located in Paramount, California, that was secured by an FHA Deed of Trust. A true and correct copy of my FHA Deed of Trust is attached hereto as Exhibit "A".

5. I have been in regular contact with my attorney, Joshua Bloomfield, via email, telephone, and text message over the past week.

6. My attorneys have explained to me the duties I am assuming as a class representative in this case, and I am willing and able to perform those duties and serve as a class representative.

7. I have agreed to make myself available for deposition in Los Angeles or San Francisco as early as Monday, November 25.

8. I am in the process of gathering documents in my possession relevant to this case, and will be able to produce them to Wells Fargo the week of Monday, November 25.

9. I am willing and able to answer on an expedited basis the first set of interrogatories Wells Fargo served on the existing named plaintiffs in the case.

10. I am willing and able to answer on an expedited basis additional discovery reasonably served on me by Wells Fargo.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of November, 2019.

*/s/ Sandra Campos*