UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HERNANDEZ et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 3:18-cv-07354-WHA<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO AMEND THE OPERATIVE CLASS ACTION COMPLAINT** |

**[PROPOSED] ORDER**

On November 21, 2019, Plaintiffs filed a motion requesting leave to amend the operative complaint to add a class representative who had a home in California secured by an FHA Deed of Trust. Plaintiffs having met their burden under Fed. R. Civ. P. 15 and 16, and good cause appearing, the Court hereby GRANTS Plaintiffs' motion for leave to file the proposed Third Amended Complaint.

**IT IS SO ORDERED.**

Dated: _____

**HONORABLE WILLIAM H. ALSUP**
UNITED STATES DISTRICT JUDGE