IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HERNANDEZ, EMMA WHITE, KEITH LINDNER, TROY FRYE, COSZETTA TEAGUE, IESHA BROWN, RUSSELL and BRENDA SIMONEAUX, JOHN and YVONNE DEMARTINO, ROSE WILSON, TIFFANIE HOOD, GEORGE and CYNDI FLOYD, DEBORA GRANJA, and DIANA TREVINO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | No. C 18-07354 WHA<br><br>**ORDER SETTING DISCOVERY HEARING** |

Plaintiff's letter of December 4 complains of a discovery dispute. The Court therefore **SETS** a two-hour meet-and-confer in the Court's jury room to commence from **11:00 A.M. AND CONTINUING TO 1:30 P.M. (WITH THIRTY MINUTES FOR LUNCH AT NOON) ON MONDAY, DECEMBER 9, 2019**. At **1:30 P.M.**, the Court shall hear any remaining issue(s). Defendant's response is due by 4:00 p.m. on December 6.

Please be reminded that only those lawyers who personally meet and confer in the Court's jury room may be heard at the hearing. Please buzz chambers to be let into the jury room.

**IT IS SO ORDERED.**

Dated: December 5, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE