Michael L. Schrag (SBN 185832)
Joshua J. Bloomfield (SBN 212172)
Linda P. Lam (SBN 301461)
Jeffrey Kosbie (SBN 305424)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
mls@classlawgroup.com
jjb@classlawgroup.com
lpl@classlawgroup.com
jbk@classlawgroup.com

Richard M. Paul III
Ashlea G. Schwarz
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Facsimile:  (816) 984-8101
Rick@PaulLLP.com
Ashlea@PaulLLP.com

*Counsel for Plaintiffs and Proposed Classes*

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alicia Hernandez, et al, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>Wells Fargo Bank, N.A.,<br><br>            Defendant. | Case No. 3:18-cv-07354-WHA<br><br>**NOTICE OF APPEARANCE OF JEFFREY KOSBIE** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Jeffrey Kosbie of Gibbs Law Group LLP hereby appears as counsel for Plaintiffs and the Proposed Classes in the above-captioned action. He is admitted to practice in the State of California and before this Court. His address, telephone, facsimile, and email address are as follows:

> Jeffrey Kosbie (SBN 305424)
> GIBBS LAW GROUP LLP
> 505 14th Street, Suite 1110
> Oakland, CA 94612
> Telephone: (510) 350-9711
> Facsimile: (510) 350-9701
> Email: jbk@classlawgroup.com

Please add Jeffrey Kosbie as an attorney to be noticed on all matters in this action.

Dated: December 9, 2019

Respectfully submitted,

*/s/ Jeffrey Kosbie*
**GIBBS LAW GROUP LLP**
Michael L. Schrag (SBN 185832)
Joshua J. Bloomfield (SBN 212172)
Linda Lam (SBN 301461)
Jeffrey Kosbie (SBN 305424)
505 14th Street, Ste. 1110
Oakland, California 94612
Telephone:  510-350-9700
Facsimile:  510-350-9701
mls@classlawgroup.com
jjb@classlawgroup.com
lpl@classlawgroup.com
jbk@classlawgroup.com

Richard M. Paul III
Ashlea G. Schwarz
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: 816-984-8100
Facsimile:  816-984-8101
Rick@PaulLLP.com
Ashlea@PaulLLP.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2019, I electronically filed the foregoing NOTICE OF APPEARANCE OF JEFFREY KOSBIE with the Clerk of the Court for the United States District Court, Northern District of California by using the Court's CM/ECF system, which will serve electronic notification of this filing to all counsel of record.

Date: December 9, 2019                    By: /s/ Marianne Fogle
                                                Marianne Fogle