Amanda L. Groves (SBN: 187216)
agroves@winston.com
Morgan E. Stewart (SBN: 321611)
mstewart@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Kobi K. Brinson (Admitted pro hac vice)
kbrinson@winston.com
Stacie C. Knight (Admitted pro hac vice)
sknight@winston.com
WINSTON & STRAWN LLP
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7700
Facsimile: (704) 350-7800

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALICIA HERNANDEZ, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | No. 3:18-cv-07354 WHA<br><br>**DECLARATION OF STACIE C. KNIGHT IN SUPPORT OF DEFENDANT WELLS FARGO BANK, N.A.'S OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>Date: January 15, 2020<br>Time: 8:00 a.m.<br>Courtroom: 12<br>Judge: Hon. William H. Alsup |

I, Stacie C. Knight, hereby declare, under penalty of perjury, as follows:

1.      I am Of Counsel at Winston & Strawn LLP, counsel for Defendant Wells Fargo Bank, N.A. ("Wells Fargo") in this matter.  I make this declaration based on my personal knowledge and in support of Wells Fargo's Opposition to Plaintiffs' Renewed Motion for Class Certification.

2.      I am personally familiar with the facts set forth in this declaration.  If called as a witness, I could and would competently testify to the matters stated herein.

3.      My office represents Wells Fargo in six actions brought by individual putative class members in Florida (1 action), Kentucky (1 action), New Jersey (2 actions), New York (1 action), and Rhode Island (1 action).[1]  These plaintiffs all experienced a completed foreclosure, with the exception of one New Jersey plaintiff, who sold the subject property via short sale.  These Plaintiffs have demanded damages ranging from over $116,000 to $1,137,893.40.  My office also represents Wells Fargo in three putative class actions filed by eight other putative class members in Washington, New York, and Ohio, all of whom experienced a completed foreclosure.

4.      Attached as **Exhibit 1** is a true and correct copy of relevant excerpts of the August 2, 2019 Wells Fargo 30(b)(6) Deposition of Carmen Bell.

5.      Attached as **Exhibit 2** is a true and correct copy of Exhibit 408 to the August 2, 2019 Wells Fargo 30(b)(6) Deposition of Carmen Bell.

6.      Attached as **Exhibit 3** is a true and correct copy of Exhibit 406 to the August 2, 2019 Wells Fargo 30(b)(6) Deposition of Carmen Bell.

7.      Attached as **Exhibit 4** is a true and correct copy of relevant excerpts of the November 14, 2019 Deposition of Susan Crawford.

8.      Attached as **Exhibit 5** are true and correct copies of Exhibits 3, 6, and 7 to the June 6, 2019 Deposition of Plaintiff Debora Granja.

9.      Attached as **Exhibit 6** is a true and correct copy of relevant excerpts of the June 11, 2019 Deposition of Plaintiff Troy Frye.

---

[1] The Rhode Island action was dismissed by the court without prejudice for lack of personal jurisdiction.

10.     Attached as **Exhibit 7** is a true and correct copy of Wells Fargo's Responses to Plaintiffs' Second Set of Interrogatories.

11.     Attached as **Exhibit 8** is a true and correct copy of relevant excerpts of the June 27, 2019 Deposition of Plaintiff Coszetta Teague.

12.     Attached as **Exhibit 9** is a true and correct copy of relevant excerpts of the June 25, 2019 Deposition of Plaintiff Tiffanie Hood.

13.     Attached as **Exhibit 10** are true and correct copies of Exhibits 194, 197, and 198 to the June 20, 2019 Deposition of Plaintiff Rose Wilson.

14.     Attached as **Exhibit 11** is a true and correct copy of relevant excerpts of the June 10, 2019 Deposition of Plaintiff Alicia Hernandez.

15.     Attached as **Exhibit 12** are true and correct copies of Exhibits 20 and 23 to the June 10, 2019 Deposition of Plaintiff Alicia Hernandez.

16.     Attached as **Exhibit 13** is a true and correct copy of relevant excerpts of the June 6, 2019 Deposition of Plaintiff Debora Granja.

17.     Attached as **Exhibit 14** is a true and correct copy of relevant excerpts of the June 12, 2019 Deposition of Plaintiff Brenda Simoneaux.

18.     Attached as **Exhibit 15** is a true and correct copy of the December 11, 2019 Deposition of Jerry de la Cruz (in rough format due to time constraints).

19.     Counsel for Wells Fargo has researched the extrinsic evidence rules of the jurisdictions at issue here.  To assist the Court, counsel prepared tables summarizing that research, which are attached at **Exhibit 16.**

20.     Counsel for Wells Fargo also collected existing surveys regarding state consumer protection statutes.  True and correct copies of our compilation of these surveys are attached as **Exhibit 17.**

21.     Attached as **Exhibit 18** is a true and correct copy of the transcript of the November 6, 2019 hearing.

22.     Attached as **Exhibit 19** is a true and correct copy of a redline comparing Plaintiffs'

Proposed California Class Trial Plan (Dkt. 173-68) and Plaintiffs' Proposed Plan for Nationwide Class Trial (Dkt. 173-69).

23.     Attached as **Exhibit 20** is a true and correct copy of the December 10, 2019 Deposition of Sandra Campos (in rough format due to time constraints).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of December 2019.

_/s/ Stacie C. Knight_
Stacie C. Knight

WINSTON & STRAWN LLP
Attorneys for Defendant
WELLS FARGO BANK, N.A.