# EXHIBIT 2

Message

| | |
|---|---|
| **From**: | Nold, Mike J [/O=Wells Fargo & Co./OU=WFB1/cn=Recipients/cn=NoldMJ] |
| on behalf of | Nold, Mike J [/o=wells fargo & co./ou=wfb1/cn=recipients/cn=noldmj] |
| **Sent**: | 11/24/2015 11:36:51 AM |
| **To**: | Wayne, Thomas [thomas.wayne@wellsfargo.com] |
| **CC**: | Lagnese, Glenn P. [glenn.p.lagnese@wellsfargo.com] |
| **Subject**: | RE: CIT 1552 Remediation Summary |

Thanks

---

**From:** Wayne, Thomas
**Sent:** Tuesday, November 24, 2015 10:33 AM
**To:** Armstrong, Nicola L. (CO SPRINGS)
**Cc:** Lagnese, Glenn P.; Nold, Mike J
**Subject:** CIT 1552 Remediation Summary

CIT 1552 Remediation Summary for Nicole L Armstrong

HPA Attorney Fee Matrix was turned off October 2, 2015 around 3:20pm.

1. Initial population ALL HPA Denials:      7,647 customers
2. Reduced population to Affordability <=2% HTI to 257 customers

| | | | | |
|---|---|---|---|---|
| Max Fees from Matrix | 7,186.00 | 7,186.00 | 7,186.00 | 7,186.00 |
| 4% Rate | 4% | 4% | 4% | 4% |
| Payment/Yr | 287.44 | 287.44 | 287.44 | 287.44 |
| Pymnt/mo | 23.95 | 23.95 | 23.95 | 23.95 |
| INCOME | 1,500.00 | 2,999.00 | 3,499.00 | 5,000.00 |
| HTI Delta | 1.60% | 0.80% | 0.68% | 0.48% |
| | | | | |
| Median Fees from Matrix | 3,038.00 | 3,038.00 | 3,038.00 | 3,038.00 |
| 2% Rate | 2% | 2% | 2% | 2% |
| Payment/Yr | 60.76 | 60.76 | 60.76 | 60.76 |
| Pymnt/mo | 5.06 | 5.06 | 5.06 | 5.06 |
| INCOME | 1,500.00 | 2,999.00 | 3,499.00 | 5,000.00 |
| HTI Delta | 0.34% | 0.17% | 0.14% | 0.10% |

3. Population of HTI affordability with potential harm:     30 customers
4. Final population potential harm based on verified fees:     12 customers
5. Analysis taking all denial reasons into consideration:   0 customers with harm



**Tom Wayne**, VP
Lending Officer
**Wells Fargo Home Mortgage Default Servicing - Default Decisioning**
MAC# D0203-031
1100 Corporate Center Drive
Raleigh, NC 27607
Office: (919) 852-9226
Mobile: (919) 602-9675
thomas.wayne@wellsfargo.com

This message may contain confidential and/or privileged information. If you are not an addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.