# EXHIBIT 3

Message

**From:** Crawford, Susan M [/O=WELLS FARGO & CO./OU=WFB1/CN=RECIPIENTS/CN=CRAWFOSU]
**Sent:** 5/13/2015 11:14:32 AM
**To:** Sealine, Chad D [chadsealine@wellsfargo.com]
**CC:** Crawford, Susan M [susan.m.crawford2@wellsfargo.com]
**Subject:** FW: 1552: control needed/ not harm was luck

**Flag:** Follow up

All the BU is looking at is if there is any harm.
They are not looking at why they thought there might be a problem or why there was no harm (was it just luck?).

If no harm and no workaround needed, they want to close.

There is no harm (yet) on this issue, but they were only looking at a 2% change and had to go back to 2009 and review all the denials that fit the requirements to establish that fact.
What if in two years there is a 7% change, are they going to submit another CIT and do a look back to 2015?

They have no control to tell them their estimations are far enough off that they are at risk of causing customer harm...
(denying files that could have been approved).

In addition it is one thing to approve files that should have been denied, but when files are denied that should have been approved, this is a much higher risk do to the complications and other departments that could be impacted (.. i.e. FC, BKY..) and more costly to Wells.

All they need on this one is a control – an annual certification that the estimation matrix they are using is still within a reasonable flexibility range. This seems like a very small change to prevent a much larger risk.

Susan M Crawford

**Business Travel 5/26/15 & 5/27/15**
**PTO 5/15/15**
**PTO 6/4/15 – 6/8/15 & 6/11/15 – 6/12/15**

Mortgage Servicing
Horizontal Operational Risk Consultant
Customer Impact Team
Operational Excellence & Control
Office: 909-658-0354
Remote: 909-794-5268

susan.m.crawford2@wellsfargo.com

---

**From:** Nold, Mike J
**Sent:** Wednesday, May 13, 2015 6:13 AM
**To:** Crawford, Susan M
**Subject:** RE: 1552: CITs Approved for closure

No call is needed. I will leave it up to you guys and leadership how these get closed. My simple mind tells me that if we are concerned there is room for harm still due to no workaround in place, then more reviews should be done to confirm no harm took place. If we are saying no reviews will be done regardless of when the workaround or fix is put in, that tells me no one is concerned with harm and the CIT should be closed. But if leadership decides to keep them open for tracking purposes, I am good with that.

Thanks for the explanation.

EXHIBIT NO. 106
8.2.19
ANDREA M. IGNACIO
RPR, CRR, CCRR, CSR # 9830

CONFIDENTIAL                                                                                      WF_HERNANDEZ_00108069

**From:** Crawford, Susan M
**Sent:** Wednesday, May 13, 2015 12:01 AM
**To:** Nold, Mike J
**Cc:** Crawford, Susan M
**Subject:** RE: 1552: CITs Approved for closure

The CIT will remain open until a control is put in place. If the estimated fees and costs could cause the file to be denied, there needs to be some sort of control to ensure the estimated amount being used is still in the ball park. Even if that means that on an annual basis someone certifies that there has not been any changes to the National Average.

I would hate to find out **several years from now** all the little adjustments end up being a large enough change that you have to go back to this point and recheck all the denials again for harm..

A work-around would only be needed if, **in the future, a change to the matrix was** needed to bring it back in line and you needed some way to correctly decision the files in the meantime.

All that is needed now to close this issue is some sort of control to prevent any customer harm, in the future.

If needed I can schedule a meeting to discuss.

Please advise.

Thank you

Susan M Crawford

**Business Travel 5/26/15 & 5/27/15**
**PTO 5/15/15**
**PTO 6/4/15 – 6/8/15 & 6/11/15 – 6/12/15**

Mortgage Servicing
Horizontal Operational Risk Consultant
Customer Impact Team
Operational Excellence & Control
Office: 909-658-0354
Remote: 909-794-5268

susan.m.crawford2@wellsfargo.com

---

**From:** Nold, Mike J
**Sent:** Tuesday, May 12, 2015 7:47 PM
**To:** Crawford, Susan M; Johnson, Meredith S. (Implementation); Ruppert, Kelsey J.; Light, Jeremiah; Armendariz, Diana; Hottle, Ridge B.; Walsted, Kimber L.; West, Kyle J.; Coffin, Christie M.; Fogle, Erin E; Smith, Juliann K.; Brown, Tiffany N. (FORT MILL)
**Cc:** Sealine, Chad D; Christensen, Keeper K.; Heath, Brandon; Heidemann, Erik E.; Shedd, Linda K.; Larson, Julie A.
**Subject:** RE: 1552: CITs Approved for closure

Thanks for the info. Can I safely assume the CIT team will be conducting more reviews then prior to closing it? I assume the only purpose to leave a CIT open would be to conduct more reviews prior to closing it to ensure no harm was found. If it is solely until a work around is put into place, I have a feeling it will remain open for the remainder of the year.

