# EXHIBIT 4

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3
 4
     _____
 5                              )
     ALICIA HERNANDEZ, et al.,  )
 6   individually and on        )
     behalf of others           )
 7   similarly situated,        )
                                )
 8            Plaintiff,        )
                                )
 9       vs.                    )Case No.
                                )3:18-cv-07354-WHA
10   WELLS FARGO & COMPANY and  )
     WELLS FARGO BANK, N.A.,    )
11                              )
              Defendants.       )
12   _____)
13
14         VIDEOTAPED DEPOSITION OF SUSAN CRAWFORD
15                  Los Angeles, California
16                Thursday, November 14, 2019
17                        Volume I
18
19
20
21
22   Reported by:
23   Lori M. Barkley
24   CSR No. 6426
25   Job No. 3666131-B
```

Page 1

```
 1   A.  They're reported by the line of business.    15:03:20
 2   Q.  Okay.  And what's the procedure for that     15:03:22
 3 reporting by the line of business?                 15:03:27
 4   A.  Now or then?                                 15:03:29
 5   Q.  Now.                                         15:03:31
 6   A.  Now?                                         15:03:33
 7   Q.  Yeah.                                        15:03:34
 8   A.  The procedure now is for the -- for them to  15:03:35
 9 report it and then it goes to a committee.         15:03:38
10   Q.  And what is the mechanics of the report?  Is 15:03:44
11 it a written report?  Is it a verbal report?       15:03:48
12   A.  Yeah.  It's a form on the system.            15:03:54
13   Q.  Okay.  So can you describe for me if the     15:03:59
14 line of business because aware of an issue that    15:04:01
15 requires auditing, what do they do to get that     15:04:09
16 information to your group?                         15:04:11
17   A.  They would draw up the form, report it, we   15:04:21
18 call it reporting it, and then it goes to a committee 15:04:23
19 and they ask the line of business a bunch of       15:04:28
20 questions and then it goes into our system.        15:04:35
21       And if it's determined that remediation's    15:04:42
22 needed, then it goes into our system and then as they 15:04:47
23 work it, they'll send us the requests for different 15:04:53
24 check points.                                      15:05:02
25   Q.  Okay.  And about how long has that been the  15:05:04
                                                      Page 30
```

```
 1 procedure for transferring that information from the 15:05:08
 2 line of business to the audit group?                15:05:12
 3   A.  Who are you calling the audit group?         15:05:14
 4   Q.  The quality consultants, your group.         15:05:22
 5   A.  I don't know, it's been awhile.  A long      15:05:38
 6 time.                                              15:05:40
 7   Q.  Would you say more than five years?          15:05:40
 8   A.  Oh, yeah.                                    15:05:42
 9   Q.  More than 10 years?                          15:05:43
10   A.  Probably not.                                15:05:45
11   Q.  Okay.                                        15:05:47
12   A.  I wasn't -- I mean, I don't know what the    15:05:50
13 process was before I got there.                    15:05:52
14   Q.  Okay.  I don't want to be imprecise in       15:05:54
15 referring to any of these entities within your     15:05:58
16 organization.  So when I said "the audit group," and 15:06:02
17 you said, you know, there's no such thing, what -- 15:06:04
18 what is the group -- the proper name of the group  15:06:07
19 that you're a part of?                             15:06:09
20   A.  Customer impact team.                        15:06:11
21   Q.  Okay.  And what is the relationship between  15:06:12
22 a customer impact ticket and a customer impact team? 15:06:19
23   A.  A customer impact ticket would be the issue  15:06:29
24 that would be reported to the customer impact team. 15:06:37
25   Q.  Okay.  So to return to that process that you 15:06:42
                                                      Page 31
```

```
 1 described where the line of business would fill out 15:06:45
 2 the form, it would go to a committee can, the       15:06:46
 3 committee would determine if remediation was        15:06:48
 4 necessary and then if it was, it would go to the    15:06:51
 5 customer impact team.                               15:06:56
 6       Do I have that right?                         15:06:56
 7   A.  The committee is part of the customer impact 15:07:03
 8 team process, yeah.                                 15:07:06
 9   Q.  Okay.  Thanks for that clarification.         15:07:07
10       And so that committee that's part of the     15:07:09
11 customer impact team, at some point, do they issue a 15:07:14
12 customer impact ticket if -- if they determine that 15:07:21
13 that's what's appropriate?                          15:07:23
14   A.  It sends a file number as soon as it's       15:07:27
15 reported.                                           15:07:33
16   Q.  And is that file number synonymous with a    15:07:33
17 CIT number --                                       15:07:36
18   A.  Yes, yes.                                    15:07:37
19   Q.  Okay.  So at what point from the form you    15:07:40
20 filled out and sent to the customer impact team    15:07:47
21 committee, at what point does that CIT number get  15:07:55
22 issued?  Immediately once it gets there?           15:07:59
23   A.  It's immediately when the form -- when they 15:08:01
24 enter the form on the --                           15:08:03
25   Q.  Okay.  So the form being filled out         15:08:04
                                                      Page 32
```

```
 1 generates a --                                     15:08:08
 2       (Speaking simultaneously.)
 3       THE WITNESS:  Yeah, yeah.                    15:08:09
 4 BY MR. BLOOMFIELD:                                 15:08:10
 5   Q.  Great, okay.  Ms. Crawford, I've just handed 15:08:10
 6 you a document that was previously marked          15:08:35
 7 Exhibit 444.  During this morning's deposition.  I'd 15:08:42
 8 ask you to please take a look at that and let me know 15:08:49
 9 when you're ready to discuss it.                   15:08:53
10   A.  Okay.                                        15:10:18
11   Q.  On the bottom right-hand corner of all the   15:10:18
12 documents we've been looking at today, there's a   15:10:20
13 number that's called a Bates number and that's unique 15:10:23
14 to each page.                                      15:10:25
15       So sometimes I'll refer to that number to   15:10:25
16 help you get to the page that -- that I want to look 15:10:27
17 at with you.  So if you could turn to the second page 15:10:30
18 of the e-mail which has Bates number 748 on it.    15:10:38
19       Are you with me?                             15:10:42
20   A.  Yes.                                         15:10:48
21   Q.  Okay.  Now, this is the second -- second    15:10:49
22 half of the document -- or of this page, looks like 15:10:50
23 it's an appointment notification from Tiffany Brown. 15:10:57
24       Do you see that?                             15:10:59
25   A.  Yes.                                         15:11:00
                                                      Page 33
```