Amanda L. Groves (SBN: 187216)
agroves@winston.com
Morgan E. Stewart (SBN: 321611)
mstewart@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Kobi K. Brinson (Admitted pro hac vice)
kbrinson@winston.com
Stacie C. Knight (Admitted pro hac vice)
sknight@winston.com
WINSTON & STRAWN LLP
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7700
Facsimile: (704) 350-7800

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALICIA HERNANDEZ, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants | No. 3:18-cv-07354 WHA<br><br>**DECLARATION OF ROBERT FERGUSON IN SUPPORT OF DEFENDANT WELLS FARGO BANK, N.A.'S OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION** |

I, Robert Ferguson, hereby declare:

1. I am a Loan Administration Manager for Wells Fargo Home Mortgage, which is a division of Wells Fargo Bank, N.A. I have worked for Wells Fargo Home Mortgage for approximately 16 years. My job responsibilities include leading the employees responsible for working with in-house and outside counsel on litigated matters, to review documents and to verify discovery responses. I also appear on behalf of Wells Fargo at settlement conferences, mediations, depositions, and trials. Except where otherwise indicated, I have personal knowledge of the matters set forth below and could and would testify competently thereto.

2. During, and in the aftermath of, the 2008 economic crisis, Wells Fargo was faced with a significant increase in demand for loss mitigation, which included loan modifications.

3. Based upon my review of records kept in the normal course of business, from 2010 to 2018, Wells Fargo considered and decisioned approximately 2.9 million loan modification applications. Of those, Wells Fargo approved more than 1.6 million permanent loan modifications.

4. Of the fifteen named Plaintiffs who filed the Second Amended Complaint in this lawsuit, all but four (two individual borrowers and two co-borrowers) pursued individual mediations with Wells Fargo to seek additional compensation beyond the proactive remediation checks that were sent to each Plaintiff when Wells Fargo informed them of the erroneous trial modification decisions.

5. A true and correct copy of a (redacted) chart showing information in Wells Fargo's records regarding borrowers potentially impacted by the calculation error at issue here as of is attached hereto as Exhibit A.

6. True and correct copies of the named Plaintiffs' security instruments, which Wells Fargo keeps in the ordinary course of business, are attached hereto as Exhibits B.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 10th day of December 2019.

_____
Robert Ferguson
Loan Administration Manager
Assistant Vice President

1

DECLARATION OF ROBERT FERGUSON ISO OPPOSITION TO RENEWED MOTION FOR CLASS CERTIFICATION
CASE NO. 3:18-CV-07354 WHA