# EXHIBIT C

| | |
|---|---|
| **From:** | Laura Fellows <laura@paulllp.com> |
| **Sent:** | Sunday, December 22, 2019 1:36 PM |
| **To:** | Groves, Amanda; Brinson, Kobi Kennedy; Knight, Stacie C.; Obi, Shawn R. |
| **Cc:** | Michael Schrag; Rick Paul; Linda Lam; Joshua Bloomfield |
| **Subject:** | Hernandez, et al. v. Wells Fargo- Meet and Confer |
| | |
| **Follow Up Flag:** | FollowUp |
| **Flag Status:** | Flagged |

Counsel-

I am reaching out to set up a time to meet and confer about the issues raised in my December 18, 2019 letter and to discuss scheduling the depositions of Mike Nold, Mary Coffin, the records' custodian, and the 30(b)(1) cap sheet deponent in early or mid January. I propose we set the meet and confer call for Friday, December 27 at 2:00 p.m. CST. If that date and time does not work, please let me know your availability on Monday and Tuesday the following week.

Thank you.

Best Regards,

**Laura Fellows**

Attorney

**PAUL LLP**
**TRIAL ATTORNEYS**

601 Walnut Street, Suite 300
Kansas City, Missouri 64106
(816) 984-8100 (P)
Laura@PaulLLP.com

DISCLAIMER:  The information contained in this message, any attachments thereto, and any information contained in messages replying to this message are privileged and confidential.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email, and any attachments thereto, is strictly prohibited.  If you have received this email in error, please immediately notify me by telephone and permanently delete the original and any copy of this email and any printout thereof.  The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of email that (1) email communication is not a secure method of communication, (2) any email that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you, or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the email passed through.  I am communicating to you via email because you have consented to receive communications via this medium.  If you change your mind and want future communications sent in a different fashion, please let me know AT ONCE.