# EXHIBIT D

Michael L. Schrag (SBN 185832)
Joshua J. Bloomfield (SBN 212172)
Linda Lam (SBN 301461)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
mls@classlawgroup.com
jjb@classlawgroup.com
lpl@classlawgroup.com

Richard M. Paul III
Ashlea G. Schwarz
Laura C. Fellows
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Facsimile: (816) 984-8101
Rick@PaulLLP.com
Ashlea@PaulLLP.com
Laura@PaulLLP.com

*Counsel for Plaintiff and Proposed Classes*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICIA HERNANDEZ, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 3:18-cv-07354 -WHA<br><br>**PLAINTIFFS' NOTICE OF RULE 30(b)(1) DEPOSITION**<br><br>Date: January 2, 2020<br>Time: 9:00 a.m.<br>Place: Huney & Vaughn Court Reporters<br>         317 6th Avenue, Suite 200<br>         Des Moines, Iowa 50309 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(1), Plaintiffs will take the deposition of a Wells Fargo witness with knowledge of the information contained in and the creation of the cap sheets that have been produced in this matter starting at 9:00 a.m. CST on January 2, 2020 at Huney-Vaughn Court Reporters, 317 6th Avenue, Suite 200, Des Moines, Iowa 50309, and continuing day to day until completed.

The deposition will be taken by oral examination before a certified court stenographer or other officer authorized to administer oaths with instant visual display of the deposition testimony.

The deposition may also be recorded by means of videotape or related audio/visual recording.

| | |
|---|---|
| Dated: December 18, 2019 | Respectfully submitted, |
| Michael L. Schrag (SBN 185832)<br>Joshua J. Bloomfield (SBN 212172)<br>Linda Lam (SBN 301461)<br>**GIBBS LAW GROUP LLP**<br>505 14th Street, Suite 1110<br>Oakland, California 94612<br>Telephone: (510) 350-9700<br>Facsimile: (510) 350-9701<br>mls@classlawgroup.com<br>jjb@classlawgroup.com<br>lpl@classlawgroup.com | **PAUL LLP**<br>*/s/ Laura C. Fellows*<br>Richard M. Paul III<br>Ashlea G. Schwarz<br>Laura C. Fellows<br>601 Walnut Street, Suite 300<br>Kansas City, Missouri 64106<br>Telephone: (816) 984-8100<br>Facsimile: (816) 984-8101<br>Rick@PaulLLP.com<br>Ashlea@PaulLLP.com<br>Laura@PaulLLP.com |

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2019, I electronically transmitted the foregoing to counsel of record for Defendants.

*/s/ Laura C. Fellows*