UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HERNANDEZ, EMMA WHITE, KEITH LINDNER, TROY FRYE, COSZETTA TEAGUE, IESHA BROWN, RUSSELL and BRENDA SIMONEAUX, JOHN and YVONNE DEMARTINO, ROSE WILSON, TIFFANIE HOOD, GEORGE and CYNDI FLOYD, DEBORA GRANJA, and DIANA TREVINO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | No. C 18-07354 WHA<br><br>**NOTICE RE ORAL ARGUMENT** |

For Wednesday's hearing, plaintiffs' counsel shall be prepared to provide a detailed breakdown of the specific restitution that each of the 24 (or fewer) members of the putative California class seeks to recover.

Dated: January 13, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE