# EXHIBIT 1

| | |
|---|---|
| **From:** | Groves, Amanda |
| **To:** | Linda Lam |
| **Cc:** | Obi, Shawn R.; Scavo, Gretchen Vetter |
| **Subject:** | RE: Dec 10 |
| **Date:** | Monday, December 23, 2019 12:27:41 PM |
| **Attachments:** | image003.png |

Linda – can you send us the handbook document(s) for HPA you were referring to in ltr (highlighted below)?

==Moreover, Wells Fargo provided a handbook for the HPA tool, another tool that is at issue.==