Amanda L. Groves (SBN: 187216)
agroves@winston.com
Morgan E. Stewart (SBN: 321611)
mstewart@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Kobi K. Brinson (Admitted pro hac vice)
kbrinson@winston.com
Stacie C. Knight (Admitted pro hac vice)
sknight@winston.com
WINSTON & STRAWN LLP
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7700
Facsimile: (704) 350-7800

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALICIA HERNANDEZ, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | No. 3:18-cv-07354 WHA<br><br>**NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES FOLLOWING ORDER RE SAME IN CONNECTION WITH RE-BRIEFING PLAINTIFFS' SECOND MOTION FOR CLASS CERTIFICATION**<br><br>Date: April 2, 2020<br>Time: 8:00 a.m.<br>Courtroom: 12<br>Judge: Hon. William H. Alsup |

## NOTICE OF MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on April 2, 2020, or as soon thereafter as the matter may be heard, in Courtroom 12 of the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California, Defendant Wells Fargo Bank, N.A. ("Wells Fargo") will and hereby does move, pursuant to this Court's November 6, 2020 Order on Plaintiffs' second motion for class certification, for reimbursement of attorneys' fees incurred in connection with re-briefing Plaintiffs' second motion for class certification and two revised trial plans.

This Motion is based upon this Notice of Motion and Motion, the Declaration of Amanda L. Groves, the record in this action, and any other written or oral submission that may be presented at or before the hearing on this motion.

Dated: February 19, 2020                Respectfully submitted,

**WINSTON & STRAWN LLP**

By: /s/ *Amanda L. Groves*
Amanda L. Groves (SBN: 187216)
agroves@winston.com
Morgan E. Stewart (SBN: 321611)
mstewart@winston.com
101 California Street, 35th Floor
San Francisco, CA 94111-5802
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400

Kobi K. Brinson (Admitted *pro hac vice*)
kbrinson@winston.com
Stacie C. Knight (Admitted *pro hac vice*)
sknight@winston.com
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone:   (704) 350-7700
Facsimile:   (704) 350-7800

## MOTION

Plaintiffs filed their first motion for class certification on August 29, 2019. Oral argument was held on November 6, 2019, and this Court deemed Plaintiffs' briefing of their class certification motion to be "deficient" and ordered them to file a more "professional" motion for certification. *See* Exhibit A. The Court further ordered Plaintiffs to pay Wells Fargo the costs associated with having to re-brief its opposition to Plaintiffs' new motion for certification and two revised trial plans. *See id.* Per the terms of the Order, $10,000 was to be paid (and was paid) by Plaintiffs before they filed their new motion for class certification, with the remaining costs associated to be paid at a later date. *Id.*

Wells Fargo has paid in excess of $120,000 in connection with briefing Plaintiffs' second motion for class certification and two revised trial plans, and in excess of $50,000 in preparing for and attending the second class certification hearing. Of that amount, Wells Fargo seeks reimbursement of $110,000 it incurred in connection with the briefing itself, as set forth in more detail in the Declaration below.

Wells Fargo respectfully requests the Court enter an order directing Plaintiffs to pay, within two weeks of the Court's Order on this Motion, a total of $110,000 (*i.e.*, $120,000 with credit for the $10,000 already paid).

Dated: February 19, 2020                         Respectfully submitted,

**WINSTON & STRAWN LLP**

By: /s/ *Amanda L. Groves*
Amanda L. Groves (SBN: 187216)
agroves@winston.com
101 California Street, 35th Floor
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:     (415) 591-1400

Kobi K. Brinson (Admitted *pro hac vice*)
kbrinson@winston.com
Stacie C. Knight (Admitted *pro hac vice*)
sknight@winston.com
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone:     (704) 350-7700
Facsimile:     (704) 350-7800

2
NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES FOLLOWING ORDER
CASE NO. 3:18-CV-07354 WHA