1  Amanda L. Groves (SBN: 187216)
   agroves@winston.com
2  Morgan E. Stewart (SBN: 321611)
   mstewart@winston.com
3  WINSTON & STRAWN LLP
   101 California Street, 35th Floor
4  San Francisco, CA 94111-5802
   Telephone: (415) 591-1000
5  Facsimile: (415) 591-1400

6  Kobi K. Brinson (Admitted pro hac vice)
   kbrinson@winston.com
7  Stacie C. Knight (Admitted pro hac vice)
   sknight@winston.com
8  WINSTON & STRAWN LLP
   300 South Tryon Street, 16th Floor
9  Charlotte, NC 28202
   Telephone: (704) 350-7700
10 Facsimile: (704) 350-7800

11 Attorneys for Defendant
   WELLS FARGO BANK, N.A.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ALICIA HERNANDEZ, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | No. 3:18-cv-07354 WHA<br><br>**DECLARATION OF STACIE C. KNIGHT IN SUPPORT OF DEFENDANT WELLS FARGO BANK, N.A.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: April 2, 2020<br>Time: 8:00 a.m.<br>Courtroom: 12<br>Judge: Hon. William H. Alsup |

I, Stacie C. Knight, hereby declare, under penalty of perjury, as follows:

1. I am Of Counsel at Winston & Strawn LLP, counsel for Defendant Wells Fargo Bank, N.A. ("Wells Fargo") in this matter. I make this declaration based on my personal knowledge and in support of Wells Fargo's Motion for Partial Summary Judgment.

2. I am personally familiar with the facts set forth in this declaration. If called as a witness, I could and would competently testify to the matters stated herein.

3. Attached as **Exhibit 1** is a true and correct copy of Exhibit 399 to the August 2, 2019 Wells Fargo 30(b)(6) Deposition of Carmen Bell.

4. Attached as **Exhibit 2** are true and correct copies of excerpts of the August 2, 2019 Wells Fargo 30(b)(6) Deposition of Carmen Bell.

5. Attached as **Exhibit 3** are true and correct copies of excerpts of the January 17, 2020 Deposition of Dan Salah.

6. Attached as **Exhibit 4** is a true and correct copy of the December 10, 2019 Deposition of Sandra Campos.

7. Attached as **Exhibit 5** is a true and correct copy of Exhibit 502 to the December 10, 2019 Deposition of Sandra Campos.

8. Attached as **Exhibit 6** is a true and correct copy of Exhibit 503 to the December 10. 2019 Deposition of Sandra Campos.

9. Attached as **Exhibit 7** is a true and correct copy of Exhibit 507 to the December 10, 2019 Deposition of Sandra Campos.

10. Attached as **Exhibit 8** is a true and correct copy of Exhibit 509 to the December 10, 2019 Deposition of Sandra Campos.

11. Attached as **Exhibit 9** is a true and correct copy of Exhibit 510 to the December 10, 2019 Deposition of Sandra Campos.

12. Attached as **Exhibit 10** is a true and correct copy of Exhibit 513 to the December 10, 2019 Deposition of Sandra Campos.

13. Attached as **Exhibit 11** is a true and correct copy of Exhibit 514 to the December 10,

1  2019 Deposition of Sandra Campos.

2        14.    Attached as **Exhibit 12** is a true and correct copy of Exhibit 520 to the December 10,
3  2019 Deposition of Sandra Campos.

4        15.    Attached as **Exhibit 13** is a true and correct copy of Exhibit 523 to the December 10,
5  2019 Deposition of Sandra Campos.

6        16.    Attached as **Exhibit 14** is a true and correct copy of Exhibit 525 to the December 10,
7  2019 Deposition of Sandra Campos.

8        17.    Attached as **Exhibit 15** are true and correct copies of excerpts of the January 13, 2020
9  Deposition of Derrick Cannon.

10        18.    Attached as **Exhibit 16** is a true and correct copy of Exhibit 1273 to the January 13,
11  2020 Deposition of Derrick Cannon.

12        19.    Attached as **Exhibit 17** are true and correct copies of excerpts of the December 10,
13  2019 Deposition of Jerry Dela Cruz.

14        20.    Attached as **Exhibit 18** is a true and correct copy of Exhibit 604 to the December 10,
15  2019 Deposition of Jerry Dela Cruz.

16        21.    Attached as **Exhibit 19** are true and correct copies of excerpts from the December 20,
17  2019 Deposition of Ruben Abel Gallardo.

18        22.    Attached as **Exhibit 20** is a true and correct copy of Exhibit 1127 to the December 20,
19  2019 Deposition of Ruben Arel Gallardo.

