# Exhibit 17

## Page 1

```
 1            UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
 4   ALICIA HERNANDEZ, et al.,          Case No.
     individually and on behalf of
 5   all others similarly situated,     3:18-cv-07354
 6           Plaintiffs,
 7        vs.
 8   WELLS FARGO & COMPANY and
     WELLS FARGO BANK, N.A.,
 9
             Defendants.
10   _____
11
12
13
14       VIDEOTAPED DEPOSITION OF JERRY DELA CRUZ
15              DECEMBER 10, 2019
16                 9:31 A.M.
17
18          101 California Street, 35th Floor
19              San Francisco, California
20
21
22    Reported by Mona M. Russo, CSR No. 8771, RDR, CRR
23
24
25
```

## Page 2

```
 1            UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
 4   ALICIA HERNANDEZ, et al.,          Case No.
     individually and on behalf of
 5   all others similarly situated,     3:18-cv-07354
 6           Plaintiffs,
 7        vs.
 8   WELLS FARGO & COMPANY and
     WELLS FARGO BANK, N.A.,
 9
             Defendants.
10   _____
11
12
13
14
15
16
17
18           VIDEOTAPED DEPOSITION OF JERRY DELA CRUZ,
19   taken on behalf of Defendants, at 101 California
20   Street, 35th Floor, San Francisco, California,
21   beginning at 9:31 a.m. and ending at 12:32 p.m., on
22   Tuesday, December 10, 2019, before MONA M. RUSSO,
23   Certified Shorthand Reporter No. 8771.
24
25
```

## Page 3

```
 1                APPEARANCES OF COUNSEL
 2
 3   For Plaintiffs and the Proposed Classes:
 4       GIBBS LAW GROUP LLP
         BY:  JEFFREY B. KOSBIE, ESQ.
 5            LINDA P. LAM, ESQ.
         505 14th Street, Suite 1110
 6       Oakland, California  94612
         510.350.9703
 7       jbk@classlawgroup.com
         lpl@classlawgroup.com
 8
 9   For Defendants:
10       WINSTON & STRAWN LLP
         BY:  JOELLE L. ROSS, ESQ.
11            ARIEL FLINT, ESQ.
         1700 K Street, NW
12       Washington, DC  20006
         202.282.5702
13       jross@winston.com
         aflint@winston.com
14
15
16   Also Present:
17       Kevin McMahon, Videographer
18
19
20
21
22
23
24
25
```

## Page 4

```
 1                INDEX TO EXAMINATION
 2
 3   WITNESS:  Jerry Dela Cruz
 4
 5   EXAMINATION                               PAGE
 6   By Ms. Ross                                 9
 7
 8                     * * *
 9
10                INDEX TO EXHIBITS
11
12   DEFENDANT'S    DESCRIPTION             MARKED
13   Exhibit 601    Deposition Subpoena       12
14   Exhibit 602    Uniform Residential Loan  29
                    Application
15                  (Bates WF_HERNANDEZ_00175713 - 5716)
16   Exhibit 603    W.J. Bradley Mortgage Note  32
                    (Bates WF_HERNANDEZ_00175076 - 5081)
17
     Exhibit 604    Final Report and Deed of Trust  33
18                  (Bates WF_HERNANDEZ_00175156 - 5177)
19   Exhibit 605    Letter dated April 22, 2011,   55
                    to W.J. Bradley Mortgage from
20                  Jerry Dela Cruz
                    (Bates WF_HERNANDEZ_00174580)
21
     Exhibit 606    Assignment of Deed of Trust    68
22                  (Bates WF_HERNANDEZ_00175569 - 5570)
23   Exhibit 607    Letter dated August 15, 2012,  70
                    to Jerry Dela Cruz from Wells
24                  Fargo Home Mortgage
                    (Bates WF_HERNANDEZ_00174468 - 4470)
25
```



