UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HERNANDEZ, EMMA WHITE, KEITH LINDNER, TROY FRYE, COSZETTA TEAGUE, IESHA BROWN, RUSSELL and BRENDA SIMONEAUX, JOHN and YVONNE DEMARTINO, ROSE WILSON, TIFFANIE HOOD, GEORGE and CYNDI FLOYD, DEBORA GRANJA, and DIANA TREVINO, individually and on behalf of all others similar situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | No.  C 18-07354 WHA<br><br>**ORDER RE MOTION TO SHORTEN TIME** |

Defendant has filed an unopposed motion to shorten time in which to resolve its motion to stay.  The motion is **GRANTED**.  The motion to stay will be heard on **MARCH 19 AT 2 P.M.**

**IT IS SO ORDERED.**

Dated:  March 3, 2020.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE