Michael L. Schrag (SBN 185832)
Joshua J. Bloomfield (SBN 212172)
Linda P. Lam (SBN 301461)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
mls@classlawgroup.com
jjb@classlawgroup.com
lpl@classlawgroup.com

Richard M. Paul III
Ashlea G. Schwarz
Laura C. Fellows
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Facsimile: (816) 984-8101
Rick@PaulLLP.com
Ashlea@PaulLLP.com
Laura@PaulLLP.com

*Counsel for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICIA HERNANDEZ et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 3:18-cv-07354-WHA<br><br>**DECLARATION OF MICHAEL SCHRAG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO WELLS FARGO'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:   April 2, 2020<br>Time:  8 a.m.<br>Dept:  Courtroom 12<br>Judge: Hon. William H. Alsup |

I, Michael Schrag, declare as follows:

1. I am a partner at Gibbs Law Group LLP in Oakland, California. I am co-counsel of record for Plaintiffs and the Class in the above-named action.

2. I submit this declaration in support of Plaintiffs' opposition to Wells Fargo's motion for partial summary judgment. I have personal knowledge of the matters stated herein and could and would competently testify thereto if called upon to do so.

3. Attached as Exhibit 1 is a true and correct copy (except to the extent any highlighting was done by Plaintiffs' counsel) of relevant excerpts from the deposition of Debora Granja.

4. Attached as Exhibit 2 is a true and correct copy of Debora Granja's customer account activity statement on her Wells Fargo mortgage, which shows her mortgage payment history from February 2006 to April 2014.

5. Attached as Exhibit 3 is a true and correct copy of the apology letter that Wells Fargo sent to Debora Granja in 2018, stating that the bank should have approved her for a trial modification and offering a payment to "help make up for [her] financial loss."

6. Attached as Exhibit 4 is a true and correct copy of Dan Salah's expert report in this case.

7. Attached as Exhibit 5 is a true and correct copy of the apology letter that Wells Fargo sent to Sandra Campos in 2018, stating that the bank should have approved her for a trial modification and offering a payment to "help make up for [her] financial loss."

8. Attached as Exhibit 6 is a true and correct copy (except to the extent any highlighting was done by Plaintiffs' counsel) of relevant excerpts from the deposition of Sandra Campos.

9. Attached as Exhibit 7 is a true and correct copy (except to the extent any highlighting was done by Plaintiffs' counsel) of relevant excerpts from the Rule 30(b)(6) deposition of Robert Ferguson.

10. Attached as Exhibit 8 is a true and correct copy of an October 9, 2012 letter that Wells Fargo sent to Plaintiff Troy Frye.

11. Attached as Exhibit 9 is a true and correct copy of a May 14, 2014 letter that Wells Fargo sent to Plaintiff Troy Frye.

12. Attached as Exhibit 10 is a true and correct copy (except to the extent any highlighting was done by Plaintiffs' counsel) of relevant excerpts from the deposition of Peter Ross.

1    13. Attached as Exhibit 11 is a true and correct copy (except to the extent any highlighting was
2 done by Plaintiffs' counsel) of a 2013 performance review of a Wells Fargo employee who looked into
3 the software error at issue here.
4    14. Attached as Exhibit 12 is a true and correct copy (except to the extent any highlighting was
5 done by Plaintiffs' counsel) of a 2014 e-mail among Wells Fargo employees showing that the bank had
6 "50 loans indentified [sic] with negative impact."
7    15. Attached as Exhibit 13 is a true and correct copy (except to the extent any highlighting was
8 done by Plaintiffs' counsel) of relevant excerpts from the deposition of Carmen Bell.
9    16. Attached as Exhibit 14 is a true and correct copy (except to the extent any highlighting was
10 done by Plaintiffs' counsel) of a 2015 e-mail among Wells Fargo employees discussing the software
11 error at issue in this case.
12    17. Attached as Exhibit 15 is a true and correct copy (except to the extent any highlighting was
13 done by Plaintiffs' counsel) of a 2015 e-mail chain among Wells Fargo employees discussing the
14 software error at issue in this case.
15    I declare under penalty of perjury that the foregoing is true and correct.
16    Dated this 5th day of March 2020 in Oakland, California.

*/s/ Michael Schrag*
Michael Schrag