# EXHIBIT 10

```
 1                UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5    ---------------------------------
      ALICIA HERNANDEZ et al.,          )
 6    individually and on behalf of     )
      all others similarly situated,    )
 7                                      )
                      Plaintiffs,       ) Case No.
 8                                      )
          vs.                           ) 3:18-cv-07354-WHA
 9                                      )
      WELLS FARGO BANK, N.A.,           )
10                                      )
                      Defendant.        )
11    ---------------------------------
12
13
14
15              DEPOSITION OF PETER M. ROSS
16                 LOS ANGELES, CALIFORNIA
17                THURSDAY, FEBRUARY 6, 2020
18
19
20
21
22    Job No. 3846633
23    Reported by:
      RICKI Q. MELTON, RPR
24    CSR No. 9400
25    PAGES 1 - 136
```

Page 1

```
 1   APPEARANCES OF COUNSEL:
 2
 3         FOR THE PLAINTIFFS:
 4
 5             PAUL LLP
 6             BY:   RICK PAUL, ESQ.
 7                   CRISTINA CALVER, ESQ.
 8             601 Walnut Street
 9             Suite 300
10             St. Louis, Missouri 64106
11             (816) 984-8103
12             ricl@paulllp.com
13
14         FOR THE DEFENDANTS:
15
16             WINSTON & STRAWN LLP
17             BY:   KOBI KENNEDY BRINSON, ESQ.
18             300 South Tryon Street
19             16th Floor
20             Charlotte, North Carolina 28202
21             (704) 350-7747
22             kbrinson@winston.com
23
24         ALSO PRESENT:
25             RICHARD FOSTER, Video Operator
```

Page 3

| | | |
|---|---|---|
| 1 | Q    Or multiple payments. | 09:43:30 |
| 2 | And as a result of that, they're going to | 09:43:32 |
| 3 | get a notice of delinquency; correct? | 09:43:35 |
| 4 | A    Yes.  In the -- in the -- that notice in | 09:43:39 |
| 5 | the industry is more often called notice of -- | 09:43:44 |
| 6 | notice of default, but yes. | 09:43:49 |
| 7 | Q    Aren't there actually two notices that | 09:43:51 |
| 8 | would go to the borrower?  The first one saying, | 09:43:53 |
| 9 | "Hey, we noticed you're behind.  Contact us.  We'd | 09:43:55 |
| 10 | like to help you get on track," before an actual | 09:43:57 |
| 11 | notice of default is filed? | 09:44:00 |
| 12 | A    Yes.  I would amplify there's usually | 09:44:01 |
| 13 | multiple such notices and perhaps verbal attempts | 09:44:06 |
| 14 | to contact the borrower. | 09:44:08 |
| 15 | Q    Sure. | 09:44:10 |
| 16 | And so -- so I -- I call that a notice of | 09:44:10 |
| 17 | delinquency.  I don't know if that's the industry | 09:44:12 |
| 18 | term you're familiar with, but what -- what would | 09:44:14 |
| 19 | you refer the letter to borrowers -- the initial | 09:44:16 |
| 20 | letter or letters to borrowers notifying them that | 09:44:19 |
| 21 | they're behind before notice of default is filed? | 09:44:23 |
| 22 | A    Okay.  I would call them delinquency | 09:44:26 |
| 23 | notices. | 09:44:28 |
| 24 | Q    Okay.  And -- and so we have a delinquency | 09:44:28 |
| 25 | notice -- one or more delinquency notices, and we | 09:44:33 |

Page 15

| | | |
|---|---|---|
| 1 | have notice of default that -- that you mentioned. | 09:44:37 |
| 2 | Are there other steps in the process that | 09:44:40 |
| 3 | need to be taken before a borrower's home is | 09:44:43 |
| 4 | foreclosed upon? | 09:44:51 |
| 5 | A   There's the entire foreclosure process. | 09:44:52 |
| 6 | Is that what you're referring to? | 09:44:55 |
| 7 | Q   Yeah. | 09:44:56 |
| 8 | I'd like to -- to break it down so the | 09:44:57 |
| 9 | jury has an understanding of what that process | 09:44:59 |
| 10 | looks like. | 09:45:00 |
| 11 | A   Okay.  There are two types of foreclosure | 09:45:01 |
| 12 | actions.  One is called judicial because the court | 09:45:04 |
| 13 | is directly involved, and the other is called | 09:45:07 |
| 14 | nonjudicial because their actions are taken -- I | 09:45:11 |
| 15 | would use the term outside of the court but are | 09:45:18 |
| 16 | reviewed by the court. | 09:45:21 |
| 17 | Q   Are you familiar, at least in general | 09:45:24 |
| 18 | terms -- I'm not going to ask you to recite the | 09:45:39 |
| 19 | terms specifically, but in general terms, with the | 09:45:41 |
| 20 | standardized form contract that the FHA uses? | 09:45:44 |
| 21 | A   I've certainly read it a number of times. | 09:45:48 |
| 22 | Q   Okay.  And similarly, there's a | 09:45:51 |
| 23 | standardized form contract that -- that Fannie Mae, | 09:45:52 |
| 24 | Freddie Mac uses as well; correct? | 09:45:55 |
| 25 | A   Yes, that is -- | 09:45:57 |

Page 16

```
1    STATE OF CALIFORNIA      )
2    COUNTY OF LOS ANGELES    ) ss.
3
4           I, RICKI Q. MELTON, C.S.R. No. 9400, in and for
5    the State of California, do hereby certify:
6           That prior to being examined, the witness named in
7    the foregoing deposition was by me duly sworn to testify
8    to the truth, the whole truth, and nothing but the truth;
9           That said deposition was taken down by me in
10   shorthand at the time and place therein named and
11   thereafter reduced to typewriting under my direction, and
12   the same is a true, correct, and complete transcript of
13   said proceedings;
14          That if the foregoing pertains to the original
15   transcript of a deposition in a Federal Case, before
16   completion of the proceedings, review of the transcript
17   { } was {X} was not required.
18          I further certify that I am not interested in the
19   event of this action.
20          Witness my hand this 19th day of
21   February, 2020.
22
23          _____
24                  Certified Shorthand Reporter
25                  for the State of California
```

Page 136