# EXHIBIT 12

| | |
|---|---|
| Message | |
| **From**: | Coffin, Christie M. [/O=WELLS FARGO & CO./OU=WFB1/CN=RECIPIENTS/CN=CCOFFIN] |
| **Sent**: | 1/9/2014 2:52:52 PM |
| **To**: | Oliver, Michael T. [michael.t.oliver@wellsfargo.com] |
| **CC**: | Prondecki, Coby [coby.prondecki@wellsfargo.com]; Lowery, Rochelle [rochelle.lowery@wellsfargo.com]; Taltoan, Rhianna [rhianna.taltoan@wellsfargo.com]; Deisn, Amber [amber.deisn@wellsfargo.com]; Van Ness, Joel [joel.vanness@wellsfargo.com]; Quick, Kylene A. [kylenewentland@wellsfargo.com] |
| **Subject**: | SFO/WO/B&P/Lot Loans/Co-HP Weekly update |

**1. Business Unit/Group Activity Update**
n/a

**2.    Risk Concerns**
**CR16548 Corporate Advance + State Attorney Fee Matrix Research**   - A CIT has been presented and they will begin mediation on 50 loans indentified with negative impact. Primary risk concern is they know that there is an ongoing impact and tool needs to be updated.    The HPS should be validating attorney fees to lower risk in the interim.

**CR10967 CRT Process Enhancements (Metric 2)**    – Still no word on the status of this change.    Ashley Helland is currently researching this for me.

**3.    Accomplishments**
**CR15920 Bank & Private IAG Compliance** – Received approval to implement procedural updates ensure verbiage supporting B&P portfolios no longer reference the BPO product.    All impacted procedures were changed to leverage the "product cascade" when ordering for the B&P investors.

Christie M. Coffin

Operational Risk Consultant
Wells Fargo Home Mortgage Default Servicing - Default Decisioning

Wells Fargo Home Mortgage | 7745 Office Plaza Dr N| West Des Moines, Iowa 50266
MAC X2409-01G
PH:   515-273-2761

christie.coffin@wellsfargo.com

This transmission may contain information that is confidential and/or proprietary.  If you are not the individual or entity to which it is addressed, note that any review, disclosure, copying, retransmission, or other use is strictly prohibited.  If you received this transmission in error, please notify the sender immediately and delete the material from your system.  This transmission is for informational purposes only and is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction.   Any information regarding specific investments or other products is not warranted for completeness or accuracy and is subject to change without notice.

Advance Notice:
      Business Travel:   N/A
      PTO:   12/25/13 - 1/3/14