# EXHIBIT 13

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                SAN FRANCISCO DIVISION

 4                      ---oOo---

 5

 6    ALICIA HERNANDEZ, et al.,

      individually and on

 7    behalf of all others

      similarly situated,

 8

                     Plaintiffs,

 9

      vs.                        No. 3:18-cv-07354-WHA

10

      WELLS FARGO & COMPANY, and

11    WELLS FARGO BANK, N.A.,

12             Defendants.

      _____/

13

14

15

16        30(b)(6) VIDEOTAPED DEPOSITION OF CARMEN BELL

17                SAN FRANCISCO, CALIFORNIA

18                 FRIDAY, AUGUST 2, 2019

19

20

21    Stenographically reported by:

22    ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

23    California CSR No. 9830

24    Job No. 3476159

25    Pages 1- 266
```

Page 1

```
 1   second error occurred prior to 2015?              10:18

 2           MS. KNIGHT:  Object to form.               10:18

 3           THE WITNESS:  Yes.  And that's where it's  10:18

 4   referenced April 2010 in the -- one, two, three -- 10:19

 5   fourth bullet down, in which it states that we're  10:19

 6   going to go back to 2010 of April.                 10:19

 7           MR. PAUL:  Q.  Did -- so let me go at it this  10:19

 8   way:  Was there anything about the change of setting  10:19

 9   the fee matrix to 0 in October of 2015 that caused or  10:19

10   contributed to the second error?                  10:19

11           MS. KNIGHT:  Object to the form.           10:19

12           THE WITNESS:  No.                          10:19

13           MR. PAUL:  Okay.                           10:19

14       Q   How would it come about where the -- the HPA  10:20

15   tool wouldn't be adding those two together, so that  10:20

16   the second error could occur without the first error  10:20

17   occurring?                                         10:20

18           MS. KNIGHT:  Object to form.               10:20

19           THE WITNESS:  Can you ask the question again,  10:20

20   please?                                            10:20

21           MR. PAUL:  Sure.                           10:20

22       Q   So what I'm trying to figure out is, before  10:20

23   that table is set to 0, if it -- if the HPA tool is  10:20

24   pulling the fee matrix number in and adding it into  10:20

25   whatever fees are there, how does the second error  10:20
```

Page 43

```
 1   occur, because that's not pulling in the fee matrix?     10:20

 2          MS. KNIGHT:  Object to form.                       10:20

 3          Go ahead.                                          10:20

 4          THE WITNESS:  The HPA tool has various             10:20

 5   investors and programs built into it.  Only in certain   10:20

 6   circumstances, GSEs, Fannie and Freddie, and owned,      10:20

 7   bank and private, HAMP treasury, had the calculation     10:21

 8   error present.                                            10:21

 9          In the other instances within the HPA tool,       10:21

10   that automation was not built in.  And hence, we had a   10:21

11   different practice in which we would get the pending      10:21

12   quote from the attorney.  And that wasn't checked per    10:21

13   having a control in place.                               10:21

14          MR. PAUL:  Okay.                                   10:21

15      Q   And so which -- which types of loans would        10:21

16   those be?                                                 10:21

17          Which government programs or non-GSE               10:21

18   programs?                                                 10:21

19      A   Can you clarify, when you say "which type,"       10:21

20   are you -- what you're referring to?                      10:21

21      Q   The investor or insurer.                           10:21

22      A   I'm sorry.  For the second error?                  10:21

23      Q   For the second error, yes.                         10:21

24      A   Thank you.                                         10:21

25          The second error would have been for GSE          10:21
```

Page 44

```
 1    repayment plans, as well as the SLOAD tool.  So now, a      10:22

 2    different tool in which HUD loans were underwritten         10:22

 3    in.                                                         10:22

 4        Q    Okay.  Was there any time period where the        10:22

 5    second error related to loans in which the HPA tool        10:22

 6    was used?                                                   10:22

 7             MS. KNIGHT:  Object to form.                       10:22

 8             THE WITNESS:  Can you ask the question again,      10:22

 9    please?                                                     10:22

10             MR. PAUL:  I can.                                  10:22

11        Q    So the -- let me ask it this way:                 10:22

12    Post-October 2015, could the second error occur for        10:22

13    loan modifications being reviewed using the HPA tool,      10:22

14    in addition to the SLOAD tool?                             10:23

15             MS. KNIGHT:  Object to form.                       10:23

16             THE WITNESS:  Yes, for phase, the second          10:23

17    issue we're referring to, but not for where we             10:23

