UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HERNANDEZ, EMMA WHITE, KEITH LINDNER, TROY FRYE, COSZETTA TEAGUE, IESHA BROWN, RUSSEL and BRENDA SIMONEAUX, JOHN and YVONNE DEMARTINO, ROSE WILSON, TIFFANIE HOOD, GEORGE and CYNDI FLOYD, DEBORA GRANJA, and DIANA TREVINO, individually and behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | No. C 18-07354 WHA<br><br>**ORDER APPROVING STIPULATED AMENDED PROTECTIVE ORDER SUBJECT TO STATED CONDITIONS** |

Defendant Wells Fargo Bank, N.A. requests, with plaintiffs' consent, to amend the parties' previously approved stipulated protective order which would allow the parties to use a designation of "Attorney's Eyes Only," in order to protect the personal information of unnamed class members (Dkt. No. 245).

The stipulated amended protective order submitted by the parties is hereby **APPROVED**, subject to the conditions this Court's prior order outlined regarding the designation of confidential information and sealing requests (*see* Dkt. No. 69).

**IT IS SO ORDERED.**

Dated: March 11, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE