UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HERNANDEZ, EMMA WHITE, KEITH LINDNER, TROY FRYE, COSZETTA TEAGUE, IESHA BROWN, RUSSEL and BRENDA SIMONEAUX, JOHN and YVONNE DEMARTINO, ROSE WILSON, TIFFANIE HOOD, GEORGE and CYNDI FLOYD, DEBORA GRANJA, and DIANA TREVINO, individually and behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | No. C 18-07354 WHA<br><br>**ORDER ON PROPOSALS FOR DISTRIBUTION OF CLASS NOTICE AND GRANTING STIPULATED EXTENSION OF DISCOVERY DEADLINES AND TO ENLARGE TIME FOR SUMMARY JUDGMENT HEARING** |

A prior order (Dkt. No. 217) certified a class in this action and requested that the parties submit a joint proposal for class notification with a plan to distribute notice by first-class mail. That order also stated that the Court would be amenable to reopen discovery for a limited time. The parties submitted a stipulated proposal for class notice as well as a stipulated request for the Court to briefly re-open discovery (Dkt. No. 233). Lastly, the parties submitted a stipulated request to vacate the summary judgment hearing on April 2nd, to be heard sometime after class notice is distributed and the opt-out period has elapsed (Dkt. No. 249). This order rules as follows:

1. The cut-off for discovery regarding information relating to additional class members is hereby extended to **MARCH 31, 2020**, as stipulated to by the parties. The cut-off for expert discovery pertaining to class wide damages — updated expert reports and depositions relating thereto — is extended to **MAY 5, 2020**, as stipulated.

2. Heffler Claims Group will serve as the notice administrator, as stipulated. By **MARCH 15, 2020**, Wells Fargo Bank, N.A. shall provide class counsel and Heffler with the contact information of all class members, as the parties stipulated to. Notice shall then be distributed to the class by first-class mail by **MARCH 30, 2020**, as stipulated. Class members will have until **MAY 11, 2020** — 42 days — to opt-out of the class.

3. The class notice shall include all content which the parties jointly stipulated to. This order **DENIES** defendant's request for the inclusion of a statement regarding its mediation efforts with borrowers. The notice shall remain silent on the issue of class members' attendance at trial—that is, it shall neither state that their attendance "is not required" nor that their attendance "might" be required.

4. Pursuant to the parties' joint request for the partial summary judgment hearing on April 2, 2020, to be vacated until after the opt-out period has expired, this order hereby **VACATES** said hearing.

5. The current trial date of May 11, 2020, is also **VACATED**. The new trial date will be set at the hearing for summary judgment which will take place after the opt-out period has ended. Counsel should expect a trial date in the summer and plan accordingly.

**IT IS SO ORDERED.**

Dated: March 12, 2020.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE