UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HERNANDEZ, EMMA WHITE, KEITH LINDNER, TROY FRYE, COSZETTA TEAGUE, IESHA BROWN, RUSSEL and BRENDA SIMONEAUX, JOHN and YVONNE DEMARTINO, ROSE WILSON, TIFFANIE HOOD, GEORGE and CYNDI FLOYD, DEBORA GRANJA, and DIANA TREVINO, individually and behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | No. C 18-07354 WHA <br><br> **ORDER RE CIVIL LAW & MOTION HEARINGS DUE TO PUBLIC HEALTH CONCERN** |

In light of the public health concern caused by COVID-19 (coronavirus), Judge Alsup has vacated all in-court civil hearings through April 17. For the time being, any pending motions will be submitted on the papers. March 19 hearings are **VACATED**. Should the Court determine that oral argument will aid resolution of a pending matter, by **MARCH 17 AT 5:00 P.M.**, it will issue a notice resetting a telephonic hearing for the same date and time as that previously scheduled.

**IT IS SO ORDERED.**

Dated: March 16, 2020.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE