Michael L. Schrag (SBN 185832)
Joshua J. Bloomfield (SBN 212172)
Linda Lam (SBN 301461)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
mls@classlawgroup.com
jjb@classlawgroup.com
lpl@classlawgroup.com

Richard M. Paul III
Ashlea G. Schwarz
Laura C. Fellows
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Facsimile: (816) 984-8101
Rick@PaulLLP.com
Ashlea@PaulLLP.com
Laura@PaulLLP.com

*Counsel for Plaintiffs and the Class*

Amanda L. Groves (SBN 187216)
Morgan E. Stewart (SBN 321611)
**WINSTON & STRAWN LLP**
101 California Street, 34th Floor
San Francisco, CA  94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
agroves@winston.com
mstewart@winston.com

Kobi K. Brinson (Admitted *pro hac vice*)
Stacie C. Knight (Admitted *pro hac vice*)
**WINSTON & STRAWN LLP**
100 North Tryon Street
Charlotte, NC 28202-1078
Telephone: (704) 350-7700
Facsimile: (704) 350-7800
kbrinson@winston.com
sknight@winston.com

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICIA HERNANDEZ, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 3:18-cv-07354 -WHA<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF THE CLAIMS OF BRENDA AND RUSSELL SIMONEAUX** |

1     This matter comes before the Court on the parties' stipulation to dismiss Plaintiffs Brenda and Russell Simoneaux's claims without prejudice in the above-captioned action. Upon consideration of the parties' stipulation, the Court hereby GRANTS the requested relief.

    IT IS SO ORDERED that Plaintiffs Brenda and Russell Simoneaux's claims are dismissed without prejudice. The parties are to bear their own costs and attorneys' fees.

Dated: _March 26, 2020.

                                               William Alsup
                                               United States District Judge