| | |
|---|---|
| 1 | Michael L. Schrag (SBN 185832) |
| 2 | Joshua J. Bloomfield (SBN 212172) |
|   | Linda P. Lam (SBN 301461) |
| 3 | **GIBBS LAW GROUP LLP** |
|   | 505 14th Street, Suite 1110 |
| 4 | Oakland, California 94612 |
|   | Telephone: (510) 350-9700 |
| 5 | Facsimile: (510) 350-9701 |
|   | mls@classlawgroup.com |
| 6 | jjb@classlawgroup.com |
| 7 | lpl@classlawgroup.com |
| 8 | Richard M. Paul III |
|   | Ashlea G. Schwarz |
| 9 | Laura C. Fellows |
|   | **PAUL LLP** |
| 10 | 601 Walnut Street, Suite 300 |
| 11 | Kansas City, Missouri 64106 |
|   | Telephone: (816) 984-8100 |
| 12 | Facsimile: (816) 984-8101 |
|   | Rick@PaulLLP.com |
| 13 | Ashlea@PaulLLP.com |
|   | Laura@PaulLLP.com |
| 14 | |
| 15 | *Counsel for Plaintiffs and the Class* |

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICIA HERNANDEZ et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 3:18-cv-07354-WHA<br><br>**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND REQUEST TO CONTINUE DEADLINE TO MAIL LITIGATION CLASS NOTICE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

The parties jointly and respectfully notify the Court that they have reached a proposed settlement for the certified class and have a signed (fully executed) settlement agreement. Class counsel will file a motion for preliminary approval of the proposed settlement no later than next Tuesday, March 31, 2020. In light of the proposed settlement, the parties respectfully request that the March 30, 2020 deadline (Dkt. 256 at 2) for Heffler Claims Group to mail out notice of the litigation class be continued pending the approval process.

While the parties believe the proposed settlement is sufficient reason to continue the litigation class notice deadline to prevent class member confusion, we also note that due to government mandates stemming from Covid-19, the earliest date that Heffler could mail notice would be April 2, 2020. Heffler's employees are working remotely as much as possible and its mailroom employees are only on site Thursdays in order to reduce their risk of exposure. Therefore, Heffler would not be able to mail out notice until April 2, 2020. *See* Declaration of Mark Rapazzini at ¶ 3-4.

Dated: March 27, 2020                                                             Respectfully submitted,

                                                  /s/ Michael Schrag
**GIBBS LAW GROUP LLP**
Michael L. Schrag (SBN 185832)
Joshua J. Bloomfield (SBN 212172)
Linda P. Lam (SBN 301461)
505 14th Street, Ste. 1110
Oakland, California 94612
Telephone:  510-350-9700
Facsimile:  510-350-9701
mls@classlawgroup.com
jjb@classlawgroup.com
lpl@classlawgroup.com

Richard M. Paul III
Ashlea G. Schwarz
Laura C. Fellows
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: 816-984-8100
Facsimile:  816-984-8101
Rick@PaulLLP.com

-1-   NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND REQUEST TO CONTINUE DEADLINE TO MAIL LITIGATION CLASS NOTICE

Ashlea@PaulLLP.com
Laura@PaulLLP.com

*Counsel for Plaintiffs and the Class*

<u>/s/ Amanda Groves</u>
Amanda L. Groves (SBN 187216)
Morgan E. Stewart (SBN 321611)
**WINSTON & STRAWN LLP**
101 California Street, 34th Floor
San Francisco, CA  94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
agroves@winston.com
mstewart@winston.com

Kobi K. Brinson (Admitted *pro hac vice*)
Stacie C. Knight (Admitted *pro hac vice*)
**WINSTON & STRAWN LLP**
100 North Tryon Street
Charlotte, NC 28202
Telephone: (704) 350-7700
Facsimile: (704) 350-7800
kbrinson@winston.com
sknight@winston.com

*Counsel for Defendant*