Michael L. Schrag (SBN 185832)
Joshua J. Bloomfield (SBN 212172)
Linda P. Lam (SBN 301461)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
mls@classlawgroup.com
jjb@classlawgroup.com
lpl@classlawgroup.com

Richard M. Paul III
Ashlea G. Schwarz
Laura C. Fellows
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Facsimile: (816) 984-8101
Rick@PaulLLP.com
Ashlea@PaulLLP.com
Laura@PaulLLP.com

*Counsel for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HERNANDEZ et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 3:18-cv-07354-WHA<br><br>**DECLARATION OF MARK RAPAZZINI ON BEHALF OF THE HEFFLER CLAIMS GROUP, THE NOTICE ADMINISTRATOR**<br><br>Date:<br>Time:<br>Dept: Courtroom 12<br>Judge: Hon. William H. Alsup |

I, Mark Rapazzini, declare as follows:

1. I am an attorney, admitted to practice in California in 1983, and a Senior Director at the Heffler Claims Group, ("Heffler") in Philadelphia, Pennsylvania, a company that handles the notice and administration of class actions settlements, claims administration services, collective actions and government enforcement actions. I have worked in the settlement administration business for approximately 18 years. In addition, I was a practicing attorney in the class action and mass torts area from 1983-2008. Information about Heffler and services we provide can be found at the firm's website: www. hefflerclaims.com.

2. In mid-February Heffler was engaged by class counsel to mail the Class Certification Notice in this matter. Defense counsel provided Heffler with the class list in this matter on March 15, 2020. At that time class counsel informed me that the Class Certification Notice in this case needed to be mailed on March 30, 2020, Heffler foresaw no difficulty mailing the Class Certification Notice by Monday, March 30.

3. On March 19, 2020, the Governor of Pennsylvania ordered all Non-Life-Sustaining Businesses to close their physical locations in Pennsylvania as of 8pm, March 19, 2020 to slow the spread of Covid-19. The Governor's Order states that it will remain in effect until further notice. In compliance with the Governor's Order, Heffler closed its offices, and Heffler's employees have been working remotely since March 19, 2020. Heffler has been forced to adjust its operations accordingly. On March 25, 2020 Heffler received an email from the Governor's office stating Heffler can remain open as a Life-Sustaining business, and further directing Heffler to comply with social distancing and other mitigation measures. Specifically, working from home must be the primary work option available, and in-person work at a business site is only to be performed on the most limited basis possible in order to deliver our services. In compliance with the Governor's instructions, Heffler's employees will continue to work remotely, other than Heffler's mailroom employees who will be on site in Heffler's offices on Thursdays only. This mitigates our mailroom employees' possible exposure to Covid-19, by limiting the number of times our mailroom room employees will need to be at our

business site during this pandemic

4. Due to the Governor's Order and instructions, Heffler is unable to mail the Class Certification Notice on Monday, March 30, 2020. The next date Heffler will be able to mail the Class Certification Notice in this case is Thursday, April 2, 2020.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25rd day of March 2020, in Los Gatos, California.

Mark Rapazzini

---

The Declaration of Mark Rapazzini of the Heffler Claims Group, The Notice Administrator
-3-