UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HERNANDEZ, EMMA WHITE, KEITH LINDNER, TROY FRYE, COSZETTA TEAGUE, IESHA BROWN, JOHN and YVONNE DEMARTINO, ROSE WILSON, TIFFANIE HOOD, GEORGE and CYNDI FLOYD, DEBORA GRANJA, and DIANA TREVINO, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | No. C 18-07354<br><br>**ORDER CONTINUING DEADLINE FOR MAILING CLASS NOTICE** |

Pursuant to the parties' request to continue the deadline for mailing class notice until after the Court has considered their proposed settlement agreement, this order continues the deadline for class notice by 28 days. Accordingly, the deadline for mailing class notice is now extended to April 25, 2020.

**IT IS SO ORDERED.**

Dated: March 28, 2020.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE