# EXHIBIT B

*Hernandez, et al. v. Wells Fargo Bank, N.A.*
(Case No. 3:18-cv-07354-WHA)

**Exhibit B to Joint Declaration of Michael Schrag and Richard Paul**

| List of All Depositions | | | |
|---|---|---|---|
| **Role** | **Deponent** | **Location** | **Date** |
| Wells Fargo 30(b)(6) | Robert Ferguson | Portland | 7/10/2019 |
| Wells Fargo Employee | Diane Young | Minneapolis | 7/19/2019 |
| Wells Fargo 30(b)(6) | Carmen Bell | San Francisco | 8/2/2019 |
| Wells Fargo Employee | Beena Menon | Charlotte | 8/21/2019 |
| Wells Fargo Employee | Susan Crawford | Los Angeles | 11/14/2019 |
| Wells Fargo Employee | Daniel Pheil | Los Angeles | 11/14/2019 |
| Wells Fargo Employee | Kara Reimers | Des Moines | 11/20/2019 |
| | | | |
| Defendant Expert | Christopher James | Oakland | 1/23/2020 |
| Defendant Expert | Peter Ross | Los Angeles | 2/6/2020 |
| | | | |
| Plaintiffs Expert | John Kilpatrick | Seattle | 9/9/2019 |
| Plaintiffs Expert | Dan Salah | Oakland | 1/17/2020 |
| Plaintiffs Expert | Brian Kelly | Los Angeles | 2/4/2020 |
| | | | |
| Named Plaintiff | Debora Granja | San Francisco | 6/6/2019 |
| Named Plaintiff | Alicia Hernandez | San Francisco | 6/10/2019 |
| Named Plaintiff | Troy Frye | San Francisco | 6/11/2019 |
| Named Plaintiff | Brenda Simoneaux | San Francisco | 6/12/2019 |
| Named Plaintiff | Russell Simoneaux | San Francisco | 6/12/2019 |
| Named Plaintiff | Diane Trevino | San Francisco | 6/13/2019 |
| Named Plaintiff | Emma White | San Francisco | 6/17/2019 |
| Named Plaintiff | John DeMartino | San Francisco | 6/18/2019 |
| Named Plaintiff | Yvonne DeMartino | San Francisco | 6/18/2019 |
| Named Plaintiff | Rose Wilson | San Francisco | 6/20/2019 |
| Named Plaintiff | Keith Lindner | San Francisco | 6/21/2019 |
| Named Plaintiff | Tiffannie Hood | Cincinnati | 6/25/2019 |
| Named Plaintiff | Coszetta Teague | Chicago | 6/27/2019 |
| Named Plaintiff | George Floyd | Philadelphia | 7/2/2019 |
| Named Plaintiff | Cyndi Floyd | Philadelphia | 7/2/2019 |
| Named Plaintiff | Sandra Campos | Los Angeles | 12/10/2019 |
| | | | |
| CA Putative Class Member | Alfonso Campos | Los Angeles | 12/10/2019 |
| CA Putative Class Member | Craig Enis | San Francisco | 12/10/2019 |
| CA Putative Class Member | Jerry Dela Cruz | San Francisco | 12/10/2019 |
| CA Putative Class Member | Jameel Hayden | Los Angeles | 12/11/2019 |

| | | | |
|---|---|---|---|
| CA Putative Class Member | Cathaline Gonzalez | San Francisco | 12/11/2019 |
| CA Putative Class Member | Charles Gomez | San Francisco | 12/12/2019 |
| CA Putative Class Member | Donna Perreault | San Francisco | 12/16/2019 |
| CA Putative Class Member | Scott Seymour | Ridgecrest (by phone) | 12/17/2019 |
| CA Putative Class Member | Ruben Gallardo | Fresno (by phone) | 12/20/2019 |
| CA Putative Class Member | Kimberly Gladman | Orange County | 1/3/2020 |
| CA Putative Class Member | Jason Hewitt | Medford | 1/9/2020 |
| CA Putative Class Member | Martha Montenegro | Los Angeles | 1/13/2020 |
| CA Putative Class Member | Derrick Cannon | Riverside | 1/13/2020 |
| CA Putative Class Member | Jose Chavez | Los Angeles | 1/16/2020 |
| CA Putative Class Member | Joseph Plescia | Los Angeles | 1/17/2020 |
| CA Putative Class Member | Anna Schulke | Kansas City | 1/22/2020 |
| CA Putative Class Member | Elizabeth Messana | San Francisco | 1/24/2020 |
| CA Putative Class Member | Hortensia Torres | Los Angeles | 1/28/2020 |
| | | | |
| Plaintiff Therapist | Dino Paris | Portland (by phone) | 1/10/2020 |