# EXHIBIT C



*Hernandez v. Wells Fargo Bank, N.A.*
**Requests for Exclusion (Postmark Deadline: July 2, 2020)**

|  | **JND ID** | **Name** | **Postmark Date** |
|---|---|---|---|
| 1. | 476 | Dawn Van Brunt | 06/18/2020 |
| 2. | 495 | Stanford L. West | 06/23/2020 |
| 3. | 148 | Eduardo Garcia-Munoz | 06/30/2020 |
| 4. | 460 | Rochelle V. Thomas | 07/01/2020 |
| 5. | 506 | Timothy J. Yanahan | 07/02/2020 |