1  Michael L. Schrag (SBN 185832)
   Joshua J. Bloomfield (SBN 212172)
2  Linda Lam (SBN 301461)
   **GIBBS LAW GROUP LLP**
3  505 14th Street, Suite 1110
   Oakland, California 94612
4  Telephone: (510) 350-9700
   Facsimile: (510) 350-9701
5  mls@classlawgroup.com
   jjb@classlawgroup.com
6  lpl@classlawgroup.com

7
   Richard M. Paul III
8  Ashlea G. Schwarz
   Laura C. Fellows
9  **PAUL LLP**
   601 Walnut Street, Suite 300
10 Kansas City, Missouri 64106
   Telephone: (816) 984-8100
11 Facsimile: (816) 984-8101
   Rick@PaulLLP.com
12 Ashlea@PaulLLP.com
   Laura@PaulLLP.com
13

14 *Counsel for Plaintiffs and the Class*

15            **UNITED STATES DISTRICT COURT FOR THE**
                **NORTHERN DISTRICT OF CALIFORNIA**
16

17 ALICIA HERNANDEZ et al., individually      Case No. 3:18-cv-07354-WHA
   and on behalf of all others similarly situated,
18                                             **NOTICE OF FILING OF**
                                               **AMENDED UNREDACTED**
19            Plaintiffs,                      **VERSION OF CLASS LIST**

20 v.

21 WELLS FARGO BANK, N.A.,

22            Defendant.

23

24

25

26

27

28

1    Plaintiffs hereby file amended versions of the settlement class list and list of class members who

2 will not release emotional distress claims. The amended settlement class list is identical to the one

3 previously filed at Dkt. 293-1, except it excludes one individual (Judith Stascheit) who is not a class

4 member (but was inadvertently included as a co-borrower on the class list at Dkt. 293-1).

5    The amended list of class members who will not release emotional distress claims is identical to

6 the one previously filed at Dkt. 293-2, except it includes a footnote clarifying that those class members

7 will not release emotional distress claims only to the extent any such claims are allowed under

8 applicable law.

9

10 Dated: October 19, 2020                                    Respectfully submitted,

11
                                                            */s/ Michael L. Schrag*
12                                                          **GIBBS LAW GROUP LLP**
                                                            Michael L. Schrag (SBN 185832)
13                                                          Joshua J. Bloomfield (SBN 212172)
                                                            Linda Lam (SBN 301461)
14                                                          505 14th Street, Suite 1110
                                                            Oakland, California 94612
15                                                          Telephone: (510) 350-9700
                                                            Facsimile: (510) 350-9701
16                                                          mls@classlawgroup.com
                                                            jjb@classlawgroup.com
17                                                          lpl@classlawgroup.com

18
                                                            Richard M. Paul III
19                                                          Ashlea G. Schwarz
                                                            Laura C. Fellows
20                                                          **PAUL LLP**
                                                            601 Walnut Street, Suite 300
21                                                          Kansas City, Missouri 64106
                                                            Telephone: (816) 984-8100
22                                                          Facsimile: (816) 984-8101
                                                            Rick@PaulLLP.com
23                                                          Ashlea@PaulLLP.com
                                                            Laura@PaulLLP.com
24

25                                                          *Counsel for Plaintiffs and the Class*

26

27

28