# EXHIBIT A

**Settlement Class Members:**

|    | Name | Co-Borrower Name (if any) | City | State |
|----|------|---------------------------|------|-------|
| 1  | ABU, GEORGE | ABU, SHERRI | HEARTLAND | TX |
| 2  | ADSERBALLE, JUDITH | | LEESBURG | FL |
| 3  | ALBEANESE, JANET | ALBEANESE, III JOSEPH D | GRETNA | LA |
| 4  | ALEXANDER, JOE | ALEXANDER, BRENDA | TIFTON | GA |
| 5  | ALLEN-JOBE, JACQUELINE | | CALUMET CITY | IL |
| 6  | ANDERSON, JOHN | | ABINGTON | PA |
| 7  | ANDERSON, TREY | | MERIDIAN | ID |
| 8  | ARRINGTON, MEGAN | | STONEVILLE | NC |
| 9  | ASHBY, JEREMIAH | | OTTUMWA | IA |
| 10 | ATCHLEY, JEANNE | | ABERDEEN | SD |
| 11 | AVALOS DE LOPEZ, JANNET | VALLADARES, DOUGLAS | TAVERNIER | FL |
| 12 | AVILA, ROBERTO | FELIZ, EDERLYS Y | HIALEAH | FL |
| 13 | AYALA, JOAQUIN | AYALA, CARMEN | HAZLETON | PA |
| 14 | BAEZ, ANGEL | | PROVIDENCE | RI |
| 15 | BAHL, EVAN | BAHL, HEIDI J | WESLEY CHAPEL | FL |
| 16 | BAQUERO, MARCO | | WEEHAWKEN | NJ |
| 17 | BARE, BRYCE | | GEORGETOWN | KY |
| 18 | BARRIL, YOSBANY | DIAZ, RUAL | HUDSON | FL |
| 19 | BARSON-REINER, EVA | | CHARLOTTESVILLE | VA |
| 20 | BARTHOLOMEW, BETTY | | CANTON | OH |
| 21 | BARTOW, RICHARD | BARTOW, BARBARA L | BOOTHWYN | PA |
| 22 | BEALS, RICHARD | | COLFAX | IA |
| 23 | BECKER, MARTHA | | BETHEL PARK | PA |
| 24 | BEHRENS, NEIL | | FRANKLIN | NJ |
| 25 | BELIZAIRE, CLERMIRA | GERMINAL, BRUNEL | WEST PALM BEACH | FL |
| 26 | BENJAMIN, EARLEY | | HOUSTON | TX |
| 27 | BENNETT, EILEEN | | SAINT ROSE | LA |
| 28 | BENTIVEGNA, PETER | | LANSDOWNE | PA |
| 29 | BERGERON, CARL | | AVONDALE | LA |
| 30 | BERGIN, KEVIN | BERGIN, NANCY | TOMS RIVER | NJ |
| 31 | BERNARD, CHRISTY | | SCHERERVILLE | IN |
| 32 | BIAMONTE, ALEXANDER | YOUNG-BIAMONTE, SHERRY | BANTAM | CT |
| 33 | BISHOP, JOSHUA | BISHOP, KIMBERLEE H | FORT MILL | SC |
| 34 | BLAGG, GEORGE | BLAGG, ROSALIE | TALLSMANSVILLE | WV |
| 35 | BLUCKER, KENNETH | BLUCKER, LUE WELLA G | GALESBURG | IL |
| 36 | BOHANON, JOSEPH | BOHANON, CHERYL D | FORT WORTH | TX |

|    | Name | Co-Borrower Name (if any) | City | State |
|----|------|---------------------------|------|-------|
| 37 | BOLMER, MELANIE | | NEW EGYPT | NJ |
| 38 | BONE, NEVIL | | SARASOTA | FL |
| 39 | BONNER, BARBARA | | CUYAHOGA FALLS | OH |
| 40 | BOOTH JR, CHRISTOPHER R | BOOTH, MARISOL | ELKINS PARK | PA |
| 41 | BORYS, MARK | | HILLSIDE | NJ |
| 42 | BOSCOE, BELINDA | | KNOXVILLE | TN |
| 43 | BOUDREAUX, JOSEPH | | INDIAN TRAIL | NC |
| 44 | BRANDT, MARY | | MEDFORD | WI |
| 45 | BRIDGLALL, MAHADAI | | SOUTH OZONE PARK | NY |
| 46 | BROCKWAY, ROGER | JUAREZ-BROCKWAY, ELIZABETH L | LINCOLN CITY | OR |
| 47 | BROWN, GEORGE | | COLUMBUS | OH |
| 48 | BROWN, SHIRLEY | | COLUMBUS | OH |
| 49 | BROWN, THOMAS | | MECHANICSVILLE | VA |
| 50 | BRUNO, MARILYN | | WALLINGFORD | CT |
| 51 | BUCKLEY, BRAD | | NEW PARIS | OH |
| 52 | BUGAJNY, WALTER | BUGAJNY, THERESA | SCHAUMBURG | IL |
| 53 | BURKE, JONAH | | PENSACOLA | FL |
| 54 | BURNS, MELISSA | BURNS, BRIAN A | GOLDFIELD | IA |
| 55 | BUSSELL, AMANDA | | SPRING | TX |
| 56 | BYAR, SANDRA | | CINCINNATI | OH |
| 57 | CALDWELL, SHELIA | MACK, PORKESHIA | BOSSIER CITY | LA |
| 58 | CALICE, SHERMAN | | MARRERO | LA |
| 59 | CAMPBELL-WILLIAMS, TONI | CAMPBELL, HAYDEN | CORAL GABLES | FL |
| 60 | CAMPOS, ALFONSO | CAMPOS, SANDRA | PARAMOUNT | CA |
| 61 | CAMPOS, EDMUND | | TOLEDO | OH |
| 62 | CANNON, DERRICK | | BEAUMONT | CA |
| 63 | CANNON, SUZANNE | CANNON, JR JEFFREY A | NEW PALESTINE | IN |
| 64 | CARUTHERS IV, FELIX | | ROCHESTER | NY |
| 65 | CASTILLO, VICENTE | | LAKE WORTH | FL |
| 66 | CASTRO, DIONISIO | PEREZ-CASTRO, CARMEN J | PHILADELPHIA | PA |
| 67 | CAUDILL, HAROLD | CAUDILL, NANCY J | MIDDLETOWN | OH |
| 68 | CAUDILL, RANDY | CAUDILL, STACY T | DANVILLE | KY |
| 69 | CEBREROS, JUAN | | LAS VEGAS | NV |
| 70 | CEDILLOS, ISMAEL | | VAN NUYS | CA |
| 71 | CENTER, GLENN | | CAPE CORAL | FL |
| 72 | CHAMBERS JR, JAMES | CHAMBERS, MARY K | BENTON | LA |
| 73 | CHAPIN, MATTHEW | | PHILADELPHIA | PA |

