# EXHIBIT B

**Class Members Who Will Not Release Their Emotional Distress Damages Claims\***

1. ERIC COLEMAN
2. ROBERT HEINLE
3. JIHAN JAMAL
4. GERTRUDE JONES
5. GARY KELLY
6. KARI KRZYWOSINSKI
7. REGINA LARZELERE
8. JAMES MCGINLEY
9. SAM MCGIVERON
10. DENNIS NIEDENS
11. LILIA PAVON
12. HELEN PHILIPS
13. KENNIE SMITH
14. DINO TAMBINI
15. DAVID VANCE
16. GENEVA WILLIAMS

\-------

\*to the extent any such claims are allowed under applicable law.