Michael L. Schrag (SBN 185832)
Joshua J. Bloomfield (SBN 212172)
Linda P. Lam (SBN 301461)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
mls@classlawgroup.com
jjb@classlawgroup.com
lpl@classlawgroup.com

Richard M. Paul III
Laura C. Fellows
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Facsimile: (816) 984-8101
Rick@PaulLLP.com
Laura@PaulLLP.com

*Counsel for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICIA HERNANDEZ et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 3:18-cv-07354-WHA<br><br>**PLAINTIFFS' CERTFICATION RE DISTRIBUTION OF SETTLEMENT FUNDS** |

In the Court's October 12, 2020, Order granting final approval and awarding attorney's fees, it reserved 50% of class counsel's fees until "class counsel certify that all funds have been properly distributed and the file can be completely closed." Dkt. 292 at 14. Plaintiffs now certify that all funds from the original settlement have been properly distributed. *See* Declaration of Settlement Administrator Jennifer M. Keough Regarding Distribution of Settlement Benefits and Final Post-Distribution Accounting.

After final approval, Wells Fargo identified additional borrowers within the originally certified class. To compensate these class members, the parties presented a supplemental settlement which this Court preliminarily approved on July 26, 2021. Dkt. 318. As final approval is set for December 2, 2021, Plaintiffs are not seeking to close the Court's file as originally anticipated. But because all the funds from the original settlement have been properly distributed, Plaintiffs respectfully request that the Court order the Settlement Administrator to pay class counsel the remaining fees awarded in connection with the original settlement.

Dated: August 6, 2021

Respectfully submitted,

*/s/ Michael L. Schrag*
**GIBBS LAW GROUP LLP**
Michael L. Schrag (SBN 185832)
Joshua J. Bloomfield (SBN 212172)
Linda Lam (SBN 301461)
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
mls@classlawgroup.com
jjb@classlawgroup.com
lpl@classlawgroup.com

Richard M. Paul III
Laura C. Fellows
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Facsimile: (816) 984-8101
Rick@PaulLLP.com
Laura@PaulLLP.com

*Counsel for Plaintiffs and the Class*