# EXHIBIT B TO DECLARATION OF MICHAEL SCHRAG AND RICHARD PAUL
# SUPPLEMENTAL SETTLEMENT LITIGATION EXPENSES

| Date | Source Name | Amount |
|---|---|---:|
| 11/30/20 | Thomson Reuters | 45.48 |
| 02/28/21 | Thomson Reuters | 23.75 |
| 03/25/21 | Thomson Reuters | 53.07 |
| 04/30/21 | Thomson Reuters | 128.82 |
| 05/31/21 | Thomson Reuters | 7.68 |
| 06/30/21 | Thomson Reuters | 43.11 |
| 07/31/21 | Thomson Reuters | 15.85 |
| 12/31/20-4/30/21 | Copies | 25.74 |
| 5/31-8/31/2021 | Copies | 15.33 |
| 9/30-11/30/2021 | Copies | 13.79 |
| 11/15/2021 | LexisNexis-Accurint | 775.04 |
| 11/30/2021 | LexisNexis-Accurint | 127.76 |
| 11/30/2020 | Westlaw | 12.51 |
| 01/31/2021 | Westlaw | 40.47 |
| 02/28/2021 | Westlaw | 6.14 |
| 06/30/2021 | Westlaw | 7.96 |
| 10/31/2021 | Westlaw | 3.91 |
| 11/30/2021 | Westlaw | 76.47 |
| 11/30/2021 | LexisNexis-Accurint | 60.40 |
| | | **1,483.28** |