Michael L. Schrag (SBN 185832)
Joshua J. Bloomfield (SBN 212172)
Linda P. Lam (SBN 301461)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
mls@classlawgroup.com
jjb@classlawgroup.com
lpl@classlawgroup.com

Richard M. Paul III
Laura C. Fellows
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Facsimile: (816) 984-8101
Rick@PaulLLP.com
Laura@PaulLLP.com

*Counsel for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALICIA HERNANDEZ, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 3:18-cv-07354 WHA<br><br>**FINAL POST-DISTRIBUTION ACCOUNTING FOR SUPPLEMENTAL CLASS, CERTIFICATION THAT ALL FUNDS HAVE BEEN DISTRIBUTED, AND REQUEST FOR ORDER PAYING REMAINING ATTORNEY'S FEES AND CLOSING CASE** |

Pursuant to the Court's order granting final approval of the supplemental settlement (Dkt. 337) and the Northern District of California's Procedural Guidance for Class Action Settlements, Plaintiffs submit this final update and post-distribution accounting.

On October 14, 2022, the parties filed a status report (Dkt. 343) and advised the Court that

-1-
FINAL POST-DISTRIBUTION ACCOUNTING FOR SUPPLEMENTAL CLASS AND
CERTIFICATION THAT ALL FUNDS HAVE BEEN DISTRIBUTED

distribution of all supplemental settlement funds was completed but that the parties needed additional time before the file could be closed because Wells Fargo discovered an additional class member, consisting of two co-borrowers. The parties advised that the class member would be given the opportunity to receive the same settlement benefits that other class members had already received or to opt out and pursue their own claims against Wells Fargo.

After that status report, class counsel worked with JND to send the co-borrowers the class notice. Class counsel also worked to communicate with the co-borrowers to answer their questions about the settlement and their legal rights. The class member chose to participate in the settlement and class counsel worked with Wells Fargo to expedite their economic damages settlement payment.

Further, the newly-found class member applied for a severe emotional distress award and Special Master Cathy Yanni processed this claim in the same way as other supplemental class members' claims. That process is now complete. Each co-borrower has received and deposited their economic damages and severe emotional distress checks.

Neither Ms. Yanni nor JND charged any additional fees to process this claim. Likewise, class counsel is not requesting any additional fees or expense awards in connection with this class member.

The below chart summarizes the final disposition of the Supplemental Settlement Fund, including the further payment to the recently discovered additional class member:

| | |
|---|---|
| Total Settlement Fund | $21,907,778 |
| Total Number of Class Members | 742[1] |
| Total Number of Class Members (Including Opt-Outs) to Whom Notice Was Sent and Not Returned as Undeliverable | 684 |
| Total Number of Emotional Distress Claim Forms from Class Members | 105 |
| Percentage of Class Members Who Submitted Emotional Distress Claim Forms | 14% |
| Number of Opt-Out Requests Received | 1[2] |
| Percentage of Class Members Opting Out of Settlement | 0.13% |

---

[1] This refers to the number of loans in the Supplemental Settlement Class. Many loans had co-borrowers on them.

[2] While there was one borrower who opted out, the economic damages check associated with the opt-out's loan was distributed to the heirs of the opt-out's co-borrower.

FINAL POST-DISTRIBUTION ACCOUNTING FOR SUPPLEMENTAL CLASS AND
CERTIFICATION THAT ALL FUNDS HAVE BEEN DISTRIBUTED

| | |
|---|---|
| Number of Objections Received | 0 |
| Percentage of Class Members Objecting to Settlement | 0.00% |
| Average Recovery Per Class Member | $24,545.05 |
| Median Recovery Paid to a Class Member | $14,000.00 |
| Maximum Amount Paid to a Class Member | $134,635.52 |
| Minimum Amount Paid to a Class Member | $14,000.00 |
| Method of Notice | First-class mail |
| Methods of Payment to Class Members | Check or Wire |
| Number of Checks Not Cashed | 108 |
| Value of Checks Not Cashed (Amount Sent to Unclaimed Property Funds) | $1,720,086.75 |
| Amount Distributed to *Cy Pres* Recipient | N/A |
| Total Administration Costs | $70,000.00 |
| Approved Attorney's Fees | $3,623,865.00 |
| Attorney's Fees Paid | $1,811,932.50 |
| Approved Attorney's Expenses | $1,483.00 |
| Attorney's Expenses Paid | $1,483.00 |
| Attorney's Fees as a Percentage of Settlement Fund | 16.5% |
| Class Counsel's Updated Lodestar Total | $4,701,057.00[3] |
| Lodestar Multiplier | 1.7[4] |
| Percentage of Class Members Participating in Settlement | 100% |
| Net Settlement Fund | $18,212,430.30 |
| Percentage of Net Settlement Fund Cashed | 90.6% |
| Value of Payments Cashed (by Check or Wire) | $16,492,343.55 |
| Number of Payments Cashed (by Check or Wire) | 791 |
| Remaining Attorney's Fees to be Paid from Supplemental Settlement Fund | $1,811,932.50 |
| Final Balance After Payment of Total Remaining Attorney's Fees | $0.00 |

Plaintiffs previously certified all funds from the original settlement were properly distributed (Dkt. 320) and now certify that all funds from the supplemental settlement have also been properly distributed. (Dkt. 343 and 343-1.) Now that all funds have been properly distributed, Plaintiffs respectfully request that the Court completely close this case by ordering the Settlement Administrator to pay class counsel the total remaining fees awarded in connection with the original and supplemental settlements.

---

[3] This is the aggregate lodestar for the entire case.

[4] This is the updated multiplier on the aggregate lodestar for the entire case. (Dkt. 328 at 23.)

| | |
|---|---|
| Dated: November 29, 2022 | Respectfully submitted,<br><br>*/s/ Michael L. Schrag*<br>**GIBBS LAW GROUP LLP**<br>Michael L. Schrag (SBN 185832)<br>Joshua J. Bloomfield (SBN 212172)<br>Linda P. Lam (SBN 301461)<br>1111 Broadway, Suite 2100<br>Oakland, California 94607<br>Telephone: (510) 350-9700<br>Facsimile: (510) 350-9701<br>mls@classlawgroup.com<br>jjb@classlawgroup.com<br>lpl@classlawgroup.com<br><br>Richard M. Paul III<br>Laura C. Fellows<br>**PAUL LLP**<br>601 Walnut Street, Suite 300<br>Kansas City, Missouri 64106<br>Telephone: (816) 984-8100<br>Facsimile: (816) 984-8101<br>Rick@PaulLLP.com<br>Laura@PaulLLP.com<br><br>*Counsel for Plaintiffs and the Class* |