UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HERNANDEZ *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 3:18-cv-07354-WHA<br><br>[~~PROPOSED~~] ORDER ON FINAL STATUS REPORT RE SETTLEMENT DISTRIBUTION |

This Court has reviewed Plaintiffs' Certification Re Distribution of Settlement Funds (Dkt. 320), Plaintiffs' Status Report, including the supporting Declaration of Settlement Administrator (JND) Regarding Distribution of Settlement Benefits and Final Post-Distribution Accounting for Supplemental Class (Dkt. 343 and 343-1), and Class Counsel's Final Post-Distribution Accounting for Supplemental Class (Dkt. 344). The Court finds that all requirements as to the distribution of funds have been met and that all funds from the original and supplemental settlement have been properly distributed.

THEREFORE, IT IS HEREBY ORDERED:

1. JND shall immediately pay class counsel the remaining fees ($4,074,432.50).
2. This case is closed in its entirety.

**IT IS SO ORDERED.**

Dated: December 8, 2022

_____
HON. WILLIAM H. ALSUP
U.S. DISTRICT COURT JUDGE