---

**From:** Crawford, Susan M
**Sent:** Tuesday, May 12, 2015 4:33 PM
**To:** Nold, Mike J; Johnson, Meredith S. (Implementation); Ruppert, Kelsey J.; Light, Jeremiah; Armendariz, Diana; Hottle, Ridge B.; Walsted, Kimber L.; West, Kyle J.; Coffin, Christie M.; Fogle, Erin E; Smith, Juliann K.; Brown, Tiffany N. (FORT MILL)

CONFIDENTIAL                                                                                                              WF_HERNANDEZ_00108070

**Cc:** Sealine, Chad D; Christensen, Keeper K.; Heath, Brandon; Heidemann, Erik E.; Shedd, Linda K.; Larson, Julie A.; Crawford, Susan M
**Subject:** RE: 1552: CITs Approved for closure

Thank you Mike.

Juliann Smith and Tiffany Brown is also looking into different controls around the matrix. So, I will let them, you and Tom get together and determine what will work best.

If the responsibility is assigned to another department, I will need their buy-in before changing the ownership of the CIT issue in StarWeb.

Until a control is established, this issue will stay in the Pending Process Improvement status & will not be closed.

Please let me know if you have any questions or concerns.

Thank you

Susan M Crawford

**Business Travel 5/26/15 & 5/27/15**
**PTO 5/15/15**
**PTO 6/4/15 – 6/8/15 & 6/11/15 – 6/12/15**

Mortgage Servicing
Horizontal Operational Risk Consultant
Customer Impact Team
Operational Excellence & Control
Office: 909-658-0354
Remote: 909-794-5268

susan.m.crawford2@wellsfargo.com

---

**From:** Nold, Mike J
**Sent:** Tuesday, May 12, 2015 7:29 AM
**To:** Crawford, Susan M; Johnson, Meredith S. (Implementation); Ruppert, Kelsey J.; Light, Jeremiah; Armendariz, Diana; Hottle, Ridge B.; Walsted, Kimber L.; West, Kyle J.; Coffin, Christie M.; Fogle, Erin E
**Cc:** Sealine, Chad D; Christensen, Keeper K.; Heath, Brandon; Heidemann, Erik E.; Shedd, Linda K.; Larson, Julie A.
**Subject:** RE: 1552: CITs Approved for closure

You are correct that there is no work around today for this issue. The CCR was pulled due to funding so that fix is not going into place. Tom on my team has suggested that we pull the matrix and just allow this to be done in settlement. This would work for B-P, but unsure how that would look in GSE/SFO.

---

**From:** Crawford, Susan M
**Sent:** Monday, May 11, 2015 1:43 PM
**To:** Johnson, Meredith S. (Implementation); Ruppert, Kelsey J.; Light, Jeremiah; Armendariz, Diana; Hottle, Ridge B.; Walsted, Kimber L.; West, Kyle J.; Coffin, Christie M.; Fogle, Erin E
**Cc:** Nold, Mike J; Sealine, Chad D; Christensen, Keeper K.; Heath, Brandon; Heidemann, Erik E.; Shedd, Linda K.; Larson, Julie A.; Crawford, Susan M
**Subject:** 1552: CITs Approved for closure

HPA Decision Tool overstating recoverable fees

The change control & SURF have been cancelled.

Effective date 01/08/14= to manually pull active FC loans (when being determined for trial approval) to obtain exact fees and costs - **This work-around was not actually put in place**. The BU continues to use a matrix based on estimations in the tool. It was determined there is no viable way to make updates to the matrix as it would always be just an estimate.