20        23.    Attached as **Exhibit 21** are true and correct copies of excerpts from the January 3,
21  2020 Deposition of Kimberly Gladman.

22        24.    Attached as **Exhibit 22** is a true and correct copy of Exhibit 1234 to the January 3,
23  2020 Deposition of Kimberly Gladman.

24        25.    Attached as **Exhibit 23** are true and correct copies of excerpts from the December 12,
25  2019 Deposition of Charles Gomez.

26        26.    Attached as **Exhibit 24** is a true and correct copy of Exhibit 1004 to the December 12,
27  2019 Deposition of Charles Gomez.

28

27. Attached as **Exhibit 25** are true and correct copies of excerpts from the December 11, 2019 Deposition of Jameel Hayden.

28. Attached as **Exhibit 26** is a true and correct copy of Exhibit 703 to the December 11, 2019 Deposition of Jameel Hayden.

29. Attached as **Exhibit 27** are true and correct copies of excerpts from the January 9, 2020 Deposition of Jason Hewitt.

30. Attached as **Exhibit 28** is a true and correct copy of Exhibit 1253 to the January 9, 2020 Deposition of Jason Hewitt.

31. Attached as **Exhibit 29** are true and correct copies of excerpts from the January 24, 2020 Deposition of Elizabeth Messana.

32. Attached as **Exhibit 30** is a true and correct copy of Exhibit 1625 to the January 24, 2020 Deposition of Elizabeth Messana.

33. Attached as **Exhibit 31** are true and correct copies of excerpts from the January 13, 2020 Deposition of Martha Montenegro.

34. Attached as **Exhibit 32** is a true and correct copy of Exhibit 1304 to the January 13, 2020 Deposition of Martha Montenegro.

35. Attached as **Exhibit 33** are true and correct copies of excerpts from the December 16, 2019 Deposition of Donna Perreault.

36. Attached as **Exhibit 34** are true and correct copies of excerpts from the January 17, 2020 Deposition of Joseph Plescia.

37. Attached as **Exhibit 35** is a true and correct copy of Exhibit 1527 to the January 17, 2020 Deposition of Joseph Plescia.

38. Attached as **Exhibit 36** are true and correct copies of excerpts from the January 22, 2020 Deposition of Anna Schulke.

39. Attached as **Exhibit 37** is a true and correct copy of Exhibit 1551 to the January 22, 2020 Deposition of Anna Schulke.

40. Attached as **Exhibit 38** are true and correct copies of excerpts from the December 17,

1  2019 Deposition of Scott Seymour.

2  41. Attached as **Exhibit 39** is a true and correct copy of Exhibit 1183 to the December 17,
3  2019 Deposition of Scott Seymour.

4  42. Attached as **Exhibit 40** are true and correct copies of excerpts from the January 28,
5  2020 Deposition of Hortensia Torres.

6  43. Attached as **Exhibit 41** is a true and correct copy of Exhibit 1643 to the January 28,
7  2020 Deposition of Hortensia Torres.

8  44. Attached as **Exhibit 42** is a true and correct copy of the July 10, 2019 Wells Fargo
9  30(b)(6) Deposition of Robert Ferguson.

10  45. Attached as **Exhibit 43** is a true and correct copy of Exhibit 344 to the July 10, 2019
11  Wells Fargo 30(b)(6) Deposition of Robert Ferguson.

12  46. Attached as **Exhibit 44** is a true and correct copy of Exhibit 345 to the July 10, 2019
13  Wells Fargo 30(b)(6) Deposition of Robert Ferguson.

14  47. Attached as **Exhibit 45** is a true and correct copy of Exhibit 346 to the July 10, 2019
15  Wells Fargo 30(b)(6) Deposition of Robert Ferguson.

16  48. Attached as **Exhibit 46** is a true and correct copy of Exhibit 351 to the July 10, 2019
17  Wells Fargo 30(b)(6) Deposition of Robert Ferguson.

18  49. Attached as **Exhibit 47** is a true and correct copy of Exhibit 352 to the July 10, 2019
19  Wells Fargo 30(b)(6) Deposition of Robert Ferguson.

20  50. Attached as **Exhibit 48** is a true and correct copy of Exhibit 358 to the July 10, 2019
21  Wells Fargo 30(b)(6) Deposition of Robert Ferguson.

22

23  I declare under penalty of perjury that the foregoing is true and correct.

24
25  Executed on this 20th day of February 2020.

26  　　　　　　　　　　　　　　 */s/ Stacie C. Knight*
    　　　　　　　　　　　　　　 Stacie C. Knight

27
28