---

**Page 5**

```
 1              INDEX TO EXHIBITS (Continued)
 2
 3   DEFENDANT'S    DESCRIPTION                      MARKED
 4   Exhibit 608    Letter dated September 14,          73
                    2012, to Jerry Dela Cruz from
 5                  Wells Fargo Home Mortgage
                    (Bates WF_HERNANDEZ_00174462 - 4464)
 6
     Exhibit 609    Letter dated November 1,            75
 7                  2012, to Jerry Dela Cruz from
                    Wells Fargo Home Mortgage
 8                  (Bates WF_HERNANDEZ_00174458 - 4459)
 9   Exhibit 610    Letter dated June 3, 2013,          78
                    to Jerry Dela Cruz from
10                  Wells Fargo Home Mortgage
                    (Bates WF_HERNANDEZ_00174457)
11
     Exhibit 611    Letter dated June 17, 2013,         80
12                  to Jerry Dela Cruz from
                    Wells Fargo Home Mortgage
13                  (Bates WF_HERNANDEZ_00178506 - 8507)
14   Exhibit 612    Letter dated July 9, 2013,          83
                    to Jerry Dela Cruz from
15                  Wells Fargo Home Mortgage
                    (Bates WF_HERNANDEZ_00174471 - 4474)
16
     Exhibit 613    Letter dated August 6, 2013,        86
17                  to Jerry Dela Cruz from
                    Wells Fargo Home Mortgage
18                  (Bates WF_HERNANDEZ_00174448 - 4450)
19   Exhibit 614    Letter dated September 12,          89
                    2013, to Jerry Dela Cruz from
20                  Wells Fargo Home Mortgage
                    (Bates WF_HERNANDEZ_00174500 - 4501)
21
     Exhibit 615    Letter dated September 13,          91
22                  2013, to Jerry Dela Cruz from
                    Wells Fargo Home Mortgage
23                  (Bates WF_HERNANDEZ_00174446 - 4447)
24
25
```

---

**Page 6**

```
 1              INDEX TO EXHIBITS (Continued)
 2
 3   DEFENDANT'S    DESCRIPTION                      MARKED
 4   Exhibit 616    Letter dated September 18,          94
                    2013, to Jerry Dela Cruz from
 5                  Wells Fargo Home Mortgage
                    (Bates WF_HERNANDEZ_00174494 - 4495)
 6
     Exhibit 617    Notice of Default and Election       96
 7                  to Sell Under Deed of Trust
                    (Bates WF_HERNANDEZ_00174650 - 4666)
 8
     Exhibit 618    Letter dated October 10,            97
 9                  2013, to Jerry Dela Cruz from
                    Wells Fargo Home Mortgage
10                  (Bates WF_HERNANDEZ_00174492 - 4493)
11   Exhibit 619    Letter dated October 21,           100
                    2013, to Jerry Dela Cruz from
12                  Wells Fargo Home Mortgage
                    (Bates WF_HERNANDEZ_00174425 - 4427)
13
     Exhibit 620    Trustee's Deed Upon Sale           106
14                  (Bates WF_HERNANDEZ_00178604 - 8608)
15   Exhibit 621    Letter dated September 24,          109
                    2018, to Jerry Dela Cruz from
16                  Wells Fargo Home Mortgage
                    (Bates WF_HERNANDEZ_00174480 - 4482)
17
     Exhibit 622    Photocopy of Check Number          111
18                  0003766031 dated September 24,
                    2018, in the amount of $15,000
19                  (Bates WF_HERNANDEZ_00178619)
20   Exhibit 623    Letter dated January 11,           113
                    2019, to Jerry Dela Cruz from
21                  Wells Fargo Home Mortgage
                    (Bates WF_HERNANDEZ_00174476 - 4479)
22
     Exhibit 624    Letter dated November 18,          115
23                  2019, to Jerry Dela Cruz from
                    Wells Fargo Home Mortgage
24                  (Bates WF_HERNANDEZ_00174475)
25
```

---

**Page 7**

```
 1              INDEX TO EXHIBITS (Continued)
 2
 3   DEFENDANT'S    DESCRIPTION                      MARKED
 4   Exhibit 625    Photocopy of Check Number          115
                    0004110065 dated November 18,
 5                  2019, in the amount of $15,000
                    (Bates WF_HERNANDEZ_00178620)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

**Page 8**