18    corrected the matrix automated issue.                       10:23

19             MR. PAUL:  Q.  So let me -- let me just see       10:23

20    if I can boil this down here and keep this straight.       10:23

21             The -- the first error is always the HPA          10:23

22    tool, not the SLOAD tool?                                   10:23

23        A    That's accurate.                                   10:23

24        Q    And for the second error, it's always the        10:23

25    SLOAD tool throughout the entire 2010 to 2018 time         10:23
```

Veritext Legal Solutions
866 299-5127

1    period, and in some instances the HPA tool?                10:23

2         MS. KNIGHT:  Object to form.                           10:23

3         THE WITNESS:  Yes.                                     10:23

4         MR. PAUL:  Q.  And the HPA tool would be               10:23

5    post-October 2015?                                         10:23

6         MS. KNIGHT:  Object to form.                           10:23

7         THE WITNESS:  Yes, in those instances, where           10:24

8    the calculation error -- it wasn't the calculation         10:24

9    error.                                                     10:24

10        MR. PAUL:  Right.  Okay.                                10:24

11   Q    The overview third bullet point, May 1, 2018,          10:24

12   to the present, based on the review and validation          10:24

13   that has occurred to date, do you believe that the          10:24

14   problem -- that both the first and second errors have       10:24

15   been resolved or are no longer occurring                    10:24

16   post-April 31, 2018?                                        10:24

17   A    I do, yes.                                              10:24

18   Q    All right.                                             10:24

19        So the population, you mentioned earlier that          10:24

20   those numbers are not correct.  Let's just go through       10:24

21   each of those.                                              10:24

22        What is the current number of impacted                 10:24

23   accounts for Phase 1, as you know it to be today?           10:25

24   A    I don't know the -- the -- the breakout off            10:25

25   the top of my mind by each of the phases.  I know the       10:25

Page 46

```
 1    stating we estimated outstanding fees and costs, which    15:36
 2    caused the loan to be denied."                            15:36
 3           Do you know what that's a reference to?            15:36
 4       A   We have went back and tried to research that,     15:36
 5    and we have not been able to identify what that is.       15:36
 6           (Document marked Exhibit 408                       15:37
 7            for identification.)                              15:37
 8           MR. PAUL:  All right.                              15:37
 9       Q   Ma'am, I've handed you what we've marked as        15:37
10    Exhibit 408.                                              15:37
11           Is this an e-mail that you've reviewed             15:37
12    before?                                                   15:37
13       A   I don't recall seeing this one, but it --          15:37
14    I -- but I can speak to it.                               15:38
15       Q   Okay.  So the -- the date of the e-mail chain      15:38
16    here is November of 2015.  So that would be, for          15:38
17    context, after the fee matrix is set to 0; right?         15:38
18       A   That would be correct.                             15:38
19       Q   All right.                                         15:38
20           And then -- well, in fact, that's what it          15:38
21    says:                                                     15:38
22           "HPA attorney fee matrix was turned off            15:38
23    October 2, 2015."                                         15:38
24           Right?                                             15:38
25       A   Yes.                                               15:38
```

Page 193

```
1                 CERTIFICATE OF REPORTER
2           I, ANDREA M. IGNACIO, hereby certify that the
3      witness in the foregoing deposition was by me duly
4      sworn to tell the truth, the whole truth, and nothing
5      but the truth in the within-entitled cause;
6           That said deposition was taken in shorthand
7      by me, a disinterested person, at the time and place
8      therein stated, and that the testimony of the said
9      witness was thereafter reduced to typewriting, by
10     computer, under my direction and supervision;
11          That before completion of the deposition,
12     review of the transcript [ ] was [x] was not
13     requested.  If requested, any changes made by the
14     deponent (and provided to the reporter) during the
15     period allowed are appended hereto.
16          I further certify that I am not of counsel or
17     attorney for either or any of the parties to the said
18     deposition, nor in any way interested in the event of
19     this cause, and that I am not related to any of the
20     parties thereto.
21     Dated: August 6, 2019
22
23
24     _____
25     ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830

                                            Page 266
```