|     | Name | Co-Borrower Name (if any) | City | State |
| --- | --- | --- | --- | --- |
| 74 | CHASE, STEPHEN | | DAWSONVILLE | GA |
| 75 | CHAUDHRY, FARRUKH | CHAUDHRY, ASMA B | ROOSEVELT | NY |
| 76 | CHESEBRO, MICHELLE | | CARY | NC |
| 77 | CLAAR, WESLEY | | NEW PARIS | PA |
| 78 | CLARKE, MALVIA | | WATERBURY | CT |
| 79 | COBREN, LISA | | DEERFIELD | IL |
| 80 | COLEMAN, ERIC | | CHICAGO | IL |
| 81 | COLLINS TETREAULT, RUTH | TETREAULT, DONALD OVILA | HOLLISTER | CA |
| 82 | COLON, DEBORAH | | ROCHESTER | NY |
| 83 | CONLEY, ANDREW | | MENOMINEE | MI |
| 84 | COORDES, MONTY | COORDES, MICHELLE A | SPOKANE VALLEY | WA |
| 85 | COSTNER III, WALLACE | COSTNER, SONJA | TAMPA | FL |
| 86 | COUFAL, MAXINE | | WARSAW | MO |
| 87 | COULTER, TARA | | PORT ORANGE | FL |
| 88 | COUTLEY, DONALD | | GREEN BAY | WI |
| 89 | COX, JACK | | ENON | OH |
| 90 | CRAWMER, KEITH | CRAWMER, WENDY M | GLEN ROCK | PA |
| 91 | CROMER, ROBERT | | COLUMBUS | OH |
| 92 | CRUMP, ROBERT | CRUMP, JESSICA | PINEHURST | ID |
| 93 | CSUHA, ERIN | | BUFFALO | NY |
| 94 | CUNNINGHAM, ROSE | | ROCHESTER | NY |
| 95 | CURRENCE, MICHELLE | | HUNTINGTON | WV |
| 96 | CURRENS JR, JOHN | CURRENS, FRANCES B | DELTONA | FL |
| 97 | CYR, ERIC | CYR, AMY M | ACTON | ME |
| 98 | DAILY, SEAN | | ROCKVILLE | MD |
| 99 | DARCY, CANDACE | HUME, STEPHEN | FORT MYERS | FL |
| 100 | DAVIS, PERRY | DAVIS, NANCY A | HOWEY IN THE HILLS | FL |
| 101 | DAVIS, SHERZELLE | | LAPLACE | LA |
| 102 | DEAN, ROSEMARY | | BELLEVUE | NE |
| 103 | DEEGE, ABBY | | WAUKEE | IA |
| 104 | DELA CRUZ, JERRY | | DALY CITY | CA |
| 105 | DEMLEIN, CHRISTOPHER | DEMLEIN, JENNIFER A | LAPORTE | IN |
| 106 | DENNIS, JEFFRY | | GALESBURG | IL |
| 107 | DICKS, JAMES | | HEPHZIBAH | GA |
| 108 | DILLON SR, DARRELL | DILLON, MICHELLE WEBBER | HARVEY | LA |
| 109 | DIVINAGRACIA, MYRNA | DIVINAGRACIA, T D | CHARLESTON | SC |
| 110 | DONOVAN, MICHAEL | DONOVAN, FAITH C | SPRINGFIELD | OH |
| 111 | DOPKE, DAVID | DOPKE, JESSICA | SARALAND | AL |