\*\*\*NOTE\*\*\* It seems risky to rely on a matrix that is not certified annually and cannot be adjusted. Even estimated amounts change over time. Without an annual certification and an acceptable flexibility range to ensure the estimate is still accurate, will we know there is an issue before there is customer harm?

It could be there is no customer harm now because the difference is still within a reasonable flexibility range. In 5 years from now if we estimated 2000.00 and the actual amounts are coming in around 1000.00 or vice versa, can we still say there is no customer harm or financial impact to Wells Fargo?

What is the control to ensure this estimate does not get too far off base?

Susan M Crawford

**Business Travel 5/26/15 & 5/27/15**
**PTO 6/4/15 – 6/8/15 & 6/11/15 – 6/12/15**

Mortgage Servicing
Horizontal Operational Risk Consultant
Customer Impact Team
Operational Excellence & Control
Office: 909-658-0354
Remote: 909-794-5268

susan.m.crawford2@wellsfargo.com

---

**From:** Johnson, Meredith S. (Implementation)
**Sent:** Monday, May 11, 2015 7:58 AM
**To:** Ruppert, Kelsey J.; Light, Jeremiah; Armendariz, Diana; Hottle, Ridge B.; Walsted, Kimber L.; West, Kyle J.; Coffin, Christie M.; Fogle, Erin E
**Cc:** Nold, Mike J; Sealine, Chad D; Christensen, Keeper K.; Heath, Brandon; Crawford, Susan M; Heidemann, Erik E.; Shedd, Linda K.; Larson, Julie A.
**Subject:** CITs Approved for closure
**Importance:** High

Good Morning,

Below are a portion of Beena's CITs that are in the status Incident Resolved Pending Process Improvement. This bucket of CITs has been reviewed with the business SMEs, Beena and her directs.
The below have been approved by the business to close.

These all have incident resolved but are in one of two scenarios. Either pending an enhancement that is being tracked through change control, or the current fix is the long term fix and no other solution is being pursued.

DCIR – can you update starweb with any remaining pieces?
VORM – can you complete FRV and place into QC review?
CIT – QC review
BU – Final approval

Please let me know if you have questions.

Thanks,

| Incident ID | BU Approver | DCIR | VORM | CIT | Business ok to close CIT - <u>Yes</u> | Business second review with notes regarding fix. |
|---|---|---|---|---|---|---|
| 1513 | Mike Nold | Kelsey Ruppert | Kyle West | Julie Larson | X | It is still ok to close. There is no fix taking place to IAM, this will be cured with the conversion. No harm and no more reviews to be done. |
| 1552 | Mike Nold | Katherine Magabo per starweb | Christie Coffin | Susan Crawford | X | It is still ok to close. No fix is going to take place at this time. The CCR was cancelled and they are looking at other options. No harm was found and there is really low risk. |
| 1772 | Mike Nold | Jeremiah Light | Erin Fogle | Susan Crawford | X | It is still ok to close. No harm was found and would not be. Fix goes in this week in 15.2 release. |
| 1890 | Mike Nold | Diana Armendariz | Erin Fogle | Linda Shedd | X | It is still ok to close. This is one of the letter issues with no harm, just bad customer experience. Vendor issue they hope to fix later this year. |
| 1925 | Mike Nold | Ridge Hottle | Erin Fogle | Susan Crawford | X | It is still ok to close. There is no customer impact here, we have a policy in place, a procedure and a way to send the letter. The letter is not CFPB compliant, but there is no customer impact. |
| 1929 | Mike Nold | Kimber Walsted | Erin Fogle | Erik Heidemann | X | It is still ok to close. I am not that close to this one, but I know there was no harm and the fix is going into place with CFPB phase 2 later this year. |
| 1933 | Mike Nold | Diana Armendariz | Erin Fogle | Susan Crawford | X | It is still ok to close. There was not customer harm on this one and the automation went into place. They are still discussing if one of the letter is compliant, but no reason to leave the CIT open. |

**Meredith S. Johnson**

Implementation Consultant
Home Preservation Default Decisioning – Specialty

Wells Fargo Home Mortgage | 800 S. Jordan Creek Pkwy | West Des Moines, IA 50266
Phone: 515-324-0589
MAC: X2301-04M

Meredith.S.Johnson@WellsFargo.com

This message may contain confidential or proprietary information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply email and delete this message. Thank you for your cooperation.

CONFIDENTIAL

WF_HERNANDEZ_00108074