```
 1          SAN FRANCISCO, CALIFORNIA
 2       TUESDAY, DECEMBER 10, 2019; 9:31 A.M.
 3
 4       THE VIDEOGRAPHER:  Good morning.  We are
 5   now on the video record on December 10th, 2019.  The
 6   time is 9:31 a.m.  My name is Kevin McMahon.  The
 7   court reporter today is Mona Russo.  We're both here
 8   representing Esquire Deposition Solutions in San
 9   Francisco, California.
10       This is the beginning of Disk 1 for the
11   deposition of Jerry Dela Cruz in the matter of
12   Hernandez, et al., versus Wells Fargo Bank, N.A.
13   The case number is 18-cv-0735(WHA).  We are located
14   at Winston Strawn, 101 California Street, 35th
15   Floor, San Francisco, California, 94111.
16       Counsel, would you please identify
17   yourselves for the record.
18       MS. ROSS:  Sure.  Joelle Ross from
19   Winston & Strawn on behalf of the defendants.
20       MR. FLINT:  Ariel Flint from Winston &
21   Strawn on behalf of the defendants.
22       MS. LAM:  Linda Lam of Gibbs Law Group for
23   plaintiffs.
24       MR. KOSBIE:  Jeffrey Kosbie of Gibbs Law
25   Group for plaintiffs.
```

---



Page 9

1      THE VIDEOGRAPHER:  The court reporter may
2  swear in the witness.
3
4          JERRY DELA CRUZ,
5  having been first duly sworn, was examined and
6      testified as follows:
7
8      THE VIDEOGRAPHER:  Please proceed.
9          EXAMINATION
10 BY MS. ROSS:
11     Q    Mr. Dela Cruz, can you please state your
12 name for the record?
13     A    My name is Jerry Dela Cruz.
14     Q    And I know we met a moment ago.  I'm
15 Joelle Ross.  I'm one of the attorneys for the
16 defendant, Wells Fargo, and I'm going to be asking
17 you a series of questions related to this lawsuit
18 today.
19        Are you prepared to testify today?
20     A    Yes.
21     Q    Is there any reason why you cannot testify
22 fully and truthfully today?
23     A    No, I don't think so.
24     Q    Do you understand that you are under oath
25 today?

Page 10

1      A    Yes.
2      Q    Have you ever been a witness in a
3  deposition before?
4      A    Not at all.
5      Q    How about have you ever given sworn
6  testimony in a trial?
7      A    No.
8      Q    To make sure that we have a clean record,
9  I'm just going to ask that you answer my questions
10 verbally, which you have been doing, so just make
11 sure to not shake your head yes or no.
12     A    Okay.
13     Q    Please don't use unclear answers, like
14 "uh-huh" or "mh-hm," and I'm going to do the same
15 myself.
16        Does that sound good?
17     A    I'm going to try not to move my head.
18 Yes.
19     Q    And if you don't understand a question for
20 any reason, just ask me to rephrase the question.
21        Is that okay?
22     A    Yes.
23     Q    Okay.  We're going to try to take a break
24 every hour or so, and if you need to take a break at
25 any time, just let us know, and we can pause, but I

Page 11

1  will ask that if a question is pending, that you
2  answer the question before we take our break.
3        Is that okay?
4      A    Okay.
5      Q    Okay.  Are you being represented by
6  counsel today?
7      A    Yes.
8      Q    And who is your counsel?
9      A    These guys right here, I think.
10     Q    Do you know their names?
11     A    Jeff and Linda.
12     Q    Okay.  And they're from Gibbs Law Group?
13     A    Yes.
14     Q    Okay.  When did you retain them as your
15 counsel?
16     A    Today, I believe.  I met them today.
17     Q    What time?
18     A    About 8:30.
19     Q    And where did you meet them?
20     A    In the lobby downstairs.
21     Q    Downstairs of this building?
22     A    Yes.
23     Q    Okay.  And did you meet with them?
24     A    Yes, prior to this deposition.
25     Q    So it's about 9:30 now.  So you've met

Page 12

1  with them for about an hour?
2      A    I believe so, yes.
3      Q    Okay.  Did you review any documents with