| | Name | Co-Borrower Name (if any) | City | State |
|---|---|---|---|---|
| 112 | DORE, TRACY | | CRANBERRY TOWNSHIP | PA |
| 113 | DORN JR, RALPH | | CHICAGO | IL |
| 114 | DORWALDT, MICHAEL | DORWALDT, PATRICIA L | MARSHFIELD | WI |
| 115 | DRAKE, DAVID | | WOODSTOCK | IL |
| 116 | DUNKLEY, ERMINE | | SUNRISE | FL |
| 117 | EBBING, PATRICK | | NORTH VERNON | IN |
| 118 | EDWARDS, BRADLEY | | MUSCATINE | IA |
| 119 | ELMS, JENNIFER | | MILWAUKEE | WI |
| 120 | ELSWICK, MICHAEL | | CINCINNATI | OH |
| 121 | ENIS, CRAIG | GRANJA, DEBORA M | EUGENE | OR |
| 122 | EPPERSON, HOMER | | BROOKFIELD | MO |
| 123 | ESCAMILLA, ULISES | | HOUSTON | TX |
| 124 | EURAQUE, ELIDA | | NEW ORLEANS | LA |
| 125 | EVANS, ROBIN | EVANS, FRED L | MANCHESTER | NH |
| 126 | EYLER, STEPHEN | | APO | AP (Armed Forces Pacific) |
| 127 | FARFAN, VICENTE | | GRAND ISLAND | NE |
| 128 | FARMER, PHILLIP | PEEPLES, THERESA | WOOSTER | OH |
| 129 | FEDIGAN-CID, KERRY | | FISHKILL | NY |
| 130 | FERGUSON, HEATHER | | ALTOONA | IA |
| 131 | FERNANDEZ, FRANCISCO | | NATIONAL PARK | NJ |
| 132 | FIGUEROA, ELOY | | LAKE VILLA | IL |
| 133 | FINLEY, DENISE | | BETHEL PARK | PA |
| 134 | FISCHER, ELIZABETH | | JACKSONVILLE | FL |
| 135 | FLORES BETANCOURT, LUCIA | | MARATHON | FL |
| 136 | FLORY, JOSEPH | | BELOIT | WI |
| 137 | FLOYD, CYNDI | FLOYD, JR GEORGE R | PHILADELPHIA | PA |
| 138 | FOLDHAZY, RICHARD | FOLDHAZY, CHERI A | MOUNT LAUREL | NJ |
| 139 | FORD, BEVERLY | | PINE BLUFF | AR |
| 140 | FOUCHIE, JENNIFER | | WEST SENECA | NY |
| 141 | FOXX, SHANE | | GASTONIA | NC |
| 142 | FRY, ISAAC | | NORTH VERNON | IN |
| 143 | FRYE, TROY | | GROVETOWN | GA |
| 144 | GARCELL, JOSE | RODRIGUEZ, MARITZA | HIALEAH | FL |
| 145 | GARCIA, JUAN | ROSALES, GLADIS E | HOUSTON | TX |

| | Name | Co-Borrower Name (if any) | City | State |
|---|---|---|---|---|
| 146 | GARCIA, MARIA | | ELIZABETH | NJ |
| 147 | GARCIA, RITA | | MESA | AZ |
| 148 | GARRETT III, WILLIAM | GARRETT, FRANCES E | PISCATAWAY | NJ |
| 149 | GARRIS, ROBIN | | MOBILE | AL |
| 150 | GIARDINA, TIMOTHY | KEYWELL, JULIE | ESTES PARK | CO |
| 151 | GILLENWATER, CHADWICK | | INDIANAPOLIS | IN |
| 152 | GLADMAN, KIMBERLY | | ANAHEIM | CA |
| 153 | GOLDBERG, FRANK | HOFFMAN GOLDBERG, LORI | POCATELLO | ID |
| 154 | GOMEZ, CHARLES | | EL DORADO HILLS | CA |
| 155 | GOMEZ, MARK | | DILWORTH | MN |
| 156 | GONNERING, SCOTT | GONNERING, HEIDI A | APPLETON | WI |
| 157 | GONZALES, CATHALINE | | MODESTO | CA |
| 158 | GONZALEZ, CONCEPCION | | DES MOINES | IA |
| 159 | GONZALEZ, JENNIFER | GONZALEZ, CHRISTOPHER | WEST BEND | WI |
| 160 | GRAGANO, LEO | | MECHANICVILLE | NY |
| 161 | GRAHAM, ANQUNITA | GRISWOLD, DERRICK | JACKSONVILLE | FL |
| 162 | GRANT, RYAN | GRANT, JESSICA L | GILBERT | AZ |
| 163 | GRAY, MARK | GRAY, REBECCA E | DOVER | OH |
| 164 | GRAY, RANDY | | HARVEY | LA |
| 165 | GREEN, STEVE | | HARTFORD | CT |
| 166 | GREENE, JONATHAN | | ELLENWOOD | GA |
| 167 | GREENSTEIN, LAURA | | GLEN ELLYN | IL |
| 168 | GREGORIO, BEVERLY | | ZEPHYRHILLS | FL |
| 169 | GREGORY, YVETTE | | CLEVELAND | OH |
| 170 | GRIGSBY, BRADLEY | | DUPONT | IN |
| 171 | GUADALUPE, HECTOR | | JAYUYA | PR |
| 172 | GUERRA, ALEX | | SAN BENITO | TX |
| 173 | GULLETTE, CALVIN | GULLETTE, DONNA G | KEITHVILLE | LA |
| 174 | HAGGERTY, ESTATE OF DENNIS | | WEST CHESTER | PA |
| 175 | HALBRUCKER, MEREDITH | | HALES CORNERS | WI |
| 176 | HAMILTON, ERICA | | NEW FRANKLIN | OH |
| 177 | HAMILTON, NICHOLAS | | BOONSBORO | MD |
| 178 | HAN, JIANG | | UNCASVILLE | CT |
| 179 | HAND, DONALD | | BIRMINGHAM | AL |
| 180 | HANGER, JONATHAN | | INDIANAPOLIS | IN |
| 181 | HANNA, JAMES | HANNA, LORI E | AUGUSTA | GA |
| 182 | HANNAH, ERICKA | | TALLAHASSEE | FL |