4  counsel?
5      A    No.
6      Q    Did you -- so you didn't review any
7  documents to refresh your recollection of what
8  happened?
9      A    No.
10     Q    Okay.  So I'm going to show you what we're
11 going to mark as Exhibit --
12        THE REPORTER:  601.
13        MS. ROSS:  Thank you.  601.
14        (Defendant's Exhibit 601 was marked for
15        identification.)
16 BY MS. ROSS:
17     Q    It's a copy of the federal court subpoena
18 that you received.
19     A    Oh, yes.
20     Q    Do you recognize this document?
21     A    Yes, I do.  I'm sorry.
22     Q    Okay.  And you were served with this
23 document on November 30th; is that right?  On or
24 about November 30th?
25     A    Yeah, I think so.



Page 33

1  it says, "I promise to pay $41,400"?
2     Do you see that?
3     A   Yes.
4     Q   Okay.  So this refreshes your recollection
5  that your loan was in the amount of $41,400?
6     A   Yes.
7     MR. KOSBIE:  Objection as to form.
8  BY MS. ROSS:
9     Q   Was your loan in the amount of $41,400?
10    A   Yes.
11    Q   Okay.  In the middle of the first page,
12 underneath paragraph 3, "Payments," subsection (B),
13 "Amount of Monthly Payments:  My monthly payment
14 will be in the amount of $235.06."
15    Do you see that?
16    A   Yes.
17    Q   Were your monthly payments under the loan
18 $235.06?
19    A   Yes.
20    MS. ROSS:  604.
21    (Defendant's Exhibit 604 was marked for
22    identification.)
23 BY MS. ROSS:
24    Q   I'm now showing you what we've marked as
25 Exhibit 604, which is Bates labeled

Page 34

1  WFHERNANDEZ00175156 to 175177, which is the deed of
2  trust for the Fisher Court property.
3     Do you recognize this document as the deed
4  of trust for the property at issue?
5     A   No, I don't.
6     Q   Turning to the second page of the
7  document, do you see that the document, underneath
8  the words "Deed of Trust," it is dated May 4th,
9  2011?
10    A   Mh-hm.
11    Q   And it lists you, Jerry Dela Cruz, as the
12 borrower?
13    A   Yes.
14    Q   And if you turn to the page ending in
15 Bates Number 175169, which is in the middle of the
16 document, do you see your signature there?
17    A   Yes.
18    Q   So you signed this document?
19    A   Yes.
20    Q   Did you read through this document before
21 you signed it?
22    A   I'm sure I did at that time, but I don't
23 remember now.
24    Q   Turning now to the page ending in 175159,
25 which I think is about the fourth page of the

Page 35

1  document, if you look at the section "Uniform
2  Covenants," and then look at Number 1, "Payment of
3  Principal, Interest, Escrow Items, Prepayment
4  Charges, and Late Charges," will you please take a
5  moment to read through this paragraph?
6     A   Out loud?
7     Q   Oh, no, to yourself.
8     A   Oh, I'm sorry.  Okay.
9     Q   Yeah, just to read what it says.
10    (Document review.)
11    THE WITNESS:  Okay.
12 BY MS. ROSS:
13    Q   In your own words, what does this
14 paragraph mean to you?
15    A   It means I have to pay them because I
16 signed a form.
17    Q   And now turning to the page ending in
18 175168, which is in the middle of the document,
19 underneath "Nonuniform Covenants," paragraph 22,
20 "Acceleration:  Remedies," will you take a moment
21 and read through this paragraph?
22    A   Okay.
23    (Document review.)
24    THE WITNESS:  Okay.
25

Page 36

1  BY MS. ROSS:
2     Q   In your own words, what does this
3  paragraph of the agreement mean to you?
4     A   That I have to pay them back, agreement of
5  security instruments.
6     Q   Is it fair to say that this paragraph says
7  Wells Fargo can require immediate payment of the
8  mortgage if you fail to pay monthly payments before
9  the due date?
10    MR. KOSBIE:  I object as to form.
11    THE WITNESS:  Yes.
12 BY MS. ROSS:
13    Q   And looking at the first paragraph under
14 paragraph 22, like the first section at the top, the