|     | Name | Co-Borrower Name (if any) | City | State |
| --- | --- | --- | --- | --- |
| 183 | HARDY, CYNTHIA | HARDY, MARY B | BEAUMONT | TX |
| 184 | HAROLDSEN, JOSEPH | | SALT LAKE CITY | UT |
| 185 | HARRISON, RANCE | HARRISON, DELORES M | SOUTHFIELD | MI |
| 186 | HARTSOUGH, MARY | | MT. VERNON | WA |
| 187 | HATHAWAY, LISA | HATHAWAY, JONATHON M | WILMINGTON | DE |
| 188 | HATTON, ALICE | | WILMINGTON | OH |
| 189 | HEINLE, ROBERT | | PITTSBURGH | PA |
| 190 | HENDRIX, JANNIE | | WINTER HAVEN | FL |
| 191 | HERNANDEZ, ALICIA | | EASTON | PA |
| 192 | HERNANDEZ, JACKLYN | | SAN GABRIEL | CA |
| 193 | HESSLER, JEAN | | FARMINGDALE | NJ |
| 194 | HICKS, ANCHALA | | FT WALTON BEACH | FL |
| 195 | HIGBEE, CHRISTOPHER | HIGBEE, MARCI D | HIGHLANDS RANCH | CO |
| 196 | HILL MCCREE, TAMBRA | | PORT HUENEME | CA |
| 197 | HILL, W | HILL, PATRICIA A | MARINE CITY | MI |
| 198 | HOGAN, CHRISTINE | | CHELMSFORD | MA |
| 199 | HOLMAN, JOHN | | MELBOURNE | FL |
| 200 | HOLMES, CLARA | | ST. LOUIS | MO |
| 201 | HOOD, TIFFANIE | | CINCINNATI | OH |
| 202 | HOPKINS, NICOLE | | MIMS | FL |
| 203 | HORNE, MAXINE | | GOLDSBORO | NC |
| 204 | HOSKINS, GREGORY | HOSKINS, VENORA | LORAIN | OH |
| 205 | HOWELL, ELIZABETH | HOWELL, HALLAM B | SPRINGFIELD | MA |
| 206 | HOWLETT, SCOTT | | SIOUX FALLS | SD |
| 207 | HUDGINS, ROY | HUDGINS, MARYDORA L | WINSTON SALEM | NC |
| 208 | HUFF, BELINDA | | LITTLE ROCK | AR |
| 209 | HUGGARD, DANIEL | HUGGARD, DENISE M | MOUNT POCONO | PA |
| 210 | JAHRLING, ROBERT | | TAMPA | FL |
| 211 | JAMAL, JIHAN | | MIAMI | FL |
| 212 | JAYNES, DIANE | | COLUMBUS | OH |
| 213 | JEFFERSON, KATRINA | | BATON ROUGE | LA |
| 214 | JENKINS, DAVID | JENKINS, JANET M | MIDDLEBURG | FL |
| 215 | JOHN, CALVERT | | FOREST PARK | GA |
| 216 | JOHNSON II, LANCE | JOHNSON, TASHIE M | TUCSON | AZ |
| 217 | JOHNSON JR, DONALD | | PIEDMONT | SC |
| 218 | JOHNSON, BRIAN | JOHNSON, JILL E | JACKSONVILLE | FL |
| 219 | JOHNSON, MATTHEW | | VERSAILLES | KY |
| 220 | JONES, DEIDRE | | CHICAGO | IL |

|     | Name | Co-Borrower Name (if any) | City | State |
| --- | --- | --- | --- | --- |
| 221 | JONES, GERTRUDE |  | WILMINGTON | NC |
| 222 | JONES, ROCHELLE |  | FLINT | MI |
| 223 | JONES, THOMAS |  | GATE | VA |
| 224 | JORDAN, ERIC | BURKHART, SHARON L | MARIAVILLE | ME |
| 225 | JURIK, MARK |  | EAST MC KEESPORT | PA |
| 226 | KASAL, THOMAS |  | CHELSEA | IA |
| 227 | KASHNER, JENNIFER |  | WHITELAND | IN |
| 228 | KEACH JR, LEO | KEACH, DIANE L | OCALA | FL |
| 229 | KEARBEY, JAMES |  | RIVERVIEW | FL |
| 230 | KEATS, FAYGA |  | HIGHLAND PARK | NJ |
| 231 | KELLER JR, LLOYD |  | HUMMELSTOWN | PA |
| 232 | KELLER, KIMBERLY |  | FOREST CITY | NC |
| 233 | KELLY, DAWN |  | TRAFFORD | PA |
| 234 | KELLY, GARY | KELLY, MICHELLE M | ORMOND BEACH | FL |
| 235 | KENNEDY, JEROME |  | CINCINNATI | OH |
| 236 | KINDER, CHARLES |  | MAXWELL | IN |
| 237 | KING III, MAX | DEGASE, MONICA D | SPERRY | OK |
| 238 | KING, PATRICE | KING, SR ERICK A | MIAMI | FL |
| 239 | KING, RONALD | KRUPP-KING, VALLI J | VERMILION | OH |
| 240 | KIRBY, TRAVIS |  | PENSACOLA | FL |
| 241 | KIRKPATRICK, RHONDA |  | NEWARK | OH |
| 242 | KNAUB, JUDY |  | YORK | PA |
| 243 | KNIGHT, CARMELA |  | KATY | TX |
| 244 | KONGQUEE, BRENDA |  | LILBURN | GA |
| 245 | KOOPMAN, GARRY | KOOPMAN, BARBARA A | CLOQUET | MN |
| 246 | KREIDER, EDITH |  | PALMYRA | PA |
| 247 | KRZYWOSINSKI, KARI |  | TRAVERSE CITY | MI |
| 248 | KUHN, KRISTI |  | BEULAH | MI |
| 249 | KUNZELMAN, JOHN | KUNZELMAN, CONNIE S | VERO BEACH | FL |
| 250 | LABUZ, ALFRED | LABUZ, NANCY | BOWMANSVILLE | NY |
| 251 | LANDRUM, MARK | LANDRUM, BONITA F | ANNA | TX |
| 252 | LANGDON, JOE |  | NASHVILLE | TN |
| 253 | LARZELERE, REGINA |  | QUAKERTOWN | PA |
| 254 | LAWSON, MURIEL | BOYKINS, CLIFTON D | DETROIT | MI |
| 255 | LEE, MARY |  | CROZET | VA |
| 256 | LEE, SEIJA |  | HELENDALE | CA |
| 257 | LEVER, TAMARA |  | MESA | AZ |
| 258 | LEVINE, ALLAN | BARRIER, SHIRLEY R | KEY WEST | FL |