15 second to last sentence of that paragraph says, "If
16 the default is not cured on or before the date
17 specified in the notice, lender at its option may
18 require immediate payment in full of all sums
19 secured by this security instrument without further
20 demand and may invoke the power of sale and any
21 other remedies permitted by applicable law."
22    Do you see that?
23    A   Yes.
24    Q   Did you read this paragraph when you --
25 before you signed the document?



Page 37

1    A   No, I didn't.

2    Q   So you never read this paragraph before?

3    A   No.

4    Q   When you signed this security instrument

5 here today, that's here in front of you -- let me

6 start over.

7       When you signed this deed of trust, did

8 you understand that you were required to make

9 monthly payments on time?

10   A   Yes.

11   Q   And did you understand that if you did not

12 make monthly payments on time, Wells Fargo had the

13 right to require immediate payment of the mortgage

14 in full?

15     MR. KOSBIE: I object as to form.

16     THE WITNESS: No, I didn't know that.

17 BY MS. ROSS:

18   Q   But it is stated in this paragraph that we

19 just looked at; is that right?

20   A   Yes.

21     MR. KOSBIE: I object as to form.

22 BY MS. ROSS:

23   Q   So you just did not read the paragraph?

24   A   This one right here?

25   Q   Before you signed?

Page 38

1    A   No, I didn't.

2    Q   Did you read the document before you

3 signed?

4    A   Not all of it.

5    Q   Turning to -- in this document, turning to

6 the second to last page, which is Bates numbered

7 175176, do you see this page is called "Second Home

8 Rider"?

9    A   Mh-hm.

10   Q   And it is dated May 4th, 2011; is that

11 right?

12   A   Yes.

13   Q   And it has the property address

14 2942 Fisher Court in Stockton, California?

15   A   Yes.

16   Q   And if you turn the page to the last page

17 of the document, is that your signature?

18   A   Yes.

19   Q   So you signed this document?

20   A   Yes.

21   Q   Did you review the document before you

22 signed?

23   A   No.

24   Q   Did you work with an attorney to obtain

25 this mortgage?

Page 39

1    A   No.

2    Q   Did you work with -- or was anyone with

3 you when you signed all these documents?

4    A   My uncle.

5    Q   And who's your uncle?

6    A   Oscar; Oscar, Sr., Galay, Sr.

7    Q   Oscar Galay, Sr.?

8    A   Yeah.

9    Q   Did Oscar review these documents?

10   A   I don't know if he did.

11   Q   Did he see the documents?

12   A   I'm sure he did, yes.

13   Q   Did you guys discuss the contents of the

14 mortgage?

15   A   Yes.

16   Q   Is the property at 2942 Fisher Court the

17 first home that you've owned?

18   A   Yes.

19   Q   Was the property at 2942 Fisher Court your

20 primary residence?

21   A   No.

22   Q   What was your primary residence?

23   A   At that time, I was living in Pacifica.

24   Q   In 2011?

25   A   Yes.

Page 40

1    Q   What was your address in Pacifica?

2    A   I thought I saw it on one of these that I

3 filled out the form. Right here, 336 Glencourt Way,

4 Pacifica, California.

5    Q   Can you let me know what exhibit you're

6 looking at?

7    A   Oh, yeah, sorry.

8    Q   What's the number at the bottom? Sorry.

9    A   602.

10   Q   Okay. And what is the page number at the

11 bottom right, I mean, the Bates number?

12   A   713, 00175713.

13   Q   Got it. Thank you. Okay. I see what

14 you're looking at.

15      335 Glencourt Way, Pacifica, California?

16   A   Yeah.

17   Q   And that was your address in 2011?

18   A   Yes.

19   Q   Where is Pacifica, California?

20   A   It is next to Daly City. It's the city

21 over. They're very close. It's pretty much the

22 same city over.

23   Q   Yeah. So 45 minutes from here?

24   A   Same thing, yeah, with traffic.

25   Q   With traffic?