|     | Name | Co-Borrower Name (if any) | City | State |
| --- | --- | --- | --- | --- |
| 259 | LEWIS, CECILE | | LOUISVILLE | KY |
| 260 | LEWIS, CHARLES | | MARTINSBURG | WV |
| 261 | LIGUORI JR, WILLIAM | | DOVER PLAINS | NY |
| 262 | LIM, JOOMI | | NEW YORK | NY |
| 263 | LING, BRENDA | | MEDINA | OH |
| 264 | LISKA, KAREN | | TRENTON | NJ |
| 265 | LJULJANOVIC, ESMIR | | WATERBURY | CT |
| 266 | LONG, WILLIAM | LONG, KIMBERLY J | TAMPA | FL |
| 267 | LOPEZ, JAMES | | BELEN | NM |
| 268 | LOVATO, JUDY | | ALBUQUERQUE | NM |
| 269 | LOVELL, RICHARD | | ROXANA | IL |
| 270 | LOWERY, JULIAN | LOWERY, JOANNE O | PISGAH FOREST | NC |
| 271 | LUENSMAN, DAVID | | COVINGTON | KY |
| 272 | LUTTELL, KEITH | LUTTELL, NICOLE C | DEMOTTE | IN |
| 273 | MAHMUTOVIC, ELVIRA | HADZIC, SUHRA | CUMMING | GA |
| 274 | MALONE, THOMAS | | PINE BUSH | NJ |
| 275 | MANDIA, LOUIS | | KEYPORT | NJ |
| 276 | MARK, STEFAN | MARK, DEBRA M | ALBERTVILLE | MN |
| 277 | MARQUEZ, OSCAR | MARQUEZ, ALICIA M | ALBUQUERQUE | NM |
| 278 | MARRUFFO, DANIEL | | DALLAS | TX |
| 279 | MARTEL, COLLEEN | | MILFORD | CT |
| 280 | MARTIN, SHIRLEY | | OTTAWA | IL |
| 281 | MARTINEZ, MARISOL | | ALLENTOWN | PA |
| 282 | MARTINS, MICHAEL | MARTINS, DUNIA | TULARE | CA |
| 283 | MAUNE, HEATHER | | BALLWIN | MO |
| 284 | MCCLAIN, JOHN | MCCLAIN, KRISTIE | SAPULPA | OK |
| 285 | MCCOOK, LYNDA | | MEMPHIS | TN |
| 286 | MCDANIEL, ROBERT | MCDANIEL, KERRY ANN | SEVERNA PARK | MD |
| 287 | MCDOUGALL, CAROL | | DRACUT | MA |
| 288 | MCGINLEY, JAMES | | WEST PALM BEACH | FL |
| 289 | MCGINNIS, DANIEL | | PHILADELPHIA | PA |
| 290 | MCGIVERON, SAM | | ABERDEEN | WA |
| 291 | MCGREGOR, GERALD | | TAMPA | FL |
| 292 | MCINTYRE, BRAD | | NEW ORLEANS | LA |
| 293 | MCKENNEY, DARNELL | CONYERS, ZSA ZSA MONIQUE | GREENSBORO | NC |
| 294 | MCMILLAN, ALLISTER | | SAINT ALBANS | NY |
| 295 | MCMULLEN, DANIEL | | MENDON | IL |
| 296 | MENDOZA, RICHARD | BORTZ, JENNIFER | TOPTON | PA |

| | Name | Co-Borrower Name (if any) | City | State |
|---|---|---|---|---|
| 297 | MERLOS, ALMA | MERLOS, SALVADOR | ROGERS | AR |
| 298 | MESSANA, ELIZABETH | | SAN RAMON | CA |
| 299 | MICHEL, ELVIRA | | SHELTON | CT |
| 300 | MILLER, JEFFREY | MILLER, KATHRYN M | FLEETWOOD | PA |
| 301 | MILLER, MOSES | | BIRMINGHAM | AL |
| 302 | MILLS, ANNE | | HARRISBURG | PA |
| 303 | MINGLEDORFF, WILLIAM | MINGLEDORFF, LORIE | SPRINGFIELD | GA |
| 304 | MINNICK, PHILIP | MINNICK, GLORIA J | FRUITLAND PARK | FL |
| 305 | MITCHELL, CHESLEY B | | ARDMORE | OK |
| 306 | MONETT, MARGUERITE | | FORT WORTH | TX |
| 307 | MONTENEGRO, MARTHA | | LOS ANGELES | CA |
| 308 | MOORE, DOROTHY | | HOMERVILLE | GA |
| 309 | MORALES, ERNESTO | | NEWBERRY | FL |
| 310 | MORALES, LAURO | | BRADENTON | FL |
| 311 | MORATAYA, WILLIAM | | BLOOMINGDALE | IL |
| 312 | MORGAN, NICOLE | KRAFT, RYAN W | COCKEYSVILLE | MD |
| 313 | MORRILL, HEATH | | ROCHESTER | NY |
| 314 | MORRIS, RAYMOND | | NEW ORLEANS | LA |
| 315 | MORTIMER, GLENVILLE | | JAMAICA | NY |
| 316 | MOTT, LORI | | SANDYSTON | NJ |
| 317 | NAYLOR, KAREN | | CAROLINA BEACH | NC |
| 318 | NEITZELT, JOAN | | MILTON | FL |
| 319 | NELSON, JULIE | | WILLOWICK | OH |
| 320 | NIEDENS, DENNIS | NIEDENS, KIMBERLY D | WICHITA | KS |
| 321 | NIEVES, ELPIDIA | NIEVES, CARLOS | READING | PA |
| 322 | NOLTING, KATHERINE | | FULTON | MO |
| 323 | NOWACKI, MARY | | BROWN DEET | WI |
| 324 | NUNO, MARIA | NUNO, ERNESTO | HESTERIA | CA |
| 325 | O'DELL, ALLEN | O'DELL, TONI R | WALLINGFORD | CT |
| 326 | OGBECHIE, FELIX | OGBECHIE, FLORENCE | MIAMI GARDENS | FL |
| 327 | OLIVIERI, MARK | | OLD SAYBROOK | CT |
| 328 | PACZKOWSKI, JOSEPH | | SEAFORD | NY |
| 329 | PAISANO, TIRSO | | MABLETON | GA |
| 330 | PALACIOS JR, RAMON | PALACIOS, SUSAN FAY | MARIETTA | GA |
| 331 | PARNS, CHARLETTE | | PHILDALPHIA | PA |
| 332 | PARRY, RICKY | PARRY, ANDRIA L | FAIRBORN | OH |
| 333 | PASCAVAGE, DEBORAH | | BEAVER MEADOWS | PA |
| 334 | PATTON, NANCY | | CLAYTON | NC |

|  | Name | Co-Borrower Name (if any) | City | State |
|---|---|---|---|---|
| 335 | PAUL JR, DONALD | PAUL, JUDITH A | WALDORF | MD |
| 336 | PAVON, LILIA | | WICHITA | KS |
| 337 | PEARCE, KENNETH | | HERNANDO | FL |
| 338 | PEARSON, GARY | PEARSON, KELLEY | NOEL | MO |
| 339 | PEREZ, EDWIN | | ALLENTOWN | PA |
| 340 | PEREZ, YARIEL | NAZARIO-SANTIAGO, DORIS | GAINESVILLE | GA |
| 341 | PERISSUTTI, CLAUDIO | PERISSUTTI, IVETTE N | SLIDELL | LA |
| 342 | PETERS, ROBERT | PETERS, JENNIFER C | SHOHOLA | NJ |
| 343 | PETERSON, JOHN | PETERSON, KIZZIE A | W DES MOINES | IA |
| 344 | PETRAITIS, RASA | | ST PETERSBURG | FL |
| 345 | PETROROY, CHRISTOPHER | | LANCASTER | OH |
| 346 | PHAM, TONY | PHAM, THANH THI | DES MOINES | IA |
| 347 | PHELPS, COLLETTE | | DUBLIN | TX |
| 348 | PHILIPS, HELEN | | COLUMBUS | OH |
| 349 | PHILLIPS, DARREN | | SUMMERVILLE | SC |
| 350 | PLESCIA, JOSEPH | | YUCAIPA | CA |
| 351 | POOLE, SHAWN | | ALACHUA | FL |
| 352 | PORRAS, CARLOS | PORRAS, MICHAELA | GREEN BROOK | NJ |
| 353 | PORTER, BRENT | | HAMDEN | CT |
| 354 | POSTMA, MICHAEL | | JASPER | MN |
| 355 | POWELL, ROSALYN | | SNELLVILLE | GA |
| 356 | POWELL-SANDOVAL, SUSAN | | WEST VALLEY CITY | UT |
| 357 | POWERS, DENISE | | NEW LONDON | OH |
| 358 | PRENTLER, MICHAEL | | LANSING | MI |
| 359 | PRUNEDA, REBECCA | WALL JR, JOHN | WARDEN | WA |
| 360 | PULICE, KAREN | | MECHANICSBURG | PA |
| 361 | RAGAS, VILIA | | NEW ORLEANS | LA |
| 362 | RAKES, WILLIAM | | ROANOKE | VA |
| 363 | RAMIREZ, GABRIEL | RAMIREZ, ALICIA | FALLBROOK | CA |
| 364 | RAMSEUR, JOHN | | KATY | TX |
| 365 | RANKIN, CARMEN | | NOTTINGHAM | MD |
| 366 | RAYMOND, KAREN | | LOUISVILLE | KY |
| 367 | RECINOS, MIGUEL | | INDIANAPOLIS | IN |
| 368 | REGALADO, PAULO | REGALADO, LAURIE A | LEBANON | OR |
| 369 | REVERE, DELIA | | DAYTON | OH |
| 370 | RICHARDSON, KAREN | | BRADDYVILLE | IA |
| 371 | RICHMOND, TYLER | RICHMOND, KRISTIN A | KALEVA | MI |

|  | Name | Co-Borrower Name (if any) | City | State |
|---|---|---|---|---|
| 372 | RIVALLIER, SHERRIE |  | APACHE JUNCTION | AZ |
| 373 | RIVERA, HERIBERTO |  | READING | PA |
| 374 | RIVERO, WILLIAM |  | CAROLINA | PR |
| 375 | ROBERSON, BENNIE |  | CHARLESTON | MS |
| 376 | ROBERTS, CHRISTOPHER | ROBERTS, RHONDA M | ELGIN | TX |
| 377 | ROBERTS, LUCILLE |  | LA GRANGE | KY |
| 378 | ROBINSON, DEBRA |  | LITHONIA | GA |
| 379 | ROBINSON, TINA |  | TAMPA | FL |
| 380 | ROBLES, FRUTOSO | ROBLES, CYNTHIA G | RED OAK | TX |
| 381 | RODALL, KEITH |  | ALLENDALE | SC |
| 382 | RODD, THOMAS |  | VARNVILLE | SC |
| 383 | RODRIGUEZ, FRANK |  | BROKEN ARROW | OK |
| 384 | RODRIGUEZ, REYNALDO | RODRIGUEZ, ELIZABETH | HARTFORD | CT |
| 385 | ROGERS JR, WALTER | ROGERS, KAREN A | VIRGINIA BEACH | VA |
| 386 | ROGERS, CRYSTAL |  | STERLING | VA |
| 387 | ROGERS, LUTHER |  | COLUMBIA | SC |
| 388 | ROMAN, KARLA |  | JOLIET | IL |
| 389 | ROMAN, PAULA |  | TOMS RIVER | NJ |
| 390 | ROMERO, EDWIN |  | BALTIMORE | MD |
| 391 | ROWRAY, JACQUELINE |  | SPRINGVILLE | IA |
| 392 | RUBIO, JUAN | RAMOS, MARIA | NILES | IL |
| 393 | RUSSELL, GINA |  | FROSTBURG | MD |
| 394 | SADLOSKOS, THOMAS |  | BRIDGEPORT | NJ |
| 395 | SAINTILUS, ENIDE | SAINTILUS, SCHILLER | LAKE WORTH | FL |
| 396 | SAMS, MELISSA | SAMS, ROBERT | OKLAHOMA CITY | OK |
| 397 | SANCHEZ, SERGIO | SANCHEZ, NOHEMI | CHANNELVIEW | TX |
| 398 | SARROCCO, HERMAN | SARROCCO, DOLORES D | DELAWARE | OH |
| 399 | SCHAIBLE, NICHOLAS | SCHAIBLE, BRITANY J | APPLE VALLEY | MN |
| 400 | SCHANKWEILER, NICOLE |  | BIRDSBORO | PA |
| 401 | SCHLANGEN, DAVID |  | MOORESVILLE | IN |
| 402 | SCHMELTZER, STEVEN |  | MINOOKA | IL |
| 403 | SCHMID JR, FRANZ | SCHMID, MELINDA A | WEST WARWICK | RI |
| 404 | SCHMOYER, MARTHA |  | ATHENS | TN |
| 405 | SCHNUR, SUSAN |  | SAN FRANCISCO | CA |
| 406 | SCHOEN, WILLIAM | OKAZAKI, MASAHIRO | CHICAGO | IL |
| 407 | SCHULKE, ANNA |  | YOUNGSTOWN | OH |
| 408 | SCHULTZ, DAVID | SCHULTZ, KIRSTEN | LEAGUE CITY | TX |
| 409 | SCOTT, SHIRLEY |  | YUKON | OK |

| | Name | Co-Borrower Name (if any) | City | State |
|---|---|---|---|---|
| 410 | SCOTT, THERESA | | DAYTON | OH |
| 411 | SEAGERT JR, HAROLD | SEAGERT, KELLIE J | OCALA | FL |
| 412 | SEAKULES, HARRY | SEAKULES, JOAN C | HANSVILLE | WA |
| 413 | SERRANO, JUAN | | LAWRENCE | MA |
| 414 | SERVEY, DARL | | NORTH BENTON | OH |
| 415 | SHAROMI, ADESEYE | | POWDER SPRINGS | GA |
| 416 | SHARP, DONALD | | ELKTON | MD |
| 417 | SHEAN, ABIGAIL | | MYRTLE BEACH | SC |
| 418 | SHEETS JR, ROBERT | | SPRINGFIELD | MI |
| 419 | SHIELDS, CORINTHIA | | PHILADELPHIA | PA |
| 420 | SHIPLEY, PHYLLIS | | JACKSONVILLE | FL |
| 421 | SHIPLEY, RICHARD | | REHOBOTH BEACH | DE |
| 422 | SIMMONS, CALVIN | | SHREVEPORT | LA |
| 423 | SIMMONS, HARLEY | | KILN | MS |
| 424 | SINGLETON JR, JAMES | COTTON, WILLIE L | ROCHESTER | NY |
| 425 | SIVERTSEN, MARVIN | | RHINELANDER | WI |
| 426 | SKIPTUNAS, JOHN | | VIRGINIA BEACH | VA |
| 427 | SMALLS, ALVIN | SMALLS, MONA D | LAKE PLACID | FL |
| 428 | SMITH, ANDREW | SMITH, CHRISTINE A | EAST STROUDSBURG | PA |
| 429 | SMITH, CHRISTINE | SMITH, RONALD W | BRUNSWICK | MD |
| 430 | SMITH, J'AMULLA | SMITH, IRENE P | GRETNA | LA |
| 431 | SMITH, KENNIE | TUCKER, ANDREA L | HOPKINS | SC |
| 432 | SMITH, STEVEN | | DOVER TOWNSHIP | NJ |
| 433 | SNOW, MARK | | BRADENTON | FL |
| 434 | SNYDER, CHRISTINA | | CANTON | OH |
| 435 | SORTER, NANCY | | DES MOINES | IA |
| 436 | SOUFFRANT, MARGARETTE | | NORTH MIAMI | FL |
| 437 | SPONTAK, EDWARD | | GREENSBORO | NC |
| 438 | ST OURS, DWAYNE | ST OURS, IRINA A | GORHAM | ME |
| 439 | STACHEWICZ, LINDA | | PINELLAS PARK | FL |
| 440 | STARKEY, MICHELLE | STARKEY, JR DAVID A | MULBERRY | FL |
| 441 | STELTER, LISA | | TONAWANDA | NY |
| 442 | STEVENSON, TAWANA | | TEXARKANA | TX |
| 443 | STEWART, BENJAMIN | STEWART, KAY D | KNIGHTDALE | NC |
| 444 | STOGNER, MICHAEL | STOGNER, CHRIS N | MESQUITE | TX |
| 445 | STRICKLAND, KRISTA | STRICKLAND, KEVIN M | MECHANICSBURG | PA |
| 446 | SUAZO, EDWIN | SUAZO, EMMORY | ORLANDO | FL |
| 447 | SUMPTER, STACEY | | KNOXVILLE | IA |

|     | Name | Co-Borrower Name (if any) | City | State |
| --- | --- | --- | --- | --- |
| 448 | SYKES, RHONDA | | SHAKER HEIGHTS | OH |
| 449 | TABER JR, DAVID | | RICEBORO | GA |
| 450 | TAMBINI, DINO | | AKRON | OH |
| 451 | TAYLOR, DAVID | TAYLOR, ELISABETH E | CINCINNATI | OH |
| 452 | TEAGUE, COSZETTA | | HOMEWOOD | IL |
| 453 | TEJEDA, RICHARD | TEJEDA, JENNIFER L | CORNWALL | NY |
| 454 | TENISON, CHRISTOPHER | TENISON, JENNIFER | DEBARY | FL |
| 455 | THEVIS, BETTY | | LAFAYETTE | LA |
| 456 | THOMAS, MATTHEW | | LEROY TWP | OH |
| 457 | THOMAS, MATTHEW | | LEROY TWP | OH |
| 458 | THOMAS, TANYA | | WINNSBORO | SC |
| 459 | THOMPSON JR, STEPHEN | | BIRMINGHAM | AL |
| 460 | THORNHILL, ALESIA | | SOUTHFIELD | MI |
| 461 | TIMLEY, NICOLE | | JACKSONVILLE | FL |
| 462 | TIPTON, WILL | | NASHVILLE | AR |
| 463 | TIRADO, LEONEL | | PASADENA | CA |
| 464 | TORRENCE, SONDRA | | ATLANTA | GA |
| 465 | TORRES, HORTENSIA | | BEAUMONT | CA |
| 466 | TORRES, RAYMUNDO | | PHILADELPHIA | PA |
| 467 | TRACY, JOHN | | BUTTE | MT |
| 468 | TRACY, WYMAN | | SOUTH BELOIT | IL |
| 469 | TRAYLER, CHERRYANN | | LARGO | FL |
| 470 | TREVINO, DIANA | | DALLAS | TX |
| 471 | TSCHIRGI, NANETTE | | LAKE MARY | FL |
| 472 | TUCKER, PAUL | TUCKER, VICTORIA A | COCOA | FL |
| 473 | ULYSSE, NELSON | | BOYNTON BEACH | FL |
| 474 | VANCE, DAVID | | RANCHO CUCAMONGA | CA |
| 475 | VANDERSCHAAFF, LARRY | | CORRY | PA |
| 476 | VASQUEZ-SANTOS, MARCIAL | ROSARIO, ALEJANDRO | LILBURN | GA |
| 477 | VELLA, JOHN | | LANSDOWNE | PA |
| 478 | VERA, VINICIO | | MEDFORD | NY |
| 479 | VERDINEZ DIAZ, IRMA | | MARSHALLTOWN | IA |
| 480 | VICKERY, DAVID | | ANDERSON | SC |
| 481 | VICTORIA QUINA, DEYBI | VICTORIA, MARIA | EGG HARBOR TWP | NJ |
| 482 | VROOMAN, ROBERT | | CAMDEN | NY |
| 483 | WALAG, DEBORAH | | ROCKWOOD | TN |
| 484 | WALKER, ERIK | | APPLE VALLEY | MN |

|     | Name | Co-Borrower Name (if any) | City | State |
| --- | --- | --- | --- | --- |
| 485 | WARNICK, LARRY | WARNICK, BETSY R | CARSON CITY | NV |
| 486 | WARREN, NICOLE | | CLEVELAND | OH |
| 487 | WATERS, DAVID | WATERS, CHARLENE H | CONCORD | NC |
| 488 | WATSON, FRANCES | WATSON, LARRY | JACKSONVILLE | FL |
| 489 | WEAVER, HEYWARD | | MONETTA | SC |
| 490 | WEBER, ROBERT | WEBER, DEBRA | POTTSTOWN | PA |
| 491 | WENGER, WALTER | | ROCKFORD | IL |
| 492 | WEST, VIRGIL | | MIDDLEBURG | FL |
| 493 | WHITE, EMMA | | JACKSONVILLE | FL |
| 494 | WICHT, JAMES | WICHT, MARLA K | NEW PORT RICHEY | FL |
| 495 | WIESNER, BENJAMIN | | COVINGTON | KY |
| 496 | WILLIAMS, GENEVA | WILLIAMS, JOSEPH | HOUSTON | TX |
| 497 | WILLIAMS, PAUL | WILLIAMS, CINDY L | FLEMINGTON | NJ |
| 498 | WIMBUSH, PATRICIA | | HYATTSVILLE | MD |
| 499 | WINDSOR, DARIN | | CAMDEN | DE |
| 500 | WITT, RODDY | | CINCINNATI | OH |
| 501 | WODACK, EDWARD | | PHILADELPHIA | PA |
| 502 | ZAKRZEWSKI, JESSE | | NORTH LITTLE ROCK | AR |
| 503 | ZAYED, HASSAN | | WICHITA | KS |
| 504 | ZERBEL, ROBERT | ZERBEL, SHARRON L | ARLINGTON | WA |
| 505 | ZOLLMAN, BRENT | | CALDWELL | ID |